1   LUKE W. COLE (CA Bar No. 145505)
    BRENT NEWELL (CA Bar No. 210312)
2   Center on Race, Poverty & the Environment
    47 Kearny Street, Suite 804
3   San Francisco, CA 94108
    (415) 346-4179 · (415) 346-8723 (fax)
4   E-mail: luke@igc.org

5   Attorneys for Plaintiffs NATIVE VILLAGE OF KIVALINA
    and CITY OF KIVALINA
6
7   [Other Counsel Listed on Signature Page]

8                    UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  NATIVE VILLAGE OF KIVALINA and CITY    )   Civil Action No.
    OF KIVALINA,                            )
12                                          )
                          Plaintiffs,       )   CERTIFICATION OF
13                                          )   INTERESTED ENTITIES OR
         v.                                 )   PERSONS
14                                          )
    EXXONMOBIL CORPORATION;                 )
15  BP P.L.C.; BP AMERICA, INC.; BP         )
    PRODUCTS NORTH AMERICA, INC.;           )
16  CHEVRON CORPORATION; CHEVRON            )
    U.S.A., INC.; CONOCOPHILLIPS COMPANY;   )
17  ROYAL DUTCH SHELL PLC; SHELL OIL        )
    COMPANY; PEABODY ENERGY                 )
18  CORPORATION; THE AES CORPORATION;       )
    AMERICAN ELECTRIC POWER COMPANY,        )
19  INC.; AMERICAN ELECTRIC POWER           )
    SERVICES CORPORATION; DTE ENERGY        )
20  COMPANY; DUKE ENERGY                    )
    CORPORATION; DYNEGY HOLDINGS, INC.;     )
21  EDISON INTERNATIONAL; MIDAMERICAN       )
    ENERGY HOLDINGS COMPANY; MIRANT         )
22  CORPORATION; NRG ENERGY; PINNACLE       )
    WEST CAPITAL CORPORATION; RELIANT       )
23  ENERGY, INC.; THE SOUTHERN              )
    COMPANY; AND XCEL ENERGY, INC.          )
24                                          )
                          Defendants.       )
25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1    **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

2    Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date,

3    other than the named parties, there is no such interest to report.

4

5    Dated: February 26, 2008

6    Respectfully submitted,

7

8

9    Luke W. Cole (State Bar No. 145505)
     Brent Newell (State Bar No. 210312)
10   CENTER ON RACE, POVERTY & THE
     ENVIRONMENT
11   47 Kearny Street, Suite 804
     San Francisco, CA 94108
12   (415) 346-4179 · (415) 346-8723 (fax)
     E-mail: luke@igc.org
13
     Reed R. Kathrein (State Bar No. 139304)
14   HAGENS BERMAN SOBOL SHAPIRO LLP
     715 Hearst Avenue, Suite 202
15   Berkeley, CA 94710
     (510) 725-3000 · (510) 725-3001 (fax)
16   E-mail: reed@hbsslaw.com

17   *Of Counsel*

18   [Counsel Listed in Alphabetical Order]

19   Steve W. Berman
     Barbara Mahoney
20   HAGENS BERMAN SOBOL SHAPIRO LLP
     1301 Fifth Avenue, Suite 2900
21   Seattle, Washington 98101
     (206) 623-7292 · (206) 623-0594 (fax)
22   E-mail: steve@hbsslaw.com

23   Gary E. Mason
     THE MASON LAW FIRM
24   1225 19th Street, NW
     Washington, DC 20046
25   (202) 429-2290 · (202) 429-2294 (fax)
     E-mail: gmason@masonlawdc.com

26

27

28

- 1 -

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  Heather Kendall Miller
   NATIVE AMERICAN RIGHTS FUND
2  420 L Street, Suite 505
   Anchorage, AK 99501
3  (907) 276-0680 · (907) 276-2466 (fax)
   E-mail: kendall@narf.org
4
   Matthew F. Pawa
5  Mark R. Rielly
   Benjamin A. Krass
6  LAW OFFICES OF MATTHEW F. PAWA, P.C.
   1280 Centre Street, Suite 230
7  Newton Centre, MA 02459
   (617) 641-9550 · (617) 641-9551 (fax)
8  E-mail: mp@pawalaw.com

9  Dennis Reich
   Michael Howell
10 Ashli Ayers
   REICH & BINSTOCK
11 4625 San Felipe, Suite 1000
   Houston, TX  77027
12 E-mail: dreich@reichandbinstock.com

13 Christopher A. Seeger
   Stephen A. Weiss
14 James A. O'Brien, III
   SEEGER WEISS LLP
15 One William Street
   New York, NY  10004
16 (212) 584-0700  · (212) 584-0799 (fax)
   E-mail: sweiss@seegerweiss.com
17
   Stephen D. Susman (Texas State Bar No. 19521000)
18 H. Lee Godfrey (Texas State Bar No. 08054000)
   Eric J. Mayer (Texas State Bar No. 13274675)
19 SUSMAN GODFREY L.L.P.
   1000 Louisiana St., Suite 5100
20 Houston, Texas 77002
   (713) 651-9366 · (713) 654-6666 (fax)
21
   Terrell W. Oxford (Texas State Bar No. 15390500)
22 SUSMAN GODFREY L.L.P.
   ·901 Main St., Suite 5100
23 Dallas, Texas 75202
   (214) 754-1900 · (214) 754-1950 (fax)
24
   Marc M. Seltzer (California State Bar No. 54534)
25 SUSMAN GODFREY L.L.P.
   1901 Avenue of the Stars, Suite 950
26 Los Angeles, California 90067
   (310) 789-3100 · (310) 789-3150 (fax)
27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS      - 2 -

1  Drew D. Hansen (Washington State Bar No. 30467)
   SUSMAN GODFREY L.L.P.
2  1201 Third Ave., Suite 3800
   Seattle, Washington 98101
3  (206) 516-3880 · (206) 516-3883 (fax)

4  Attorneys for Plaintiffs NATIVE VILLAGE OF KIVALINA
   And CITY OF KIVALINA

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28