1
2
3
4     IN THE UNITED STATES DISTRICT COURT
5    FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7 NATIVE VILLAGE OF KIVALINA,   No. C 08-01138 SBA
8     Plaintiff,      **CLERK'S NOTICE**
9  v.
10 EXXONMOBIL CORPORATION,
11     Defendant.
12 _____/

13  **Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this**
14  **action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of service with the Clerk of the Court.**

15    YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for , **June 4,**
16  **2008, has been moved to, June 4, 2008, at 2:30 p.m., via telephone.**

    **Plaintiff's counsel is to set up the conference call with all the parties on the line and call**
17  **chambers at (510) 637-3559.**

18    **(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR**
19  **AUTHORIZATION OF THE COURT.)**

    **Counsel shall file a Joint Case Management Conference Statement 10 days in advance**
20  **of the Case Management Conference that complies with the Standing Order For All Judges Of**
21  **The Northern District Of California and the Standing Order of this Court.**

 **Dated: 2/29/08**
22        **FOR THE COURT,**

23        **Richard W. Wieking, Clerk**

24        **By: s/Lisa R. Clark_____**
25         **Courtroom Deputy**
26
27
28

**United States District Court**
**For the Northern District of California**