```
 1  Thomas A. Rector (State Bar No. 199175)
    tarector@jonesday.com
 2  JONES DAY
    555 California Street, 26th Floor
 3  San Francisco, CA  94104
    Telephone:   (415) 626-3939
 4  Facsimile:   (415) 875-5700

 5  Thomas E. Fennell (pro hac vice application pending)
    tefennell@jonesday.com
 6  Michael L. Rice (pro hac vice application pending)
    mlrice@jonesday.com
 7  JONES DAY
    2727 N. Harwood Street
 8  Dallas, Texas  75201-1515
    Telephone:   (214) 220-3939
 9  Facsimile:   (214) 969-5100

10  Kevin P. Holewinski (pro hac vice application pending)
    kpholewinski@jonesday.com
11  JONES DAY
    51 Louisiana Avenue, N.W.
12  Washington, DC  20001-2113
    Telephone:   (202) 879-3939
13  Facsimile:   (202) 626-1700

14  Attorneys for Defendant
    XCEL ENERGY, INC.
15
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIVE VILLAGE OF KIVALINA, et al.,** | Case No. C 08-01138 SBA |
| **Plaintiffs,** | PROOF OF SERVICE |
| v. | |
| **EXXONMOBIL CORPORATION,** | |
| **Defendants.** | |

SFI-579970v1

PROOF OF SERVICE
C 08-01138 SBA

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 13, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (FOR THOMAS E. FENNEL)

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (FOR KEVIN P. HOLEWINSKI)

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

in a sealed envelope, postage fully paid, addressed as follows:
   SEE ATTACHED SERVICE LIST

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 13, 2008, at San Francisco, California.

_____
Margaret C. Landsborough

Service List

**Attorneys for Plaintiffs:**

Luke W. Cole
Brent Newell
CENTER ON RACE, POVERTY & THE ENVIRONMENT
47 Kearny Street, Suite 804
San Francisco, CA 94108
(415) 346-4179 · (415) 346-8723 (fax)
E-mail: luke@igc.org

Heather Kendall Miller
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, AK 99501
(907) 276-0680 · (907) 276-2466 (fax)
E-mail: kendall@narf.org

Dennis Reich
REICH & BINSTOCK
4625 San Felipe, Suite 1000
Houston, TX 77027
E-mail: dreich@reichandbinstock.com

Christopher A. Seeger
Stephen A. Weiss
James A. O'Brien, III
SEEGER WEISS LLP
One William Street
New York, NY 10004
(212) 584-0700 · (212) 584-0799 (fax)
E-mail: sweiss@seegerweiss.com

Steve W. Berman
Barbara Mahoney
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
(206) 623-7292 · (206) 623-0594 (fax)
E-mail: steve@hbsslaw.com

Reed R. Kathrein
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000 · (510) 725-3001 (fax)
E-mail: reed@hbsslaw.com

Gary E. Mason
THE MASON LAW FIRM LLP
1225 19th Street, NW, Suite 500
Washington, DC 20036
(202) 429-2290 · (202) 429-2294 (fax)
E-mail: gmason@masonlawdc.com

Matthew F. Pawa
Mark R. Rielly
Benjamin A. Krass
LAW OFFICES OF MATTHEW F. PAWA, P.C.
1280 Centre Street, Suite 230
Newton Centre, MA 02459
(617) 641-9550 · (617) 641-9551 (fax)
E-mail: mp@pawalaw.com

Stephen D. Susman
H. Lee Godfrey
Eric J. Mayer
SUSMAN GODFREY L.L.P.
1000 Louisiana St., Suite 5100
Houston, Texas 77002
(713) 651-9366 · (713) 654-6666 (fax)

Terrell W. Oxford
SUSMAN GODFREY L.L.P.
901 Main St., Suite 5100
Dallas, Texas 75202
(214) 754-1900 · (214) 754-1950 (fax)

- 2 -

Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067
(310) 789-3100 · (310) 789-3150 (fax)

Drew D. Hansen
SUSMAN GODFREY L.L.P.
1201 Third Ave., Suite 3800
Seattle, Washington 98101
(206) 516-3880 · (206) 516-3883 (fax)