

Clerk's Use Only

Initial for fee pd.:

Kevin Patrick Holewinski
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3797

**ORIGINAL**

FILED
MAR 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

NATIVE VILLAGE OF KIVALINA and
CITY OF KIVALINA,

        Plaintiff(s),

v.

EXXONMOBIL CORPORATION,
ET AL.

        Defendant(s).

CASE NO. 4:08-cv-01138-SBA

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Kevin Patrick Holewinski, an active member in good standing of the bar of The District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing XCEL ENERGY INC. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Thomas A. Rector; Jones Day, 555 California Street 26th Floor, San Francisco, CA 94104-1500; (415) 636-3939

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2008

*/s/ Kevin P Holewinski/*

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001922
Cashier ID: lenahac
Transaction Date: 03/13/2008
Payer Name: Jones Day
---------------------------------------
PRO HAC VICE
 For: Kevin Patrick Holewinski
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:        $210.00
---------------------------------------
CHECK
 Check/Money Order Num: 1007450
 Amt Tendered:  $210.00
---------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C-08-1138-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

ORIGINAL

RECEIVED

MAR 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

NATIVE VILLAGE OF KIVALINA and
CITY OF KIVALINA,

CASE NO. 4:08-cv-01138-SBA

Plaintiff(s),

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

v.

EXXONMOBIL CORPORATION,
ET AL.

Defendant(s).

Kevin Patrick Holewinski, an active member in good standing of the bar of The District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is

Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001
(202) 879-3797

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing XCEL ENERGY, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District    Judge
Saundra Brown Armstrong

UNITED STATES DISTRICT COURT
For the Northern District of California