# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

NATIVE VILLAGE OF KIVALINA, and CITY OF KIVALINA,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**v.**

EXXONMOBIL CORPORATION; BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.;  (see attached)

**CV 08      1138**

**SBA**

TO: (Name and address of defendant)

*See Attachment*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Luke W. Cole
CENTER ON RACE, POVERTY & THE ENVIRONMENT
47 Kearny Street, Suite 804
San Francisco, CA  94108

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_(BY) DEPUTY CLERK

DATE **FEB 2 6 2008**

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☐    Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                 *Date*                           *Signature of Server*

                                          _____
                                          *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**SUMMONS**
**ATTACHMENT**

**I.(a) DEFENDANTS,** continued:  CHEVRON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICES CORPORATION; DTE ENERGY COMPANY; DUKE ENERGY CORPORATION; DYNEGY HOLDINGS, INC.; EDISON INTERNATIONAL; MIDAMERICAN ENERGY HOLDINGS COMPANY; MIRANT CORPORATION; NRG ENERGY; PINNACLE WEST CAPITAL CORPORATION; RELIANT ENERGY, INC.; THE SOUTHERN COMPANY; and XCEL ENERGY, INC.

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | (510) 725-3034 | |
| Attorneys for:   PLAINTIFFS | | Ref. No. Or File No.<br>W2492681 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

NATIVE VILLAGE OF KIVALINA, et al.

Defendant:

EXXONMOBIL CORPORATION, et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I, Daniel Newcomb                          , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : THE AES CORPORATION

By Serving         : MARY DRUMMOND, Managing Agent

Address            : 2711 Centerville Road Suite 400 , Wilmington, Delaware  19808
Date & Time        : Monday, March 3, 2008 @ 3:35 p.m.
Witness fees were  : Not applicable.

Person serving:
Daniel Newcomb
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 5, 2008

Signature:

Daniel Newcomb


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | (510) 725-3034 | |
| Attorneys for: **PLAINTIFFS** | | Ref. No. Or File No.<br>W2492683 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | | |
| Plaintiff:<br>NATIVE VILLAGE OF KIVALINA, et al. | | | |
| Defendant:<br>EXXONMOBIL CORPORATION, et al. | | | |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I, Bobby Ali                               , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant            : AMERICAN ELECTRIC POWER COMPANY, INC.

By Serving           : ELENA BOUTAKOVA, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of
                       Process.
Address              : 111 Eighth Avenue , New York, New York, 10011
Date & Time          : Monday, March 3, 2008 @ 12:20 p.m.
Witness fees were    : Not applicable.

Person serving:                          a. Fee for service:
Bobby Ali                                d. Registered California Process Server
**Wheels of Justice, Inc.**                 (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.: 871612
San Francisco, California  94105            (3) County:
Phone: (415) 546-6000                       (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 3, 2008                              Signature:_____

                                                          Bobby Ali


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | (510) 725-3034 | |
| Attorneys for:  PLAINTIFFS | | Ref. No. Or File No.<br>W2492692 | |

| Insert name of court, judicial district and branch court, if any: |
|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

| Plaintiff: |
|---|
| NATIVE VILLAGE OF KIVALINA, et al. |

| Defendant: |
|---|
| EXXONMOBIL CORPORATION, et al. |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I,  Bobby Ali                              , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF
MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant            : AMERICAN ELECTRIC POWER SERVICE CORPORATION

By Serving           : ELENA BOUTAKOVA, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of
                       Process.
Address              : 111 Eighth Avenue , New York, New York,10011
Date & Time          : Saturday, March 8, 2008 @ 12:20 p.m.
Witness fees were    : Not applicable.

Person serving:
Bobby Ali
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 871612
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 3, 2008                          Signature:_____
                                                          Bobby Ali


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address)<br><br>REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710<br><br>Attorneys for:  PLAINTIFFS | Telephone:<br>(510) 725-3034<br><br>Ref. No. Or File No.<br>W2492677 | FOR COURT USE ONLY |
|---|---|---|

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
NATIVE VILLAGE OF KIVALINA, et al.

Defendant:
EXXONMOBIL CORPORATION, et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I, J. Aldana                                     , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant             : BP AMERICA INC.

By Serving            : MARGARET WILSON, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of Process
Address               : 818 W. Seventh Street , Los Angeles, California  90017
Date & Time           : Monday, March 3, 2008 @ 11:00 a.m.
Witness fees were     : Not demanded or paid.

Person serving:
J. Aldana
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 5261
   (3) County: Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 3, 2008                          Signature: _____
                                                              J. Aldana

Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | Telephone:<br>(510) 725-3034 | | |

Attorneys for: **PLAINTIFFS**

Ref. No. Or File No.
W2492666

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
NATIVE VILLAGE OF KIVALINA, et al.

Defendant:
EXXONMOBIL CORPORATION, et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I, Jim Wardlow , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF
MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant : BP PRODUCTS NORTH AMERICA, INC.

By Serving : BECKY DEGEORGE, Authorized Agent of CSC–Lawyers Incorporating Service, Agent for Service
of Process
Address : 2730 Gateway Oaks Drive, Suite 100 , Sacramento, California  95833
Date & Time : Monday, March 3, 2008 @ 2:55 p.m.
Witness fees were : Not applicable.

Person serving:
Jim Wardlow
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 87-010
  (3) County: Sacramento
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 4, 2008

Signature: _____
          Jim Wardlow


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | (510) 725-3034 | |
| | | Ref. No. Or File No. | |
| Attorneys for: **PLAINTIFFS** | | W2492671 | |

| Insert name of court, judicial district and branch court, if any: |
|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

| Plaintiff: |
|---|
| NATIVE VILLAGE OF KIVALINA, et al. |

| Defendant: |
|---|
| EXXONMOBIL CORPORATION, et al. |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I,  Jim  Wardlow                         , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF
MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant               : CHEVRON CORPORATION

By Serving              : BECKY DEGEORGE, Authorized Agent of CSC–Lawyers Incorporating Service, Agent for Service
                          of Process
Address                 : 2730 Gateway Oaks Drive, Suite 100 , Sacramento, California  95833
Date & Time             : Monday, March 3, 2008 @ 2:55 p.m.
Witness fees were       : Not applicable.

Person serving:                          a. Fee for service:
Jim Wardlow                              d. Registered California Process Server
**Wheels of Justice, Inc.**                 (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.: 87-010
San Francisco, California  94105            (3) County: Sacramento
Phone: (415)  546-6000                      (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 4, 2008                        Signature: _____
                                                        Jim  Wardlow


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | (510) 725-3034 | |

| Attorneys for: PLAINTIFFS | Ref. No. or File No.<br>W2492672 | |
|---|---|---|

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

NATIVE VILLAGE OF KIVALINA, et al.

Defendant:

EXXONMOBIL CORPORATION, et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I, Jim Wardlow                                , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF
MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant            : CHEVRON U.S.A., INC.

By Serving           : BECKY DEGEORGE, Authorized Agent of CSC–Lawyers Incorporating Service, Agent for Service
                       of Process
Address              : 2730 Gateway Oaks Drive, Suite 100 , Sacramento, California  95833
Date & Time          : Monday, March 3, 2008 @ 2:55 p.m.
Witness fees were    : Not applicable.

Person serving:                          a. Fee for service:
Jim Wardlow                              d. Registered California Process Server
**Wheels of Justice, Inc.**                 (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.: 87-010
San Francisco, California  94105            (3) County: Sacramento
Phone: (415) 546-6000                       (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 4, 2008                      Signature: _____
                                                         Jim Wardlow


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | (510) 725-3034 | |
| | | Ref. No. Or File No. | |
| Attorneys for: PLAINTIFFS | | W2492673 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

NATIVE VILLAGE OF KIVALINA, et al.

Defendant:

EXXONMOBIL CORPORATION, et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I, Jim Wardlow                    , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant             : CONOCOPHILLIPS COMPANY

By Serving            : BECKY DEGEORGE, Authorized Agent of CSC–Lawyers Incorporating Service, Agent for Service of Process
Address               : 2730 Gateway Oaks Drive, Suite 100 , Sacramento, California  95833
Date & Time           : Monday, March 3, 2008 @ 2:55 p.m.
Witness fees were     : Not applicable.

Person serving:
Jim Wardlow
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 87-010
   (3) County: Sacramento
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 4, 2008

Signature: _____
          Jim  Wardlow

Printed on recycled paper

| Attorney Or Party Without an Attorney (Name and Address) | | | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | | | (510) 725-3034 | |

Attorneys for:    PLAINTIFFS

Ref. No. Or File No.
W2492682

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
NATIVE VILLAGE OF KIVALINA, et al.

Defendant:
EXXONMOBIL CORPORATION, et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I, Daniel Newcomb                , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF
MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant          : DYNEGY HOLDINGS INC.

By Serving         : SCOTT LASCALA, Managing Agent

Address            : 1209 Orange Street , Wilmington, Delaware 19801
Date & Time        : Monday, March 3, 2008 @ 2:00 p.m.
Witness fees were  : Not applicable.

Person serving:
Daniel Newcomb
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 5, 2008

Signature: _____
                Daniel Newcomb

Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | (510) 725-3034 | |
| Attorneys for: PLAINTIFFS | | Ref. No. Or File No.<br>W2492678 | |

| Insert name of court, judicial district and branch court, if any: |
|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

| Plaintiff: |
|---|
| NATIVE VILLAGE OF KIVALINA, et al. |

| Defendant: |
|---|
| EXXONMOBIL CORPORATION, et al. |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I, Carl F. Lundgren                         , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF
MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant            : EDISON INTERNATIONAL

By Serving           : VICKI KAISER, Authorized Agent/Authorized to Accept Service of Process.

Address              : 2244 Walnut Grove Avenue , Rosemead, California  91770
Date & Time          : Tuesday, March 4, 2008 @ 12:45 p.m.
Witness fees were    : Not applicable.

Person serving:                          a. Fee for service:
Carl F. Lundgren                         d. Registered California Process Server
**Wheels of Justice, Inc.**                  (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.: 406
San Francisco, California  94105            (3) County: San Francisco
Phone: (415) 546-6000                       (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 5, 2008                    Signature: _____
                                                   Carl F. Lundgren


Printed on recycled paper

| | | FOR COURT USE ONLY |
|---|---|---|
| Attorney Or Party Without Attorney (Name and Address)<br><br>REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710<br>Attorneys for:    PLAINTIFFS | Telephone:<br>(510) 725-3034<br><br>Ref. No. Or File No.<br>W2492675 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
NATIVE VILLAGE OF KIVALINA, et al.

Defendant:
EXXONMOBIL CORPORATION, et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I, J. Aldana _____, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : MIDAMERICAN ENERGY HOLDINS COMPANY

By Serving           : MARGARET WILSON, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of Process
Address              : 818 W. Seventh Street , Los Angeles, California  90017
Date & Time          : Monday, March 3, 2008 @ 11:00 a.m.
Witness fees were    : Not applicable.

Person serving:
J. Aldana
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 5261
   (3) County:  Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 3, 2008                    Signature: _____
                                                         J. Aldana


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | | | (510) 725-3034 | |
| Attorneys for: **PLAINTIFFS** | | | | Ref. No. Or File No.<br>W2492685 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
NATIVE VILLAGE OF KIVALINA, et al.

Defendant:
EXXONMOBIL CORPORATION, et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I, Ontry Patten                    , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : MIRANT CORPORATION

By Serving         : DEBBIE SEALUND, Managing Agent

Address            : 160 Greentree Dr. # 101 , Dover, DE 19904
Date & Time        : Monday, March 3, 2008 @ 2:55 pm.
Witness fees were   : Not applicable.

Person serving:                          a. Fee for service:
Ontry Patten                             d. Registered California Process Server
**Wheels of Justice, Inc.**                  (1) Employee or independent contractor
657 Mission Street, Suite 502                (2) Registration No.:
San Francisco, California 94105              (3) County:
Phone: (415) 546-6000                        (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 5, 2008                      Signature _____
                                                   Ontry Patten

Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | (510) 725-3034 | |
| | | Ref. No. Or File No.<br>W2492676 | |
| Attorneys for:    PLAINTIFFS | | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
NATIVE VILLAGE OF KIVALINA, et al.

Defendant:
EXXONMOBIL CORPORATION, et al.

| **PROOF OF SERVICE** | Date | Time: | Dept/Div. | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I, J. Aldana                         , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF
MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant          : NRG ENERGY, INC.

By Serving         : MARGARET WILSON, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of
                     Process.
Address            : 818 W. Seventh Street , Los Angeles, California  90017
Date & Time        : Monday, March 3, 2008 @ 11:00 a.m.
Witness fees were  : Not applicable.

Person serving:                          a. Fee for service:
J. Aldana                                d. Registered California Process Server
**Wheels of Justice, Inc.**                 (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.: 5261
San Francisco, California  94105            (3) County:  Los Angeles
Phone: (415)  546-6000                      (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 3, 2008                      Signature: _____
                                                              J. Aldana


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | (510) 725-3034 | |
| Attorneys for:    PLAINTIFFS | | Ref. No. O- File No.<br>W2492680 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
NATIVE VILLAGE OF KIVALINA, et al.

Defendant:
EXXONMOBIL CORPORATION, et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I, Daniel Newcomb                        , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : PEABODY ENERGY CORPORATION

By Serving         : SCOTT LASCALA, Managing Agent

Address            : 1209 Orange Street, Wilmington, Delaware 19801
Date & Time        : Monday, March 3, 2008 @ 2:00 p.m.
Witness fees were   : Not applicable.

Person serving:                          a. Fee for service:
Daniel Newcomb                           d. Registered California Process Server
**Wheels of Justice, Inc.**                  (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.:
San Francisco, California 94105             (3) County:
Phone: (415) 546-6000                       (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 5, 2008

Signature: _____
                    Daniel Newcomb



Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | (510) 725-3034 | |
| Attorneys for:  PLAINTIFFS | | Ref. No. Or File No.<br>W2492698 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

NATIVE VILLAGE OF KIVALINA, et al.

Defendant:

EXXONMOBIL CORPORATION, et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I,  Jenny Neff                                  , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant           : PINNACLE WEST CAPITAL CORPORATION

By Serving          : MOLLY MARTINEZ, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of Process
Address             : 2394 E. Camelback Rd. , Phoenix, AZ 85016
Date & Time         : Monday, March 3, 2008 @ 4:25 p.m.
Witness fees were   : Not applicable.

Person serving:
Jenny Neff
**Wheels of Justice, inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 4, 2008

Signature: _____
                    Jenny Neff

#7435

Printed on recycled paper

| Attorney or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710<br><br>Attorneys for: **PLAINTIFFS** | (510) 725-3034<br><br>Ref. No. or File No.<br>W2492669 | |

| Insert name of court, judicial district and branch court, if any: |
|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

| Plaintiff: |
|---|
| NATIVE VILLAGE OF KIVALINA, et al. |

| Defendant: |
|---|
| EXXONMOBIL CORPORATION, et al. |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I, Jim Wardlow                              , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF
MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant           : RELIANT ENERGY, INC.

By Serving          : BECKY DEGEORGE, Authorized Agent of CSC–Lawyers Incorporating Service, Agent for Service
of Process
Address             : 2730 Gateway Oaks Drive, Suite 100 , Sacramento, California  95833
Date & Time         : Monday, March 3, 2008 @ 2:55 p.m.
Witness fees were   : Not applicable.

Person serving:                           a. Fee for service:
Jim Wardlow                               d. Registered California Process Server
**Wheels of Justice, Inc.**                  (1) Employee or independent contractor
657 Mission Street, Suite 502               (2) Registration No.: 87-010
San Francisco, California  94105            (3) County: Sacramento
Phone: (415) 546-6000                       (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 4, 2008                       Signature: _____
                                                          Jim  Wardlow

Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | (510) 725-3034 | |
| | | Ref. No. Or File No.<br>W2492674 | |
| Attorneys for:    PLAINTIFFS | | | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

NATIVE VILLAGE OF KIVALINA, et al.

Defendant:

EXXONMOBIL CORPORATION, et al.

| **PROOF OF SERVICE** | Date | Time | Dept/Div | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I, J. Aldana                               , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF
MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant          : SHELL OIL COMPANY

By Serving         : MARGARET WILSON, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of
                     Process.
Address            : 818 W. Seventh Street , Los Angeles, California  90017
Date & Time        : Monday, March 3, 2008 @ 11:00 a.m.
Witness fees were  : Not applicable.

Person serving:                          a. Fee for service:
J. Aldana                                d. Registered California Process Server
**Wheels of Justice, Inc.**                  (1) Employee or independent contractor
657 Mission Street, Suite 502                (2) Registration No.:  5261
San Francisco, California  94105             (3) County:  Los Angeles
Phone: (415) 546-6000                        (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 3, 2008                  Signature:_____
                                                      J. Aldana


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | | | | Telephone: | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | | | | (510) 725-3034 | |
| Attorneys for:   PLAINTIFFS | | | | Ref. No. Or File No.<br>W2492679 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

NATIVE VILLAGE OF KIVALINA, et al.

Defendant:

EXXONMOBIL CORPORATION, et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I, Daniel Newcomb _____ , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF
MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant           : THE SOUTHERN COMPANY

By Serving          : SCOTT LASCALA, Managing Agent.

Address             : 1209 Orange Street , Wilmington, Delaware 19801
Date & Time         : Monday, March 3, 2008 @ 2:00 p.m.
Witness fees were   : Not applicable.

Person serving:                          a. Fee for service:
Daniel Newcomb                           d. Registered California Process Server
**Wheels of Justice, Inc.**                  (1) Employee or independent contractor
657 Mission Street, Suite 502                (2) Registration No.:
San Francisco, California 94105              (3) County:
Phone: (415) 546-6000                        (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: March 5, 2008                      Signature: _____
                                                       Daniel Newcomb


Printed on recycled paper