HUNTON & WILLIAMS LLP
BELYNDA B. RECK (State Bar No. 163561)
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020
E-mail: breck@hunton.com

Attorneys for Defendants,
DTE ENERGY COMPANY, EDISON INTERNATIONAL, MIDAMERICAN ENERGY HOLDINGS COMPANY, PINNACLE WEST CAPITAL CORP., AND THE SOUTHERN COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA, CITY OF KIVALINA,<br><br>Plaintiffs,<br><br>v.<br><br>EXXONMOBIL CORPORATION, ET AL.,,<br><br>Defendants. | CASE NO.: C 08-01138(SBA)<br><br>**NOTICE OF APPEARANCE** |

1   COMES NOW Belynda Reck of the law firm of Hunton & Williams LLP and
2   enters her appearance as counsel for Defendants DTE Energy Company, Edison
3   International, MidAmerican Energy Holdings Company, Pinnacle West Capital Corp.,
4   and The Southern Company in the above-referenced civil action.
5   Please make entry onto the docket and the records of the Court so as to provide
6   the undersigned with all notices as required by law.

7
8   DATED: March 17, 2008                HUNTON & WILLIAMS LLP
9
10                                       By: /s/ Belynda
11                                       Belynda Reck
                                         Attorneys for Defendants
12                                       DTE Energy Company, Edison
                                         International, MidAmerican Energy
13                                       Holdings Company, Pinnacle West
                                         Capital Corp., and The Southern
14                                       Company
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Hunton & Williams LLP*
*550 South Hope Street, Suite 2000*
*Los Angeles, California 90071-2627*