Heather Kendall Miller
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
907- 276-0680 907-276-2466(fax)



# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>Plaintiffs,<br><br>v.<br><br>EXXONMOBIL CORPORATION;<br>*et al.*<br><br>Defendants. | Civ. Action No. C08-01138 SBA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to civil L.R. 11-3, Heather Kendall Miller, an active member in good standing of the bar of Alaska, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Native Village of Kivalina and City of Kivalina in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016965
Cashier ID: almaceh
Transaction Date: 03/13/2008
Payer Name: NATIVE AMERICAN RIGHTS FUND
------------------------------------
PRO HAC VICE
 For: H K MILLER
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:         $210.00
------------------------------------
CHECK
 Check/Money Order Num: 119580
 Amt Tendered:   $210.00
------------------------------------
Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

C08-1138 SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

**RECEIVED**
MAR 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>Plaintiffs,<br><br>v.<br><br>EXXONMOBIL CORPORATION;<br><br>Defendants. | Civ. Action No. c08-01138 SBA<br><br>**(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Heather Kendall Miller, an active member in good standing of the bar of Alaska, whose business address and telephone number is:

Heather Kendall Miller
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
907- 276-0680; 907-276-2466(fax)

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Native Village of Kivalina and City of Kivalina.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
United States District Judge
Saundra B. Armstrong

Heather Kendall Miller
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
907- 276-0680  907-276-2466(fax)

RECEIVED
CATHY A CATTERSON, CLERK
U.S. COURT OF APPEALS

MAR 0 7 2008

FILED
DOCKETED
DATE      INITIAL

FILED
MAR 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>EXXONMOBIL CORPORATION; et al.<br><br>　　　　　　　　　　　Defendants. | Civ. Action No. C08-01138 SBA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

　　　Pursuant to civil L.R. 11-3, Heather Kendall Miller, an active member in good standing of the bar of Alaska, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Native Village of Kivalina and City of Kivalina in the above-entitled action.

　　　In support of this application, I certify on oath that:

1.　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia as indicated above;

2.　　I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.　　An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Luke W. Cole (CA Bar No. 145505)
47 Kearny Street, Suite 804
San Francisco, CA 94108
415-346-4179 • 415-346-9723 (fax)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2009

Heather Kendall Miller
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
907- 276-06-80; 907-276-2466(fax)

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016965
Cashier ID: almareh
Transaction Date: 03/13/2008
Payer Name: NATIVE AMERICAN RIGHTS FUND
----------------------------------------
PRO HAC VICE
 For: H K MILLER
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:        $210.00
----------------------------------------
CHECK
 Check/Money Order Num: 119580
 Amt Tendered: $210.00
----------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C08-1138 SBA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```