ORIGINAL

1  DREW D. HANSEN (Washington State Bar No. 30467)
   SUSMAN GODFREY L.L.P.
2  1201 Third Avenue, Suite 3800
   Seattle, WA 98101
3  Telephone: (206) 516-3880
   Facsimile: (206) 516-3883
4  E-Mail: dhansen@susmangodfrey.com

5  Attorneys for Plaintiffs

FILED
MAR 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA
8              SAN FRANCISCO DIVISION

9  NATIVE VILLAGE OF KIVALINA and CITY     Case No. CV 08-1138 SBA
   OF KIVALINA,
10
                Plaintiffs,
11
12       vs.                                APPLICATION FOR
                                            ADMISSION OF ATTORNEY
13 EXXONMOBIL CORPORATION, et al.,          *PRO HAC VICE*
                Defendants.
14

15

16

17     Pursuant to Civil L.R. 11-3, Drew D. Hansen, an active member in good standing of the
18 State Bar of Washington, hereby applies for admission to practice in the Northern District of
19 California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

   In support of this application, I certify on oath that:
20
21   1.   I am an active member in good standing of the following bars: I was admitted to
22        the bar of the State of Washington on 11/14/2000. I am also admitted to the
23        United States Court of Appeals for the Fifth Circuit.
24   2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local
25        Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
26        become familiar with the Local Rules and the Alternative Dispute Resolution
27        programs of this Court; and,
28

821111v1/010121                         1
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. C 08-1138 SBA

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Marc M. Seltzer
> (California State Bar No. 54534)
> SUSMAN GODFREY L.L.P.
> 1901 Avenue of the Stars, Suite 950
> Los Angeles, California 90067-6029
> Telephone: (310) 789-3100
> Facsimile: (310) 789-3150

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2008

_____
DREW D. HANSEN

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016996
Cashier ID: almaceh
Transaction Date: 03/14/2008
Payer Name: SUSMAN GODFREY LLP
------------------------------------
PRO HAC VICE
  For: D D HANSEN
  Case/Party: D-CAN-4-08-AT-PROHAC-001
  Amount:         $210.00
------------------------------------
CHECK
  Check/Money Order Num: 2511
  Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C08-1138 SBA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

COPY

RECEIVED
MAR 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>EXXONMOBIL CORPORATION, et al.,<br><br>　　　　　　　Defendants. | Case No. CV 08-1138 SBA<br><br>[PROPOSED]<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

　　　　Drew D. Hansen, an active member in good standing of the State Bar of Washington, whose business address and telephone number is Susman Godfrey L.L.P., 1201 Third Avenue, Suite 3800, Seattle, Washington; Tel: (206) 516-3880, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs,

　　　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　The Hon. Saundra B. Armstrong
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

821112v1/010121

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. C 08-1138 SBA