ORIGINAL

FILED
MAR 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  TERRELL W. OXFORD (Texas State Bar No. 15390500)
   SUSMAN GODFREY L.L.P.
2  901 Main Street, Suite 5100
   Dallas, Texas 75202
3  Telephone: (214) 754-1900
   Facsimile: (214) 754-1933
4  E-Mail: toxford@susmangodfrey.com

5  Attorneys for Plaintiffs

6                  UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8                       SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>Plaintiffs,<br><br>vs.<br><br>EXXONMOBIL CORPORATION, et al.,<br><br>Defendants. | Case No. CV 08-1138 SBA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Terrell W. Oxford, an active member in good standing of the State Bar of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the following bars: I was admitted to the bar of the State of Texas on 11/11/77. I am also admitted to the United States District Courts for the Southern (7/17/78), Northern (12/30/87), Eastern (10/86) and Western (2/7/90) Districts of Texas; the United States Courts of Appeals for the Fifth Circuit (9/79) and Ninth Circuit; and the United States Claims Court.

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Marc M. Seltzer
> (California State Bar No. 54534)
> SUSMAN GODFREY L.L.P.
> 1901 Avenue of the Stars, Suite 950
> Los Angeles, California 90067-6029
> Telephone: (310) 789-3100
> Facsimile: (310) 789-3150

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/11/08

_____
TERRELL W. OXFORD

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016998
Cashier ID: almaceh
Transaction Date: 03/14/2008
Payer Name: SUSMAN GODFREY LLP
------------------------------------
PRO HAC VICE
 For: T W OXFORD
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 2512
 Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C08-1138 SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

COPY

RECEIVED
MAR 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>Plaintiffs,<br><br>vs.<br><br>EXXONMOBIL CORPORATION, et al.,<br><br>Defendants. | Case No. CV 08-1138 SBA<br><br>[PROPOSED]<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Terrell W. Oxford, an active member in good standing of the State Bar of Texas, whose business address and telephone number is Susman Godfrey L.L.P., 901 Main Street, Suite 5100, Dallas, Texas 75202; Tel: (214) 754-1900, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____          _____
                                                        The Hon. Saundra B. Armstrong
                                                        United States District Judge