ORIGINAL

1  CHRISTOPHER A. SEEGER
   STEPHEN A. WEISS
2  JAMES A. O'BRIEN, III
   SEEGER WEISS LLP
3  One William Street
   New York, NY 10004
4  Telephone: (212) 584-0700
   Facsimile: (212) 584-0799
5  E-Mail: cseeger@seegerweiss.com
   E-Mail: sweiss@seegerweiss.com
6  E-Mail: jobrien@seegerweiss.com

7  Attorneys for Plaintiffs

**FILED**

MAR 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA, | Case No. CV 08-1138 SBA |
| 12 | |
| 13                    Plaintiffs, | |
| 14            vs. | **APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| 15  EXXONMOBIL CORPORATION, et al., | |
| 16                    Defendants. | |
| 17 | |

18

19      Pursuant to Civil L.R. 11-3, Christopher A Seeger, an active member in good standing of

20  the State Bar of New York, hereby applies for admission to practice in the Northern District of

21  California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

22      In support of this application, I certify on oath that:

23      1.    I am an active member in good standing of the U.S. District Court for the Southern

24            and Eastern District on New York, U.S. District Court on New Jersey and

25            Supreme Court of the State of New York.

26      2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

27            Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

28

become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Marc M. Seltzer
(California State Bar No. 54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 11, 2008

_____
CHRISTOPHER A. SEEGER

2

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017002
Cashier ID: almaceh
Transaction Date: 03/14/2008
Payer Name: SEEGER WEISS LLP
------------------------------------
PRO HAC VICE
 For: C A SEEGER
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:      $210.00
------------------------------------
CHECK
 Check/Money Order Num: 17892
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C08-1138 SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.

COPY

RECEIVED

MAR 1 4 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,

Plaintiffs,

vs.

EXXONMOBIL CORPORATION, et al.,

Defendants.

Case No. CV 08-1138 SBA

**[PROPOSED]**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Christopher A. Seeger, an active member in good standing of the State Bar of New York, whose business address and telephone number is Seeger Weiss LLP, One William Street, New York, NY 10004; Tel: (212) 584-0700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
The Hon. Saundra B. Armstrong
United States District Judge