ORIGINAL

Fee pd.

STEPHEN D. SUSMAN (Texas State Bar No. 19521000)
H. LEE GODFREY (Texas State Bar No. 08054000)
ERIC J. MAYER (Texas State Bar No. 13274675)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
E-Mail: ssusman@susmangodfrey.com
E-Mail: lgodfrey@susmangodfrey.com
E-Mail: emayer@susmangodfrey.com

Attorneys for Plaintiffs

FILED

MAR 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA, | Case No. CV 08-1138 SBA |
|---|---|
| Plaintiffs, | |
| vs. | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| EXXONMOBIL CORPORATION, et al., | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, Stephen D. Susman, an active member in good standing of the State Bar of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the following bars: I was admitted to the bar of the State of New York in 2000; the bar of the State of Texas in 1965; the bar of the State of Colorado in 2002; and the bar for the District of Columbia in 1999. I am also admitted to The United States District Courts for the Southern, Western, Northern, and Eastern Districts of Texas and the Southern District Court of New York; the United States Courts of Appeals for the Second, Fourth, Fifth,

Eighth, Ninth, Tenth, District of Columbia, and Federal Districts; and the United States Supreme Court.

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>Marc M. Seltzer
>(California State Bar No. 54534)
>SUSMAN GODFREY L.L.P.
>1901 Avenue of the Stars, Suite 950
>Los Angeles, California 90067-6029
>Telephone: (310) 789-3100
>Facsimile: (310) 789-3150

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3-10-08

STEPHEN D. SUSMAN

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016994
Cashier ID: almaceh
Transaction Date: 03/14/2008
Payer Name: SUSMAN GODFREY LLP
------------------------------------
PRO HAC VICE
 For: S D  SUSMAN
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:         $210.00
------------------------------------
CHECK
 Check/Money Order Num: 2509
 Amt Tendered:   $210.00
------------------------------------
Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

C08-1138 SBA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

RECEIVED
MAR 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>Plaintiffs,<br><br>vs.<br><br>EXXONMOBIL CORPORATION, et al.,<br><br>Defendants. | Case No. CV 08-1138 SBA<br><br>[PROPOSED]<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Stephen D. Susman, an active member in good standing of the State Bar of Texas, whose business address and telephone number is Susman Godfrey L.L.P., 1000 Louisiana Street, Suite 5100, Houston, Texas 77002; Tel: (713) 651-9366, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
The Hon. Saundra B. Armstrong
United States District Judge

821104v1/010121

1
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. C 08-1138 SBA