Clerk's Use Only

Initial for fee pd.:

1  Mark R. Rielly, Esq.
   Law Offices of Matthew F. Pawa, P.C.
   1280 Centre Street, Suite 230
   Newton Centre, MA 02459
   (617) 641-9550

                    **FILED**
                    MAR 17 2008

2                UNITED STATES DISTRICT COURT

3                NORTHERN DISTRICT OF CALIFORNIA

4

5  NATIVE VILLAGE OF KIVALINA, ET AL.,

6                                              CASE NO. 08-01138 SBA
              Plaintiff(s),
7
         v.                                    APPLICATION FOR
8                                              ADMISSION OF ATTORNEY
   EXXONMOBIL CORPORATION, ET                  *PRO HAC VICE*
9  AL.,

10
              Defendant(s).       /
11
         Pursuant to Civil L.R. 11-3, Mark R. Rielly                    , an active member in
12
   good standing of the bar of Massachusetts                            , hereby applies
13
   for admission to practice in the Northern District of California on a pro hac vice basis
14                        Native Village of Kivalina
   representing  Plaintiffs                         in the above-entitled action.
15                        City of Kivalina
        In support of this application, I certify on oath that:
16
      1.   I am an active member in good standing of a United States Court or of the highest
17
           court of another State or the District of Columbia, as indicated above;
18
      2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local
19
           Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to
20
           become familiar with the Local Rules and the Alternative Dispute Resolution
21
           programs of this Court; and,
22
      3.   An attorney who is a member of the bar of this Court in good standing and who
23
           maintains an office within the State of California has been designated as co-
24
           counsel in the above-entitled action. The name, address and telephone number of
25
           that attorney is:
26
           Luke W. Cole, Center on Race, Poverty & the Environment, 47 Kearny Street,
27         Suite 804, San Francisco, CA 94108, (415) 346-4179
        I declare under penalty of perjury that the foregoing is true and correct.
28

Dated: March 12, 2008                           /s/ Mark R. Rielly

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001942
Cashier ID: lenahac
Transaction Date: 03/17/2008
Payer Name: Matthew F. Pawa

PRO HAC VICE
 For: Mark R. Rielly
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 2529
 Amt Tendered: $210.00

Total Due:        $210.00
Total Tendered:   $210.00
Change Amt:       $0.00

08-cv-1138-SBA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

RECEIVED
MAR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

NATIVE VILLAGE OF KIVALINA, ET AL.,

    Plaintiff(s),

v.

EXXONMOBIL CORPORATION, ET AL.,

    Defendant(s).

CASE NO. 08-01138 SBA

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Mark R. Rielly, an active member in good standing of the bar of Massachusetts whose business address and telephone number (particular court to which applicant is admitted) is

Law Offices of Matthew F. Pawa, P.C., 1280 Centre Street, Suite 230, Newton Centre, MA 02459, (617) 641-9550

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Native Village of Kivalina, City of Kivalina.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District   Judge
Saundra Brown Armstrong