| | |
|---|---|
| 1 | LISA KOBIALKA, CA BAR NO. 191404 |
|   | (lkobialka@kslaw.com) |
| 2 | KING & SPALDING LLP |
|   | 1000 Bridge Parkway, Suite 100 |
| 3 | Redwood City, CA 94065 |
|   | Telephone:   (650) 590-0700 |
| 4 | Facsimile:   (650) 590-1900 |
| 5 | TRACIE J. RENFROE, *pro hac vice pending* |
|   | (trenfroe@kslaw.com) |
| 6 | JONATHAN L. MARSH, *pro hac vice pending* |
|   | (jmarsh@kslaw.com) |
| 7 | ROBERT MEADOWS, *pro hac vice pending* |
|   | (rmeadows@kslaw.com) |
| 8 | King & Spalding LLP |
|   | 1100 Louisiana Street, Suite 4000 |
| 9 | Houston, TX 77002-5213 |
|   | Telephone:   (713) 751-3200 |
| 10 | Facsimile:   (713) 751-3290 |
| 11 | Attorneys for Defendants |
|   | CHEVRON CORPORATION and CHEVRON U.S.A. INC. |
| 12 | (See signature page for list of all counsel and parties represented) |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | | |
|---|---|---|
| 15 | NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA | Case No. C 08-01138 SBA |
| 16 |   | **STIPULATION EXTENDING** |
| 17 | Plaintiffs, | **DEFENDANTS' DEADLINE TO ANSWER, MOVE OR RESPOND TO** |
| 18 | v. | **COMPLAINT** |
| 19 | EXXONMOBIL CORPORATION; BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; CHEVRON CORPORATION CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICE CORPORATION; DTE ENERGY COMPANY; DUKE ENERGY CORPORATIO DYNEGY HOLDINGS, INC.; EDISON INTERNATIONAL; IDAMERICAN ENERG HOLDINGS COMPANY; MIRANT CORPORATION; NRG ENERGY; PINNACLE WEST CAPITAL CORPORATION; RELIANT ENERGY, INC.; THE SOUTHERN COMPANY AND XCEL ENERGY, INC., | [Local Rule 6-1(a)—No Action By Court Required] |
| 28 | Defendants. | |

| | |
|---|---|
| STIPULATION EXTENDING DEFENDANTS' DEADLINE TO ANSWER, MOVE OR RESPOND TO COMPLAINT | Case No. C 08-01138 SBA |

1  IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that:

2  1.     Pursuant to Local Rule 6-1(a), the time for the undersigned Defendants ("the Defendants") to answer, move, or otherwise respond to the above-entitled Complaint, is extended through and including June 30, 2008.

2.     Plaintiffs and Defendants will attempt to agree on a briefing schedule for the filing of motions, responses, replies, and associated briefs under Rule 12(b) of the Federal Rules of Civil Procedure, and will submit their agreements or proposals to the Court as part of the Joint Case Management conference statement due on May 28, 2008.

3.     The Plaintiffs and Defendants will attempt in good faith to present a joint proposal for consolidated briefing of Rule 12(b) motions to the extent consolidated briefing can be accomplished.

4.     This stipulation provides solely for an enlargement of the date for answering or otherwise responding to Plaintiffs' Complaint, and is not intended to operate as an admission of any factual allegation or legal conclusion, or as a waiver of any objection, including subject matter jurisdiction, personal jurisdiction, and/or venue.

5.     This Stipulation is made effective as of March 17, 2008.  No portion of this Stipulation may be altered or amended except by a writing executed by all parties to this Stipulation or by an Order entered by the Court.  The parties agree that they will encourage Defendants who are not parties to this Stipulation to abide by the terms agreed to herein, including, if necessary, entering into a substantively similar stipulation with Plaintiffs.  The parties agree and acknowledge that any party hereto may file this Stipulation with the Court.

///

///

///

///

1 | DATED: March 19, 2008

AGREED BY:

/s/
Lisa Kobialka, CA Bar No. 191404
King & Spalding LLP
1000 Bridge Parkway, Suite 100
Redwood Shores, CA 94065
Telephone: 650-590-0720
Facsimile: 650-590-1900
Email: lkobialka@kslaw.com

Robert E. Meadows  (pro hac vice pending)
Tracie J. Renfroe  (pro hac vice pending)
Jonathan L. Marsh  (pro hac vice pending)
King & Spalding LLP
1100 Louisiana Street, Suite 4000
Houston, TX 77002
Telephone: 713-751-3200
Facsimile: 713-751-3290
Email: rmeadows@kslaw.com
       trenfroe@kslaw.com
       jlmarsh@kslaw.com

Counsel for Defendants Chevron Corporation and Chevron U.S.A. Inc.

3

STIPULATION EXTENDING DEFENDANTS' DEADLINE
TO ANSWER, MOVE OR RESPOND TO COMPLAINT

Case No. C 08-01138 SBA

|   |   |
|---|---|
| 1 | _____/s/_____ |
|   | Luke W. Cole |
| 2 | Brent Newell |
|   | Center on Race, Poverty & the Environment |
| 3 | 47 Kearny Street, Suite 804 |
|   | San Francisco, CA 94108 |
| 4 | Telephone: 415-346-4179 |
|   | Facsimile: 415-346-8723 |
| 5 | Email: luke@igc.org |
| 6 |   |
|   | Steve W. Berman |
| 7 | Hagens Berman Sobol Shapiro LLP |
|   | 1301 Fifth Avenue, Suite 2900 |
| 8 | Seattle, WA 98101 |
|   | Telephone: 206-623-7292 |
| 9 | Facsimile: 206-623-0594 |
| 10 | Email: steve@hbsslaw.com |
| 11 |   |
|   | Matthew F. Pawa |
| 12 | Law Offices of Matthew F. Pawa, P.C. |
|   | 1280 Centre Street, Suite 230 |
| 13 | Newton Centre, MA 02459 |
|   | Telephone: 617-641-9550 |
| 14 | Facsimile: 617-641-9551 |
|   | Email: mp@pawalaw.com |
| 15 |   |
| 16 | Counsel for Plaintiffs |
| 17 | _____/s/_____ |
|   | Matthew Heartney |
| 18 | Arnold & Porter LLP |
|   | 777 S. Figueroa Street, 44th Floor |
| 19 | Los Angeles, CA 90017-5844 |
|   | Telephone: 213-243-4150 |
| 20 | Facsimile: 213-243-4199 |
|   | Email: Matthew_Heartney@aporter.com |
| 21 |   |
| 22 | Counsel for BP America, Inc., and BP Products |
|   | North America, Inc. |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

4

STIPULATION EXTENDING DEFENDANTS' DEADLINE
TO ANSWER, MOVE OR RESPOND TO COMPLAINT

Case No. C 08-01138 SBA

| | |
|---|---|
| 1 | |
| 2 | /s/<br>Andrew B. Clubok (to be admitted pro hac vice)<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: 202-879-5173<br>Facsimile: 202-879-5200<br>Email: aclubok@kirkland.com |

Elizabeth L. Deeley
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
Telephone: 415-439-1861
Facsimile: 415-439-1500
Email: edeeley@kirkland.com

Counsel for ConocoPhillips Company

_____/s/_____
John F. Daum
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: 213-430-6111
Facsimile: 213-430-6407
E-mail: jdaum@omm.com

Jonathan D. Hacker
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: 202-383-5300
Facsimile: 202-383-5414
E-mail: jhacker@omm.com

Counsel for ExxonMobil Corporation

STIPULATION EXTENDING DEFENDANTS' DEADLINE                Case No. C 08-01138 SBA
TO ANSWER, MOVE OR RESPOND TO COMPLAINT

```
                              /s/
                        _____
                        Jerome C. Roth, CA Bar No. 159483
                        Munger, Tolles & Olson LLP
                        560 Mission Street, 27th Floor
                        San Francisco, CA  94105
                        Telephone:  415-512-4010
                        Facsimile:  415-644-6910
                        Email:  Jerome.Roth@mto.com

                        Daniel P. Collins, CA Bar No. 139164
                        Munger, Tolles & Olson LLP
                        355 S. Grand Avenue, 35th Floor
                        Los Angeles, CA  90071
                        Telephone:  213-683-9125
                        Facsimile:  213-697-3702
                        Email:  Daniel.Collins@mto.com

                        Counsel for Shell Oil Company


                              /s/
                        _____
                        Richard K. Welsh
                        Scott Bertzyk
                        Felix Lebron
                        Kamran Salour
                        Greenberg Traurig LLP
                        2450 Colorado Avenue, Suite 400E
                        Santa Monica, CA 90404
                        Telephone:  310-586-7700
                        Facsimile:  310-586-7800
                        Email:  welshr@gtlaw.com
                                bertzyks@gtlaw.com
                                lebronf@gtlaw.com
                                salourk@gtlaw.com

                        Counsel for Defendant AES Corp.
```

6

STIPULATION EXTENDING DEFENDANTS' DEADLINE
TO ANSWER, MOVE OR RESPOND TO COMPLAINT

Case No. C 08-01138 SBA

| | |
|---|---|
| 1 | /s/ |
| 2 | Samuel R. Miller |
|   | Paul L. Yanosy |
| 3 | Sidley Austin LLP |
|   | 555 California Street |
| 4 | San Francisco, CA 94104 |
|   | Telephone: 415-772-1200 |
| 5 | Facsimile : 415-772-7400 |
|   | Email: srmiller@sidley.com |
| 6 | pyanosy@sidely.com |

David T. Buente, Jr.  (to be admitted pro hac vice)
Joseph R. Guerra  (to be admitted pro hac vice)
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: 202-736-8000
Facsimile:  202-736-8711
Email: dbuente@sidley.com
    jguerra@sidley.com

Counsel for Defendants American Electric Power Company, Inc.
American Electric Power Service Corp., and Duke Energy Corp.

---

7

STIPULATION EXTENDING DEFENDANTS' DEADLINE TO ANSWER, MOVE OR RESPOND TO COMPLAINT

Case No. C 08-01138 SBA

/s/
Belynda B. Reck
Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627
Telephone: 213-532-2000
Facsimile: 213-532-2020
Email: breck@hunton.com

F. William Brownell (to be admitted pro hac vice)
Norman W. Fichthorn (to be admitted pro hac vice)
Allison D. Wood (to be admitted pro hac vice)
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone: 202-955-1500
Facsimile: 202-778-2201
Email: bbrownell@hunton.com
       nfichthorn@hunton.com
       awood@hunton.com

Shawn Patrick Regan (to be admitted pro hac vice)
Hunton & Williams LLP
200 Park Avenue
New York, NY 10166-0136
Telephone: 212-309-1000
Facsimile: 212-309-1100
Email: sregan@hunton.com

Counsel for Defendants DTE Energy Company, Edison International, MidAmerican Energy Holdings Company, Pinnacle West Capital Corp., and The Southern Company

| | |
|---|---|
| 1 |           /s/ |
| 2 | Jeremy Levin<br>Jeffrey A. Lamken (to be admitted pro hac vice) |
| 3 | Baker Botts LLP<br>The Warner |
| 4 | 1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2400 |
| 5 | Telephone:  202-639-7700<br>Facsimile:   202-639-7890 |
| 6 | Email:  jeremy.levin@bakerbotts.com<br>        jeffrey.lamken@bakerbotts.com |
| 7 | |
| 8 | Counsel for Defendants Dynegy Holdings, Inc.,<br>NRG Energy, and Reliant Energy, Inc. |

          /s/

Robert B. Pringle
Thelen Reid Brown Raysman
 & Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:  415-371-1200
Facsimile:   415-371-1211
Email:  rbpringle@thelen.com

Kevin A. Gaynor  (to be admitted pro hac vice)
Vinson & Elkins LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008
Telephone:  202-639-6500
Facsimile:   202-639-6604
Email:  kgaynor@velaw.com

Counsel for Defendant Mirant Corp.

STIPULATION EXTENDING DEFENDANTS' DEADLINE        Case No. C 08-01138 SBA
TO ANSWER, MOVE OR RESPOND TO COMPLAINT

| | |
|---|---|
| 1 | _____/s/_____ |
| | Steven P. Rice |
| 2 | Crowell & Moring LLP |
| | 3 Park Plaza |
| 3 | Irvine, CA 92614 |
| | Telephone: 949-798-1310 |
| 4 | Facsimile:  949-263-8414 |
| | Email:  srice@crowell.com |
| 5 | |
| 6 | Kathleen Taylor Sooy  (to be admitted pro hac vice) |
| | Scott L. Winkelman  (to be admitted pro hac vice) |
| 7 | Tracy A. Roman  (to be admitted pro hac vice) |
| | Crowell & Moring LLP |
| 8 | 1001 Pennsylvania Ave., N.W. |
| | Washington, D.C. 20004-2595 |
| 9 | Telephone:  202-624-2500 |
| 10 | Facsimile:   202-628-5116 |
| | Email:  ksooy@crowell.com |
| 11 |       swinkelman@crowell.com |
| |       troman@crowell.com |
| 12 | |
| 13 | Counsel for Defendant Peabody Energy Corp. |

10

STIPULATION EXTENDING DEFENDANTS' DEADLINE    Case No. C 08-01138 SBA
TO ANSWER, MOVE OR RESPOND TO COMPLAINT

| | |
|---|---|
| 1 | |
| 2 | /s/<br>Thomas A. Rector<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: 415-626-3939<br>Facsimile: 415-875-5700<br>Email: tarector@jonesday.com |

           /s/
Thomas A. Rector
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415-626-3939
Facsimile: 415-875-5700
Email: tarector@jonesday.com
Thomas E. Fennell (admitted pro hac vice)
Michael L. Rice (to be admitted pro hac vice)
Jones Day
2727 N. Harwood Street
Dallas, TX 75201
Telephone: 214-220-3939
Facsimile: 214-969-5100
Email: tefennell@jonesday.com
       mlrice@jonesday.com

Kevin P. Holewinski (admitted pro hac vice)
Jones Day
41 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: 202-879-3939
Facsimile: 202-626-1700
Email: kpholewinski@jonesday.com

Counsel for Defendant Xcel Energy Inc.

11

STIPULATION EXTENDING DEFENDANTS' DEADLINE
TO ANSWER, MOVE OR RESPOND TO COMPLAINT

Case No. C 08-01138 SBA

CERTIFICATION BY LISA KOBIALKA PURSUANT TO GENERAL RULE NO. 45, SECTION X RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

1. I am an attorney licensed to practice law in the state of California, and am a partner in the law firm King & Spalding LLP, counsel for defendant Chevron Corporation and Chevron U.S.A., Inc. in this matter. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file the jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct on this 19th day of March 2008.

/s/
Lisa Kobialka

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Mateo County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1000 Bridge Parkway #100, Redwood Shores, California 94065. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 19, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document:

**STIPULATION EXTENDING DEFENDANTS' DEADLINE TO ANSWER, MOVE OR RESPOND TO COMPLAINT**

in a sealed envelope, postage fully paid, addressed as follows:

Luke W. Cole
Brent Newell
Center on Race, Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA 94108
Telephone: 415-346-4179
Facsimile: 415-346-8723
Email: luke@igc.org

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: 206-623-7292
Facsimile: 206-623-0594
Email: steve@hbsslaw.com

Matthew F. Pawa
Law Offices of Matthew F. Pawa, P.C.
1280 Centre Street, Suite 230
Newton Centre, MA 02459
Telephone: 617-641-9550
Facsimile: 617-641-9551
Email: mp@pawalaw.com

*Counsel for Plaintiffs*

Matthew Heartney
Arnold & Porter LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213-243-4150
Facsimile: 213-243-4199
Email: Matthew_Heartney@aporter.com

*Counsel for BP America, Inc., and BP Products North America, Inc.*

Andrew B. Clubok (to be admitted pro hac vice)
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: 202-879-5173
Facsimile: 202-879-5200
Email: aclubok@kirkland.com

Elizabeth L. Deeley
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
Telephone: 415-439-1861
Facsimile: 415-439-1500
Email: edeeley@kirkland.com

*Counsel for ConocoPhillips Company*

PROOF OF SERVICES                                                                 Case No. C 08-01138 SBA

| | | |
|---|---|---|
| 1 | John F. Daum<br>O'Melveny & Myers LLP | Jerome C. Roth<br>Munger, Tolles & Olson LLP |
| 2 | 400 South Hope Street<br>Los Angeles, CA 90071-2899 | 560 Mission Street, 27th Floor<br>San Francisco, CA 94105 |
| 3 | Telephone: 213-430-6111<br>Facsimile: 213-430-6407 | Telephone: 415-512-4010<br>Facsimile: 415-644-6910 |
| 4 | E-mail: jdaum@omm.com | Email: Jerome.Roth@mto.com |
| 5 | | |
| 6 | Jonathan D. Hacker<br>O'Melveny & Myers LLP | Daniel P. Collins<br>Munger, Tolles & Olson LLP |
| 7 | 1625 Eye Street, NW<br>Washington, DC 20006-4001 | 355 S. Grand Avenue, 35th Floor<br>Los Angeles, CA 90071 |
| 8 | Telephone: 202-383-5300<br>Facsimile: 202-383-5414 | Telephone: 213-683-9125<br>Facsimile: 213-697-3702 |
| 9 | E-mail: jhacker@omm.com | Email: Daniel.Collins@mto.com |
| 10 | *Counsel for ExxonMobil Corporation* | *Counsel for Shell Oil Company* |

Lines 12–20:

Richard K. Welsh
Scott Bertzyk
Felix Lebron
Kamran Salour
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone: 310-586-7700
Facsimile: 310-586-7800
Email: welshr@gtlaw.com
       bertzyks@gtlaw.com
       lebronf@gtlaw.com
       salourk@gtlaw.com

*Counsel for Defendant AES Corp.*

Samuel R. Miller
Paul L. Yanosy
Sidley Austin LLP
555 California Street
San Francisco, CA 94104
Telephone: 415-772-1200
Facsimile : 415-772-7400
Email: srmiller@sidley.com
       pyanosy@sidely.com

David T. Buente, Jr.  (to be admitted pro hac vice)
Joseph R. Guerra  (to be admitted pro hac vice)
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: 202-736-8000
Facsimile: 202-736-8711
Email: dbuente@sidley.com
       jguerra@sidley.com

*Counsel for Defendants American Electric Power Company, Inc.*
*American Electric Power Service Corp., and Duke Energy Corp.*

---

2

STIPULATION EXTENDING DEFENDANTS' DEADLINE    Case No. C 08-01138 SBA
TO ANSWER, MOVE OR RESPOND TO COMPLAINT

| | | |
|---|---|---|
| 1 | Belynda B. Reck<br>Hunton & Williams LLP | Jeffrey A. Lamken<br>Jeremy Levin |
| 2 | 550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071-2627 | Baker Botts LLP<br>The Warner |
| 3 | Telephone: 213-532-2000<br>Facsimile: 213-532-2020 | 1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2400 |
| 4 | Email: breck@hunton.com | Telephone: 202-639-7700<br>Facsimile: 202-639-7890 |
| 5 | | Email: jeffrey.lamken@bakerbotts.com<br>jeremy.levin@bakerbotts.com |
| 6 | F. William Brownell<br>Norman W. Fichthorn | |
| 7 | Allison D. Wood<br>Hunton & Williams LLP | *Counsel for Defendants Dynegy Holdings, Inc.,<br>NRG Energy, and Reliant Energy, Inc.* |
| 8 | 1900 K Street, N.W.<br>Washington, D.C. 20006-1109 | |
| 9 | Telephone: 202-955-1500 | Robert B. Pringle |
| 10 | Facsimile: 202-778-2201<br>Email: bbrownell@hunton.com | Thelen Reid Brown Raysman<br>& Steiner LLP |
| 11 | nfichthorn@hunton.com<br>awood@hunton.com | 101 Second Street, Suite 1800<br>San Francisco, CA 94105 |
| 12 | | Telephone: 415-371-1200 |
| 13 | Shawn Patrick Regan<br>Hunton & Williams LLP | Facsimile: 415-371-1211<br>Email: rbpringle@thelen.com |
| 14 | 200 Park Avenue<br>New York, NY 10166-0136 | Kevin A. Gaynor |
| 15 | Telephone: 212-309-1000<br>Facsimile: 212-309-1100 | Vinson & Elkins LLP<br>1455 Pennsylvania Avenue, N.W. |
| 16 | Email: sregan@hunton.com | Washington, D.C. 20004-1008<br>Telephone: 202-639-6500 |
| 17 | *Counsel for Defendants DTE Energy Company,* | Facsimile: 202-639-6604 |
| 18 | *Edison International, MidAmerican Energy<br>Holdings Company,* | Email: kgaynor@velaw.com |
| 19 | *Pinnacle West Capital Corp., and The Southern<br>Company* | *Counsel for Defendant Mirant Corp.* |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3

STIPULATION EXTENDING DEFENDANTS' DEADLINE
TO ANSWER, MOVE OR RESPOND TO COMPLAINT                Case No. C 08-01138 SBA

| | |
|---|---|
| Steven P. Rice<br>Crowell & Moring LLP<br>3 Park Plaza<br>Irvine, CA 92614<br>Telephone: 949-798-1310<br>Facsimile: 949-263-8414<br>Email: srice@crowell.com<br><br>Kathleen Taylor Sooy (to be admitted pro hac vice)<br>Scott L. Winkelman (to be admitted pro hac vice)<br>Tracy A. Roman (to be admitted pro hac vice)<br>Crowell & Moring LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2595<br>Telephone: 202-624-2500<br>Facsimile: 202-628-5116<br>Email: ksooy@crowell.com<br>      swinkelman@crowell.com<br>      troman@crowell.com<br><br>*Counsel for Defendant Peabody Energy Corp.* | Thomas A. Rector<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: 415-626-3939<br>Facsimile: 415-875-5700<br>Email: tarector@jonesday.com<br>Thomas E. Fennell (admitted pro hac vice)<br>Michael L. Rice (to be admitted pro hac vice)<br>Jones Day<br>2727 N. Harwood Street<br>Dallas, TX 75201<br>Telephone: 214-220-3939<br>Facsimile: 214-969-5100<br>Email: tefennell@jonesday.com<br>      mlrice@jonesday.com<br><br>Kevin P. Holewinski (admitted pro hac vice)<br>Jones Day<br>41 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone: 202-879-3939<br>Facsimile: 202-626-1700<br>Email: kpholewinski@jonesday.com<br><br>*Counsel for Defendant Xcel Energy Inc.* |

    Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on March 19, 2008, at Redwood Shores, California.

                                                Andrea Elaine Ayala-Robles