1  Thomas A. Rector (State Bar No. 199175)
   tarector@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA 94104
   Telephone:  (415) 626-3939
4  Facsimile:  (415) 875-5700

5  Thomas E. Fennell (pro hac vice)
   tefennell@jonesday.com
6  Michael L. Rice (pro hac vice application pending)
   mlrice@jonesday.com
7  JONES DAY
   2727 N. Harwood Street
8  Dallas, Texas 75201-1515
   Telephone:  (214) 220-3939
9  Facsimile:  (214) 969-5100

10 Kevin P. Holewinski (pro hac vice)
   kpholewinski@jonesday.com
11 JONES DAY
   51 Louisiana Avenue, N.W.
12 Washington, DC 20001-2113
   Telephone:  (202) 879-3939
13 Facsimile:  (202) 626-1700

14 Attorneys for Defendant
   XCEL ENERGY, INC.

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

19 | NATIVE VILLAGE OF KIVALINA, et al., | Case No. C 08-01138 SBA
20 | Plaintiffs, |
21 | v. | PROOF OF SERVICE
22 | EXXONMOBIL CORPORATION, |
23 | Defendants. |

24

25

26

27

28

SFI-579970v2                                                    PROOF OF SERVICE
                                                                C 08-01138 SBA

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 20, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (FOR MICHAEL L. RICE)

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

in a sealed envelope, postage fully paid, addressed as follows:
   SEE ATTACHED SERVICE LIST

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 20, 2008, at San Francisco, California.

*/s/ M. Landsborough*
———————————————
Margaret C. Landsborough

Service List (for non-efilers)

**Attorneys for Plaintiffs:**

Heather Kendall Miller
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, AK 99501
(907) 276-0680 · (907) 276-2466 (fax)
E-mail: kendall@narf.org

Dennis Reich
REICH & BINSTOCK
4625 San Felipe, Suite 1000
Houston, TX 77027
E-mail: dreich@reichandbinstock.com

Christopher A. Seeger
Stephen A. Weiss
James A. O'Brien, III
SEEGER WEISS LLP
One William Street
New York, NY 10004
(212) 584-0700 · (212) 584-0799 (fax)
E-mail: sweiss@seegerweiss.com

Steve W. Berman
Barbara Mahoney
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
(206) 623-7292 · (206) 623-0594 (fax)
E-mail: steve@hbsslaw.com

Gary E. Mason
THE MASON LAW FIRM LLP
1225 19th Street, NW, Suite 500
Washington, DC 20036
(202) 429-2290 · (202) 429-2294 (fax)
E-mail: gmason@masonlawdc.com

Matthew F. Pawa
Mark R. Rielly
Benjamin A. Krass
LAW OFFICES OF MATTHEW F. PAWA, P.C.
1280 Centre Street, Suite 230
Newton Centre, MA 02459
(617) 641-9550 · (617) 641-9551 (fax)
E-mail: mp@pawalaw.com

Stephen D. Susman
H. Lee Godfrey
Eric J. Mayer
SUSMAN GODFREY L.L.P.
1000 Louisiana St., Suite 5100
Houston, Texas 77002
(713) 651-9366 · (713) 654-6666 (fax)

Terrell W. Oxford
SUSMAN GODFREY L.L.P.
901 Main St., Suite 5100
Dallas, Texas 75202
(214) 754-1900 · (214) 754-1950 (fax)

Marc M. Seltzer
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067
(310) 789-3100 · (310) 789-3150 (fax)

Drew D. Hansen
SUSMAN GODFREY L.L.P.
1201 Third Ave., Suite 3800
Seattle, Washington 98101
(206) 516-3880 · (206) 516-3883 (fax)