| Clerk's Use Only<br>Initial for fee pd.: | |
|---|---|

Tracie J. Renfroe
King & Spalding LLP
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
713-751-3200

FILED
MAR 1 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILE VIA FAX

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Native Village of Kivalina and
City of Kivalina,

        Plaintiff(s),

v.

ExxonMobil Corporation, et al.

        Defendant(s).

CASE NO. C 08-01138 SBA

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Tracie J. Renfroe, an active member in good standing of the bar of the Supreme Court of the State of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Chevron Corp., Chevron U.S.A. Inc in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Lisa Kobialka, King & Spalding LLP, 1000 Bridge Parkway, Suite 100,
    Redwood Shores, CA 94065; 650-590-0720

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 18, 2008

                                              Tracie J. Renfroe

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001951
Cashier ID: lenahac
Transaction Date: 03/19/2008
Payer Name: A and A Legal Services Inc.
----------------------------------------
PRO HAC VICE
 For: Robert E. Meadows
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:          $210.00
PRO HAC VICE
 For: Jonathan L. Marsh
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:          $210.00
PRO HAC VICE
 For: Tracie J. Renfroe
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:          $210.00
----------------------------------------
CHECK
 Check/Money Order Num: 1268
 Amt Tendered:   $630.00
----------------------------------------
Total Due:      $630.00
Total Tendered: $630.00
Change Amt:       $0.00

08-cv-1138-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

RECEIVED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Native Village of Kivalina and<br>City of Kivalina,<br><br>              Plaintiff(s),<br>    v.<br><br>ExxonMobil Corporation, et al.<br><br>              Defendant(s). | CASE NO. C 08-01138 SBA<br><br>(Proposed)<br>ORDER GRANTING APPLICATION<br>FOR ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

Tracie J. Renfroe , an active member in good standing of the bar of the Supreme Court of the State of Texas (particular court to which applicant is admitted) whose business address and telephone number is  King & Spalding LLP
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
713-751-3200
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing  Defendants Chevron Corporation and Chevron U.S.A. Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

                                              United States District    Judge