1  Andrew B. Clubok (admitted in the District
   of Columbia, filing *pro hac vice*)
2  aclubok@kirkland.com
   KIRKLAND & ELLIS LLP
3  655 Fifteenth Street, N.W.
   Washington, D.C. 20005-5793
4  Telephone:  212-446-4800
   Facsimile:  212-446-4900
5
   Elizabeth L. Deeley, Bar No. 230798
6  edeeley@kirkland.com
   Casey M. Nokes, Bar No. 240992
7  cnokes@kirkland.com
   KIRKLAND & ELLIS LLP
8  555 California Street, Suite 2700
   San Francisco, CA 94104
9  Telephone:  415-439-1400
   Facsimile:  415-439-1500
10
11 Attorneys for Defendant
   CONOCOPHILLIPS COMPANY
12

ORIGINAL
FILED

MAR 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Fee pd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>         Plaintiff,<br>v.<br>EXXONMOBIL CORPORATION et al.<br><br>         Defendants. | Civ. Action No. CV-08 1138 SBA<br><br>Judge: Hon. Saundra Brown Armstrong<br><br>**APPLICATION FOR ADMISSION OF ANDREW B. CLUBOK *PRO HAC VICE*** |

---

Application for Admission of Andrew B. Clubok *Pro Hac Vice*                                                            CASE NO. CV-08 1138 SBA

1    Pursuant to Civil L.R. 11-3, Andrew B. Clubok, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing CONOCOPHILLIPS COMPANY in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Elizabeth L. Deeley, Kirkland & Ellis LLP, 555 California Street, Suite 2700, San Francisco, California 94104. Ms. Deeley's office telephone number is (415) 439-1861. The facsimile number is (415) 439-1500.

I declare under penalty of perjury the foregoing is true and correct.

Dated: March 19, 2008.

Andrew B. Clubok

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001957
Cashier ID: lenahac
Transaction Date: 03/20/2008
Payer Name: Specialized Legal Services I
nc
------------------------------------
PRO HAC VICE
 For: Stuart A.C. Drake
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: Andrew B. Clubok
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:         $210.00
PRO HAC VICE
 For: Susan E. Engel
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:         $210.00
------------------------------------
CHECK
 Check/Money Order Num: 30201
 Amt Tendered:   $630.00
------------------------------------
Total Due:       $630.00
Total Tendered:  $630.00
Change Amt:      $0.00

08-cv-1138-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RECEIVED
MAR 2 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>Plaintiff,<br>v.<br><br>EXXONMOBIL CORPORATION et al.<br><br>Defendants. | Civ. Action No. CV-08 1138 SBA<br><br>Judge: Hon. Saundra Brown Armstrong<br><br>**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF ANDREW B. CLUBOK** |
|---|---|

Andrew B. Clubok, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is Kirkland & Ellis LLP, 655 Fifteenth Street N.W., Washington, DC 20005-5793, (202) 879-5000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ConocoPhillips Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order 45, *Electronic Case Filing*.

Dated: _____

Hon. Saundra Brown Armstrong
United States District Judge