1 | Elizabeth L. Deeley, Bar No. 230798
edeeley@kirkland.com
2 | Casey M. Nokes, Bar No. 240992
cnokes@kirkland.com
3 | KIRKLAND & ELLIS LLP
555 California Street
4 | San Francisco, CA 94104
Telephone: 415-439-1400
5 | Facsimile: 415-439-1500

6 
Andrew B. Clubok (*pro hac vice* pending)
7 | aclubok@kirkland.com
Stuart A.C. Drake (*pro hac vice* pending)
8 | sdrake@kirkland.com
Susan E. Engel (*pro hac vice* pending)
9 | sengel@kirkland.com
KIRKLAND & ELLIS LLP
10 | 655 Fifteenth Street N.W.
Washington, DC 20005-5793
11 | Telephone: 202-879-5000
Facsimile: 202-879-5200

12 | Attorneys for Defendant
CONOCOPHILLIPS COMPANY
13

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

16 | OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>Plaintiff,<br><br>v.<br><br>EXXONMOBIL CORPORATION et al.<br><br>Defendants. | Civ. Action No. CV-08 1138 SBA<br><br>Judge: Hon. Saundra Brown Armstrong<br><br>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES**<br><br>**(Fed. R. Civ. P. 7.1)**<br><br>**(Civil L.R. 3-16)** |

CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATION OF INTERESTED
PERSONS OR ENTITIES

Case No. CV-08 1138 SBA

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that (1) ConocoPhillips Company is a wholly owned subsidiary of ConocoPhillips; and (2) at this time, no one stockholder owns 10% or more of ConocoPhillips.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 20, 2008.

Respectfully submitted,

KIRKLAND & ELLIS LLP

By:    /s/ *Casey M. Nokes*
      Casey M. Nokes

Elizabeth L. Deeley
Casey M. Nokes
555 California Street, Suite 2700
San Francisco, CA  94104
Telephone:   415-439-1400
Facsimile:   415-439-1500

Andrew B. Clubok (*pro hac vice* pending)
Stuart A.C. Drake (*pro hac vice* pending)
Susan E. Engel (*pro hac vice* pending)
655 Fifteenth Street N.W.
Washington, DC  20005-5793
Telephone:   202-879-5000
Facsimile:   202-879-5200

Attorneys for Defendant ConocoPhillips Company