1  Elizabeth L. Deeley, Bar No. 230798
   edeeley@kirkland.com
2  Casey M. Nokes, Bar No. 240992
   cnokes@kirkland.com
3  KIRKLAND & ELLIS LLP
   555 California Street, Suite 2700
4  San Francisco, CA  94104
   Telephone:    415-439-1400
5  Facsimile:    415-439-1500

6
   Andrew B. Clubok (*pro hac vice* pending)
7  aclubok@kirkland.com
   Stuart A.C. Drake (*pro hac vice* pending)
8  sdrake@kirkland.com
   Susan E. Engel (*pro hac vice* pending)
9  sengel@kirkland.com
   KIRKLAND & ELLIS LLP
10 655 Fifteenth Street, N.W.
   Washington, D.C.  20005-5793
11 Telephone:    202-879-5000
   Facsimile:    202-879-5200
12
   Attorneys for Defendant
13 CONOCOPHILLIPS COMPANY

14
                        UNITED STATES DISTRICT COURT
15
                       NORTHERN DISTRICT OF CALIFORNIA
16
                              OAKLAND DIVISION
17

18 | NATIVE VILLAGE OF KIVALINA and | Civ. Action No. CV-08 1138 SBA
   | CITY OF KIVALINA,
19 |                                | Judge: Hon. Saundra Brown Armstrong
   |         Plaintiff,
20 |                                | **PROOF OF SERVICE**
21 | v.
   | EXXONMOBIL CORPORATION et al.
22 |
23 |         Defendants.

24

25

26

27

28

PROOF OF SERVICE                                              CASE NO. CV-08 1138 SBA

**PROOF OF SERVICE**

I, Adrienne J. Dela Pena, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, Suite 2700, San Francisco, California 94104. On March 20, 2008, I served a copy of the within document(s):

1. APPLICATION FOR ADMISSION OF ANDREW B. CLUBOK *PRO HAC VICE*;

2. (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF ANDREW B. CLUBOK;

3. APPLICATION FOR ADMISSION OF STUART A. C. DRAKE *PRO HAC VICE*;

4. (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF STUART A. C. DRAKE *PRO HAC VICE*;

5. APPLICATION FOR ADMISSION OF SUSAN E. ENGEL *PRO HAC VICE*;

6. (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF SUSAN E. ENGEL;

7. CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES OR ENTITIES and

8. PROOF OF SERVICE.

[x]   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

| Luke Cole<br>Center on Race, Poverty & the Environment<br>47 Kearny Street, Suite 804<br>San Francisco, CA 94108<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* | Christopher A. Seeger<br>Stephen A. Weiss<br>James A. O'Brien, III<br>Seeger Weiss LLP<br>One William Street<br>New York, NY 10004<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* |
|---|---|

| | |
|---|---|
| Brent Joseph Newell<br>Center on Race, Poverty & the Environment<br>47 Kearny Street<br>Suite 804<br>San Francisco, CA 94108<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* | Stephen D. Susman<br>H. Lee Godfrey<br>Eric J. Mayer<br>Susman Godfrey L.L.P.<br>1000 Louisiana St. Suite 5100<br>Houston, Texas 75202<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* |
| Heather Kendall Miller<br>Native American Rights Fund<br>420 L Street, Suite 505<br>Anchorage, AK 99501<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* | Terrell W. Oxford<br>Susman Godfrey L.L.P.<br>901 Main St.<br>Suite 5100<br>Dallas, TX 75202<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* |
| Reed R. Kathrein<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* | Marc M. Seltzer<br>Susman Godfrey L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* |
| Steve W. Berman<br>Barbara Mahoney<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, Washington 98101<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* | Drew D. Hansen<br>Susman Godfrey L.L.P.<br>1201 Third Ave, Suite 3800<br>Seattle, WA 98101<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* |
| Gary E. Mason<br>The Mason Law Firm LLP<br>1225 19th Street, NW<br>Suite 500<br>Washington, DC 20036<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* | Dennis Reich<br>Reich & Binstock<br>4625 San Felipe, Suite 1000<br>Houston, TX 77027<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* |

| | |
|---|---|
| Matthew F. Pawa<br>Mark R. Rielly<br>Benjamin A. Krass<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre Street, Suite 230<br>Newton Centre, MA 02459<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* | Belynda B Reck<br>Hunter & Williams LLP<br>550 South Hope Street<br>Suite 2000<br>Los Angeles, CA 90071<br>213-532-2000<br>Fax: 213-532-2020<br><br>*Counsel for Defendant DTE Energy Company, Edison International, MidAmerican Energy Holdings Company, Pinnacle West Capital Corporation, the Southern Company* |
| Thomas Ailbe Rector<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104-1500<br>415-626-3939<br>Fax: (415) 875-5700<br><br>*Counsel for Xcel Energy, Inc.* | Kevin Patrick Holewinski<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001<br>202-879-3797<br><br>*Counsel for Xcel Energy, Inc.* |
| Thomas E. Fennell<br>Jones Day<br>2727 N. Harwood Street<br>Dallas, TX 75201<br>(214) 220-3939<br>Fax: (214) 969-5100<br><br>*Counsel for Xcel Energy, Inc.* | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 20, 2008, at San Francisco, California.

_Adrienne J. Dela Pena_
Adrienne J. Dela Pena