1  Elizabeth L. Deeley, Bar No. 230798
   edeeley@kirkland.com
2  Casey M. Nokes, Bar No. 240992
   cnokes@kirkland.com
3  KIRKLAND & ELLIS LLP
   555 California Street, Suite 2700
4  San Francisco, CA  94104
   Telephone:    415-439-1400
5  Facsimile:     415-439-1500

6  Andrew B. Clubok (*pro hac vice* pending)
   aclubok@kirkland.com
7  Stuart A.C. Drake (*pro hac vice* pending)
   sdrake@kirkland.com
8  Susan E. Engel (*pro hac vice* pending)
   sengel@kirkland.com
9  KIRKLAND & ELLIS LLP
   655 Fifteenth Street, N.W.
10 Washington, D.C.  20005-5793
   Telephone:    202-879-5000
11 Facsimile:     202-879-5200

12
   Attorneys for Defendant
13 CONOCOPHILLIPS COMPANY

14
                          UNITED STATES DISTRICT COURT
15
                         NORTHERN DISTRICT OF CALIFORNIA
16
                                  OAKLAND DIVISION
17

18 | NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA, | Civ. Action No. CV-08 1138 SBA |
   |---|---|
19 |  | Judge:  Hon. Saundra Brown Armstrong |
20 | Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
21 | v. |  |
   | EXXONMOBIL CORPORATION et al. |  |
22 |  |  |
23 | Defendants. |  |

24

25

26

27

28

NOTICE OF APPEARANCE OF COUNSEL                                        CASE NO. CV-08 1138 SBA

1  TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Elizabeth L. Deeley of the Kirkland & Ellis LLP law firm hereby enters her appearance as additional counsel of record for defendant ConocoPhillips Company. Ms. Deeley's contact information follows below:

> Elizabeth L. Deeley, Bar No. 230798
> email: edeeley@kirkland.com
> KIRKLAND & ELLIS LLP
> 555 California Street, Suite 2700
> San Francisco, CA  94104
> Telephone:    415-439-1400
> Facsimile:     415-439-1500

Date:   March 20, 2008                    Respectfully submitted,

                                          s/ Elizabeth L. Deeley
                                          Elizabeth L. Deeley

                                          KIRKLAND & ELLIS LLP
                                          555 California Street, Suite 2700
                                          San Francisco, CA  94104
                                          415-439-1400

                                          Attorneys for Defendant
                                          CONOCOPHILLIPS COMPANY