

Clerk's Use Only
Initial for fee pd.:

Allison D. Wood
Hunton & Williams LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
(202) 955-1500; awood@hunton.com

**FILED**
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

NATIVE VILLAGE OF KIVALINA and
CITY OF KIVALINA,

    Plaintiff(s),

v.

EXXONMOBIL CORPORATION et al.

    Defendant(s).

CASE NO. C 08-1138 SBA

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Allison D. Wood, an active member in good standing of the bar of U.S. District Court, District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing see attached Rider A in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Belynda Reck, Hunton & Williams LLP, 550 South Hope Street, Suite 2000, Los Angeles, CA 90071 (213) 532-2000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/11/08



## RIDER A

**Application for Admission of Allison D. Wood** *Pro Hac Vice*

*Native Village of Kivalina et al. v. ExxonMobil Corp. et al.*

**C 08-1138 SBA**

Defendants Represented by Hunton & Williams LLP

DTE Energy Company
Edison International
MidAmerican Energy Holdings Company
Pinnacle West Capital Corporation
The Southern Company

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001948
Cashier ID: lenahac
Transaction Date: 03/19/2008
Payer Name: Time Machine Attorney and
---------------------------------------
PRO HAC VICE
 For: Shawn P. Regan
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:       $210.00
PRO HAC VICE
 For: Allison Wood
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:       $210.00
PRO HAC VICE
 For: William Brownell
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:       $210.00
PRO HAC VICE
 For: Norman W. Fichthorn
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:       $210.00
---------------------------------------
CHECK
 Check/Money Order Num: 106047
 Amt Tendered: $840.00
---------------------------------------
Total Due:      $840.00
Total Tendered: $840.00
Change Amt:     $0.00

08-cv-1138-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

COPY

RECEIVED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA, | CASE NO. C 08-1138 SBA |
| Plaintiff(s), | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| EXXONMOBIL CORPORATION et al. | |
| Defendant(s). | |

Allison D. Wood ☐ , an active member in good standing of the bar of

U.S. District Court, District of Columbia ☐ whose business address and telephone number

(particular court to which applicant is admitted)

is

Hunton & Williams LLP, 1900 K Street, N.W. Washington, D.C. 20006-1109, 202-955-1500, awood@hunton.com

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing see attached Rider A ☐ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
United States District    Judge
Saundra Brown Armstrong

UNITED STATES DISTRICT COURT
For the Northern District of California

## RIDER A

**Order Granting Application for Admission of Allison D. Wood *Pro Hac Vice***

*Native Village of Kivalina et al. v. ExxonMobil Corp. et al.*

**C 08-1138 SBA**

<u>Defendants Represented by Hunton & Williams LLP</u>

DTE Energy Company
Edison International
MidAmerican Energy Holdings Company
Pinnacle West Capital Corporation
The Southern Company