1  HUNTON & WILLIAMS LLP
2  BELYNDA B. RECK (State Bar No. 163561)
   550 South Hope Street, Suite 2000
3  Los Angeles, California 90071-2627
4  Telephone: 213 • 532 • 2000
   Facsimile: 213 • 532 • 2020
5  E-mail: breck@hunton.com

6  Attorneys for Defendants,
7  DTE ENERGY COMPANY, EDISON
   INTERNATIONAL, MIDAMERICAN
8  ENERGY HOLDINGS COMPANY,
9  PINNACLE WEST CAPITAL CORP.,
   AND THE SOUTHERN COMPANY
10

FILED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA, CITY OF KIVALINA,<br><br>Plaintiffs,<br><br>v.<br><br>EXXONMOBIL CORPORATION, ET AL.,,<br><br>Defendants. | CASE NO.: C 08-01138(SBA)<br><br>**PROOF OF SERVICE** |

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is 550 South Hope Street, Suite 2000, Los Angeles, California 90071.

On March 18, 2008, I served the foregoing document(s) described as **SEE ATTACHED RIDER** on the interested parties in this action:

**SEE ATTACHED SERVICE LIST**

[X]  **By MAIL:** by placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as stated above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 18, 2008, Los Angeles, California.

_____
HILDA A. ESCOBAR

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1

# RIDER

1. Application for Admission of Attorney *Pro Hac Vice* (Norman W. Fichtorn);

2. (Proposed) Order Granting Application for Admission of Attorney *Pro Hac Vice* (Norman W. Fichtorn);

3. Application for Admission of Attorney *Pro Hac Vice* (F. William Brownell)

4. (Proposed) Order Granting Application for Admission of Attorney *Pro Hac Vice* (F. William Brownell);

5. Application for Admission of Attorney *Pro Hac Vice* (Allison D. Wood);

6. (Proposed) Order Granting Application for Admission of Attorney *Pro Hac Vice* (Allison D. Wood);

7. Application for Admission of Attorney *Pro Hac Vice* (Shawn Patrick Regan); and

8. (Proposed) Order Granting Application for Admission of Attorney *Pro Hac Vice* (Shawn Patrick Regan).

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

## SERVICE LIST

| | |
|---|---|
| Luke W. Cole<br>Brent Newell<br>**Center on Race, Poverty & the Environment**<br>47 Kearny Street, Suite 804<br>San Francisco, CA 94108<br>Phone: 415-346-4179<br>Fax:     415-346-8723<br>Email: luke@igc.org | Attorneys for Plaintiffs,<br>Native Village of Kivalina<br>and City of Kivalina |

Heather Kendall Miller
**Native American Rights Fund**
420 L Street, Suite 505
Anchorage, AK 99501
Phone: 907-276-0680
Fax:     907-276-2466
Email: kendall@narf.org


Reed R. Kathrein
**Hagens Berman Sobol Shapiro LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Phone: 510-725-3000
Fax:     510-725-3001
Email: reed@hbsslaw.com

Steve W. Berman
Barbara Mahoney
**Hagens Berman Sobol Shapiro LLP**
1301 Fifth Avenue, Suite 2900
Seattle WA 98101
Phone: 206-623-7292
Fax:     206-623-0594
Email: steve@hbsslaw.com

Gary E. Mason
**The Mason Law Firm LLP**
1225 19th Street, NW, Suite 500
Washington, DC 20036
Phone: 202-429-2290
Fax: 202-429-2294
Email: gmason@masonlawde.com

Matthew F. Pawa
Mark R. Rielly
Benjamin A. Krass
**Law Offices of Matthew F. Pawa, P.C.**
1280 Centre Street, Suite 230
Newton Centre, MA 02459
Phone: 617-641-9550
Fax: 617-641-9551
Email: mp@pawalaw.com


Dennis Reich
**Reich & Binstock**
4625 San Felipe, Suite 1000
Houston, TX 77027
Phone:
Fax:
Email: dreich@reichandbinstock.com


Christopher A. Seeger
Stephen A. Weiss
James A. O'Brien, III
**Seeger Weiss LLP**
One Williams Street
New York, NY 10004
Phone: 212-584-0700
Fax: 212-584-0799

Stephen D. Susman
H. Lee Godfrey
Eric J. Mayer
**Susman Godfrey L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Phone: 713-651-9366
Fax: 713-654-6666


Terrell W. Oxford
**Susman Godfrey L.L.P.**
901 Main Street, Suite 5100
Dallas, TX 77002
Phone: 214-754-1900
Fax: 214-754-1950


Marc M. Seltzer
**Susman Godfrey L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Phone: 310-789-3100
Fax: 310-789-3150


Drew D. Hansen
**Susman Godfrey L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Phone: 206-516-3880
Fax: 206-516-3883

| | |
|---|---|
| Thomas A. Rector<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Tel: (415) 626-3939<br>Email: tarector@jonesday.com | Attorneys for Defendant<br>Xcel Energy, Inc. |

Thomas E. Fennell (to be admitted *pro hac vice*)
Michael L. Rice (to be admitted *pro hac vice*)
Jones Day
2727 N. Harwood Street
Dallas, TX 75201
Tel: (214) 220-3939
Email: tefennell@jonesday.com
Email: mlrice@jonesday.com

Kevin P. Holewinski (to be admitted *pro hac vice*)
Jones Day
41 Louisiana Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 879-3939
Email: kpholewinski@jonesday.com

39377.000050 HW_US 25498601v1