RECEIVED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
MAR 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,

　　　　　　　　Plaintiff(s),

v.

EXXONMOBIL CORPORATION et al.

　　　　　　　　Defendant(s).

CASE NO. C 08-1138 SBA

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Shawn Patrick Regan , an active member in good standing of the bar of U.S. District Court, Southern District, New York whose business address and telephone number (particular court to which applicant is admitted) is

Hunton & Williams LLP, 200 Park Avenue, 52d Floor, New York, N.Y. 10166-0005, 212-309-1000, sregan@hunton.com ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing see attached Rider A .

　　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3-20-08

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　United States District　Judge
　　　　　　　　　　　　　　　Saundra Brown Armstrong

# RIDER A

**Order Granting Application for Admission of Shawn Patrick Regan *Pro Hac Vice***

*Native Village of Kivalina et al. v. ExxonMobil Corp. et al.*

**C 08-1138 SBA**

<u>Defendants Represented by Hunton & Williams LLP</u>

DTE Energy Company
Edison International
MidAmerican Energy Holdings Company
Pinnacle West Capital Corporation
The Southern Company