RECEIVED
MAR 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
MAR 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>Plaintiffs,<br><br>v.<br><br>EXXONMOBIL CORPORATION;<br><br>Defendants. | Civ. Action No. c08-01138 SBA<br><br>(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Heather Kendall Miller, an active member in good standing of the bar of Alaska, whose business address and telephone number is:

Heather Kendall Miller
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska 99501
907- 276-0680; 907-276-2466(fax)

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Native Village of Kivalina and City of Kivalina.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3-20-08

United States District Judge
Saundra B. Armstrong