ORIGINAL

RECEIVED
MAR 14 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
MAR 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>Plaintiffs,<br><br>vs.<br><br>EXXONMOBIL CORPORATION, et al.,<br><br>Defendants. | Case No. CV 08-1138 SBA<br><br>[PROPOSED]<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Terrell W. Oxford, an active member in good standing of the State Bar of Texas, whose business address and telephone number is Susman Godfrey L.L.P., 901 Main Street, Suite 5100, Dallas, Texas 75202; Tel: (214) 754-1900, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3-20-08

_____
The Hon. Saundra B. Armstrong
United States District Judge