RECEIVED
MAR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
MAR 20 2008
RICHARD W. WIEKING
DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## Northern District of California

NATIVE VILLAGE OF KIVALINA, ET AL.,

Plaintiff(s),

v.

EXXONMOBIL CORPORATION, ET AL.,

Defendant(s).

CASE NO. 08-01138 SBA

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Benjamin A. Krass, an active member in good standing of the bar of Massachusetts whose business address and telephone number (particular court to which applicant is admitted) is

Law Offices of Matthew F. Pawa, P.C., 1280 Centre Street, Suite 230, Newton Centre, MA 02459, (617) 641-9550

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Native Village of Kivalina, City of Kivalina.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3-20-08

United States District Judge
Saundra Brown Armstrong