1  Samuel R. Miller (SBN 66871)
   E-mail: srmiller@sidley.com
2  Paul L. Yanosy (SBN 233014)
   E-mail: pyanosy@sidley.com
3  SIDLEY AUSTIN LLP
   555 California Street
4  San Francisco, California 94104
   Telephone:   (415) 772-1200
5  Facsimile:   (415) 772-7400

6  David T. Buente Jr. (*pro hac vice* application pending)
   E-mail: dbuente@sidley.com
7  Joseph R. Guerra (*pro hac vice* application pending)
   E-mail: jguerra@sidley.com
8  SIDLEY AUSTIN LLP
   1501 K Street, N.W.
9  Washington, D.C. 20005
   Telephone:   (202) 736-8000
10 Facsimile:   (202) 736-8711

11

   Attorneys For Defendants
12 *American Electric Power Company, Inc., American Electric
   Power Services Corporation and Duke Energy Corporation*
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

18 NATIVE VILLAGE OF KIVALINA, et al..,  )   Case No.   4:08-CV-01138-SBA
                                          )
19            Plaintiff,                  )   APPLICATION FOR ADMISSION OF
                                          )   ATTORNEY *PRO HAC VICE*
20     vs                                 )
                                          )
21 EXXONMOBILE CORPORATION, et al.        )
                                          )
22                                        )
              Defendant.                  )
23 _____)

24

25        Pursuant to Civil L.R. 11-3, David T. Buente, Jr., an active member in good standing of the

26 bar of the District of Columbia, hereby applies for admission to practice in the Northern District of

27 California on a *pro hac vice* basis representing American Electric Power Company, Inc., American

28 Electric Power Services Corporation and Duke Energy Corporation in the above-entitled action.

   APPLICATION FOR ADMISSION OF                              Case No. 4:08-CV-01138-SBA
   ATTORNEY *PRO HAC VICE*

FILED
MAR 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

In support of this application, I certify on oath that:

1. I am an active member in good standing of the highest court of the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Samuel R. Miller
Sidley Austin, LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
(415) 772-1200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/19/08

DAVID T. BUENTE, JR.
Sidley Austin, LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8111

2

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

Case No. 4:08-CV-01138-SBA

# PROOF OF SERVICE

I am employed in the County of San Francisco, California. I am over the age of 18 and not a party to the within action. My business address is Sidley Austin LLP, 555 California Street, Suite 2000 San Francisco, CA 94104-1715.

On March 20, 2008, I served the following document(s) described as:

- **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***
- **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on all interested parties in this action as follows (or as on the attached service list):

☒ (U.S. MAIL) I served the foregoing document(s) by U.S. Mail, as follows: I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope for collection and mailing at Sidley Austin LLP, 555 California Street, Suite 2000 San Francisco, CA 94104-1715. I am readily familiar with the Firm's business practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2008, at San Francisco, California.


Monica Clemens

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*    Case No. 4:08-CV-01138-SBA

# SERVICE LIST

| Native Village of Kivalina and City of Kivalina v. Exxonmobile Corp., et al. Case No. 4:08-cv-01138-SBA ||
|---|---|
| Luke Cole<br>Brent Joseph Newell<br>Center on Race, Poverty & the Environment<br>47 Kearny Street<br>San Francisco, CA 94108<br>Tel:    (415) 346-4179 x2<br>Fax:    (415) 346-8723<br>Email: luke@igc.org<br>         bjnewell@igc.org | Attorneys for Plaintiff<br>Native Village of Kivalina |
| Heather Kendall Miller<br>Native American Rights Fund<br>420 L Street<br>Suite 505<br>Anchorage, AK 99501<br>Tel:    (907) 276-0680<br>Fax:    (907) 276-0680 | Attorneys for Plaintiff<br>Native Village of Kivalina |
| Reed R. Kathrein<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Tel:    (510) 725-3000<br>Fax:    (510) 725-3001<br>Email: reed@hbsslaw.com | Attorneys for Plaintiff<br>Native Village of Kivalina |
| Belynda B. Reck<br>Hunton & Williams LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>Tel:    (213) 532-2000<br>Fax:    (213) 532-2020<br>Email: breck@hunton.com | Attorney for Defendants DTE Energy Company, Edison International, MidAmerican Energy Holdings Company, Pinnacle West Capital Corporation and The Southern Company |
| Thomas Ailbe Rector<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104-1500<br>Tel:    (415) 626-3939<br>Fax:    (415) 875-5700<br>Email: tarector@jonesday.com | Attorney for Defendant Xcel Energy, Inc. |
| Kevin Patrick Holewinski<br>Appearing *Pro Hac Vice*<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>Tel:    (202) 879-3797 | Attorney for Defendant Xcel Energy, Inc. |

| | |
|---|---|
| Thomas E. Fennell<br>Appearing *Pro Hac Vice*<br>Jones Day<br>2727 N. Harwood Street<br>Dallas, TX 75201<br>Tel:   (214) 220-3939<br>Fax:   (214) 969-5100 | Attorney for Defendant Xcel Energy, Inc. |

5

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

Case No. 4:08-CV-01138-SBA

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001954
Cashier ID: lenahac
Transaction Date: 03/20/2008
Payer Name: Specialized Legal Services I
nc
--------------------------------------
PRO HAC VICE
 For: David T. Buente Jr.
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: Joseph R. Guerra
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:        $210.00
--------------------------------------
CHECK
 Check/Money Order Num: 30142
 Amt Tendered: $420.00
--------------------------------------
Total Due:     $420.00
Total Tendered: $420.00
Change Amt:    $0.00

08-cv-1138-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

| | |
|---|---|
| 1 | Samuel R. Miller (SBN 66871) |
|   | E-mail: srmiller@sidley.com |
| 2 | Paul L. Yanosy (SBN 233014) |
|   | E-mail: pyanosy@sidley.com |
| 3 | SIDLEY AUSTIN LLP |
|   | 555 California Street |
| 4 | San Francisco, California 94104 |
|   | Telephone: (415) 772-1200 |
| 5 | Facsimile: (415) 772-7400 |
| 6 | David T. Buente Jr. (*pro hac vice* application pending) |
|   | E-mail: dbuente@sidley.com |
| 7 | Joseph R. Guerra (*pro hac vice* application pending) |
|   | E-mail: jguerra@sidley.com |
| 8 | SIDLEY AUSTIN LLP |
|   | 1501 K Street, N.W. |
| 9 | Washington, D.C. 20005 |
|   | Telephone: (202) 736-8000 |
| 10 | Facsimile: (202) 736-8711 |

RECEIVED

MAR 20 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys For Defendants
*American Electric Power Company, Inc., American Electric Power Services Corporation and Duke Energy Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA, et al., | Case No. 4:08-CV-01138-SBA |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| vs | |
| EXXONMOBILE CORPORATION, et al. | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

David T. Buente, Jr., an active member in good standing of the bar of the District of

Columbia, whose business address and telephone number is Sidley Austin, LLP 1501 K Street, N.W.

1  Washington, D.C. 20005 (202) 736-8000, having applied in the above-entitled action for admission
2  to practice in the Northern District of California on a *pro hac vice* basis, representing American
3  Electric Power Company, Inc., American Electric Power Services Corporation and Duke Energy
4  Corporation.
5     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
6  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
7  *vice*. Service of papers upon and communication with co-counsel designated in the application will
8  constitute notice to the party. All future filings in this action are subject to the requirements
9  contained in General Order No. 45, *Electronic Case Filing*.
10 Dated: _____          _____
                                           **UNITED STATES DISTRICT JUDGE**
11                                         **SUSAN B. ARMSTRONG**

2

[Proposed] Order Granting Application For Admission of Attorney *Pro Hac Vice*    Case No. 4:08-cv-01138-SBA