**FILED**
MAR 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

NATIVE VILLAGE OF KIVALINA and
CITY OF KIVALINA

CASE NO. 08-1138 SBA

Plaintiff(s),

v.

EXXONMOBIL CORP., et. al.

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

F. William Brownell, an active member in good standing of the bar of U.S. Circuit Court of Appeal for the D.C. Circuit whose business address and telephone number (particular court to which applicant is admitted) is

Hunton & Williams, LLP, 1900 K St., N.W., Wash., DC 20006-1109, (202) 955-1500, bbrownell@hunton.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing see attached Rider "A."

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3-20-08

_____
United States District Judge

## RIDER A

### Order Granting Application for Admission of F. William Brownell *Pro Hac Vice*

*Native Village of Kivalina et al. v. ExxonMobil Corp. et al.*

### C 08-1138 SBA

Defendants Represented by Hunton & Williams LLP

DTE Energy Company
Edison International
MidAmerican Energy Holdings Company
Pinnacle West Capital Corporation
The Southern Company