ORIGINAL

GARY E. MASON
THE MASON LAW FIRM LLP
1225 19th Street, NW, Suite 500
Washington, D.C. 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
E-Mail: gmason@masonlawdc.com

Attorneys for Plaintiffs

**FILED**

MAR 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>Plaintiffs,<br><br>vs.<br><br>EXXONMOBIL CORPORATION, et al.,<br><br>Defendants. | Case No. CV 08-1138 SBA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Gary E. Mason, an active member in good standing of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the United States Court for the District of Columbia, the United States District Court for the District of Maryland, the United States District Court for the Northern District of New York, the United States District Court for the Northern District of Ohio, the United States Supreme Court, Superior Court of the District of Columbia, New York State Supreme Court, Maryland Circuit Court and the Fourth Circuit Court of Appeals.

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

1    become familiar with the Local Rules and the Alternative Dispute Resolution

2    programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who

4    maintains an office within the State of California has been designated as co-

5    counsel in the above-entitled action.  The name, address and telephone number of

6    that attorney is:

7

8    Marc M. Seltzer
     (California State Bar No. 54534)
9    SUSMAN GODFREY L.L.P.
     1901 Avenue of the Stars, Suite 950
10   Los Angeles, California 90067-6029
     Telephone: (310) 789-3100
11   Facsimile: (310) 789-3150

12

     I declare under penalty of perjury that the foregoing is true and correct.
13

14

15   Dated:    5-13-2008                          GARY E. MASON

16

17

18

19

20

21

22

23

24

25

26

27

28

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001966
Cashier ID: lenahac
Transaction Date: 03/21/2008
Payer Name: The Mason Law Firm, LLP
------------------------------------
PRO HAC VICE
 For: Gary E. Mason
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:      $210.00
------------------------------------
CHECK
 Check/Money Order Num: 1615
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:       $0.00

08-cv-1138-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

COPY

RECEIVED

MAR 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA, | Case No. CV 08-1138 SBA |
| Plaintiffs, | |
| vs. | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| EXXONMOBIL CORPORATION, et al., | |
| Defendants. | |

Gary E. Mason, an active member in good standing of the District of Columbia, whose business address and telephone number is The Mason Law Firm LLP, 1225 19th Street, NW, Suite 500, Washington, D.C. 20036; Tel: (202) 429-2290, having applied in the above entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____          _____
                                                          The Hon. Saundra B. Armstrong
                                                          United States District Judge