ORIGINAL

DENNIS REICH
REICH & BINSTOCK
4625 San Felipe, Suite 1000
Houston, TX 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724
E-Mail: dreich@reichandbinstock.com

Attorneys for Plaintiffs

FILED

MAR 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>Plaintiffs,<br><br>vs.<br><br>EXXONMOBIL CORPORATION, et al.,<br><br>Defendants. | Case No. CV 08-1138 SBA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Dennis Reich, an active member in good standing of the State Bar of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above.

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-

1  counsel in the above-entitled action. The name, address and telephone number of
2  that attorney is:

              Marc M. Seltzer
     (California State Bar No. 54534)
       SUSMAN GODFREY L.L.P.
  1901 Avenue of the Stars, Suite 950
   Los Angeles, California 90067-6029
      Telephone: (310) 789-3100
      Facsimile: (310) 789-3150

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3-13-08

_____
DENNIS REICH

821062v1/010121                                    2

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. C 08-1138 SBA

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001965
Cashier ID: lenahac
Transaction Date: 03/21/2008
Payer Name: Reich and Binstock, LLP

PRO HAC VICE
 For: Dennis Reich
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 16251
 Amt Tendered:   $210.00

Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:        $0.00

08-cv-1138-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```



RECEIVED
MAR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>Plaintiffs,<br><br>vs.<br><br>EXXONMOBIL CORPORATION, et al.,<br><br>Defendants. | Case No. CV 08-1138 SBA<br><br>[PROPOSED]<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Dennis Reich, an active member in good standing of the State Bar of Texas, whose business address and telephone number is Reich & Binstock, 4625 San Felipe, Suite 1000, Houston, Texas 77027; Tel: (713) 622-7271, having applied in the above entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
The Hon. Saundra B. Armstrong
United States District Judge