| | |
|---|---|
| 1 | RONALD L. OLSON (SBN 44597) |
| | Ronald.Olson@mto.com |
| 2 | DANIEL P. COLLINS (SBN 139164) |
| | Daniel.Collins@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue, 35th Floor |
| 4 | Los Angeles, CA  90071-1560 |
| | Telephone:     (213) 683-9100 |
| 5 | Facsimile:       (213) 687-3702 |
| 6 | JEROME C. ROTH (SBN 159483) |
| | Jerome.Roth@mto.com |
| 7 | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street |
| 8 | San Francisco, CA  94105-2907 |
| | Telephone:     (415) 512-4000 |
| 9 | Facsimile:       (415) 512-4077 |
| 10 | Attorneys for Defendant |
| | SHELL OIL COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA, | | CASE NO.  C 08-01138 SBA |
| | Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT SHELL OIL COMPANY** |
| | vs. | |
| EXXONMOBIL CORPORATION; BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; CHEVRON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICES CORPORATION; DTE ENERGY COMPANY; DUKE ENERGY CORPORATION; DYNEGY HOLDINGS, INC.; EDISON INTERNATIONAL; MIDAMERICAN ENERGY HOLDINGS COMPANY; MIRANT CORPORATION; NRG ENERGY; PINNACLE WET CAPITAL CORPORATION; RELIANT ENERGY, INC.; THE SOUTHERN COMPANY; AND XCEL ENERGY, INC., | | |
| | Defendants. | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

As reflected in the Stipulation pursuant to Local R. 6-1(a) that was filed on March 19, 2008, please enter our appearance on the docket as counsel in this case for Defendant Shell Oil Company. I certify that we are admitted to practice in this Court.

DATED: March 24, 2008                                   MUNGER, TOLLES & OLSON LLP

                                                        By:   /s/ *Daniel P. Collins*
                                                                    Daniel P. Collins

                                                        Attorneys for Defendant
                                                        SHELL OIL COMPANY

## PROOF OF SERVICE BY MAIL

I, Laurie E. Thoms, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

2. March 24, 2008, I served a true copy of the attached document **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT SHELL OIL COMPANY** by placing it in an addressed sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) shown below/set forth on the attached service list and placed said envelope(s) in interoffice mail for collection and deposit with the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices:

**[SEE SERVICE LIST ATTACHED]**

3. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2008, at Los Angeles, California.

*/s/ L. E. Thoms*
Laurie E. Thoms

SERVICE LIST
*Native Village of Kivalina, et al. v. Exxonmobil Corp., et al.*
Case No. C 08-01138 SBA

| | |
|---|---|
| Luke W. Cole<br>Brent Newell<br>Center on Race, Poverty & Environment<br>47 Kearny St., Ste. 804<br>San Francisco, CA 94108 | Steve W. Berman<br>Reed R. Kathrein<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Ave., Ste. 2900<br>Seattle, WA 98101 |
| Heather Kendall Miller<br>Native American Rights Fund<br>420 "L" St., Ste. 505<br>Anchorage, AK 99501 | Matthew F. Pawa<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Ste. 230<br>Newton Centre, MA 02459 |
| Christopher A. Seeger<br>Stephen A. Weiss<br>James A. O'Brien<br>Seeger Weiss LLP<br>One William St.<br>New York, NY 10004 | Stephen D. Susman<br>Drew D. Hansen<br>Susman Godfrey L.L.P.<br>1201 Third Ave., Ste. 3800<br>Seattle, WA 98101 |
| H. Lee Godfrey<br>Susman Godfrey L.L.P.<br>1000 Louisiana St., Ste. 5100 | |

*Counsel for Plaintiffs Native Village of Kivalina and City of Kivalina*

| | |
|---|---|
| Thomas A. Rector<br>Jones Day<br>555 California St., 26th Flr.<br>San Francisco, CA 94104 | Belynda B. Reck<br>Hunton & Williams LLP<br>550 S. Hope St., Ste. 2000<br>Los Angeles, CA 90071-2627 |
| Thomas E. Fennell<br>Michael L. Rice<br>Jones Day<br>2727 N. Harwood St.<br>Dallas, TX 75201 | F. William Brownell<br>Norman W. Fichthorn<br>Allison D. Wood<br>Hunton & Williams LLP<br>1900 "K" St., N.W.<br>Washington, D.C. 20006-1109 |
| Kevin P. Holewinski<br>Jones Day<br>41 Louisiana Ave., N.W.<br>Washington, D.C. 20001 | Shawn Patrick Regan<br>Hunton & Williams LLP<br>200 Park Ave.<br>New York, NY 10166-0136 |
| *Counsel for Def. Xcel Energy Inc.* | *Counsel for Defs. DTE Energy Co., Edison Int'nat'l, MidAmerican Energy Holdings Co, Pinnacle West Capital Corp., and The Southern Co.* |
| Richard K. Welsh<br>Scott Bertzyk<br>Felix Lebron<br>Kamran Salour<br>Greenberg Traurig LLP<br>2450 Colorado Ave., Ste. 400E<br>Santa Monica, CA 90404 | Jeffrey A. Lamken<br>Jeremy Levin<br>Baker Botts LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2400 |
| *Counsel for Def. AES Corp.* | *Counsel for Defs. Dynegy Holdings, Inc., NRG Energy, and Reliant Energy, Inc.* |

SERVICE LIST
*(Cont'd)*

| | |
|---|---|
| Samuel R. Miller<br>Paul L. Yanosy<br>Sidley Austin LLP<br>555 California St.<br>San Francisco, CA 94104<br><br>David T. Buente, Jr.<br>Joseph R. Guerra<br>Sidley Austin LLP<br>1501 "K" St., N.W.<br>Washington, D.C. 20005<br><br>*Counsel for Defs. American Electric Power Co., Inc., American Electric Power Corp., and Duke Energy Corp.*<br><br>Robert B. Pringle<br>Thelen Reid Brown Raysman & Steiner LLP<br>101 Second St., Ste. 1800<br>San Francisco, CA 94105<br>Kevin A. Gaynor<br>Vinson & Elkins LLP<br>1455 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-1008<br><br>*Counsel for Def. Mirant Corp.*<br><br>Andrew B. Clubok<br>Kirkland & Ellis LLP<br>655 Fifteenth St., N.W.<br>Washington, D.C. 20005<br><br>Elizabeth L. Deeley<br>Casey M. Nokes<br>Kirkland &Ellis LLP<br>555 California St.<br>San Francisco, CA 94104<br><br>*Counsel for Def. ConocoPhillips Company*<br><br>Matthew Heartney<br>Arnold & Porter LLP<br>777 S. Figueroa St., 44th Flr.<br>Los Angeles, CA 90017-5844<br><br>*Counsel for Defs. BP America, Inc., and BP Products North America, Inc.* | Steven P. Rice<br>Crowell & Moring LLP<br>3 Park Plaza<br>Irvine, CA 92614<br><br>Kathleen Taylor Sooy<br>Scott L. Winkelman<br>Tracy A. Roman<br>Crowell & Moring LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2595<br><br>*Counsel for Def. Peabody Energy Corp.*<br><br>John F. Daum<br>O'Melveny & Myers LLP<br>400 S. Hope St.<br>Los Angeles, CA 90071-2899<br><br>Jonathan D. Hacker<br>O'Melveny & Myers LLP<br>1625 Eye St., N.W.<br>Washington, D.C. 20006-4001<br><br>*Counsel for Def. ExxonMobil Corporation*<br><br>Lisa Kobialka<br>King & Spalding LLP<br>1000 Bridge Pkwy., Ste. 100<br>Redwood City, CA 94065<br><br>Tracie J. Renfroe<br>Jonathan L. Marsh<br>Robert Meadows<br>King & Spalding LLP<br>1100 Louisiana St., Ste. 4000<br>Houston, TX 77002-5213<br><br>*Counsel for Defs. Chevron Corp. and Chevron U.S.A. Inc.* |