RECEIVED
MAR 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

FILED
MAR 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Native Village of Kivalina and
City of Kivalina,

               Plaintiff(s),

v.

ExxonMobil Corporation, et al.

               Defendant(s).

CASE NO. C 08-01138 SBA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

    Jonathan L. Marsh, an active member in good standing of the bar of the Supreme Court of the State of Texas whose business address and telephone number (particular court to which applicant is admitted) is

King & Spalding LLP
1100 Louisiana Street, Suite 4000
Houston, Texas 77002    713-751-3200

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Chevron Corporation and Chevron U.S.A. Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3-26-08

                                              United States District Judge

UNITED STATES DISTRICT COURT
For the Northern District of California