RECEIVED

MAR 20 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



FILED

MAR 26 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

NATIVE VILLAGE OF KIVALINA and
CITY OF KIVALINA,

Plaintiff(s),

v.

EXXONMOBIL CORPORATION,
ET AL.

Defendant(s).

CASE NO. 4:08-cv-01138-SBA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Michael L. Rice, an active member in good standing of the bar of The Supreme Court of Texas whose business address and telephone number (particular court to which applicant is admitted) is

Jones Day, 2727 N. Harwood Street, Dallas, TX 75201-1515; (214) 220-3939

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing XCEL ENERGY INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3-26-08

United States District Judge
Saundra Brown Armstrong