FILED
MAR 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
MAR 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**ORIGINAL**

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>　　　　　　Plaintiff,<br>v.<br>EXXONMOBIL CORPORATION et al.<br><br>　　　　　　Defendants. | Civ. Action No. CV-08 1138 SBA<br><br>Judge: Hon. Saundra Brown Armstrong<br><br>**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF SUSAN E. ENGEL** |

Susan E. Engel, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is Kirkland & Ellis LLP, 655 Fifteenth Street N.W., Washington, DC 20005-5793, (202) 879-5000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ConocoPhillips Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order 45, *Electronic Case Filing*.

Dated: 3-26-08

_____
Hon. Saundra Brown Armstrong
United States District Judge