**FILED**

MAR 20 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**

MAR 20 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**ORIGINAL**

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>Plaintiff,<br><br>v.<br><br>EXXONMOBIL CORPORATION et al.<br><br>Defendants. | Civ. Action No. CV-08 1138 SBA<br><br>Judge: Hon. Saundra Brown Armstrong<br><br>**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF STUART A. C. DRAKE *PRO HAC VICE*** |

---

(Proposed) Order Granting Application for
Admission *Pro Hac Vice* of Stuart A. C. Drake

CASE NO. CV-08 1138 SBA

Stuart A. C. Drake, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is Kirkland & Ellis LLP, 655 Fifteenth Street N.W., Washington, DC 20005-5793, (202) 879-5000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ConocoPhillips Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order 45, *Electronic Case Filing*.

Dated: 3-26-08

Hon. Saundra Brown Armstrong
United States District Judge