Samuel R. Miller  (SBN 66871)
E-mail:  srmiller@sidley.com
Paul L. Yanosy  (SBN 233014)
E-mail:  pyanosy@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California  94104
Telephone:   (415) 772-1200
Facsimile:    (415) 772-7400

David T. Buente Jr. (*pro hac vice* application pending)
E-mail:  dbuente@sidley.com
Joseph R. Guerra (*pro hac vice* application pending)
E-mail:  jguerra@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone:   (202) 736-8000
Facsimile:    (202) 736-8711

FILED

MAR 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys For Defendants
*American Electric Power Company, Inc., American Electric Power Services Corporation and Duke Energy Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NATIVE VILLAGE OF KIVALINA, et al.,

  Plaintiff,

vs

EXXONMOBILE CORPORATION, et al.

  Defendant.

Case No.   4:08-CV-01138-SBA

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Joseph R. Guerra, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is Sidley Austin, LLP 1501 K Street, N.W.

1  Washington, D.C. 20005 (202) 736-8000, having applied in the above-entitled action for admission
2  to practice in the Northern District of California on a *pro hac vice* basis, representing American
3  Electric Power Company, Inc., American Electric Power Services Corporation and Duke Energy
4  Corporation.
5     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
6  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
7  *vice*. Service of papers upon and communication with co-counsel designated in the application will
8  constitute notice to the party. All future filings in this action are subject to the requirements
9  contained in General Order No. 45, *Electronic Case Filing*.

10  Dated: 3-26-08

           UNITED STATES DISTRICT JUDGE
           SAUNDRA B. ARMSTRONG

2

[Proposed] Order Granting Application For Admission of Attorney *Pro Hac Vice*    Case No. 4:08-cv-01138-SBA