Samuel R. Miller (SBN 66871)
E-mail: srmiller@sidley.com
Paul L. Yanosy (SBN 233014)
E-mail: pyanosy@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone:   (415) 772-1200
Facsimile:    (415) 772-7400

David T. Buente Jr. (*pro hac vice* application pending)
E-mail: dbuente@sidley.com
Joseph R. Guerra (*pro hac vice* application pending)
E-mail: jguerra@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone:   (202) 736-8000
Facsimile:    (202) 736-8711

Attorneys For Defendants
*American Electric Power Company, Inc., American Electric Power Services Corporation and Duke Energy Corporation*

FILED
MAR 2 · 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA, et al., <br><br> Plaintiff, <br><br> vs <br><br> EXXONMOBILE CORPORATION, et al. <br><br> Defendant. | Case No.    4:08-CV-01138-SBA <br><br> [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

David T. Buente, Jr., an active member in good standing of the bar of the District of

Columbia, whose business address and telephone number is Sidley Austin, LLP 1501 K Street, N.W.

---

[Proposed] Order Granting Application For Admission of Attorney *Pro Hac Vice*    Case No. 4:08-cv-01138-SBA

1   Washington, D.C. 20005 (202) 736-8000, having applied in the above-entitled action for admission
2   to practice in the Northern District of California on a *pro hac vice* basis, representing American
3   Electric Power Company, Inc., American Electric Power Services Corporation and Duke Energy
4   Corporation.
5       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
6   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
7   *vice*. Service of papers upon and communication with co-counsel designated in the application will
8   constitute notice to the party. All future filings in this action are subject to the requirements
9   contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3-26-08

UNITED STATES DISTRICT JUDGE
SAUNDRA B. ARMSTRONG