LISA KOBIALKA, CA BAR NO. 191404
(lkobialka@kslaw.com)
KING & SPALDING LLP
1000 Bridge Parkway, Suite 100
Redwood City, CA 94065
Telephone:    (650) 590-0700
Facsimile:    (650) 590-1900

ROBERT E. MEADOWS, *admitted pro hac vice*
(rmeadows@kslaw.com)
TRACIE J. RENFROE, *admitted pro hac vice*
(trenfroe@kslaw.com)
JONATHAN L. MARSH, *admitted pro hac vice*
(jlmarsh@kslaw.com)
King & Spalding LLP
1100 Louisiana Street, Suite 4000
Houston, TX  77002-5213
Telephone:    (713) 751-3200
Facsimile:    (713) 751-3290

Attorneys for Defendants
CHEVRON CORPORATION and CHEVRON U.S.A. INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA<br><br>Plaintiffs,<br><br>v.<br><br>EXXONMOBIL CORPORATION; BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; CHEVRON CORPORATION CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICE CORPORATION; DTE ENERGY COMPANY; DUKE ENERGY CORPORATIO DYNEGY HOLDINGS, INC.; EDISON INTERNATIONAL; IDAMERICAN ENERG HOLDINGS COMPANY; MIRANT CORPORATION; NRG ENERGY; PINNACLE WEST CAPITAL CORPORATION; RELIANT ENERGY, INC.; THE SOUTHERN COMPANY AND XCEL ENERGY, INC.,<br><br>Defendants. | Case No. C 08-01138 SBA<br><br>**DEFENDANTS CHEVRON CORPORATION AND CHEVRON U.S.A. INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

1    TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2    Pursuant to Civil Local Rule 3-16, the undersigned counsel for Defendants Chevron
3    Corporation and Chevron U.S.A. Inc. certifies that the following listed persons, associations of
4    persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have
5    a financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have
6    a non-financial interest in that subject matter or in a party that could be substantially affected by
7    the outcome of this proceeding:

8        1.    Chevron Corporation is a publicly traded domestic corporation.

9        2.    Chevron U.S.A. Inc. is a subsidiary of Chevron U.S.A. Holdings Inc., which is a
10   subsidiary of Texaco Inc., which is a subsidiary of Chevron Asiatic Limited, which is a subsidiary
11   of Chevron Investments Inc., which is a subsidiary of Chevron Corporation. Chevron Corporation
12   indirectly controls and/or owns 100% of the stock in Chevron U.S.A. Inc.

13

14   DATED: March 31, 2008                    KING & SPALDING LLP

15                                            By ___/s/_____
                                                 Lisa Kobialka, CA Bar No. 191404
16                                               King & Spalding LLP
                                                 1000 Bridge Parkway, Suite 100
17                                               Redwood Shores, CA  94065
                                                 Telephone:  650-590-0720
18                                               Facsimile:   650-590-1900
19                                               Email: lkobialka@kslaw.com

20                                               Robert E. Meadows  (admitted pro hac vice)
                                                 Tracie J. Renfroe  (admitted pro hac vice)
21                                               Jonathan L. Marsh  (admitted pro hac vice)
                                                 King & Spalding LLP
22                                               1100 Louisiana Street, Suite 4000
23                                               Houston, TX  77002
                                                 Telephone:  713-751-3200
24                                               Facsimile:   713-751-3290
                                                 Email: rmeadows@kslaw.com
25                                                      trenfroe@kslaw.com
                                                        jlmarsh@kslaw.com
26

27                                               *Counsel for Defendants Chevron Corporation
                                                 and Chevron U.S.A. Inc.*

28
                                                   2
---
CHEVRON CORPORATION AND CHEVRON U.S.A. INC.'S CERTIFICATE OF INTERESTED
ENTITIES OR PERSONS                                                   Case No. C 08-01138 SBA

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Mateo County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1000 Bridge Parkway #100, Redwood Shores, California 94065. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 31, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document:

**DEFENDANTS CHEVRON CORPORATION AND CHEVRON U.S.A. INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Luke W. Cole<br>Brent Newell<br>Center on Race, Poverty & the Environment<br>47 Kearny Street, Suite 804<br>San Francisco, CA 94108<br>Telephone: 415-346-4179<br>Facsimile: 415-346-8723<br>Email: luke@igc.org<br><br>Steve W. Berman<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: 206-623-7292<br>Facsimile: 206-623-0594<br>Email: steve@hbsslaw.com<br><br>Matthew F. Pawa<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre Street, Suite 230<br>Newton Centre, MA 02459<br>Telephone: 617-641-9550<br>Facsimile: 617-641-9551<br>Email: mp@pawalaw.com<br><br>*Counsel for Plaintiffs* | Matthew Heartney<br>Arnold & Porter LLP<br>777 S. Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>Telephone: 213-243-4150<br>Facsimile: 213-243-4199<br>Email: Matthew_Heartney@aporter.com<br><br>*Counsel for BP America, Inc., and BP Products North America, Inc.*<br><br>Andrew B. Clubok<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: 202-879-5173<br>Facsimile: 202-879-5200<br>Email: aclubok@kirkland.com<br><br>Elizabeth L. Deeley<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: 415-439-1861<br>Facsimile: 415-439-1500<br>Email: edeeley@kirkland.com<br><br>*Counsel for ConocoPhillips Company* |

PROOF OF SERVICE   Case No. C 08-01138 SBA

| | | |
|---|---|---|
| 1 | John F. Daum | Jerome C. Roth |
| 2 | O'Melveny & Myers LLP | Munger, Tolles & Olson LLP |
| | 400 South Hope Street | 560 Mission Street, 27th Floor |
| 3 | Los Angeles, CA 90071-2899 | San Francisco, CA 94105 |
| | Telephone: 213-430-6111 | Telephone: 415-512-4010 |
| 4 | Facsimile: 213-430-6407 | Facsimile: 415-644-6910 |
| 5 | E-mail: jdaum@omm.com | Email: Jerome.Roth@mto.com |
| 6 | Jonathan D. Hacker | Daniel P. Collins |
| | O'Melveny & Myers LLP | Munger, Tolles & Olson LLP |
| 7 | 1625 Eye Street, NW | 355 S. Grand Avenue, 35th Floor |
| | Washington, DC 20006-4001 | Los Angeles, CA 90071 |
| 8 | Telephone: 202-383-5300 | Telephone: 213-683-9125 |
| 9 | Facsimile: 202-383-5414 | Facsimile: 213-697-3702 |
| | E-mail: jhacker@omm.com | Email: Daniel.Collins@mto.com |

*Counsel for ExxonMobil Corporation*          *Counsel for Shell Oil Company*

Richard K. Welsh
Scott Bertzyk
Felix Lebron
Kamran Salour
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone: 310-586-7700
Facsimile: 310-586-7800
Email:  welshr@gtlaw.com
        bertzyks@gtlaw.com
        lebronf@gtlaw.com
        salourk@gtlaw.com

*Counsel for AES Corp.*

Samuel R. Miller
Paul L. Yanosy
Sidley Austin LLP
555 California Street
San Francisco, CA 94104
Telephone: 415-772-1200
Facsimile : 415-772-7400
Email: srmiller@sidley.com
       pyanosy@sidely.com

David T. Buente, Jr.
Joseph R. Guerra
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: 202-736-8000
Facsimile: 202-736-8711
Email: dbuente@sidley.com
       jguerra@sidley.com

*Counsel for American Electric Power Company, Inc., American Electric Power Service Corp., and Duke Energy Corp.*

2

**PROOF OF SERVICE**                                    Case No. C 08-01138 SBA

| | | |
|---|---|---|
| 1 | Belynda B. Reck | Jeffrey A. Lamken |
| | Hunton & Williams LLP | Jeremy Levin |
| 2 | 550 South Hope Street, Suite 2000 | Baker Botts LLP |
| | Los Angeles, CA 90071-2627 | The Warner |
| 3 | Telephone: 213-532-2000 | 1299 Pennsylvania Ave., N.W. |
| | Facsimile: 213-532-2020 | Washington, D.C. 20004-2400 |
| 4 | Email: breck@hunton.com | Telephone: 202-639-7700 |
| 5 | | Facsimile: 202-639-7890 |
| | | Email: jeffrey.lamken@bakerbotts.com |
| 6 | F. William Brownell | jeremy.levin@bakerbotts.com |
| | Norman W. Fichthorn | |
| 7 | Allison D. Wood | *Counsel for Dynegy Holdings, Inc.,* |
| | Hunton & Williams LLP | *NRG Energy, and Reliant Energy, Inc.* |
| 8 | 1900 K Street, N.W. | |
| 9 | Washington, D.C. 20006-1109 | |
| | Telephone: 202-955-1500 | Robert B. Pringle |
| 10 | Facsimile: 202-778-2201 | Thelen Reid Brown Raysman |
| | Email: bbrownell@hunton.com | & Steiner LLP |
| 11 | nfichthorn@hunton.com | 101 Second Street, Suite 1800 |
| | awood@hunton.com | San Francisco, CA 94105 |
| 12 | | Telephone: 415-371-1200 |
| 13 | Shawn Patrick Regan | Facsimile: 415-371-1211 |
| | Hunton & Williams LLP | Email: rbpringle@thelen.com |
| 14 | 200 Park Avenue | |
| | New York, NY 10166-0136 | Kevin A. Gaynor |
| 15 | Telephone: 212-309-1000 | Vinson & Elkins LLP |
| | Facsimile: 212-309-1100 | 1455 Pennsylvania Avenue, N.W. |
| 16 | Email: sregan@hunton.com | Washington, D.C. 20004-1008 |
| 17 | | Telephone: 202-639-6500 |
| | *Counsel for DTE Energy Company,* | Facsimile: 202-639-6604 |
| 18 | *Edison International, MidAmerican Energy* | Email: kgaynor@velaw.com |
| | *Holdings Company, Pinnacle West Capital* | |
| 19 | *Corp., and The Southern Company* | *Counsel for Mirant Corp.* |

3

**PROOF OF SERVICE**                                                    Case No. C 08-01138 SBA

| | | |
|---|---|---|
| 1 | Steven P. Rice<br>Crowell & Moring LLP | Thomas A. Rector<br>Jones Day |
| 2 | 3 Park Plaza<br>Irvine, CA 92614 | 555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| 3 | Telephone: 949-798-1310 | Telephone: 415-626-3939 |
| 4 | Facsimile: 949-263-8414<br>Email: srice@crowell.com | Facsimile: 415-875-5700<br>Email: tarector@jonesday.com |
| 5 | | |
| 6 | Kathleen Taylor Sooy<br>Scott L. Winkelman | Thomas E. Fennell<br>Michael L. Rice |
| 7 | Tracy A. Roman<br>Crowell & Moring LLP | Jones Day<br>2727 N. Harwood Street |
| 8 | 1001 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2595 | Dallas, TX 75201<br>Telephone: 214-220-3939 |
| 9 | Telephone: 202-624-2500<br>Facsimile: 202-628-5116 | Facsimile: 214-969-5100<br>Email: tefennell@jonesday.com |
| 10 | Email: ksooy@crowell.com<br>   swinkelman@crowell.com | mlrice@jonesday.com |
| 11 | troman@crowell.com | Kevin P. Holewinski<br>Jones Day |
| 12 | *Counsel for Peabody Energy Corp.* | 41 Louisiana Avenue, N.W. |
| 13 | | Washington, D.C. 20001<br>Telephone: 202-879-3939 |
| 14 | | Facsimile: 202-626-1700<br>Email: kpholewinski@jonesday.com |
| 15 | | |
| 16 | | *Counsel for Xcel Energy Inc.* |

17  Following ordinary business practices, the envelope was sealed and placed for collection
18  and mailing on this date, and would, in the ordinary course of business, be deposited with the
19  United States Postal Service on this date.
20  I declare under penalty of perjury under the laws of the State of California that the above is
21  true and correct.
22  Executed on March 31, 2008, at Redwood Shores, California.

_____
Andrea Elaine Ayala-Robles