1  Thomas A. Rector (State Bar No. 199175)
   tarector@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:    (415) 626-3939
4  Facsimile:    (415) 875-5700

5  Thomas E. Fennell (*pro hac vice*)
   tefennell@jonesday.com
6  Michael L. Rice (*pro hac vice*)
   mlrice@jonesday.com
7  JONES DAY
   2727 N. Harwood Street
8  Dallas, Texas  75201-1515
   Telephone:    (214) 220-3939
9  Facsimile:    (214) 969-5100

10 Kevin P. Holewinski (*pro hac vice*)
   kpholewinski@jonesday.com
11 JONES DAY
   51 Louisiana Avenue, N.W.
12 Washington, DC  20001-2113
   Telephone:    (202) 879-3939
13 Facsimile:    (202) 626-1700

14 Attorneys for Defendant
   XCEL ENERGY INC.

15

16                        UNITED STATES DISTRICT COURT

17                       NORTHERN DISTRICT OF CALIFORNIA

18

19 | NATIVE VILLAGE OF KIVALINA, et al.,   | Case No. C 08-01138 SBA
20 |             Plaintiffs,                | DEFENDANT XCEL ENERGY INC.'S
   |                                        | RULE 7.1 DISCLOSURE
21 |     v.                                 |
22 | EXXONMOBIL CORPORATION,                |
23 |             Defendants.                |

24        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

25 Xcel Energy Inc. hereby certifies that it has no parent corporation and that no publicly traded

26 entity owns at least 10 percent of its stock. Xcel Energy Inc. is itself publicly traded.

27

28

SFI-581085v1                                                   XCEL'S RULE 7.1 DISCLOSURE
                                                               C 08-01138 SBA

Dated: April 1, 2008

Respectfully submitted,

Jones Day

By: /S/ Thomas A. Rector
    Thomas A. Rector

Counsel for Defendant
XCEL ENERGY INC.

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On April 1, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

DEFENDANT XCEL ENERGY INC.'S RULE 7.1 DISCLOSURE

in a sealed envelope, postage fully paid, addressed as follows:

**SEE ATTACHED SERVICE LIST**

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 1, 2008, at San Francisco, California.

_____
Margaret Landsborough

SFI-581102v1

**SERVICE LIST (NON-EFILERS WITH NO LOCAL COUNSEL)**
**NATIVE VILLAGE OF KIVALINA AND CITY OF KIVALINA**
**V. EXXONMOBIL CORPORATION, ET AL.**
**CASE NO. C 08-01138**

| | |
|---|---|
| Matthew Heartney, Esq.<br>ARNOLD & PORTER LLP<br>777 S. Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>Telephone: (213) 243-4150<br>Facsimile: (213) 243-4199 | Attorney For: Defendants, BP AMERICA, INC. AND BP PRODUCTS NORTH AMERICA, INC. |
| John F. Daum, Esq.<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6111<br>Facsimile: (213) 430-6407 | Attorney For: Defendant, EXXONMOBIL CORPORATION |
| Jonathan D. Hacker, Esq.<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006-4001<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414 | Attorney For: Defendant, EXXONMOBIL CORPORATION |
| Richard K. Welsh, Esq.<br>Scott Bertzyk, Esq.<br>Felix Lebron, Esq.<br>Kamran Salour, Esq.<br>GREENBERG TRAURIG LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA 90404<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800 | Attorneys For: Defendant, AES CORPORATION |
| Samuel R. Miller, Esq.<br>Paul L. Yanosy, Esq.<br>SIDLEY AUSTIN LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400 | Attorneys For: Defendants, AMERICAN ELECTRIC POWER COMPANY, INC., AMERICAN ELECTRIC POWER SERVICE CORPORATION, AND DUKE ENERGY CORPORATION |
| David T. Buente, Jr., Esq.<br>Joseph R. Guerra, Esq.<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 736-8000<br>Facsimile: (202) 736-8711 | Attorneys For: Defendants, AMERICAN ELECTRIC POWER COMPANY, INC., AMERICAN ELECTRIC POWER SERVICE CORPORATION, AND DUKE ENERGY CORPORATION |

SFI-581102v1

| | | |
|---|---|---|
| 1 | Jeremy Levin, Esq.<br>Jeffrey A. Lamken<br>BAKER BOTTS LLP<br>The Warner<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400<br>Telephone: (202) 639-7700<br>Facsimile: (202) 639-7890 | Attorneys For: Defendants, DYNEGY HOLDINGS, INC., NRG ENERGY, AND RELIANT ENERGY, INC. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | Robert B. Pringle, Esq.<br>THELEN REID BROWN RAYSMAN & STEINER LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: (415) 371-1200<br>Facsimile: (415) 371-1211 | Attorney For: Defendant, MIRANT CORPORATION |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | Kevin A. Gaynor, Esq.<br>VINSON & ELKINS LLP<br>1455 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-1008<br>Telephone: (202) 639-6500<br>Facsimile: (202) 639-6604 | Attorney For: Defendant, MIRANT CORPORATION |
| 11 | | |
| 12 | | |
| 13 | Steven P. Rice, Esq.<br>CROWELL & MORING LLP<br>3 Park Plaza<br>Irvine, CA 92614<br>Telephone: (949) 798-1310<br>Facsimile: (949) 263-8414 | Attorney For: Defendant, PEABODY ENERGY CORPORATION |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | Kathleen Taylor Sooy, Esq.<br>Scott L. Winkelman, Esq.<br>Tracy A. Roman, Esq.<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116 | Attorneys For: Defendant, PEABODY ENERGY CORPORATION |
| 18 | | |
| 19 | | |
| 20 | | |

SFI-581102v1