1  ROBERT B. PRINGLE, CA BAR NO. 051365
   LAURA A. GUILLEN, CA BAR NO. 248874
2  **THELEN REID BROWN RAYSMAN & STEINER LLP**
   101 Second Street, Suite 1800
3  San Francisco, CA 94105-3606
4  Tel:   415.371.1200
   Fax:   415.371.1211
5  Email: rbpringle@thelen.com
           lguillen@thelen.com
6

7  KEVIN A. GAYNOR, *Pro Hace Vice Pending*
8  BENJAMIN S. LIPPARD, *Pro Hace Vice Pending*
   **VINSON & ELKINS, LLP**
9  1455 Pennsylvania Ave., N.W.
   Washington, DC 20004
10 Tel:   202.639.6500
11 Fax:   202.639.6604

12 Attorneys for Defendant
   MIRANT CORPORATION
13

14            IN THE UNITED STATES DISTRICT COURT

15          FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                      OAKLAND DIVISION

| | |
|---|---|
| 17 NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA, | Case No.: C08-01138 SBA |
| 18 | **NOTICE OF APPEARANCE** |
| 19    Plaintiffs, | |
| 20    vs. | |
| 21 EXXONMOBILE CORPORATION; BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; CHEVRON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICES CORPORATION; DTE ENERGY COMPANY; DUKE ENERGY | |

SF #1454761 v1                    -1-
NOTICE OF APPEARANCE (Case No. C08-01138 SBA)

1  CORPORATION; DYNEGY HOLDINGS,
   INC.; EDISON INTERNATIONAL;
2  MIDAMERICAN ENERGY HOLDINGS
   COMPANY; MIRANT CORPORATION;
3  NRG ENERGY; PINNACLE WEST CAPITAL
   CORPORATION; RELIANT ENERGY, INC.;
4  THE SOUTHERN COMPANY; AND XCEL
5  ENERGY, INC.

6      Defendants.

7

8      COMES NOW Robert B. Pringle and Laura A. Guillen of the law firm of Thelen Reid
9  Brown Raysman & Steiner LLP and enters their appearance as counsel for Defendant Mirant
10 Corporation in the above-referenced civil action.
11     Please make entry onto the docket and the records of the Court so as to provide the
12 undersigned with all notices as required by law.
13 Dated: April 7, 2008                 Respectfully submitted,
14
15                                      /s/ Robert B. Pringle
                                        Robert B. Pringle
16                                      Laura A. Guillen
                                        THELEN REID BROWN RAYSMAN & STEINER LLP
17
                                        Attorneys for Defendant
18                                      MIRANT CORPORATION

SF #1454761 v1                    -2-
NOTICE OF APPEARANCE (Case No. C08-01138 SBA)