1  ROBERT B. PRINGLE, CA BAR NO. 051365
   LAURA A. GUILLEN, CA BAR NO. 248874
2  **THELEN REID BROWN RAYSMAN & STEINER LLP**
3  101 Second Street, Suite 1800
   San Francisco, CA 94105-3606
4  Tel:   415.371.1200
   Fax:   415.371.1211
5  Email: rbpringle@thelen.com
          lguillen@thelen.com
6

7
   KEVIN A. GAYNOR, *Pro Hac Vice Pending*
8  BENJAMIN S. LIPPARD, *Pro Hac Vice Pending*
   **VINSON & ELKINS, LLP**
9  1455 Pennsylvania Ave., N.W.
   Washington, DC 20004
10 Tel:   202.639.6500
   Fax:   202.639.6604
11

12 Attorneys for Defendant
   MIRANT CORPORATION
13

14                 IN THE UNITED STATES DISTRICT COURT

15                FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                             OAKLAND DIVISION

| | |
|---|---|
| 17  NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA, | Case No.: C08-01138 SBA |
| 18 | |
| 19  Plaintiffs, | **DEFENDANT MIRANT CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| 20  vs. | |
| 21  EXXONMOBILE CORPORATION; BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; CHEVRON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICES CORPORATION; DTE ENERGY COMPANY; DUKE ENERGY | |

| | |
|---|---|
| 1 | CORPORATION; DYNEGY HOLDINGS, INC.; EDISON INTERNATIONAL; MIDAMERICAN ENERGY HOLDINGS COMPANY; MIRANT CORPORATION; NRG ENERGY; PINNACLE WEST CAPITAL CORPORATION; RELIANT ENERGY, INC.; THE SOUTHERN COMPANY; AND XCEL ENERGY, INC. |
| 6 | Defendants. |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

### DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Mirant Corporation hereby certifies that Defendant Mirant Corporation has no parent corporation and that no publicly traded entity owns at least 10 percent of its stock. Mirant Corporation is itself a publicly traded domestic corporation.

### CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, the undersigned counsel for Defendant Mirant Corporation hereby certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 7, 2008                Respectfully submitted,

                                              /s/ Robert B. Pringle
Robert B. Pringle
Laura A. Guillen
THELEN REID BROWN RAYSMAN & STEINER LLP

Kevin A. Gaynor
Benjamin S. Lippard
VINSON & ELKINS, LLP

Attorneys for Defendant
MIRANT CORPORATION