ROBERT B. PRINGLE, CA BAR NO. 051365
LAURA A. GUILLEN, CA BAR NO. 248874
**THELEN REID BROWN RAYSMAN & STEINER LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Tel:   415.371.1200
Fax:   415.371.1211
Email: rbpringle@thelen.com
       lguillen@thelen.com


KEVIN A. GAYNOR, *Pro Hac Vice Pending*
BENJAMIN S. LIPPARD, *Pro Hac Vice Pending*
**VINSON & ELKINS, LLP**
1455 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel:   202.639.6500
Fax:   202.639.6604

Attorneys for Defendant
MIRANT CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA, | Case No.: C08-01138 SBA |
| Plaintiffs, | **CERTIFICATE OF SERVICE BY MAIL** |
| vs. | |
| EXXONMOBILE CORPORATION; BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; CHEVRON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICES CORPORATION; DTE ENERGY COMPANY; DUKE ENERGY | |

1  CORPORATION; DYNEGY HOLDINGS, INC.; EDISON INTERNATIONAL;
2  MIDAMERICAN ENERGY HOLDINGS COMPANY; MIRANT CORPORATION;
3  NRG ENERGY; PINNACLE WEST CAPITAL CORPORATION; RELIANT ENERGY, INC.;
4  THE SOUTHERN COMPANY; AND XCEL ENERGY, INC.
5
6           Defendants.
7

8   I am a citizen of the United States and employed in San Francisco County, California. I
9   am over the age of eighteen years and not a party to the within-entitled action. My business
10  address 101 Second Street, San Francisco, California 94105. I am readily familiar with this
11  firm's practice for collection and processing of correspondence for mailing with the United States
12  Postal Service. On April 7, 2008, I placed with this firm at the above address for deposit with the
13  United States Postal Service a true and correct copy of the within document:

**DEFENDANT MIRANT CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

**NOTICE OF APPEARANCE**

in a sealed envelope, postage fully paid, addressed as follows:

**SEE ATTACHED SERVICE LIST**

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 7, 2008 at San Francisco, California.

_____
Patty Spiglanin

# SERVICE LIST

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Ronald L. Olson
Munger, Tolles & Olson LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071

Matthew Heartney
Arnold & Porter LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844

Richard K. Welsh
Scott Bertzyk
Felix Lebron
Kamran Salour
Greenberg Traurig LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404

Thomas A. Rector
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104

Allison D. Wood
Hunton & Williams LLP
1900 K Street, NW
Washington, DC 20006-1109

Thomas E. Fennell
Michael L. Rice
Jones Day
2727 N. Harwood Street
Dallas, TX 75201

Shawn Patrick Regan
Hunton & Williams LLP
200 Park Avenue
New York, NJ 10166-0136

Kevin P. Holewinski
Jones Day
41 Louisiana Avenue, NW
Washington, DC 20001

Robert E. Meadows
Tracie J. Renfroe
King & Spalding LLP
100 Louisiana Street, Suite 4000
Houston, TX 77002-5213

John F. Daum
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899

Jonathan D. Hacker
O'Melveny & Myers LP
1625 Eye Street, NW
Washington, DC 20006-4001

Steven P. Rice
Crowell & Morning LLP
3 Park Plaza
Irvine, CA 92614

Kathleen Taylor Sooy
Scott L. Winkelman
Tracy A. Roman
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004-2595

| | | |
|---|---|---|
| 1 | Jeff A. Lamken | Andrew B. Clubok |
| 2 | Jeremy Levin<br>Baker Botts LLP | Stuart A.C. Drake<br>Susan E. Engel |
| 3 | The Warner<br>1299 Pennsylvania Ave., NW | Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W. |
| 4 | Washington, DC  20004-2400 | Washington, DC  20005 |
| 5 | H. Lee Godfrey | Drew D. Hansen |
| 6 | Eric J. Mayer<br>Susman Godfrey LLP | Susman Godfrey LLP<br>1201 Third Avenue |
| 7 | 1000 Louisiana Street<br>Suite 5100 | Suite 3800<br>Seattle, WA  98101 |
| 8 | Houston, TX  77002-5096 | |
| 9 | Matthew F. Pawa | James A. O'Brien |
| 10 | Benjamin A. Krass<br>Mark R. Rielly | Seeger Weiss LLP<br>One William Street |
| 11 | Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre Street | New York, NY  10004 |
| 12 | Suite 230<br>Newton Centre, MA  02459 | |
| 13 | | |
| 14 | Dennis J. Reich<br>Reich & Binstock, LLP | |
| 15 | 4265 San Felipe Blvd., Suite 1000<br>Houston, TX  77027 | |