**Samuel R. Miller (SBN 66871)**
E-mail: srmiller@sidley.com
**Paul L. Yanosy (SBN 233014)**
E-mail: pyanosy@sidley.com
**SIDLEY AUSTIN LLP**
**555 California Street**
**San Francisco, California 94104**
**Telephone:    (415) 772-1200**
**Facsimile:    (415) 772-7400**

**David T. Buente Jr. (admitted** *pro hac vice***)**
E-mail: dbuente@sidley.com
**Joseph R. Guerra (admitted** *pro hac vice***)**
E-mail: jguerra@sidley.com
**SIDLEY AUSTIN LLP**
**1501 K Street, N.W.**
**Washington, D.C. 20005**
**Telephone:    (202) 736-8000**
**Facsimile:    (202) 736-8711**

**Attorneys For Defendants**
*American Electric Power Company, Inc., American Electric*
*Power Service Corporation and Duke Energy Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NATIVE VILLAGE OF KIVALINA, et al.,**<br><br>            Plaintiff,<br><br>    vs<br><br>**EXXONMOBIL CORPORATION, et al.**<br><br>            Defendant. | Case No.     4:08-CV-01138-SBA<br><br>**CERTIFICATE OF INTERESTED ENTITIES** |

       On behalf of Defendant DUKE ENERGY CORPORATION, in the above-captioned matter, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-16, the undersigned certifies that the following list of persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the

---

Certificate of Interested Entities                                                                                   Case No. 4:08-cv-01138-SBA

1  subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in
2  that subject matter or in a party that could be substantially affected by the outcome of this
3  proceeding:
4        Duke Energy Corporation is a publicly traded company.  To the best of its
5  knowledge, there is no other publicly traded company owning 10% or more of Duke Energy
6  Corporation's stock.

                Respectfully submitted,

Dated:  April 9, 2008      SIDLEY AUSTIN LLP

By: _____/s/_____

                Samuel R. Miller

Samuel R. Miller  (SBN 66871)
E-mail:  srmiller@sidley.com
Paul L. Yanosy  (SBN 233014)
E-mail:  pyanosy@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

David T. Buente Jr. (admitted *pro hac vice*)
E-mail:  dbuente@sidley.com
Joseph R. Guerra (admitted *pro hac vice*)
E-mail:  jguerra@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 736-8000
Facsimile:  (202) 736-8711

Attorneys for Defendants
*American Electric Power Company, Inc., American Electric Power Service Corporation and Duke Energy Corporation*