```
1    Samuel R. Miller  (SBN 66871)
     E-mail:  srmiller@sidley.com
2    Paul L. Yanosy  (SBN 233014)
     E-mail:  pyanosy@sidley.com
3    SIDLEY AUSTIN LLP
     555 California Street
4    San Francisco, California  94104
     Telephone:    (415) 772-1200
5    Facsimile:    (415) 772-7400

6    David T. Buente Jr. (admitted *pro hac vice*)
     E-mail:  dbuente@sidley.com
7    Joseph R. Guerra (admitted *pro hac vice*)
     E-mail:  jguerra@sidley.com
8    SIDLEY AUSTIN LLP
     1501 K Street, N.W.
9    Washington, D.C. 20005
     Telephone:    (202) 736-8000
10   Facsimile:    (202) 736-8711

11
     Attorneys For Defendants
12   *American Electric Power Company, Inc., American Electric
     Power Service Corporation and Duke Energy Corporation*
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NATIVE VILLAGE OF KIVALINA, et al.,** ) | Case No.    4:08-CV-01138-SBA |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF INTERESTED ENTITIES** |
| ) | |
| vs ) | |
| ) | |
| **EXXONMOBIL CORPORATION, et al.** ) | |
| ) | |
| Defendant. ) | |
| ) | |

On behalf of Defendants AMERICAN ELECTRIC POWER COMPANY, INC. and AMERICAN ELECTRIC POWER SERVICE CORPORATION in the above-captioned matter, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-16, the undersigned certifies that the following list of persons, associations of persons, firms, partnerships, corporations

---

Certificate of Interested Entities                                                      Case No. 4:08-cv-01138-SBA

(including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

American Electric Power Company, Inc. is a publicly traded company. To the best of its knowledge, there is no other publicly traded company owning 10% or more of American Electric Power Company, Inc.'s stock.

American Electric Power Service Corporation is a wholly-owned subsidiary of American Electric Power Company, Inc.

Respectfully submitted,

Dated: April 9, 2008         SIDLEY AUSTIN LLP

By: _____/s/_____

Samuel R. Miller

Samuel R. Miller (SBN 66871)
E-mail: srmiller@sidley.com
Paul L. Yanosy (SBN 233014)
E-mail: pyanosy@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone:   (415) 772-1200
Facsimile:   (415) 772-7400

David T. Buente Jr. (admitted *pro hac vice*)
E-mail: dbuente@sidley.com
Joseph R. Guerra (admitted *pro hac vice*)
E-mail: jguerra@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone:   (202) 736-8000
Facsimile:   (202) 736-8711

Attorneys for Defendants
*American Electric Power Company, Inc., American Electric Power Service Corporation and Duke Energy Corporation*

2

Certificate of Interested Entities                                      Case No. 4:08-cv-01138-SBA