# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



NATIVE VILLAGE OF KIVALINA, and CITY OF KIVALINA,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

EXXONMOBIL CORPORATION; BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; (see attached)

CV 08 1138

SBA

TO: (Name and address of defendant)

*See Attachment*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Luke W. Cole
CENTER ON RACE, POVERTY & THE ENVIRONMENT
47 Kearny Street, Suite 804
San Francisco, CA 94108

an answer to the complaint which is herewith served upon you, within 20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE FEB 2 6 2008

Helen L. Almacen
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                        *Date*                                           *Signature of Server*

                                                                          _____
                                                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## SUMMONS
## ATTACHMENT

**I.(a) DEFENDANTS,** continued: CHEVRON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICES CORPORATION; DTE ENERGY COMPANY; DUKE ENERGY CORPORATION; DYNEGY HOLDINGS, INC.; EDISON INTERNATIONAL; MIDAMERICAN ENERGY HOLDINGS COMPANY; MIRANT CORPORATION; NRG ENERGY; PINNACLE WEST CAPITAL CORPORATION; RELIANT ENERGY, INC.; THE SOUTHERN COMPANY; and XCEL ENERGY, INC.

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | (510) 725-3034 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2492684 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
NATIVE VILLAGE OF KIVALINA, et al.

Defendant:
EXXONMOBIL CORPORATION, et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I, Karl M. Neher, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : XCEL ENERGY, INC.

By Serving        : MELISSA DUNLAP, Registered Agent/Authorized to Accept Service of Process.

Address           : 380 Jackson str # 700, ST Paul, MN 55101
Date & Time       : Tuesday, March 4, 2008 @ 10:38 a.m.
Witness fees were : Not applicable.

Person serving:
Karl M. Neher
Wheels of Justice, Inc.
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 5, 2008

Signature: *Karl M Neher*
Karl M. Neher


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone | FOR COURT USE ONLY |
|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | (510) 725-3034 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2492696 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: NATIVE VILLAGE OF KIVALINA, et al.

Defendant: EXXONMOBIL CORPORATION, et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I, Emilio Herrera, Jr.              , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant       : EXXONMOBIL CORPORATION

By Serving      : N.H. Jenkins, Corporate Secretary

Address         : 5959 Las Colinas Blvd. , Irving, TX 75039
Date & Time     : Wednesday, March 5, 2008 @ 12:55 p.m.
Witness fees were : Not applicable.

Person serving:
Emilio Herrera, Jr.
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 5, 2008                              Signature: _____
                                                 Emilio Herrera, Jr.


Printed on recycled paper

Emilio Herrera, Jr.
Supreme Court No. SC000000610

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| REED A. KATHREIN, ESQ. (133034)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | (510) 725-3034 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2492699 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>NATIVE VILLAGE OF KIVALINA, et al. | | |
| Defendant:<br>EXXONMOBIL CORPORATION, et al. | | |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-1138 SBA |
|---|---|---|---|---|

I, C. J. Ott, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : DTE ENERGY COMPANY

By Serving        : ANDREA CAMPAN, Legal Secretary/Authorized to Accept Service of Process.

Address           : 2000 2nd Ave # 2057, Detroit, MI 48226
Date & Time       : Thursday, March 6, 2008 @ 12:35 p.m.
Witness fees were : Not applicable.

Person serving:
C. J. Ott
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 10, 2008                    Signature:_____
                                                         C. J. Ott


Printed on recycled paper