Clerk's Use Only

Initial for fee pd.:

KEVIN A. GAYNOR, Pro Hac Vice
VINSON & ELKINS, LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 2004
Tel: 202.639.6500

FILED
APR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIVE VILLAGE OF KIVALINA and
CITY OF KIVALINA

Plaintiff(s),

v.

EXXONMOBILE CORPORATION, ET AL.

Defendant(s).

CASE NO. C08-01138 SBA

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Kevin A. Gaynor, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Mirant Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Robert B. Pringle, Esq., (CA SBN 051365), Thelen Reid Brown Raysman &
Steiner, LLP, 101 2nd St., Ste. 1800, S.F., CA 94105; Tel: 415-371-1200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/9/08

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611002060
Cashier ID: lenahac
Transaction Date: 04/11/2008
Payer Name: Vinson Elkins LLP
-----------------------------------
PRO HAC VICE
 For: Kevin A. Gaynor
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:         $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 135253
 Amt Tendered: $210.00
-----------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C-08-1138-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

RECEIVED
APR 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,

Plaintiff(s),

v.

EXXONMOBILE CORPORATION, ET AL.

Defendant(s).
_______________________________________/

**CASE NO. C08-01138 SBA**

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Kevin A. Gaynor , an active member in good standing of the bar of the District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is Vinson & Elkins, LLP, 1455 Pennsylvania Ave., N.W., Washington, D.C. 20004; Telephone: (202) 639-6500, ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant Mirant Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_______________________________
United States District Judge
Judge Saundra B. Armstrong

UNITED STATES DISTRICT COURT
For the Northern District of California