```
 1  HUNTON & WILLIAMS LLP
    BELYNDA B. RECK (State Bar No. 163561)
 2  550 South Hope Street, Suite 2000
    Los Angeles, California 90071-2627
 3  Telephone: (213) 532-2000
    Facsimile: (213) 532-2020
 4  E-mail: breck@hunton.com

 5  HUNTON & WILLIAMS LLP
    F. WILLIAM BROWNELL (Admitted Pro Hac Vice)
 6  NORMAN W. FICHTHORN (Admitted Pro Hac Vice)
    ALLISON D. WOOD (Admitted Pro Hac Vice)
 7  1900 K Street, N.W.
    Washington, D.C. 20006-1109
 8  Telephone: (202) 955-1500
    Facsimile: (202) 778-2201
 9  E-mail: bbrownell@hunton.com
    E-mail: nfichthorn@hunton.com
10  E-mail: awood@hunton.com

11  HUNTON & WILLIAMS LLP
    SHAWN REGAN (Admitted Pro Hac Vice)
12  200 Park Avenue, 52nd Floor
    New York, New York 10166
13  Telephone: (212) 309-1000
    Facsimile: (212) 309-1100
14  E-mail: sregan@hunton.com

15  Attorneys for Defendant,
    PINNACLE WEST CAPITAL CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>Defendants. | CASE NO.: CV-08-1138 SBA<br><br>**PINNACLE WEST CAPITAL CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES**<br><br>(Fed. R. Civ. P. 7.1)<br><br>(Civil L.R. 3-16) |

CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES
Case No.: CV-08-1138 SBA

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that (1) Pinnacle West Capital Corporation has no parent corporation; and (2) at this time, no publicly held corporation owns 10% or more of Pinnacle West Capital Corporation.

## CERTIFICATION OF INTERESTED PERSONS OR ENTITIES

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: April 17, 2008                                    HUNTON & WILLIAMS LLP

By: _____*Belynda Reck*_____
Belynda Reck
Attorneys for Defendant,
PINNACLE WEST CAPITAL
CORPORATION

# CERTIFICATE OF SERVICE

Native Village of Kivalina, et al v. Exxon Mobil Corporation, et al.
U.S.D.C. - Northern District of California
Case No. CV-08-1138-SBA

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 550 South Hope Street, Suite 2000, Los Angeles, California 90071.

On **April 17, 2008**, I served the foregoing document(s) described as (1) **MIDAMERICAN ENERGY HOLDINGS COMPANY'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES; (2) DTE ENERGY COMPANY'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES (3) SOUTHERN COMPANY'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES; (4) PINNACLE WEST CAPITAL CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES; (5) EDISON INTERNATIONAL'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES** on the interested parties in this action: **SEE ATTACHED SERVICE LIST**

[X] **By MAIL:** by placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as stated above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **April 17, 2008**, Los Angeles, California.

*/s/ Hilda A. Escobar*
HILDA A. ESCOBAR

1

## SERVICE LIST

**Native Village of Kivalina and City of Kivalina**
v.
**Exxon Mobil Corporation, et al.**

Case No. CV-08-1138-SBA

| | |
|---|---|
| Andrew B. Clubok<br>Stuart A.C. Drake<br>Susan E. Engel<br>**Kirkland & Ellis**<br>655 Fifteenth Street, N.W.<br>Washington, D.C., 20005-5793 | James A. O'Brien<br>**Leeger Weiss LLP**<br>One William Street<br>New York, NY 10004 |
| Thomas E. Fennell<br>**Jones Day**<br>2727 N. Harwood Street<br>Dallas, TX 75201 | Ronald L. Olson<br>**Munger Tolles & Olson**<br>355 So Grand Avenue, Ste 3500<br>Los Angeles, CA 90071-1560 |
| H. Lee Godfrey<br>Eric J. Mayer<br>**Susman Godfrey LLP**<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096 | Matthew F. Pawa<br>Benjamin A. Krass<br>**Law Offices of Matthew F. Pawa, P.C.**<br>1280 Centre Street, Suite 230<br>Newton Centre, MA 02459 |
| Drew D. Hansen<br>**Susman Godfrey L.L.P.**<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101 | Dennis J. Reich<br>**Reich & Binstock, LLP**<br>4265 San Felipe Boulevard, Suite 1000<br>Houston, TX 77027 |
| Kevin Patrick Holewinski<br>**Jones Day**<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001 | Michael L. Rice<br>**Jones Day**<br>2727 N. Harwood Street<br>Dallas, TX 75201 |
| Robert E. Meadows<br>Tracie J. Renfroe<br>**King & Spalding LLP**<br>1100 Louisiana Street, Suite 4000<br>Houston, TX 77002 | Mark R. Rielly<br>**Law Offices of Matthew F. Pawa, P.C.**<br>1280 Centre Street, Suite 230<br>Newton, MA 02459 |