1  HUNTON & WILLIAMS LLP
   BELYNDA B. RECK (State Bar No. 163561)
2  550 South Hope Street, Suite 2000
   Los Angeles, California 90071-2627
3  Telephone: (213) 532-2000
   Facsimile: (213) 532-2020
4  E-mail: breck@hunton.com

5  HUNTON & WILLIAMS LLP
   F. WILLIAM BROWNELL (Admitted *Pro Hac Vice*)
6  NORMAN W. FICHTHORN (Admitted *Pro Hac Vice*)
   ALLISON D. WOOD (Admitted *Pro Hac Vice*)
7  1900 K Street, N.W.
   Washington, D.C. 20006-1109
8  Telephone: (202) 955-1500
   Facsimile: (202) 778-2201
9  E-mail: bbrownell@hunton.com
   E-mail: nfichthorn@hunton.com
10 E-mail: awood@hunton.com

11 HUNTON & WILLIAMS LLP
   SHAWN REGAN (Admitted *Pro Hac Vice*)
12 200 Park Avenue, 52nd Floor
   New York, New York 10166
13 Telephone: (212) 309-1000
   Facsimile: (212) 309-1100
14 E-mail: sregan@hunton.com

15 Attorneys for Defendant,
   EDISON INTERNATIONAL
16
                    UNITED STATES DISTRICT COURT
17
                  NORTHERN DISTRICT OF CALIFORNIA
18
                          OAKLAND DIVISION
19

20 NATIVE VILLAGE OF KIVALINA and CITY          CASE NO.: CV-08-1138 SBA
   OF KIVALINA,
21                                              **EDISON INTERNATIONAL'S**
                Plaintiff,                       **CORPORATE DISCLOSURE**
22                                              **STATEMENT AND CERTIFICATION OF**
          v.                                    **INTERESTED PERSONS OR ENTITIES**
23
   EXXON MOBIL CORPORATION, et al.,             (Fed. R. Civ. P. 7.1)
24
                Defendants.                      (Civil L.R. 3-16)
25

26

27

28

1

### DISCLOSURE STATEMENT

2       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that (1) Edison

3  International, a publicly traded corporation, has no parent corporation; and (2) at this time, State

4  Street Bank and Trust Company and Barclays Global Investors, N.A., each own over 10% of Edison

5  International stock.

6

### CERTIFICATION OF INTERESTED PERSONS OR ENTITIES

7       Pursuant to L.R. 3-16, the undersigned certifies that the following listed persons, associations

8  of persons, firms, partnerships, corporations (including parent corporation) or other entities (i) have a

9  financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a

10  non-financial interest in that subject matter or in a party that could be substantially affected by the

11  outcome of this proceeding:

12      1.     State Street Bank and Trust Company owns over 10% of Edison International stock.

13      2.     Barclays Global Investors, N.A. owns over 10% of Edison International stock.

14

15  DATED:  April 17, 2008             HUNTON & WILLIAMS LLP

16

17                        By: _____

18                           Belynda Reck
                              Attorneys for Defendant,

19                           EDISON INTERNATIONAL

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Native Village of Kivalina, et al v. Exxon Mobil Corporation, et al.
U.S.D.C. - Northern District of California
Case No. CV-08-1138-SBA

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 550 South Hope Street, Suite 2000, Los Angeles, California 90071.

On **April 17, 2008**, I served the foregoing document(s) described as

**(1) MIDAMERICAN ENERGY HOLDINGS COMPANY'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES; (2) DTE ENERGY COMPANY'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES (3) SOUTHERN COMPANY'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES; (4) PINNACLE WEST CAPITAL CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES; (5) EDISON INTERNATIONAL'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES** on the interested parties in this action: **SEE ATTACHED SERVICE LIST**

☒  **By MAIL:** by placing true and correct copy(ies) thereof in an envelope addressed to the attorney(s) of record, addressed as stated above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **April 17, 2008**, Los Angeles, California.

HILDA A. ESCOBAR

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1

## SERVICE LIST

**Native Village of Kivalina and City of Kivalina**

**v.**

**Exxon Mobil Corporation, et al.**

**Case No.  CV-08-1138-SBA**

| | |
|---|---|
| Andrew B. Clubok<br>Stuart A.C. Drake<br>Susan E. Engel<br>**Kirkland & Ellis**<br>655 Fifteenth Street, N.W.<br>Washington, D.C.,  20005-5793 | James A. O'Brien<br>**Leeger Weiss LLP**<br>One William Street<br>New York, NY 10004 |
| Thomas E. Fennell<br>**Jones Day**<br>2727 N. Harwood Street<br>Dallas, TX 75201 | Ronald L. Olson<br>**Munger Tolles & Olson**<br>355 So Grand Avenue,  Ste 3500<br>Los Angeles, CA 90071-1560 |
| H. Lee Godfrey<br>Eric J. Mayer<br>**Susman Godfrey LLP**<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096 | Matthew F. Pawa<br>Benjamin A. Krass<br>**Law Offices of Matthew F. Pawa, P.C.**<br>1280 Centre Street, Suite 230<br>Newton Centre, MA 02459 |
| Drew D. Hansen<br>**Susman Godfrey L.L.P.**<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101 | Dennis J. Reich<br>**Reich & Binstock, LLP**<br>4265 San Felipe Boulevard, Suite 1000<br>Houston, TX 77027 |
| Kevin Patrick Holewinski<br>**Jones Day**<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001 | Michael L. Rice<br>**Jones Day**<br>2727 N. Harwood Street<br>Dallas, TX 75201 |
| Robert E. Meadows<br>Tracie J. Renfroe<br>**King & Spalding LLP**<br>1100 Louisiana Street, Suite 4000<br>Houston, TX 77002 | Mark R. Rielly<br>**Law Offices of Matthew F. Pawa, P.C.**<br>1280 Centre Street, Suite 230<br>Newton, MA 02459 |