JEFFREY A. LAMKEN (SBN 154217)
jeffrey.lamken@bakerbotts.com
JEREMY LEVIN (SBN 210577)
jeremy.levin@bakerbotts.com
BAKER BOTTS LLP
The Warner
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

Attorneys for Defendant
DYNEGY HOLDINGS INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>       Plaintiffs,<br><br>    vs.<br><br>EXXONMOBIL CORPORATION; BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; CHEVRON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICES CORPORATION; DTE ENERGY COMPANY; DUKE ENERGY CORPORATION; DYNEGY HOLDINGS, INC.; EDISON INTERNATIONAL; MIDAMERICAN ENERGY HOLDINGS COMPANY; MIRANT CORPORATION; NRG ENERGY; PINNACLE WEST CAPITAL CORPORATION; RELIANT ENERGY, INC.; THE SOUTHERN COMPANY; and XCEL ENERGY, INC.,<br><br>       Defendants. | Case No. C 08-01138 SBA<br><br>**DEFENDANT DYNEGY HOLDINGS INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Civil Local Rule 3-16, the undersigned counsel for Defendant Dynegy Holdings Inc. certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.     Dynegy Holdings Inc. is a wholly owned subsidiary of Dynegy Illinois Inc.

2.     Dynegy Illinois Inc. is a wholly owned subsidiary of Dynegy Inc., a publicly held company.

3.     No publicly held company owns more than 10% of Dynegy Inc.'s stock.

4.     Collectively, the following entities directly or indirectly own approximately 40% of Dynegy Inc., but have no public shares outstanding: LS Power Equity Partners, L.P., LS Power Partners, L.P., LSP Gen Investors, L.P., LS Power Associates, L.P., LS Power Equity Partners PIE I, L.P.

DATED: April 28, 2008                          BAKER BOTTS LLP


                                               By:  _____/s/ Jeffrey A. Lamken_____
                                                         Jeffrey A. Lamken

                                               BAKER BOTTS LLP
                                               The Warner
                                               1299 Pennsylvania Ave., N.W.
                                               Washington, DC 20004-2400

                                               Attorneys for Defendant
                                               DYNEGY HOLDINGS INC.

2

**PROOF OF SERVICE BY MAIL**

I, Jeffrey A. Lamken, declare:

I am over the age of 18 and not a party to the within case.  I am employed by Baker Botts LLP in Washington, DC.  My business address is 1299 Pennsylvania Avenue, N.W., Washington, DC 20004-2400.

On April 28, 2008, I served a true copy of the attached document, **DEFENDANT DYNEGY HOLDINGS INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**, by placing it in addressed sealed envelopes clearly labeled to identify the persons being served at the addresses set forth on the attached service list and placed said envelopes in interoffice mail for collection and deposit with the United States Postal Service on that same date, following ordinary business practices.

I am familiar with Baker Botts LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am a member of the bar of this court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 28, 2008, at Washington, District of Columbia.

_____/s/ Jeffrey A. Lamken_____
Jeffrey A. Lamken

BAKER BOTTS LLP
The Warner
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400

1

## SERVICE LIST

2

Luke W. Cole
Brent Newell
Center on Race, Poverty & the Environment
47 Kearny St., Ste. 804
San Francisco, CA 94108
Telephone: (415) 346-4179
Facsimile: (415) 346-8723
E-Mail:  luke@igc.org
         bjnewell@igc.org

Reed R. Kathrein
Hagens Berman Sobol Shapiro LLP
715 Hearst Ave., Ste. 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
E-Mail: reed@hbsslaw.com

Steve W. Berman
Barbara Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Ave., Ste. 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-Mail: steve@hbsslaw.com

Matthew F. Pawa
Mark R. Rielly
Benjamin A. Krass
Law Offices of Matthew F. Pawa, P.C.
1280 Centre St., Ste. 230
Newton Centre, MA 02459
Telephone: (617) 641-9550
Facsimile: (617) 641-9551
E-Mail: mp@pawalaw.com

Dennis J. Reich
Reich & Binstock, LLP
4625 San Felipe Blvd., Ste. 1000
Houston, TX 77027
Telephone: (713) 622-7271
Facsimile: (713) 623-8724
E-Mail: dreich@reichandbinstock.com

Christopher A. Seeger
Stephen A. Weiss
James A. O'Brien, III
Seeger Weiss LLP
One William St.
New York, NY 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799
E-Mail:  cseeger@seegerweiss.com
         sweiss@seegerweiss.com

Stephen D. Susman
H. Lee Godfrey
Eric. J. Mayer
Susman Godfrey L.L.P.
1000 Louisiana St., Ste. 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Terrell W. Oxford
Susman Godfrey L.L.P.
901 Main St., Ste. 5100
Dallas, TX 75202
Telephone: (214) 754-1900
Facsimile: (214) 754-1950

Marc M. Seltzer
Susman Godfrey L.L.P.
1901 Avenue of the Stars, Ste. 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Drew D. Hansen
Susman Godfrey L.L.P.
1201 Third Ave., Ste. 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | Heather Kendall Miller |
| | Native American Rights Fund |
| 2 | 420 L St., Ste. 505 |
| 3 | Anchorage, AK 99501 |
| | Telephone: (907) 276-0680 |
| 4 | Facsimile: (907) 276-2466 |
| | E-Mail: kendall@narf.org |

Heather Kendall Miller
Native American Rights Fund
420 L St., Ste. 505
Anchorage, AK 99501
Telephone: (907) 276-0680
Facsimile: (907) 276-2466
E-Mail: kendall@narf.org

Gary E. Mason
The Mason Law Firm, LLP
1225 19th St., N.W., Ste. 500
Washington, DC 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
E-Mail: gmason@masonlawdc.com

*Counsel for Plaintiffs Native Village of
Kivalina and City of Kivalina*

Thomas A. Rector
Jones Day
555 California St., 26th Flr.
San Francisco, CA 94104-1500
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
E-Mail: tarector@jonesday.com

Thomas E. Fennell
Michael L. Rice
Jones Day
2727 N. Harwood St.
Dallas, TX 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
E-Mail: tefennell@jonesday.com
        mlrice@jonesday.com

Kevin P. Holewinski
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
E-Mail: kpholewinski@jonesday.com

*Counsel for Defendant Xcel Energy, Inc.*

Richard K. Welsh
Scott Bertzyk
Felix Lebron
Kamran Salour
Greenberg Traurig LLP
2450 Colorado Ave., Ste. 400E
Santa Monica, CA 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
E-Mail: welshr@gtlaw.com
        bertzyks@gtlaw.com
        lebronf@gtlaw.com
        salourk@gtlaw.com

*Counsel for Defendant AES Corp.*

Samuel R. Miller
Paul L. Yanosy
Sidley Austin LLP
555 California St.
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
E-Mail: srmiller@sidley.com
        pyanosy@sidley.com

David T. Buente, Jr.
Joseph R. Guerra
Sidley Austin LLP
1501 K St., N.W.
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
E-Mail: dbuente@sidley.com
        jguerra@sidley.com

*Counsel for Defendants American Electric
Power Co., Inc., American Electric Power
Service Corp., and Duke Energy Corp.*

| | |
|---|---|
| Steven P. Rice | Matthew Heartney |
| Crowell & Moring LLP | Arnold & Porter LLP |
| 3 Park Plaza | 777 S. Figueroa St., 44th Flr. |
| Irvine, CA 92614 | Los Angeles, CA 90017-5844 |
| Telephone: (949) 798-1310 | Telephone: (213) 243-4150 |
| Facsimile: (949) 263-8414 | Facsimile: (213) 243-4199 |
| E-Mail: srice@crowell.com | E-mail: Matthew_Heartney@aporter.com |

Kathleen Taylor Sooy
Scott L. Winkelman
Tracy A. Roman
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004-2595
Telephone: (202) 634-2500
Facsimile: (202) 628-5166
E-Mail:  ksooey@crowell.com
          swinkelman@crowell.com
          troman@crowell.com

*Counsel for Defendant Peabody Energy Corp.*

Robert B. Pringle
Thelen Reid Brown Raysman & Steiner LLP
101 Second St., Ste. 1800
San Francisco, CA 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211
E-Mail: rbpringle@thelen.com

Kevin Gaynor
Vinson & Elkins LLP
1455 Pennsylvania Ave., N.W.
Washington, DC 20004-1008
Telephone: (202) 639-6500
Facsimile: (202) 639-6604
E-Mail: kgaynor@velaw.com

*Counsel for Defendant Mirant Corp.*

*Counsel for Defendants BP American, Inc. and BP Products North America, Inc.*

Belynda B. Reck
Hunton & Williams LLP
550 S. Hope St., Ste. 2000
Los Angeles, CA 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020
E-Mail: breck@hunton.com

F. William Brownell
Norman W. Fichthorn
Allison D. Wood
Hunton & Williams LLP
1900 K St., N.W.
Washington, DC 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
E-Mail:  bbrownell@hunton.com
          nfichthorn@hunton.com
          awood@hunton.com

Shawn Patrick Regan
Hunton & Williams LLP
200 Park Ave.
New York, NY 10166-0136
Telephone: (212) 309-1000
Facsimile: (212) 309-1100
E-Mail: sregan@hunton.com

*Counsel for Defendants DTE Energy Co., Edison International, MidAmerican Energy Holdings Co., Pinnacle West Capital Corp., and The Southern Company*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Andrew B. Clubok
Stuart A.C. Drake
Susan E. Engel
Kirkland & Ellis LLP
655 Fifteenth St., N.W.
Washington, DC 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
E-Mail:  aclubok@kirkland.com
          sdrake@kirkland.com
          sengel@kirkland.com

Elizabeth L. Deeley
Casey M. Nokes
Kirkland & Ellis LLP
555 California St., Ste. 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
E-Mail:  edeeley@kirkland.com
          cnokes@kirkland.com

*Counsel for Defendant ConocoPhillips Co.*

John F. Daum
O'Melveny & Meyers LLP
400 S. Hope St.
Los Angeles, CA 90071-2899
Telephone: (213) 430-6111
Facsimile: (213) 430-6407
E-Mail: jdaum@omm.com

Jonathan D. Hacker
O'Melveny & Meyers LLP
1625 Eye St., N.W.
Washington, DC 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
E-Mail: jhacker@omm.com

*Counsel for Defendant ExxonMobil Corp.*

Lisa Kobialka
King & Spalding LLP
1000 Bridge Pkwy., Ste. 100
Redwood City, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900
E-Mail: lkobialka@kslaw.com

Robert E. Meadows
Tracie J. Renfroe
Jonathan L. Marsh
King & Spalding LLP
1100 Louisiana St., Ste. 4000
Houston, TX 77002-5213
Telephone: (713) 751-3200
Facsimile: (713) 751-3290
E-Mail:  rmeadows@kslaw.com
          trenfroe@kslaw.com
          jlmarsh@kslaw.com

*Counsel for Defendants Chevron Corp. and Chevron U.S.A., Inc.*

Ronald L. Olson
Daniel P. Collins
Munger, Tolles & Olson LLP
355 South Grand Ave., 35th Flr.
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
E-Mail: Ronald.Olson@mto.com
          Daniel.Collins@mto.com

Jerome C. Roth
Munger, Tolles & Olson LLP
560 Mission St., 27th Flr.
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
E-Mail: Jerome.Roth@mto.com

*Counsel for Defendant Shell Oil Co.*