1  JEFFREY A. LAMKEN (SBN 154217)
   jeffrey.lamken@bakerbotts.com
2  JEREMY LEVIN (SBN 210577)
   jeremy.levin@bakerbotts.com
3  BAKER BOTTS LLP
4  The Warner
   1299 Pennsylvania Ave., N.W.
5  Washington, DC 20004-2400
   Telephone: (202) 639-7700
6  Facsimile: (202) 639-7890
7
   Attorneys for Defendant
8  RELIANT ENERGY, INC.

9  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
10 **OAKLAND DIVISION**

11

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA, <br><br> Plaintiffs, <br><br> vs. <br><br> EXXONMOBIL CORPORATION; BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; CHEVRON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICES CORPORATION; DTE ENERGY COMPANY; DUKE ENERGY CORPORATION; DYNEGY HOLDINGS, INC.; EDISON INTERNATIONAL; MIDAMERICAN ENERGY HOLDINGS COMPANY; MIRANT CORPORATION; NRG ENERGY; PINNACLE WEST CAPITAL CORPORATION; RELIANT ENERGY, INC.; THE SOUTHERN COMPANY; and XCEL ENERGY, INC., <br><br> Defendants. | Case No. C 08-01138 SBA <br><br> **DEFENDANT RELIANT ENERGY, INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

---

Reliant Energy, Inc. Certificate of Interested Entities or Persons - Case No. C 08-01138 SBA

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Civil Local Rule 3-16, the undersigned counsel for Defendant Reliant Energy, Inc., certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.    Reliant Energy, Inc., is a publicly held corporation. No parent or publicly held corporation owns more than 10% of Reliant Energy, Inc.'s stock.

DATED: April 28, 2008                             BAKER BOTTS LLP


                                                  By:    /s/ Jeffrey A. Lamken
                                                          Jeffrey A. Lamken

                                                  BAKER BOTTS LLP
                                                  The Warner
                                                  1299 Pennsylvania Ave., N.W.
                                                  Washington, DC 20004-2400

                                                  Attorneys for Defendant
                                                  RELIANT ENERGY, INC.

Reliant Energy, Inc. Certificate of Interested Entities or Persons - Case No. C 08-01138 SBA

**PROOF OF SERVICE BY MAIL**

I, Jeffrey A. Lamken, declare:

I am over the age of 18 and not a party to the within case. I am employed by Baker Botts LLP in Washington, DC. My business address is 1299 Pennsylvania Avenue, N.W., Washington, DC 20004-2400.

On April 28, 2008, I served a true copy of the attached document, **DEFENDANT RELIANT ENERGY INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**, by placing it in addressed sealed envelopes clearly labeled to identify the persons being served at the addresses set forth on the attached service list and placed said envelopes in interoffice mail for collection and deposit with the United States Postal Service on that same date, following ordinary business practices.

I am familiar with Baker Botts LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am a member of the bar of this court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 28, 2008, at Washington, District of Columbia.

    /s/ Jeffrey A. Lamken
    Jeffrey A. Lamken

    BAKER BOTTS LLP
    The Warner
    1299 Pennsylvania Ave., N.W.
    Washington, DC 20004-2400

Proof of Service - Case No. C 08-01138 SBA

**SERVICE LIST**

| | |
|---|---|
| Luke W. Cole | Christopher A. Seeger |
| Brent Newell | Stephen A. Weiss |
| Center on Race, Poverty & the Environment | James A. O'Brien, III |
| 47 Kearny St., Ste. 804 | Seeger Weiss LLP |
| San Francisco, CA 94108 | One William St. |
| Telephone: (415) 346-4179 | New York, NY 10004 |
| Facsimile: (415) 346-8723 | Telephone: (212) 584-0700 |
| E-Mail: luke@igc.org | Facsimile: (212) 584-0799 |
| bjnewell@igc.org | E-Mail: cseeger@seegerweiss.com |
| | sweiss@seegerweiss.com |
| Reed R. Kathrein | |
| Hagens Berman Sobol Shapiro LLP | Stephen D. Susman |
| 715 Hearst Ave., Ste. 202 | H. Lee Godfrey |
| Berkeley, CA 94710 | Eric. J. Mayer |
| Telephone: (510) 725-3000 | Susman Godfrey L.L.P. |
| Facsimile: (510) 725-3001 | 1000 Louisiana St., Ste. 5100 |
| E-Mail: reed@hbsslaw.com | Houston, TX 77002-5096 |
| | Telephone: (713) 651-9366 |
| Steve W. Berman | Facsimile: (713) 654-6666 |
| Barbara Mahoney | |
| Hagens Berman Sobol Shapiro LLP | Terrell W. Oxford |
| 1301 Fifth Ave., Ste. 2900 | Susman Godfrey L.L.P. |
| Seattle, WA 98101 | 901 Main St., Ste. 5100 |
| Telephone: (206) 623-7292 | Dallas, TX 75202 |
| Facsimile: (206) 623-0594 | Telephone: (214) 754-1900 |
| E-Mail: steve@hbsslaw.com | Facsimile: (214) 754-1950 |
| Matthew F. Pawa | Marc M. Seltzer |
| Mark R. Rielly | Susman Godfrey L.L.P. |
| Benjamin A. Krass | 1901 Avenue of the Stars, Ste. 950 |
| Law Offices of Matthew F. Pawa, P.C. | Los Angeles, CA 90067 |
| 1280 Centre St., Ste. 230 | Telephone: (310) 789-3100 |
| Newton Centre, MA 02459 | Facsimile: (310) 789-3150 |
| Telephone: (617) 641-9550 | |
| Facsimile: (617) 641-9551 | Drew D. Hansen |
| E-Mail: mp@pawalaw.com | Susman Godfrey L.L.P. |
| | 1201 Third Ave., Ste. 3800 |
| Dennis J. Reich | Seattle, WA 98101 |
| Reich & Binstock, LLP | Telephone: (206) 516-3880 |
| 4625 San Felipe Blvd., Ste. 1000 | Facsimile: (206) 516-3883 |
| Houston, TX 77027 | |
| Telephone: (713) 622-7271 | |
| Facsimile: (713) 623-8724 | |
| E-Mail: dreich@reichandbinstock.com | |

Proof of Service - Case No. C 08-01138 SBA

| | |
|---|---|
| Heather Kendall Miller<br>Native American Rights Fund<br>420 L St., Ste. 505<br>Anchorage, AK 99501<br>Telephone: (907) 276-0680<br>Facsimile: (907) 276-2466<br>E-Mail: kendall@narf.org | Richard K. Welsh<br>Scott Bertzyk<br>Felix Lebron<br>Kamran Salour<br>Greenberg Traurig LLP<br>2450 Colorado Ave., Ste. 400E<br>Santa Monica, CA 90404<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800<br>E-Mail: welshr@gtlaw.com<br>         bertzyks@gtlaw.com<br>         lebronf@gtlaw.com<br>         salourk@gtlaw.com |
| Gary E. Mason<br>The Mason Law Firm, LLP<br>1225 19th St., N.W., Ste. 500<br>Washington, DC 20036<br>Telephone: (202) 429-2290<br>Facsimile: (202) 429-2294<br>E-Mail: gmason@masonlawdc.com | |
| *Counsel for Plaintiffs Native Village of Kivalina and City of Kivalina* | *Counsel for Defendant AES Corp.* |
| Thomas A. Rector<br>Jones Day<br>555 California St., 26th Flr.<br>San Francisco, CA 94104-1500<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>E-Mail: tarector@jonesday.com | Samuel R. Miller<br>Paul L. Yanosy<br>Sidley Austin LLP<br>555 California St.<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br>E-Mail: srmiller@sidley.com<br>         pyanosy@sidley.com |
| Thomas E. Fennell<br>Michael L. Rice<br>Jones Day<br>2727 N. Harwood St.<br>Dallas, TX 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>E-Mail: tefennell@jonesday.com<br>         mlrice@jonesday.com | David T. Buente, Jr.<br>Joseph R. Guerra<br>Sidley Austin LLP<br>1501 K St., N.W.<br>Washington, DC 20005<br>Telephone: (202) 736-8000<br>Facsimile: (202) 736-8711<br>E-Mail: dbuente@sidley.com<br>         jguerra@sidley.com |
| Kevin P. Holewinski<br>Jones Day<br>51 Louisiana Ave., N.W.<br>Washington, DC 20001-2113<br>Telephone: (202) 879-3939<br>Facsimile: (202) 626-1700<br>E-Mail: kpholewinski@jonesday.com | *Counsel for Defendants American Electric Power Co., Inc., American Electric Power Service Corp., and Duke Energy Corp.* |
| *Counsel for Defendant Xcel Energy, Inc.* | |

Proof of Service - Case No. C 08-01138 SBA

| | | |
|---|---|---|
| 1 | Steven P. Rice | Matthew Heartney |
| | Crowell & Moring LLP | Arnold & Porter LLP |
| 2 | 3 Park Plaza | 777 S. Figueroa St., 44th Flr. |
| 3 | Irvine, CA 92614 | Los Angeles, CA 90017-5844 |
| | Telephone: (949) 798-1310 | Telephone: (213) 243-4150 |
| 4 | Facsimile: (949) 263-8414 | Facsimile: (213) 243-4199 |
| | E-Mail: srice@crowell.com | E-mail: Matthew_Heartney@aporter.com |

1  Steven P. Rice
   Crowell & Moring LLP
2  3 Park Plaza
3  Irvine, CA 92614
   Telephone: (949) 798-1310
4  Facsimile: (949) 263-8414
   E-Mail: srice@crowell.com
5
6  Kathleen Taylor Sooy
   Scott L. Winkelman
7  Tracy A. Roman
   Crowell & Moring LLP
8  1001 Pennsylvania Ave., N.W.
   Washington, DC 20004-2595
9  Telephone: (202) 634-2500
10 Facsimile: (202) 628-5166
   E-Mail:  ksooey@crowell.com
11          swinkelman@crowell.com
            troman@crowell.com
12
   *Counsel for Defendant Peabody Energy*
13 *Corp.*
14
15 Robert B. Pringle
   Thelen Reid Brown Raysman & Steiner LLP
16 101 Second St., Ste. 1800
   San Francisco, CA 94105
17 Telephone: (415) 371-1200
   Facsimile: (415) 371-1211
18 E-Mail: rbpringle@thelen.com
19
20 Kevin Gaynor
   Vinson & Elkins LLP
21 1455 Pennsylvania Ave., N.W.
   Washington, DC 20004-1008
22 Telephone: (202) 639-6500
   Facsimile: (202) 639-6604
23 E-Mail: kgaynor@velaw.com

24 *Counsel for Defendant Mirant Corp.*
25
26
27
28

Matthew Heartney
Arnold & Porter LLP
777 S. Figueroa St., 44th Flr.
Los Angeles, CA 90017-5844
Telephone: (213) 243-4150
Facsimile: (213) 243-4199
E-mail: Matthew_Heartney@aporter.com

*Counsel for Defendants BP American, Inc. and BP Products North America, Inc.*

Belynda B. Reck
Hunton & Williams LLP
550 S. Hope St., Ste. 2000
Los Angeles, CA 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020
E-Mail: breck@hunton.com

F. William Brownell
Norman W. Fichthorn
Allison D. Wood
Hunton & Williams LLP
1900 K St., N.W.
Washington, DC 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
E-Mail:  bbrownell@hunton.com
         nfichthorn@hunton.com
         awood@hunton.com

Shawn Patrick Regan
Hunton & Williams LLP
200 Park Ave.
New York, NY 10166-0136
Telephone: (212) 309-1000
Facsimile: (212) 309-1100
E-Mail: sregan@hunton.com

*Counsel for Defendants DTE Energy Co., Edison International, MidAmerican Energy Holdings Co., Pinnacle West Capital Corp., and The Southern Company*

---

Proof of Service - Case No. C 08-01138 SBA

| | |
|---|---|
| Andrew B. Clubok<br>Stuart A.C. Drake<br>Susan E. Engel<br>Kirkland & Ellis LLP<br>655 Fifteenth St., N.W.<br>Washington, DC 20005-5793<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200<br>E-Mail: aclubok@kirkland.com<br>           sdrake@kirkland.com<br>           sengel@kirkland.com<br><br>Elizabeth L. Deeley<br>Casey M. Nokes<br>Kirkland & Ellis LLP<br>555 California St., Ste. 2700<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br>E-Mail: edeeley@kirkland.com<br>           cnokes@kirkland.com<br><br>*Counsel for Defendant ConocoPhillips Co.* | Lisa Kobialka<br>King & Spalding LLP<br>1000 Bridge Pkwy., Ste. 100<br>Redwood City, CA 94065<br>Telephone: (650) 590-0700<br>Facsimile: (650) 590-1900<br>E-Mail: lkobialka@kslaw.com<br><br>Robert E. Meadows<br>Tracie J. Renfroe<br>Jonathan L. Marsh<br>King & Spalding LLP<br>1100 Louisiana St., Ste. 4000<br>Houston, TX 77002-5213<br>Telephone: (713) 751-3200<br>Facsimile: (713) 751-3290<br>E-Mail: rmeadows@kslaw.com<br>           trenfroe@kslaw.com<br>           jlmarsh@kslaw.com<br><br>*Counsel for Defendants Chevron Corp. and Chevron U.S.A., Inc.* |
| John F. Daum<br>O'Melveny & Meyers LLP<br>400 S. Hope St.<br>Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6111<br>Facsimile: (213) 430-6407<br>E-Mail: jdaum@omm.com<br><br>Jonathan D. Hacker<br>O'Melveny & Meyers LLP<br>1625 Eye St., N.W.<br>Washington, DC 20006-4001<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br>E-Mail: jhacker@omm.com<br><br>*Counsel for Defendant ExxonMobil Corp.* | Ronald L. Olson<br>Daniel P. Collins<br>Munger, Tolles & Olson LLP<br>355 South Grand Ave., 35th Flr.<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>E-Mail: Ronald.Olson@mto.com<br>           Daniel.Collins@mto.com<br><br>Jerome C. Roth<br>Munger, Tolles & Olson LLP<br>560 Mission St., 27th Flr.<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br>E-Mail: Jerome.Roth@mto.com<br><br>*Counsel for Defendant Shell Oil Co.* |

Proof of Service - Case No. C 08-01138 SBA