1  JEFFREY A. LAMKEN (SBN 154217)
   jeffrey.lamken@bakerbotts.com
2  JEREMY LEVIN (SBN 210577)
   jeremy.levin@bakerbotts.com
3  BAKER BOTTS LLP
   The Warner
4  1299 Pennsylvania Ave., N.W.
5  Washington, DC 20004-2400
   Telephone: (202) 639-7700
6  Facsimile: (202) 639-7890

7
   Attorneys for Defendant
8  DYNEGY HOLDINGS INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>EXXONMOBIL CORPORATION; BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; CHEVRON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICES CORPORATION; DTE ENERGY COMPANY; DUKE ENERGY CORPORATION; DYNEGY HOLDINGS, INC.; EDISON INTERNATIONAL; MIDAMERICAN ENERGY HOLDINGS COMPANY; MIRANT CORPORATION; NRG ENERGY; PINNACLE WEST CAPITAL CORPORATION; RELIANT ENERGY, INC.; THE SOUTHERN COMPANY; and XCEL ENERGY, INC.,<br><br>    Defendants. | Case No. C 08-01138 SBA<br><br>**DEFENDANT DYNEGY HOLDINGS INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Dynegy Holdings Inc. Certificate of Interested Entities or Persons - Case No. C 08-01138 SBA

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Civil Local Rule 3-16, the undersigned counsel for Defendant Dynegy Holdings Inc. certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Dynegy Holdings Inc. is a wholly owned subsidiary of Dynegy Illinois Inc.
2. Dynegy Illinois Inc. is a wholly owned subsidiary of Dynegy Inc., a publicly held company.
3. No publicly held company owns more than 10% of Dynegy Inc.'s stock.
4. Collectively, the following entities directly or indirectly own approximately 40% of Dynegy Inc., but have no public shares outstanding: LS Power Equity Partners, L.P., LS Power Partners, L.P., LSP Gen Investors, L.P., LS Power Associates, L.P., LS Power Equity Partners PIE I, L.P.

DATED: April 28, 2008                                          BAKER BOTTS LLP


By:      /s/ Jeffrey A. Lamken
              Jeffrey A. Lamken

BAKER BOTTS LLP
The Warner
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400

Attorneys for Defendant
DYNEGY HOLDINGS INC.

2

**PROOF OF SERVICE BY MAIL**

I, Jeffrey A. Lamken, declare:

I am over the age of 18 and not a party to the within case. I am employed by Baker Botts LLP in Washington, DC. My business address is 1299 Pennsylvania Avenue, N.W., Washington, DC 20004-2400.

On April 28, 2008, I served a true copy of the attached document, **DEFENDANT DYNEGY HOLDINGS INC.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**, by placing it in addressed sealed envelopes clearly labeled to identify the persons being served at the addresses set forth on the attached service list and placed said envelopes in interoffice mail for collection and deposit with the United States Postal Service on that same date, following ordinary business practices.

I am familiar with Baker Botts LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am a member of the bar of this court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 28, 2008, at Washington, District of Columbia.

        /s/ Jeffrey A. Lamken
        Jeffrey A. Lamken

BAKER BOTTS LLP
The Warner
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400

Proof of Service - Case No. C 08-01138 SBA

**SERVICE LIST**

| | |
|---|---|
| Luke W. Cole<br>Brent Newell<br>Center on Race, Poverty & the Environment<br>47 Kearny St., Ste. 804<br>San Francisco, CA 94108<br>Telephone: (415) 346-4179<br>Facsimile: (415) 346-8723<br>E-Mail: luke@igc.org<br>　　　bjnewell@igc.org | Christopher A. Seeger<br>Stephen A. Weiss<br>James A. O'Brien, III<br>Seeger Weiss LLP<br>One William St.<br>New York, NY 10004<br>Telephone: (212) 584-0700<br>Facsimile: (212) 584-0799<br>E-Mail: cseeger@seegerweiss.com<br>　　　sweiss@seegerweiss.com |
| Reed R. Kathrein<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Ave., Ste. 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>E-Mail: reed@hbsslaw.com | Stephen D. Susman<br>H. Lee Godfrey<br>Eric. J. Mayer<br>Susman Godfrey L.L.P.<br>1000 Louisiana St., Ste. 5100<br>Houston, TX 77002-5096<br>Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666 |
| Steve W. Berman<br>Barbara Mahoney<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Ave., Ste. 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>E-Mail: steve@hbsslaw.com | Terrell W. Oxford<br>Susman Godfrey L.L.P.<br>901 Main St., Ste. 5100<br>Dallas, TX 75202<br>Telephone: (214) 754-1900<br>Facsimile: (214) 754-1950 |
| Matthew F. Pawa<br>Mark R. Rielly<br>Benjamin A. Krass<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre St., Ste. 230<br>Newton Centre, MA 02459<br>Telephone: (617) 641-9550<br>Facsimile: (617) 641-9551<br>E-Mail: mp@pawalaw.com | Marc M. Seltzer<br>Susman Godfrey L.L.P.<br>1901 Avenue of the Stars, Ste. 950<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150 |
| Dennis J. Reich<br>Reich & Binstock, LLP<br>4625 San Felipe Blvd., Ste. 1000<br>Houston, TX 77027<br>Telephone: (713) 622-7271<br>Facsimile: (713) 623-8724<br>E-Mail: dreich@reichandbinstock.com | Drew D. Hansen<br>Susman Godfrey L.L.P.<br>1201 Third Ave., Ste. 3800<br>Seattle, WA 98101<br>Telephone: (206) 516-3880<br>Facsimile: (206) 516-3883 |

Proof of Service - Case No. C 08-01138 SBA

| | |
|---|---|
| Heather Kendall Miller<br>Native American Rights Fund<br>420 L St., Ste. 505<br>Anchorage, AK 99501<br>Telephone: (907) 276-0680<br>Facsimile: (907) 276-2466<br>E-Mail: kendall@narf.org<br><br>Gary E. Mason<br>The Mason Law Firm, LLP<br>1225 19th St., N.W., Ste. 500<br>Washington, DC 20036<br>Telephone: (202) 429-2290<br>Facsimile: (202) 429-2294<br>E-Mail: gmason@masonlawdc.com<br><br>*Counsel for Plaintiffs Native Village of Kivalina and City of Kivalina*<br><br>Thomas A. Rector<br>Jones Day<br>555 California St., 26th Flr.<br>San Francisco, CA 94104-1500<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>E-Mail: tarector@jonesday.com<br><br>Thomas E. Fennell<br>Michael L. Rice<br>Jones Day<br>2727 N. Harwood St.<br>Dallas, TX 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>E-Mail:  tefennell@jonesday.com<br>             mlrice@jonesday.com<br><br>Kevin P. Holewinski<br>Jones Day<br>51 Louisiana Ave., N.W.<br>Washington, DC 20001-2113<br>Telephone: (202) 879-3939<br>Facsimile: (202) 626-1700<br>E-Mail: kpholewinski@jonesday.com<br><br>*Counsel for Defendant Xcel Energy, Inc.* | Richard K. Welsh<br>Scott Bertzyk<br>Felix Lebron<br>Kamran Salour<br>Greenberg Traurig LLP<br>2450 Colorado Ave., Ste. 400E<br>Santa Monica, CA 90404<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800<br>E-Mail:  welshr@gtlaw.com<br>             bertzyks@gtlaw.com<br>             lebronf@gtlaw.com<br>             salourk@gtlaw.com<br><br>*Counsel for Defendant AES Corp.*<br><br>Samuel R. Miller<br>Paul L. Yanosy<br>Sidley Austin LLP<br>555 California St.<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 772-7400<br>E-Mail:  srmiller@sidley.com<br>             pyanosy@sidley.com<br><br>David T. Buente, Jr.<br>Joseph R. Guerra<br>Sidley Austin LLP<br>1501 K St., N.W.<br>Washington, DC 20005<br>Telephone: (202) 736-8000<br>Facsimile: (202) 736-8711<br>E-Mail:  dbuente@sidley.com<br>             jguerra@sidley.com<br><br>*Counsel for Defendants American Electric Power Co., Inc., American Electric Power Service Corp., and Duke Energy Corp.* |

Proof of Service - Case No. C 08-01138 SBA

| | |
|---|---|
| Steven P. Rice<br>Crowell & Moring LLP<br>3 Park Plaza<br>Irvine, CA 92614<br>Telephone: (949) 798-1310<br>Facsimile: (949) 263-8414<br>E-Mail: srice@crowell.com | Matthew Heartney<br>Arnold & Porter LLP<br>777 S. Figueroa St., 44th Flr.<br>Los Angeles, CA 90017-5844<br>Telephone: (213) 243-4150<br>Facsimile: (213) 243-4199<br>E-mail: Matthew_Heartney@aporter.com |
| Kathleen Taylor Sooy<br>Scott L. Winkelman<br>Tracy A. Roman<br>Crowell & Moring LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, DC 20004-2595<br>Telephone: (202) 634-2500<br>Facsimile: (202) 628-5166<br>E-Mail:  ksooey@crowell.com<br>           swinkelman@crowell.com<br>           troman@crowell.com | *Counsel for Defendants BP American, Inc. and BP Products North America, Inc.*<br><br>Belynda B. Reck<br>Hunton & Williams LLP<br>550 S. Hope St., Ste. 2000<br>Los Angeles, CA 90071-2627<br>Telephone: (213) 532-2000<br>Facsimile: (213) 532-2020<br>E-Mail: breck@hunton.com |
| *Counsel for Defendant Peabody Energy Corp.* | F. William Brownell<br>Norman W. Fichthorn<br>Allison D. Wood<br>Hunton & Williams LLP<br>1900 K St., N.W.<br>Washington, DC 20006-1109<br>Telephone: (202) 955-1500<br>Facsimile: (202) 778-2201<br>E-Mail:  bbrownell@hunton.com<br>           nfichthorn@hunton.com<br>           awood@hunton.com |
| Robert B. Pringle<br>Thelen Reid Brown Raysman & Steiner LLP<br>101 Second St., Ste. 1800<br>San Francisco, CA 94105<br>Telephone: (415) 371-1200<br>Facsimile: (415) 371-1211<br>E-Mail: rbpringle@thelen.com | |
| Kevin Gaynor<br>Vinson & Elkins LLP<br>1455 Pennsylvania Ave., N.W.<br>Washington, DC 20004-1008<br>Telephone: (202) 639-6500<br>Facsimile: (202) 639-6604<br>E-Mail: kgaynor@velaw.com | Shawn Patrick Regan<br>Hunton & Williams LLP<br>200 Park Ave.<br>New York, NY 10166-0136<br>Telephone: (212) 309-1000<br>Facsimile: (212) 309-1100<br>E-Mail: sregan@hunton.com |
| *Counsel for Defendant Mirant Corp.* | *Counsel for Defendants DTE Energy Co., Edison International, MidAmerican Energy Holdings Co., Pinnacle West Capital Corp., and The Southern Company* |

Proof of Service - Case No. C 08-01138 SBA

| | | |
|---|---|---|
| 1 | Andrew B. Clubok | Lisa Kobialka |
| 2 | Stuart A.C. Drake<br>Susan E. Engel | King & Spalding LLP<br>1000 Bridge Pkwy., Ste. 100 |
| 3 | Kirkland & Ellis LLP<br>655 Fifteenth St., N.W. | Redwood City, CA 94065<br>Telephone: (650) 590-0700 |
| 4 | Washington, DC 20005-5793 | Facsimile: (650) 590-1900 |
| 5 | Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200 | E-Mail: lkobialka@kslaw.com |
| 6 | E-Mail: aclubok@kirkland.com | Robert E. Meadows |
| 7 | sdrake@kirkland.com<br>sengel@kirkland.com | Tracie J. Renfroe<br>Jonathan L. Marsh |
| 8 | Elizabeth L. Deeley | King & Spalding LLP<br>1100 Louisiana St., Ste. 4000 |
| 9 | Casey M. Nokes<br>Kirkland & Ellis LLP | Houston, TX 77002-5213<br>Telephone: (713) 751-3200 |
| 10 | 555 California St., Ste. 2700<br>San Francisco, CA 94104 | Facsimile: (713) 751-3290<br>E-Mail: rmeadows@kslaw.com |
| 11 | Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 | trenfroe@kslaw.com<br>jlmarsh@kslaw.com |
| 12 | E-Mail: edeeley@kirkland.com | |
| 13 | cnokes@kirkland.com | *Counsel for Defendants Chevron Corp. and Chevron U.S.A., Inc.* |
| 14 | *Counsel for Defendant ConocoPhillips Co.* | |
| 15 | | Ronald L. Olson |
| 16 | John F. Daum<br>O'Melveny & Meyers LLP | Daniel P. Collins<br>Munger, Tolles & Olson LLP |
| 17 | 400 S. Hope St.<br>Los Angeles, CA 90071-2899 | 355 South Grand Ave., 35th Flr.<br>Los Angeles, CA 90071-1560 |
| 18 | Telephone: (213) 430-6111<br>Facsimile: (213) 430-6407 | Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 |
| 19 | E-Mail: jdaum@omm.com | E-Mail: Ronald.Olson@mto.com<br>Daniel.Collins@mto.com |
| 20 | Jonathan D. Hacker | |
| 21 | O'Melveny & Meyers LLP<br>1625 Eye St., N.W. | Jerome C. Roth<br>Munger, Tolles & Olson LLP |
| 22 | Washington, DC 20006-4001<br>Telephone: (202) 383-5300 | 560 Mission St., 27th Flr.<br>San Francisco, CA 94105-2907 |
| 23 | Facsimile: (202) 383-5414<br>E-Mail: jhacker@omm.com | Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 |
| 24 | | E-Mail: Jerome.Roth@mto.com |
| 25 | *Counsel for Defendant ExxonMobil Corp.* | *Counsel for Defendant Shell Oil Co.* |
| 26 | | |
| 27 | | |
| 28 | | |

Proof of Service - Case No. C 08-01138 SBA