1  Jeffrey Bossert Clark (admitted in the
   District of Columbia, filing *pro hac vice*)
2  jclark@kirkland.com
   KIRKLAND & ELLIS LLP
3  655 Fifteenth Street, N.W.
   Washington, D.C. 20005-5793
4  Telephone:   212-446-4800
   Facsimile:   212-446-4900

   Elizabeth L. Deeley, Bar No. 230798
6  edeeley@kirkland.com
   Casey M. Nokes, Bar No. 240992
7  cnokes@kirkland.com
   KIRKLAND & ELLIS LLP
8  555 California Street
   San Francisco, CA 94104
9  Telephone:   415-439-1400
   Facsimile:   415-439-1500
10

11 Attorneys for Defendant
   CONOCOPHILLIPS COMPANY
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                       OAKLAND DIVISION

16 NATIVE VILLAGE OF KIVALINA and         Civ. Action No. CV-08 1138 SBA
   CITY OF KIVALINA,
17                                        Judge: Hon. Saundra Brown Armstrong
              Plaintiff,
18 v.                                     **APPLICATION FOR ADMISSION OF
                                          JEFFREY BOSSERT CLARK
19 EXXONMOBIL CORPORATION et al.          *PRO HAC VICE***

20            Defendants.

---

Application for Admission of Jeffrey Bossert Clark         CASE NO. CV-08 1138 SBA
*Pro Hac Vice*

1  Pursuant to Civil L.R. 11-3, Jeffrey Bossert Clark, an active member in good standing of
2  the bar of the District of Columbia, hereby applies for admission to practice in the Northern
3  District of California on a *pro hac vice* basis representing CONOCOPHILLIPS COMPANY in
4  the above-entitled action.

   In support of this application, I certify on oath that:

   1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

   2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and

   3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Elizabeth L. Deeley, Kirkland & Ellis LLP, 555 California Street, Suite 2700, San Francisco, California 94104. Ms. Deeley's office telephone number is (415) 439-1861. The facsimile number is (415) 439-1500.

   I declare under penalty of perjury the foregoing is true and correct.

Dated: May 5, 2008.

                                        /s/ Jeffrey Bossert Clark
                                        _____
                                        Jeffrey Bossert Clark

---

Application for Admission of Jeffrey Bossert Clark
*Pro Hac Vice*                                              CASE NO. CV-08 1138 SBA

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611002151
Cashier ID: lenahac
Transaction Date: 05/05/2008
Payer Name: Specialized Legal Services Inc
-----------------------------------------
PRO HAC VICE
 For: Jeffrey Bossert Clark
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:         $210.00
-----------------------------------------
CHECK
 Check/Money Order Num: 30464
 Amt Tendered: $210.00
-----------------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

C-08-1138-SBA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

1
2
3
4                               **RECEIVED**
5                                MAY - 5 2008
6                              RICHARD W. WIEKING
                           CLERK, U.S. DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
7                                  OAKLAND

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12  | NATIVE VILLAGE OF KIVALINA and | Civ. Action No. CV-08 1138 SBA |
    | CITY OF KIVALINA, | |
13  | Plaintiff, | Judge: Hon. Saundra Brown Armstrong |
    | v. | |
14  | EXXONMOBIL CORPORATION et al. | (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF JEFFREY BOSSERT CLARK |
15  | Defendants. | *PRO HAC VICE* |

16
17
18
19
20
21
22
23
24
25
26
27
28

1   Jeffrey Bossert Clark, an active member in good standing of the bar of the District of
2   Columbia, whose business address and telephone number is Kirkland & Ellis LLP, 655 Fifteenth
3   Street N.W., Washington, DC 20005-5793, (202) 879-5000, having applied in the above-entitled
4   action for admission to practice in the Northern District of California on a *pro hac vice* basis,
5   representing ConocoPhillips Company.
6   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8   *vice*. Service of papers upon and communication with co-counsel designated in the application
9   will constitute notice to the party. All future filings in this action are subject to the requirements
10  contained in General Order 45, *Electronic Case Filing*.

12  Dated: _____

13  Hon. Saundra Brown Armstrong
    United States District Judge

(Proposed) Order Granting Application for
Admission *Pro Hac Vice* of Jeffrey Bossert Clark

CASE NO. CV-08 1138 SBA