```
 1  Jeffrey Bossert Clark (admitted in the
     Districtof Columbia, filing pro hac vice)
 2  jclark@kirkland.com
     KIRKLAND & ELLIS LLP
 3  655 Fifteenth Street, N.W.
     Washington, D.C. 20005-5793
 4  Telephone:    212-446-4800
     Facsimile:    212-446-4900
 5
     Elizabeth L. Deeley, Bar No. 230798
 6  edeeley@kirkland.com
     Casey M. Nokes, Bar No. 240992
 7  cnokes@kirkland.com
     KIRKLAND & ELLIS LLP
 8  555 California Street
     San Francisco, CA 94104
 9  Telephone:    415-439-1400
     Facsimile:    415-439-1500
10
11  Attorneys for Defendant
     CONOCOPHILLIPS COMPANY
12
```

FILED
2008 MAY -5 PM 4:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>Plaintiff,<br><br>v.<br><br>EXXONMOBIL CORPORATION et al.<br><br>Defendants. | Civ. Action No. CV-08 1138 SBA<br><br>Judge: Hon. Saundra Brown Armstrong<br><br>PROOF OF SERVICE |

<u>**PROOF OF SERVICE**</u>

I, Sarah Farley, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, Suite 2700, San Francisco, California 94104. On May 5, 2008, I served a copy of the within document(s):

1. APPLICATION FOR ADMISSION OF JEFFREY BOSSERT CLARK *PRO HAC VICE*;

2. (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF JEFFREY BOSSERT CLARK;

3. PROOF OF SERVICE.

X   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

| | |
|---|---|
| Luke Cole<br>Center on Race, Poverty & the Environment<br>47 Kearny Street, Suite 804<br>San Francisco, CA 94108<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* | Christopher A. Seeger<br>Stephen A. Weiss<br>James A. O'Brien, III<br>Seeger Weiss LLP<br>One William Street<br>New York, NY 10004<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* |
| Brent Joseph Newell<br>Center on Race, Poverty & the Environment<br>47 Kearny Street<br>Suite 804<br>San Francisco, CA 94108<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* | Stephen D. Susman<br>H. Lee Godfrey<br>Eric J. Mayer<br>Susman Godfrey L.L.P.<br>1000 Louisiana St. Suite 5100<br>Houston, Texas 75202<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* |

| | |
|---|---|
| Heather Kendall Miller<br>Native American Rights Fund<br>420 L Street, Suite 505<br>Anchorage, AK 99501<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* | Terrell W. Oxford<br>Susman Godfrey L.L.P.<br>901 Main St.<br>Suite 5100<br>Dallas, TX 75202<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* |
| Reed R. Kathrein<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* | Marc M. Seltzer<br>Susman Godfrey L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* |
| Steve W. Berman<br>Barbara Mahoney<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, Washington 98101<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* | Drew D. Hansen<br>Susman Godfrey L.L.P.<br>1201 Third Ave, Suite 3800<br>Seattle, WA 98101<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* |
| Gary E. Mason<br>The Mason Law Firm LLP<br>1225 19th Street, NW<br>Suite 500<br>Washington, DC 20036<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* | Dennis Reich<br>Reich & Binstock<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* |
| Matthew F. Pawa<br>Mark R. Rielly<br>Benjamin A. Krass<br>Law Offices of Matthew F. Pawa, P.C.<br>1280 Centre Street, Suite 230<br>Newton Centre, MA 02459<br><br>*Counsel for Native Village of Kivalina and City of Kivalina* | Belynda B Reck<br>Hunter & Williams LLP<br>550 South Hope Street<br>Suite 2000<br>Los Angeles, CA 90071<br>213-532-2000<br>Fax: 213-532-2020<br><br>*Counsel for Defendant DTE Energy Company, Edison International, MidAmerican Energy Holdings Company, Pinnacle West Capital Corporation, The Southern Company* |

PROOF OF SERVICE — - 3 - — CASE NO. CV-08 1138 SBA

| | | |
|---|---|---|
| 1 | Allison D. Wood<br>F. William Brownell<br>Norm W. Fichthorn<br>Hunton & Williams LLP<br>1900 K Street, N.W.<br>Washington, DC 20006-1109<br><br>*Counsel for Defendant DTE Energy Company, Edison International, MidAmerican Energy Holdings Company, Pinnacle West Capital Corporation, The Southern Company* | Shawn P. Regan<br>Hunton & Williams LLP<br>200 Park Avenue<br>New York, NY 10166<br><br>*Counsel for Defendant DTE Energy Company, Edison International, MidAmerican Energy Holdings Company, Pinnacle West Capital Corporation, The Southern Company* |
| 7 | Thomas Ailbe Rector<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104-1500<br>415-626-3939<br>Fax: (415) 875-5700<br><br>*Counsel for Xcel Energy, Inc.* | Kevin Patrick Holewinski<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001<br>202-879-3797<br><br>*Counsel for Xcel Energy, Inc.* |
| 12 | Thomas E. Fennell<br>Michael L. Rice<br>Jones Day<br>2727 N. Harwood Street<br>Dallas, TX 75201<br>(214) 220-3939<br>Fax: (214) 969-5100<br><br>*Counsel for Xcel Energy, Inc.* | Matthew T. Heartney<br>Arnold & Porter<br>777 South Figueroa Street<br>44th Floor<br>Los Angeles, CA 90017-5844<br><br>*Counsel for BP America, Inc.; BP Products North America, Inc.* |
| 17 | Lisa Kobialka<br>King & Spalding LLP<br>1000 Bridge Parkway<br>Suite 100<br>Redwood City, CA 94065<br><br>*Counsel for Chevron Corporation; Chevron USA, Inc.* | Jonathan Lawrence Marsh<br>Robert E. Meadows<br>Tracie J. Renfroe<br>King & Spalding LLP<br>40th Floor<br>1100 Louisiana<br>Houston, TX 77002<br><br>*Counsel for Chevron Corporation; Chevron USA, Inc.* |
| 23 | Daniel Paul Collins<br>Ronald L. Olson<br>Munger Tolles & Olson<br>355 So Grand Ave Ste 3500<br>Los Angeles, CA 90071-1560<br><br>*Counsel for Shell Oil Company* | Jerome Cary Roth<br>Munger Tolles & Olson LLP<br>560 Mission Street<br>27th Floor<br>San Francisco, CA 94105-2907<br><br>*Counsel for Shell Oil Company* |

PROOF OF SERVICE — 4 — CASE NO. CV-08 1138 SBA

| | |
|---|---|
| David T. Buente, Jr.<br>Joseph R Guerra<br>Sidley Austin<br>1501 K Street, N.W.<br>Washington, DC 20005<br><br>*Counsel for American Electrical Power Company, Inc.; American Electric Power Services Corporation; Duke Energy Corporation* | Samuel Ray Miller<br>Sidley Austin LLP<br>555 California Street, Suite 5000<br>San Francisco, CA 94111<br><br>*Counsel for American Electrical Power Company, Inc.; American Electric Power Services Corporation; Duke Energy Corporation* |
| Jeffrey Alan Lamken<br>Baker Botts, LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004-2400<br><br>*Counsel for Dynegy Holdings, Inc.; NRG Energy; Reliant Energy, Inc.* | Robert Benard Pringle<br>Laura Ann Guillen<br>Thelen Reid Brown Raysman & Steiner LLP<br>101 Second Street<br>Suite 1800<br>San Francisco, CA 94105<br><br>*Counsel for Mirant Corporation* |
| Benjamin S. Lippard<br>Kevin A. Gaynor<br>Vinson & Elkins, LLP<br>1455 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br><br>*Counsel for Mirant Corporation* | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 5, 2008 at San Francisco, California.

_____
Sarah Farley