1  Steven P. Rice (State Bar No. 094321)
     srice@crowell.com
2  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
3  Irvine, California 92614
   Telephone: (949) 798-1310
4  Facsimile: (949) 263-8414

5  Kathleen T. Sooy (*pro hac vice* application to be filed)
     ksooy@crowell.com
6  Scott L. Winkelman (*pro hac vice* application to be filed)
     swinkelman@crowell.com
7  Tracy A. Roman (*pro hac vice* application to be filed)
     troman@crowell.com
8  CROWELL & MORING LLP
   1001 Pennsylvania Ave., N.W.
9  Washington, D.C. 20004
   Telephone: (202) 624-2500
10 Facsimile: (202) 628-5116

11 Attorneys for Defendant
   Peabody Energy Corporation
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15 NATIVE VILLAGE OF KIVALINA, et al.,   Case No. C 08-01138 SBA

16            Plaintiffs,                NOTICE OF APPEARANCE OF
                                         COUNSEL FOR DEFENDANT
17       v.                              PEABODY ENERGY
                                         CORPORATION
18 EXXONMOBIL CORPORATION, et al.,

19            Defendants.

20

21        NOTICE OF APPEARANCE OF COUNSEL FOR
          DEFENDANT PEABODY ENERGY CORPORATION
22

23      Please enter our appearance on the docket as counsel in this case for Defendant Peabody

24 Energy Corporation.

25 / / /

26 / / /

27 / / /

28 / / /

Case No. C 08-01138 SBA
NOTICE OF APPEARANCE FOR DEFENDANT PEABODY ENERGY CORPORATION

| | |
|---|---|
| Dated: May 7, 2008 | Respectfully submitted, |
| | *(signature)* Steven P. Rice |
| | Steven P. Rice (State Bar No. 094321)<br>CROWELL & MORING LLP<br>3 Park Plaza, 20th Floor<br>Irvine, California 92614<br>Telephone: (949) 798-1310<br>Facsimile: (949) 263-8414 |
| | Kathleen Taylor Sooy<br>Scott L. Winkelman<br>Tracy A. Roman<br>CROWELL & MORING LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116 |
| | Attorneys for Peabody Energy Corporation |

DC5545319.2