

1  Steven P. Rice (State Bar No. 094321)
      srice@crowell.com
2  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
3  Irvine, California  92614
   Telephone:  (949) 798-1310
4  Facsimile:  (949) 263-8414

5  Kathleen Taylor Sooy (*pro hac vice* application to be filed)
      ksooy@crowell.com
6  Scott L. Winkelman (*pro hac vice* application to be filed)
      swinkelman@crowell.com
7  Tracy A. Roman (*pro hac vice* application to be filed)
      troman@crowell.com
8  CROWELL & MORING LLP
   1001 Pennsylvania Ave., N.W.
9  Washington, D.C.  20004
   Telephone:  (202) 624-2500
10 Facsimile:  (202) 628-5116

11 Attorneys for Defendant
   Peabody Energy Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NATIVE VILLAGE OF KIVALINA, et al., | Case No. C 08-01138 SBA |
|---|---|
| Plaintiffs, | **DEFENDANT PEABODY ENERGY CORPORATION'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES** |
| v. | |
| EXXONMOBIL CORPORATION, et al., | |
| Defendants. | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel hereby certifies that Defendant Peabody Energy Corporation has no parent corporation and that no publicly traded entity owns at least 10 percent of its stock.

/ / /

/ / /

/ / /

Case No. C 08-01138 SBA
DEFENDANT PEABODY ENERGY CORPORATION'S DISCLOSURE STATEMENT

## CERTIFICATION OF INTERESTED PERSONS OR ENTITIES

Pursuant to Civil Local Rule 3-16, the undersigned counsel for Defendant Peabody Energy Corporation hereby certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 7, 2008

Respectfully submitted,

_____
Steven P. Rice (State Bar No. 094321)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 798-1310
Facsimile: (949) 263-8414

Kathleen Taylor Sooy
Scott L. Winkelman
Tracy A. Roman
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Peabody Energy Corporation

DC5557437.1