Steven P. Rice (State Bar No. 094321)
  srice@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California  92614
Telephone: (949) 798-1310
Facsimile: (949) 263-8414

Kathleen T. Sooy (*pro hac vice* application to be filed)
  ksooy@crowell.com
Scott L. Winkelman (*pro hac vice* application to be filed)
  swinkelman@crowell.com
Tracy A. Roman (*pro hac vice* application to be filed)
  troman@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Defendant
Peabody Energy Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA, et al., | Case No. C 08-01138 SBA |
| Plaintiffs, | **CERTIFICATE OF SERVICE BY MAIL** |
| v. | |
| EXXONMOBIL CORPORATION, et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE BY MAIL

I, Laurie Fallon, declare:

1.    I am a citizen of the United States over the age of 18 and am not a party to the within cause.  I am employed by Crowell & Moring LLP in Irvine, California.  My business address is 3 Park Plaza Irvine, California  92614.

2.    On May 7, 2008, I served a true copy of the foregoing documents,

1.    **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT PEABODY ENERGY CORPORATION;**

Case No. C 08-01138 SBA

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
(949) 263-8400

**2.    DEFENDANT PEABODY ENERGY CORPORATION'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PERSONS OR ENTITIES,**

by placing them in addressed sealed envelopes, clearly labeled to identify the persons being served at the addresses shown below, and placing said envelopes in interoffice mail for collection and deposit with the United States Postal Service, on that same date, following ordinary business practice:

**[SEE ATTACHED SERVICE LIST]**

3.    I am familiar with Crowell & Moring LLP's practice for collection and processing correspondence for mailing with the United States Postal Service.  In the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 7, 2008 at Irvine, California.



LAURIE FALLON

1

**SERVICE LIST**

2  Luke W. Cole
   Brent Newell
3  luke@igc.org
   bjnewell@igc.org
4  Center on Race, Poverty & the Environment
   47 Kearny Street, Suite 804
5  San Francisco, CA  94108

6  Reed R. Kathrein
   reed@hbsslaw.com
7  Hagens Berman Sobol Shapiro LLP
   715 Hearst Avenue, Suite 202
8  Berkeley, CA  94710

9  Steve W. Berman
   steve@hbsslaw.com
10 Hagens Berman Sobol Shapiro LLP
   1301 Fifth Avenue, Suite 2900
11 Seattle, WA  98101

12 Gary E. Mason
   gmason@masonlawdc.com
13 The Mason Law Firm LLP
   1225 19th Street, N.W., Suite 500
14 Washington, D.C.  20036

15 Heather Kendall Miller
   kendall@narf.org
16 Native American Rights Fund
   420 L Street, Suite 505
17 Anchorage, AK  99501

18 Matthew F. Pawa
   mp@pawalaw.com
19 Law Offices of Matthew F. Pawa, P.C.
   1280 Centre Street, Suite 230
20 Newton Centre, MA  02459

21 Dennis Reich
   Michael Howell
22 Ashli Ayer
   dreich@reichanbinstock.com
23 Reich & Binstock
   4625 San Felipe, Suite 1000
24 Houston, TX  77027

25 Christopher A. Seeger
   Stephen A. Weiss
26 James A. O'Brien, III
   cseeger@seegerweiss.com
27 sweiss@seegerweiss.com
   Seeger Weiss LLP
28 One William Street

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
(949) 263-8400

CERTIFICATE OF SERVICE

Case No. C 08-01138 SBA

1  New York, NY 10004

2  Stephen D. Susman
   H. Lee Godfrey
3  Eric J. Mayer
   ssusman@susmangodfrey.com
4  Susman Godfrey LLP
   1000 Louisiana Street, Suite 5100
5  Houston, TX 77002

6  Terrell W. Oxford
   Susman Godfrey LLP
7  901 Main Street, Suite 5100
   Dallas, TX 75202
8
   Marc M. Seltzer
9  Susman Godfrey LLP
   1901 Avenue of the Starts, Suite 950
10 Los Angeles, CA 90067

11 Drew D. Hansen
   Susman Godfrey LLP
12 1201 Third Ave., Suite 3800
   Seattle, WA 98101
13
   *Counsel for Plaintiffs Native Village of Kivalina and City of Kivalina*
14
   Thomas A. Rector
15 tarector@jonesday.com
   Jones Day
16 555 California Street, 26th Floor
   San Francisco, CA 94104
17
   Thomas E. Fennell
18 Michael L. Rice
   tefennell@jonesday.com
19 mlrice@jonesday.com
   Jones Day
20 2727 N. Harwood Street
   Dallas, TX 75201
21
   Kevin P. Holewinski
22 kpholewinski@jonesday.com
   Jones Day
23 41 Louisiana Avenue, N.W.
   Washington, D.C. 20001
24
   *Counsel for Defendant Xcel Energy Inc.*
25
   Belynda B. Reck
26 breck@hunton.com
   Hunton & Williams LLP
27 550 South Hope Street, Suite 2000
   Los Angeles, CA 90071-2627
28

3

CERTIFICATE OF SERVICE

Case No. C 08-01138 SBA

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
(949) 263-8400

1  F. William Brownell
   Norman F. Fichthorn
2  Allison D. Wood
   bbrownell@hunton.com
3  nfichthorn@hunton.com
   awood@hunton.com
4  Hunton & Williams LLP
   1900 K Street, N.W.
5  Washington, D.C.  20006-1109

6  Shawn Patrick Regan
   sregan@hunton.com
7  Hunton & Williams LLP
   200 Park Avenue
8  New York, NY  10166-0136

9  ***Counsel for Defendants DTE Energy Company, Edison International, MidAmerican Energy
   Holdings Company, Pinnacle West Capital Corporation, and The Southern Company***
10

11 Matthew Heartney
   Matthew_Heartney@aporter.com
12 Arnold & Porter LLP
   777 S. Figueroa Street, 44th Floor
13 Los Angeles, CA  90017-5844

14 ***Counsel for Defendant BP America, Inc., and BP Products North America, Inc.***

15 Andrew B. Clubok
   aclubok@kirkland.com
16 Kirkland & Ellis LLP
   655 Fifteenth Street, N.W.
17 Washington, D.C.  20005

18 Elizabeth L. Deeley
   edeely@kirkland.com
19 Kirkland & Ellis LLP
   555 California Street
20 San Francisco, CA  94104

21 ***Counsel for Defendant ConocoPhillips Company***

22 John F. Daum
   jdaum@omm.com
23 O'Melveny & Myers LLP
   400 South Hope Street
24 Los Angeles, CA  90071-2899

25 Jonathan D. Hacker
   jhacker@omm.com
26 O'Melveny & Myers LLP
   1625 Eye Street, N.W.
27 Washington, D.C.  20006-4001

28 ***Counsel for Defendant ExxonMobil Corporation***

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
(949) 263-8400

4

CERTIFICATE OF SERVICE

Case No. C 08-01138 SBA

1   Scott Bertzyk
     Richard K. Welsh
2   Felix Lebron
     Kamran Salour
3   bertzyks@gtlaw.com
     welshr@gtlaw.com
4   lebronf@gtlaw.com
     salourk@gtlaw.com
5   Greenberg Traurig LLP
     2450 Colorado Avenue, Suite 400E
6   Santa Monica, CA  90404

7   *Counsel for Defendant AES Corporation*

8   Jerome C. Roth
     Jerome.Roth@mto.com
9   Munger, Tolles & Olson LLP
     560 Mission Street, 27th Floor
10  San Francisco, CA  94105-2907

11  Ronald L. Olson
     Daniel P. Collins
12  Ronald.Olson@mto.com
     Daniel.Collins@mto.com
13  Munger, Tolles & Olson LLP
     355 South Grand Avenue, 35th Floor
14  Los Angeles, CA  90071-1560

15  *Counsel for Defendant Shell Oil Company*

16  Samuel R. Miller
     Paul L. Yanosy
17  srmiller@sidley.com
     pyanosy@sidley.com
18  Sidley Austin LLP
     555 California Street
19  San Francisco, CA  94104

20  David T. Buente, Jr.
     Joseph R. Guerra
21  dbuente@sidley.com
     jguerra@sidley.com
22  Sidley Austin LLP
     1501 K Street, N.W.
23  Washington, D.C.  20005

24  *Counsel for Defendants American Electric Power Company, Inc., American Electric Power Service Corporation, and Duke Energy Corporation*

25

     Jeffrey A. Lamken
26  Jeremy Levin
     Jeffrey.Lamken@bakerbotts.com
27  Jeremy.Levin@bakerbotts.com
     Baker Botts LLP
28  The Warner

*(left margin, vertical text)* crowell moring  3 Park Plaza, 20th Floor  Irvine, CA 92614-8505  (949) 263-8400

CERTIFICATE OF SERVICE

Case No. C 08-01138 SBA

1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400

*Counsel for Defendants Dynegy Holdings, Inc., NRG Energy, and Reliant Energy, Inc.*

Robert B. Pringle
Laura A. Guillen
rbpringle@thelen.com
lguillen@thelen.com
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606

Kevin A. Gaynor
Benjamin S. Lippard
kgaynor@velaw.com
Vinson & Elkins LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008

*Counsel for Defendant Mirant Corporation*

Lisa Kobialka
lkobialka@kslaw.com
King & Spalding LLP
1000 Bridge Parkway, Suite 100
Redwood City, CA 94065

Robert Meadows
Tracie J. Renfroe
Jonathan L. Marsh
rmeadows@kslaw.com
trenfroe@kslaw.com
jlmarsh@kslaw.com
King & Spalding LLP
1100 Louisiana Street, Suite 4000
Houston, TX 77002-5213

*Counsel for Defendants Chevron Corporation and Chevron U.S.A. Inc.*

DC5557439.1

CERTIFICATE OF SERVICE

Case No. C 08-01138 SBA

crowell moring

3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
(949) 263-8400