1  PHILIP H. CURTIS (New York Registration No. 1383835)
   Philip.Curtis@aporter.com
2  (admitted in New York, filing *pro hac vice*)
   MICHAEL B. GERRARD (New York Registration No. 1130046)
3  Michael.Gerrard@ aporter.com
   (admitted in New York, filing *pro hac vice*)
4  ARNOLD & PORTER LLP
   399 Park Avenue
5  New York, New York 10022
   Telephone:  (212) 715-1000
6  Facsimile:  (212) 715-1399

7  MATTHEW T. HEARTNEY (SBN 123516)
   Matthew.Heartney@aporter.com
8  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
9  Los Angeles, California  90017-5844
   Telephone:  (213) 243-4000
10 Facsimile:  (213) 243-4199

11 Attorneys for Defendants
   BP AMERICA INC. and
   BP PRODUCTS NORTH AMERICA INC.

12

13               UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                   OAKLAND DIVISION

16 | NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA, | ) | Case No. C 08-01138 SBA |
|---|---|---|
17 |                          | ) | **APPLICATION FOR ADMISSION** |
|              Plaintiff,   | ) | **OF PHILIP H. CURTIS *PRO HAC*** |
18 |   v.                     | ) | ***VICE*** |
|                          | ) | |
19 | EXXONMOBIL CORPORATION; BP P.L.C.; | ) | |
| BP AMERICA, INC.; BP PRODUCTS NORTH | ) | |
20 | AMERICA, INC.; CHEVRON CORPORATION; | ) | |
| CHEVRON U.S.A., INC.; CONOCOPHILLIPS | ) | |
21 | COMPANY; ROYAL DUTCH SHELL PLC; | ) | |
| SHELL OIL COMPANY; PEABODY ENERGY | ) | |
22 | CORPORATION; THE AES CORPORATION; | ) | |
| AMERICAN ELECTRIC POWER COMPANY, | ) | |
23 | INC.; AMERICAN ELECTRIC POWER SERVICES | ) | |
| CORPORATION; DTC ENERGY COMPANY; | ) | |
24 | DUKE ENERGY CORPORATION; DYNEGY | ) | |
| HOLDINGS, INC.; EDISON INTERNATIONAL; | ) | |
25 | MIDAMERICAN ENERGY HOLDINGS COMPANY; | ) | |
| MIRANT CORPORATION; NRG ENERGY; | ) | |
26 | PINNACLE WEST CAPITAL CORPORATION; | ) | |
| RELIANT ENERGY, INC.; THE SOUTHERN | ) | |
27 | COMPANY; AND XCEL ENERGY, INC., | ) | |
|                          | ) | |
28 |              Defendants.  | ) | |

1    Pursuant to Civil L.R. 11-3, Philip H. Curtis, an active member in good standing of the bar

2    of the State of New York and admitted to practice before all courts of the State of New York,

3    hereby applies for admission to practice in the Northern District of California on a *pro hac vice*

4    basis representing BP America Inc. and BP Products North America Inc. in the above-entitled

5    action.

6    In support of this application, I certify on oath that:

7    1.    I am an active member in good standing of a United States Court or of the highest

8    court of another State or the District of Columbia, as indicated above;

9    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

10    Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar

11    with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

12    3.    An attorney who is a member of the bar of this Court in good standing and who

13    maintains an office within the State of California has been designated as co-counsel in the above-

14    entitled action. The name, address and telephone number of that attorney is:

15
16
Matthew T. Heartney
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

17

18

19    I declare under penalty of perjury that the foregoing is true and correct.

20    Dated: May ⁄, 2008

21

22

23    Philip H. Curtis

24    461738

25

26

27

28

- 2 -

APPLICATION FOR ADMISSION OF PHILIP H. CURTIS *PRO HAC VICE* – Case No. C 08-01138 SBA

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA       )
                             ) ss
COUNTY OF LOS ANGELES   )

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844.

     On May 5, 2008, I served the foregoing document described as:

**APPLICATION FOR ADMISSION OF PHILIP H. CURTIS *PRO HAC VICE***

☒    by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☒    **BY MAIL** I placed such envelope with postage thereon prepaid in the United States Mail at 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. Executed on May 5, 2008 at Los Angeles, California.

☐    **BY FACSIMILE** The above-referenced document (together with all exhibits and attachments thereto) was transmitted via facsimile transmission to the addressee(s) as indicated on the attached mailing list on the date thereof. The transmission was reported as completed and without error. Executed on      at Los Angeles, California.

☐    **BY FEDERAL EXPRESS** I am readily familiar with Arnold & Porter LLP's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. Under said practices, items to be delivered the next business day are either picked up by Federal Express or deposited in a box or other facility regularly maintained by Federal Express in the ordinary course of business on that same day with the cost thereof billed to Arnold & Porter LLP's account. I placed such sealed envelope for delivery by Federal Express to the offices of the addressee(s) as indicated on the attached mailing list on the date hereof following ordinary business practices. Executed on      at Los Angeles, California.

☒    **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     I declare under penalty of perjury that the foregoing is true and correct. Executed on May 5, 2008, at Los Angeles, California.

_____
Paulie Davis

*Paulie Davis*
Signature

1

**ATTACHED SERVICE LIST**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LUKE W. COLE (SBN 145505)
luke@igc.org
BRENT NEWELL (SBN 210312)
brent@igc.org
**CENTER ON RACE, POVERTY &**
  **THE ENVIRONMENT**
47 Kearny Street, Suite 804
San Francisco, CA 94108
Telephone:     (415) 346-4179
Facsimile:     (415) 346-8723

MATTHEW F. PAWA (*Pro hac vice*)
mp@pawalaw.com
BENJAMIN KRASS (*Pro hac vice*)
MARK R. RIELLY (*Pro hac vice*)
**LAW OFFICES OF MATTHEW F. PAWA,**
**PC**
1280 Centre Street, Suite 230
Newton Centre, MA 02459
Telephone:     (617) 641-9550
Facsimile:     (617) 641-9551

HEATHER KENDALL MILLER (*Pro hac vice*)
kendall@narf.org
**NATIVE AMERICAN RIGHTS FUND**
420 L Street, Suite 505
Anchorage, AK 99515
907-276-0680
Fax: 907-276-2466

STEVE W. BERMAN (*Pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

REED R. KATHREIN (SBN 139304)
Email: reed@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000
Fax: (510) 725-3001

GARY E. MASON (*Pro hac vice*)
Email: gmason@masonlawdc.com
**THE MASON LAW FIRM, LLP**
1225 19th Street, NW
Suite 500
Washington, DC 20036
202-429-2290
Fax: 202-429-2294

DENNIS J. REICH (*Pro hac vice*)
Email: dreich@reichandbinstock.com
**REICH & BINSTOCK, LLP**
4265 San Felipe Blvd., Suite 1000
Houston, TX 77027
713-622-7271
Fax: 713-623-8724

CHRISTOPHER A. SEEGER (*Pro hac vice*)
Email: cseeger@seegerweiss.com
STEPHEN A. WEISS (*Pro hac vice*)
Email: sweiss@seegerweiss.com
JAMES A. O'BRIEN (*Pro hac vice*)
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
212-584-0700
Fax: 212-584-0799

STEPHEN D. SUSMAN (*Pro hac vice*)
Email: ssusman@susmangodfrey.com
H. LEE GODFREY (*Pro hac vice*)
ERIC G. MAYER (*Pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street
Suite 5100
Houston, TX 77002
713-651-9366
Fax: 713-654-6666

Stephen D. Susman (*Pro hac vice*)
Drew D. Hansen (*Pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, #3800
Seattle, WA  98101
(206) 516-3880
Fax:  (206) 516-3883

- 2 -

Terrell W. Oxford (*Pro hac vice*)
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, TX 77002
(214) 754-1900
Fax: (214) 754-1950

Marc M. Seltzer
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
(310) 789-3100
Fax: (310) 789-3150

Attorneys for Plaintiffs
**NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA**

| | |
|---|---|
| RONALD L. OLSON (SBN 44597)<br>Ronald.Olson@mto.com<br>DANIEL P. COLLINS (SBN 139164)<br>Daniel.Collins@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>JEROME C. ROTH (SBN 159483)<br>Jerome.Roth@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>Attorneys for Defendant<br>**SHELL OIL COMPANY** | JOHN F. DAUM (SBN 52313)<br>jdaum@omm.com<br>**O'MELVENY & MYERS LLP**<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6111<br>Facsimile: (213) 430-6407<br><br>JONATHAN D. HACKER (*Pro hac vice*)<br>jhacker@omm.com<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006-4001<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br><br>Attorneys for Defendant<br>**EXXONMOBIL CORPORATION** |

- 3 -

| | |
|---|---|
| TRACIE J. RENFROE (*Pro hac vice*)<br>trenfroe@kslaw.com<br>JONATHAN L. MARSH (*Pro hac vice*)<br>jmarsh@kslaw.com<br>ROBERT MEADOWS (*Pro hac vice*)<br>rmeadows@kslaw.com<br>**KING & SPAULDING LLP**<br>1100 Louisiana Street, Suite 4000<br>Houston, TX 77002-5213<br>Telephone: (713) 751-3200<br>Facsimile: (713) 751-3290<br><br>LISA KOBIALKA (SBN 191404)<br>lkobialka@kslaw.com<br>**KING & SPAULDING LLP**<br>1000 Bridge Parkway, Suite 100<br>Redwood City, CA 94065<br>Telephone: (650) 590-0700<br>Facsimile: (650) 590-1900<br><br>Attorneys for Defendants<br>**CHEVRON CORPORATION and**<br>**CHEVRON U.S.A. INC.** | ANDREW CLUBOK (*Pro hac vice*)<br>aclubok@kirkland.com<br>STUART A. C. DRAKE (*Pro hac vice*)<br>sdrake@kirkland.com<br>SUSAN E. ENGEL (*Pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 879-5173<br>Facsimile: (202) 879-5200<br><br>ELIZABETH DEELEY (SBN 230798)<br>edeeley@kirkland.com<br>CASEY M. NOKES<br>**KIRKLAND & ELLIS LLP**<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1861<br>Facsimile: (415) 439-1500<br><br>Attorneys for Defendant<br>**CONOCOPHILLIPS COMPANY** |

- 4 -

CERTIFICATE OF SERVICE - Case No. C 08-01138 SBA

| | | |
|---|---|---|
| 1 | BELYNDA B. RECK (SBN 163561)<br>breck@hunton.com<br>**HUNTON & WILLIAMS LLP**<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071-2627<br>Telephone: (213) 532-2000<br>Facsimile: (213) 532-2020<br><br>F. WILLIAM BROWNELL (*Pro hac vice*)<br>bbrownell@hunton.com<br>NORMAN W. FICHTHORN (*Pro hac vice*)<br>nfichthorn@hunton.com<br>ALLISON D. WOOD (*Pro hac vice*)<br>awood@hunton.com<br>**HUNTON & WILLIAMS LLP**<br>1900 K Street, N. W.<br>Washington, D.C. 20006-1109<br>Telephone: (202) 955-1500<br>Facsimile: (202) 778-2201<br><br>SHAWN PATRICK REGAN (*Pro hac vice*)<br>sregan@hunton.com<br>**HUNTON & WILLIAMS LLP**<br>200 Park Avenue<br>New York, NY 10166-0136<br>Telephone: (212) 309-1000<br>Facsimile: (212) 309-1100<br><br>Attorneys for Defendants<br>**DTE ENERGY COMPANY, EDISON INTERNATIONAL, MIDAMERICAN ENERGY HOLDINGS COMPANY, PINNACLE WEST CAPITAL CORP., AND THE SOUTHERN COMPANY** | THOMAS A. RECTOR (SBN 199173)<br>tarector@jonesday.com<br>**JONES DAY**<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: 415-626-3939<br>Facsimile: 415-875-5700<br><br>THOMAS E. FENNELL (*Pro hac vice*)<br>tefennell@jonesday.com<br>MICHAEL L. RICE (*Pro hac vice*)<br>mlrice@jonesday.com<br>**JONES DAY**<br>2727 N. Harwood Street<br>Dallas, TX 75201<br>Telephone: 214-220-3939<br>Facsimile: 214-969-5100<br><br>KEVIN P. HOLEWINSKI (*Pro hac vice*)<br>kpholewinski@jonesday.com<br>**JONES DAY**<br>41 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone: 202-879-3939<br>Facsimile: 202-626-1700<br><br>Attorneys for Defendant<br>**XCEL ENERGY INC.** |
| | STEVEN P. RICE (SBN 94321)<br>srice@crowell.com<br>**CROWELL & MORING LLP**<br>3 Park Plaza<br>Irvine, CA 92614<br>Telephone: 949-798-1310<br>Facsimile: 949-263-8414<br><br>KATHLEEN TAYLOR SOOY (*Pro hac vice*)<br>ksooy@crowell.com<br>SCOTT L. WINKELMAN (*Pro hac vice*)<br>swinkelman@crowell.com<br>TRACY A. ROMAN (*Pro hac vice*)<br>troman@crowell.com<br>**CROWELL & MORING LLP**<br>1001 Pennsylvania Ave., N. W.<br>Washington, D.C. 20004-2595<br>Telephone: 202-624-2500<br>Facsimile: 202-628-5116<br><br>Attorneys for Defendant<br>**PEABODY ENERGY CORPORATION** | RICHARD K. WELSH (SBN 208825)<br>welshr@gtlaw.com<br>**GREENBERG TRAURIG LLP**<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA 90404<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800<br><br>Attorneys for Defendant<br>**AES CORPORATION** |

- 5 -

| | | |
|---|---|---|
| 1 | SAMUEL R. MILLER (SBN 66871)<br>srmiller@sidley.com<br>**SIDLEY AUSTIN LLP**<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile : (415) 772-7400<br><br>DAVID T. BUENTE, JR. (*Pro hac vice*)<br>dbuente@sidley.com<br>JOSEPH R. GUERRA (*Pro hac vice*)<br>jguerra@sidley.com<br>**SIDLEY AUSTIN LLP**<br>1501 K Street, N. W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8000<br>Facsimile: (202) 736-8711<br><br>Attorneys for Defendants<br>**AMERICAN ELECTRIC POWER**<br>**COMPANY, AMERICAN ELECTRIC**<br>**POWER SERVICE CORP., AND DUKE**<br>**ENERGY CORP.** | ROBERT B. PRINGLE (SBN 051365)<br>rbpringle@thelen.com<br>LAURA A. GUILLEN (SBN 248874)<br>laguillen@thelen.com<br>**THELEN REID BROWN RAYSMAN**<br>  **& STEINER LLP**<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: (415) 371-1200<br>Facsimile: (415) 371-1211<br><br>KEVIN A. GAYNOR (*Pro hac vice*)<br>kgaynor@velaw.com<br>BENJAMIN S. LIPPARD (*Pro hac vice*)<br>blippard@velaw.com<br>**VINSON & ELKINS LLP**<br>1455 Pennsylvania Avenue, N. W.<br>Washington, D.C. 20004-1008<br>Telephone: (202) 639-6500<br>Facsimile: (202) 639-6604<br><br>Attorneys for Defendant<br>**MIRANT CORP.** |

| | | |
|---|---|---|
| | JEFFREY A. LAMKEN<br>JEREMY LEVIN<br>**BAKER BOTTS LLP**<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C.  20004-2400<br><br>Attorneys for Defendants<br>**DYNEGY HOLDINGS, INC., NRG**<br>**ENERGY, and RELIANT ENERGY, INC.** | |

461717_1.DOC

CERTIFICATE OF SERVICE - Case No. C 08-01138 SBA

Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611002156
Cashier ID: collink
Transaction Date: 05/06/2008
Payer Name: Arnold and Porter LLP
------------------------------------------
PRO HAC VICE
  For: Michael Gerrard, Philip Curtis
  Case/Party: D-CAN-4-08-AT-PROHAC-001
  Amount:        $210.00
PRO HAC VICE
  For: Michael Gerrard, Philip Curtis
  Case/Party: D-CAN-4-08-AT-PROHAC-001
  Amount:        $210.00
------------------------------------------
CHECK
  Check/Money Order Num: 14791
  Amt Tendered:  $420.00
------------------------------------------
Total Due:       $420.00
Total Tendered: $420.00
Change Amt:       $0.00

for Michael B. Gerrard and Philip
H. Curtis    C-08-1138-SBA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.

1

2

**RECEIVED**

3

MAY - 6 2008

4

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

5

6

7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10          OAKLAND DIVISION

11  NATIVE VILLAGE OF KIVALINA and CITY OF    )    Case No. C 08-01138 SBA
    KIVALINA,                                  )
12                                             )    **[PROPOSED] ORDER GRANTING**
                  Plaintiff,                   )    **APPLICATION FOR ADMISSION**
13                                             )    **OF PHILIP H. CURTIS *PRO HAC***
          v.                                   )    ***VICE***
14                                             )
    EXXONMOBIL CORPORATION; BP P.L.C.;          )
15  BP AMERICA, INC.; BP PRODUCTS NORTH         )
    AMERICA, INC.; CHEVRON CORPORATION;         )
16  CHEVRON U.S.A., INC.; CONOCOPHILLIPS        )
    COMPANY; ROYAL DUTCH SHELL PLC;             )
17  SHELL OIL COMPANY; PEABODY ENERGY           )
    CORPORATION; THE AES CORPORATION;           )
18  AMERICAN ELECTRIC POWER COMPANY,            )
    INC.; AMERICAN ELECTRIC POWER SERVICES      )
19  CORPORATION; DTC ENERGY COMPANY;            )
    DUKE ENERGY CORPORATION; DYNEGY             )
20  HOLDINGS, INC.; EDISON INTERNATIONAL;       )
    MIDAMERICAN ENERGY HOLDINGS COMPANY;        )
21  MIRANT CORPORATION; NRG ENERGY;             )
    PINNACLE WEST CAPITAL CORPORATION;          )
22  RELIANT ENERGY, INC.; THE SOUTHERN          )
    COMPANY; AND XCEL ENERGY, INC.,             )
                                               )
23                Defendants.                   )

24

25

26

27

28

1       Philip H. Curtis, an active member in good standing of the bar of the State of New York and

2  admitted to practice before all courts of the State of New York, whose business address and

3  telephone number is ARNOLD & PORTER LLP, 399 Park Avenue, New York, NY 10022-4690;

4  Telephone: 212.715.1000, having applied in the above-entitled action for admission to practice in

5  the Northern District of California on a *pro hac vice* basis, representing Defendants BP America

6  Inc. and BP Products North America Inc.,

7       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

9  *vice*. Service of papers upon and communication with co-counsel designated in the application will

10  constitute notice to the party. All future filings in this action are subject to the requirements

11  contained in General Order No. 45, *Electronic Case Filing*.

12

13  Dated: _____

14

15

16                                      THE HON. SAUNDRA B. ARMSTRONG
                                    UNITED STATES DISTRICT COURT JUDGE

17  461828

18

19

20

21

22

23

24

25

26

27

28

- 2 -

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
                    )  ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844.

On May 5, 2008, I served the foregoing document described as:

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF PHILIP H. CURTIS *PRO HAC VICE***

☒ by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☒ **BY MAIL** I placed such envelope with postage thereon prepaid in the United States Mail at 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. Executed on May 5, 2008 at Los Angeles, California.

☐ **BY FACSIMILE** The above-referenced document (together with all exhibits and attachments thereto) was transmitted via facsimile transmission to the addressee(s) as indicated on the attached mailing list on the date thereof. The transmission was reported as completed and without error. Executed on          at Los Angeles, California.

☐ **BY FEDERAL EXPRESS** I am readily familiar with Arnold & Porter LLP's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. Under said practices, items to be delivered the next business day are either picked up by Federal Express or deposited in a box or other facility regularly maintained by Federal Express in the ordinary course of business on that same day with the cost thereof billed to Arnold & Porter LLP's account. I placed such sealed envelope for delivery by Federal Express to the offices of the addressee(s) as indicated on the attached mailing list on the date hereof following ordinary business practices. Executed on          at Los Angeles, California.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 5, 2008, at Los Angeles, California.

_____          *Paulie Davis*
Paulie Davis                       _____
                                   Signature

461717_1.DOC

CERTIFICATE OF SERVICE - Case No. C 08-01138 SBA

1

<u>**ATTACHED SERVICE LIST**</u>

2
LUKE W. COLE (SBN 145505)
luke@igc.org

3
BRENT NEWELL (SBN 210312)
brent@igc.org

4
**CENTER ON RACE, POVERTY &**
  **THE ENVIRONMENT**

5
47 Kearny Street, Suite 804
San Francisco, CA 94108

6
Telephone:    (415) 346-4179
Facsimile:    (415) 346-8723

7

GARY E. MASON (*Pro hac vice*)
Email: gmason@masonlawdc.com
**THE MASON LAW FIRM, LLP**
1225 19th Street, NW
Suite 500
Washington, DC 20036
202-429-2290
Fax: 202-429-2294

8
MATTHEW F. PAWA (*Pro hac vice*)
mp@pawalaw.com

9
BENJAMIN KRASS (*Pro hac vice*)
MARK R. RIELLY (*Pro hac vice*)
**LAW OFFICES OF MATTHEW F. PAWA,**

10
**PC**
1280 Centre Street, Suite 230

11
Newton Centre, MA 02459
Telephone:    (617) 641-9550

12
Facsimile:    (617) 641-9551

DENNIS J. REICH (*Pro hac vice*)
Email: dreich@reichandbinstock.com
**REICH & BINSTOCK, LLP**
4265 San Felipe Blvd., Suite 1000
Houston, TX 77027
713-622-7271
Fax: 713-623-8724

13
HEATHER KENDALL MILLER (*Pro hac vice*)

14
kendall@narf.org
**NATIVE AMERICAN RIGHTS FUND**

15
420 L Street, Suite 505
Anchorage, AK 99515

16
907-276-0680
Fax: 907-276-2466

17

CHRISTOPHER A. SEEGER (*Pro hac vice*)
Email: cseeger@seegerweiss.com
STEPHEN A. WEISS (*Pro hac vice*)
Email: sweiss@seegerweiss.com
JAMES A. O'BRIEN (*Pro hac vice*)
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
212-584-0700
Fax: 212-584-0799

18

19
STEVE W. BERMAN (*Pro hac vice*)
steve@hbsslaw.com

20
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900

21
Seattle, WA 98101
Telephone: (206) 623-7292

22
Facsimile: (206) 623-0594

STEPHEN D. SUSMAN (*Pro hac vice*)
Email: ssusman@susmangodfrey.com
H. LEE GODFREY (*Pro hac vice*)
ERIC G. MAYER (*Pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street
Suite 5100
Houston, TX 77002
713-651-9366
Fax: 713-654-6666

23

24
REED R. KATHREIN (SBN 139304)
Email: reed@hbsslaw.com

25
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202

26
Berkeley, CA 94710
(510) 725-3000

27
Fax: (510) 725-3001

Stephen D. Susman (*Pro hac vice*)
Drew D. Hansen (*Pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, #3800
Seattle, WA 98101
(206) 516-3880
Fax: (206) 516-3883

28

- 2 -

CERTIFICATE OF SERVICE - Case No. C 08-01138 SBA

1

Terrell W. Oxford (*Pro hac vice*)
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, TX  77002
(214) 754-1900
Fax:  (214) 754-1950

2

3

4

Marc M. Seltzer
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067
(310) 789-3100
Fax:  (310) 789-3150

5

6

7

Attorneys for Plaintiffs
**NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA**

8

9

| | |
|---|---|
| RONALD L. OLSON (SBN 44597)<br>Ronald.Olson@mto.com<br>DANIEL P. COLLINS (SBN 139164)<br>Daniel.Collins@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:     (213) 687-3702<br><br>JEROME C. ROTH (SBN 159483)<br>Jerome.Roth@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street<br>San Francisco, CA 94105-2907<br>Telephone:     (415) 512-4000<br>Facsimile:     (415) 512-4077<br><br>Attorneys for Defendant<br>**SHELL OIL COMPANY** | JOHN F. DAUM (SBN 52313)<br>jdaum@omm.com<br>**O'MELVENY & MYERS LLP**<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6111<br>Facsimile: (213) 430-6407<br><br>JONATHAN D. HACKER (*Pro hac vice*)<br>jhacker@omm.com<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006-4001<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br><br>Attorneys for Defendant<br>**EXXONMOBIL CORPORATION** |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

CERTIFICATE OF SERVICE - Case No. C 08-01138 SBA

| | |
|---|---|
| TRACIE J. RENFROE (*Pro hac vice*)<br>trenfroe@kslaw.com<br>JONATHAN L. MARSH (*Pro hac vice*)<br>jmarsh@kslaw.com<br>ROBERT MEADOWS (*Pro hac vice*)<br>rmeadows@kslaw.com<br>**KING & SPAULDING LLP**<br>1100 Louisiana Street, Suite 4000<br>Houston, TX 77002-5213<br>Telephone: (713) 751-3200<br>Facsimile: (713) 751-3290 | ANDREW CLUBOK (*Pro hac vice*)<br>aclubok@kirkland.com<br>STUART A. C. DRAKE (*Pro hac vice*)<br>sdrake@kirkland.com<br>SUSAN E. ENGEL (*Pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 879-5173<br>Facsimile: (202) 879-5200 |
| LISA KOBIALKA (SBN 191404)<br>lkobialka@kslaw.com<br>**KING & SPAULDING LLP**<br>1000 Bridge Parkway, Suite 100<br>Redwood City, CA 94065<br>Telephone: (650) 590-0700<br>Facsimile: (650) 590-1900 | ELIZABETH DEELEY (SBN 230798)<br>edeeley@kirkland.com<br>CASEY M. NOKES<br>**KIRKLAND & ELLIS LLP**<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1861<br>Facsimile: (415) 439-1500 |
| Attorneys for Defendants<br>**CHEVRON CORPORATION and<br>CHEVRON U.S.A. INC.** | Attorneys for Defendant<br>**CONOCOPHILLIPS COMPANY** |

- 4 -

| | |
|---|---|
| BELYNDA B. RECK (SBN 163561)<br>breck@hunton.com<br>**HUNTON & WILLIAMS LLP**<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071-2627<br>Telephone: (213) 532-2000<br>Facsimile: (213) 532-2020<br><br>F. WILLIAM BROWNELL (*Pro hac vice*)<br>bbrownell@hunton.com<br>NORMAN W. FICHTHORN (*Pro hac vice*)<br>nfichthorn@hunton.com<br>ALLISON D. WOOD (*Pro hac vice*)<br>awood@hunton.com<br>**HUNTON & WILLIAMS LLP**<br>1900 K Street, N. W.<br>Washington, D.C. 20006-1109<br>Telephone: (202) 955-1500<br>Facsimile: (202) 778-2201<br><br>SHAWN PATRICK REGAN (*Pro hac vice*)<br>sregan@hunton.com<br>**HUNTON & WILLIAMS LLP**<br>200 Park Avenue<br>New York, NY 10166-0136<br>Telephone: (212) 309-1000<br>Facsimile: (212) 309-1100<br><br>Attorneys for Defendants<br>**DTE ENERGY COMPANY, EDISON INTERNATIONAL, MIDAMERICAN ENERGY HOLDINGS COMPANY, PINNACLE WEST CAPITAL CORP., AND THE SOUTHERN COMPANY** | THOMAS A. RECTOR (SBN 199173)<br>tarector@jonesday.com<br>**JONES DAY**<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: 415-626-3939<br>Facsimile: 415-875-5700<br><br>THOMAS E. FENNELL (*Pro hac vice*)<br>tefennell@jonesday.com<br>MICHAEL L. RICE (*Pro hac vice*)<br>mlrice@jonesday.com<br>**JONES DAY**<br>2727 N. Harwood Street<br>Dallas, TX 75201<br>Telephone: 214-220-3939<br>Facsimile: 214-969-5100<br><br>KEVIN P. HOLEWINSKI (*Pro hac vice*)<br>kpholewinski@jonesday.com<br>**JONES DAY**<br>41 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone: 202-879-3939<br>Facsimile: 202-626-1700<br><br>Attorneys for Defendant<br>**XCEL ENERGY INC.** |
| STEVEN P. RICE (SBN 94321)<br>srice@crowell.com<br>**CROWELL & MORING LLP**<br>3 Park Plaza<br>Irvine, CA 92614<br>Telephone: 949-798-1310<br>Facsimile: 949-263-8414<br><br>KATHLEEN TAYLOR SOOY (*Pro hac vice*)<br>ksooy@crowell.com<br>SCOTT L. WINKELMAN (*Pro hac vice*)<br>swinkelman@crowell.com<br>TRACY A. ROMAN (*Pro hac vice*)<br>troman@crowell.com<br>**CROWELL & MORING LLP**<br>1001 Pennsylvania Ave., N. W.<br>Washington, D.C. 20004-2595<br>Telephone: 202-624-2500<br>Facsimile: 202-628-5116<br><br>Attorneys for Defendant<br>**PEABODY ENERGY CORPORATION** | RICHARD K. WELSH (SBN 208825)<br>welshr@gtlaw.com<br>**GREENBERG TRAURIG LLP**<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA 90404<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800<br><br>Attorneys for Defendant<br>**AES CORPORATION** |

- 5 -

| | |
|---|---|
| SAMUEL R. MILLER (SBN 66871)<br>srmiller@sidley.com<br>**SIDLEY AUSTIN LLP**<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile : (415) 772-7400<br><br>DAVID T. BUENTE, JR. (*Pro hac vice*)<br>dbuente@sidley.com<br>JOSEPH R. GUERRA (*Pro hac vice*)<br>jguerra@sidley.com<br>**SIDLEY AUSTIN LLP**<br>1501 K Street, N. W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8000<br>Facsimile: (202) 736-8711<br><br>Attorneys for Defendants<br>**AMERICAN ELECTRIC POWER<br>COMPANY, AMERICAN ELECTRIC<br>POWER SERVICE CORP., AND DUKE<br>ENERGY CORP.** | ROBERT B. PRINGLE (SBN 051365)<br>rbpringle@thelen.com<br>LAURA A. GUILLEN (SBN 248874)<br>laguillen@thelen.com<br>**THELEN REID BROWN RAYSMAN<br>& STEINER LLP**<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: (415) 371-1200<br>Facsimile: (415) 371-1211<br><br>KEVIN A. GAYNOR (*Pro hac vice*)<br>kgaynor@velaw.com<br>BENJAMIN S. LIPPARD (*Pro hac vice*)<br>blippard@velaw.com<br>**VINSON & ELKINS LLP**<br>1455 Pennsylvania Avenue, N. W.<br>Washington, D.C. 20004-1008<br>Telephone: (202) 639-6500<br>Facsimile: (202) 639-6604<br><br>Attorneys for Defendant<br>**MIRANT CORP.** |
| JEFFREY A. LAMKEN<br>JEREMY LEVIN<br>**BAKER BOTTS LLP**<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2400<br><br>Attorneys for Defendants<br>**DYNEGY HOLDINGS, INC., NRG<br>ENERGY, and RELIANT ENERGY, INC.** | |

461717_1.DOC

- 6 -

CERTIFICATE OF SERVICE - Case No. C 08-01138 SBA