1  LUKE W. COLE (SBN 145505)
   luke@igc.org
2  BRENT NEWELL (SBN 210312)
   brent@igc.org
3  CENTER ON RACE, POVERTY &
      THE ENVIRONMENT
4  47 Kearny Street, Suite 804
   San Francisco, CA  94108
5  Telephone:     (415) 346-4179
   Facsimile:     (415) 346-8723
6
   MATTHEW F. PAWA (*Pro hac vice*)
7  mp@pawalaw.com
   LAW OFFICES OF MATTHEW F. PAWA, P.C.
8  1280 Centre Street, Suite 230
   Newton Centre, MA  02459
9  Telephone:  (617) 641-9550
   Facsimile:  (617) 641-9551
10 Attorneys for Plaintiffs
   NATIVE VILLAGE OF KIVALINA and CITY OF
11 KIVALINA

12 RONALD L. OLSON (SBN 44597)
   Ronald.Olson@mto.com
13 DANIEL P. COLLINS (SBN 139164)
   Daniel.Collins@mto.com
14 MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
15 Los Angeles, CA  90071-1560
   Telephone:     (213) 683-9100
16 Facsimile:     (213) 687-3702

17 Attorneys for Defendant
   SHELL OIL COMPANY

18 [*Counsel Listing Continued on Next Three Pages*]

19                UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21                      OAKLAND DIVISION

22 NATIVE VILLAGE OF KIVALINA and CITY          CASE NO.  C 08-01138 SBA
   OF KIVALINA,
23                                              **STIPULATION RE: CASE**
                    Plaintiffs,                 **MANAGEMENT CONFERENCE**
24          vs.
                                                [Proposed Order Lodged Separately]
25 EXXON MOBIL CORPORATION, *et al.*,

26                  Defendants.

27

28

1   HEATHER KENDALL MILLER (*Pro hac vice*)
    kendall@narf.org
2   NATIVE AMERICAN RIGHTS FUND
    420 L Street, Suite 505
3   Anchorage, AK 99515
    907-276-0680
4   Fax: 907-276-2466

5   STEVE W. BERMAN (*Pro hac vice*)
    steve@hbsslaw.com
6   HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Fifth Avenue, Suite 2900
7   Seattle, WA  98101
    Telephone:  (206) 623-7292
8   Facsimile:  (206)623-0594

9   REED R. KATHREIN (SBN 139304)
    Email: reed@hbsslaw.com
10  HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
11  Berkeley, CA 94710
    (510) 725-3000
12  Fax: (510) 725-3001

13  GARY E. MASON (*Pro hac vice*)
    Email: gmason@masonlawdc.com
    THE MASON LAW FIRM, LLP
14  1225 19th Street, NW
    Suite 500
15  Washington, DC 20036
    202-429-2290
16  Fax: 202-429-2294

    DENNIS J. REICH (*Pro hac vice*)
    Email: dreich@reichandbinstock.com
    REICH & BINSTOCK, LLP
    4265 San Felipe Blvd., Suite 1000
    Houston, TX 77027
    713-622-7271
    Fax: 713-623-8724

    CHRISTOPHER A. SEEGER (*Pro hac vice*)
    Email: cseeger@seegerweiss.com
    STEPHEN A. WEISS (*Pro hac vice*)
    Email: sweiss@seegerweiss.com
    SEEGER WEISS LLP
    One William Street
    New York, NY 10004
    212-584-0700
    Fax: 212-584-0799

    STEPHEN D. SUSMAN (*Pro hac vice*)
    Email: ssusman@susmangodfrey.com
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street
    Suite 5100
    Houston, TX 77002
    713-651-9366
    Fax: 713-654-6666

17  Attorneys for Plaintiffs NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA

18  MATTHEW HEARTNEY (SBN 123516)
    Matthew.Heartney@aporter.com
    ARNOLD & PORTER LLP
19  777 S. Figueroa Street, 44th Floor
    Los Angeles, CA  90017-5844
20  Telephone: (213) 243-4150
    Facsimile: (213) 243-4199

21
    PHILIP H. CURTIS (*Pro hac vice* pending)
22  Philip.Curtis@aporter.com
    MICHAEL B. GERRARD  (*Pro hac vice* pending)
23  Michael.Gerrard@ aporter.com
    ARNOLD & PORTER LLP
24  399 Park Avenue
    New York, New York 10022
25  Telephone: (212) 715-1000
    Facsimile: (212) 715-1399

    SAMUEL R. MILLER (SBN 66871)
    srmiller@sidley.com
    SIDLEY AUSTIN LLP
    555 California Street
    San Francisco, CA 94104
    Telephone: (415) 772-1200
    Facsimile : (415) 772-7400

    DAVID T. BUENTE, JR. (*Pro hac vice*)
    dbuente@sidley.com
    JOSEPH R. GUERRA (*Pro hac vice*)
    jguerra@sidley.com
    SIDLEY AUSTIN LLP
    1501 K Street, N.W.
    Washington, D.C. 20005
    Telephone:  (202) 736-8000
    Facsimile:  (202) 736-8711

26  Attorneys for Defendants BP AMERICA, INC.,
    AND BP PRODUCTS NORTH AMERICA, INC.

27

28

    Attorneys for Defendants AMERICAN
    ELECTRIC POWER COMPANY,
    AMERICAN ELECTRIC POWER
    SERVICE CORP., AND DUKE ENERGY
    CORP.

1  TRACIE J. RENFROE (*Pro hac vice*)  STUART A. C. DRAKE (*Pro hac vice*)
   trenfroe@kslaw.com                  sdrake@kirkland.com
2  JONATHAN L. MARSH (*Pro hac vice*)  ANDREW CLUBOK  (*Pro hac vice*)
   jmarsh@kslaw.com                    aclubok@kirkland.com
3  ROBERT MEADOWS (*Pro hac vice*)     SUSAN E. ENGEL (*Pro hac vice*)
   rmeadows@kslaw.com                  seengel@kirkland.com
4  KING & SPALDING LLP                 KIRKLAND & ELLIS LLP
   1100 Louisiana Street, Suite 4000   655 Fifteenth Street, N.W.
5  Houston, TX  77002-5213             Washington, D.C. 20005
   Telephone:    (713) 751-3200        Telephone: (202) 879-5173
6  Facsimile:    (713) 751-3290        Facsimile:  (202) 879-5200

7  LISA KOBIALKA (SBN 191404)          ELIZABETH DEELEY (SBN 230798)
   lkobialka@kslaw.com                 edeeley@kirkland.com
8  KING & SPALDING LLP                 KIRKLAND & ELLIS LLP
   1000 Bridge parkway, Suite 100      555 California Street
9  Redwood City, CA  94065             San Francisco, CA 94104
   Telephone:    (650) 590-0700        Telephone:  (415) 439-1861
10 Facsimile:    (650) 590-1900        Facsimile:  (415) 439-1500

   Attorneys for Defendants CHEVRON    Attorneys for Defendant
11 CORPORATION and CHEVRON U.S.A. INC. CONOCOPHILLIPS COMPANY

12 JOHN F. DAUM (SBN 52313)            JEROME C. ROTH (SBN 159483)
   jdaum@omm.com                       Jerome.Roth@mto.com
13 JONATHAN D. HACKER (*Pro hac vice*) MUNGER, TOLLES & OLSON LLP
   jhacker@omm.com                     560 Mission Street
14 O'MELVENY & MYERS LLP               San Francisco, CA  94105-2907
   400 South Hope Street               Telephone:    (415) 512-4000
15 Los Angeles, CA 90071-2899          Facsimile:    (415) 512-4077
   Telephone: (213) 430-6111
16 Facsimile: (213) 430-6407           Attorneys for Defendant
                                       SHELL OIL COMPANY
17 Attorneys for Defendant
   EXXON MOBIL CORPORATION

18
   JEFFREY A. LAMKEN (SBN 154217)      RICHARD K. WELSH (SBN 208825)
19 jeffrey.lamken@bakerbotts.com       welshr@gtlaw.com
   JEREMY LEVIN (SBN 210577)           SCOTT BERTZYK (SBN 116449)
20 jeremy.levin@bakerbotts.com         bertzyks@gtlaw.com
   BAKER BOTTS LLP                     FELIX LEBRON (SBN 232984)
21 The Warner                          lebronf@gtlaw.com
   1299 Pennsylvania Ave., N.W.        KAMRAN SALOUR (SBN 247983)
22 Washington, DC  20004-2400          salourk@gtlaw.com
   Telephone: (202) 639-7700           GREENBERG TRAURIG LLP
23 Facsimile:  (202) 639-7890          2450 Colorado Avenue, Suite 400E
                                       Santa Monica, CA 90404
24 Attorneys for Defendants            Telephone:  (310) 586-7700
   DYNEGY HOLDINGS, INC., NRG ENERGY,  Facsimile:  (310) 586-7800
   INC. and RELIANT ENERGY, INC.
25                                     Attorneys for Defendant The AES
                                       CORPORATION
26

27

28

| | | |
|---|---|---|
| 1 | BELYNDA B. RECK (SBN 163561) | THOMAS A. RECTOR (SBN 199173) |
| | breck@hunton.com | tarector@jonesday.com |
| 2 | HUNTON & WILLIAMS LLP | JONES DAY |
| | 550 South Hope Street, Suite 2000 | 555 California Street, 26th Floor |
| 3 | Los Angeles, CA 90071-2627 | San Francisco, CA 94104 |
| | Telephone:  (213) 532-2000 | Telephone:  415-626-3939 |
| 4 | Facsimile:  (213) 532-2020 | Facsimile:  415-875-5700 |

1 BELYNDA B. RECK (SBN 163561)
breck@hunton.com

2 HUNTON & WILLIAMS LLP
550 South Hope Street, Suite 2000

3 Los Angeles, CA 90071-2627
Telephone:  (213) 532-2000

4 Facsimile:  (213) 532-2020

5 F. WILLIAM BROWNELL (*Pro hac vice*)
bbrownell@hunton.com

6 NORMAN W. FICHTHORN (*Pro hac vice*)
nfichthorn@hunton.com

7 ALLISON D. WOOD (*Pro hac vice*)
awood@hunton.com

8 HUNTON & WILLIAMS LLP
1900 K Street, N.W.

9 Washington, D.C. 20006-1109
Telephone:  (202) 955-1500

10 Facsimile:   (202) 778-2201

11 SHAWN PATRICK REGAN (*Pro hac vice*)
sregan@hunton.com
HUNTON & WILLIAMS LLP

12 200 Park Avenue
New York, NY 10166-0136

13 Telephone:  (212) 309-1000
Facsimile:  (212) 309-1100

14 Attorneys for Defendants DTE ENERGY

15 COMPANY, EDISON INTERNATIONAL,
MIDAMERICAN ENERGY HOLDINGS

16 COMPANY, PINNACLE WEST CAPITAL
CORP., AND THE SOUTHERN COMPANY

17 KATHLEEN TAYLOR SOOY (*Pro hac vice*)
ksooy@crowell.com

18 SCOTT L. WINKELMAN (*Pro hac vice*)
swinkelman@crowell.com

19 TRACY A. ROMAN (*Pro hac vice*)
troman@crowell.com

20 CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.

21 Washington, D.C. 20004-2595
Telephone:  202-624-2500

22 Facsimile:   202-628-5116

23 STEVEN P. RICE (SBN 94321)
srice@crowell.com

24 CROWELL & MORING LLP
3 Park Plaza

25 Irvine, CA 92614
Telephone:  949-798-1310

26 Facsimile:  949-263-8414

27 Attorneys for Defendant PEABODY ENERGY
CORPORATION

28

THOMAS A. RECTOR (SBN 199173)
tarector@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:  415-626-3939
Facsimile:  415-875-5700

THOMAS E. FENNELL (*Pro hac vice*)
tefennell@jonesday.com
MICHAEL L. RICE (*Pro hac vice*))
mlrice@jonesday.com
JONES DAY
2727 N. Harwood Street
Dallas, TX 75201
Telephone:  214-220-3939
Facsimile:  214-969-5100

KEVIN P. HOLEWINSKI (*Pro hac vice*)
kpholewinski@jonesday.com
JONES DAY
41 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  202-879-3939
Facsimile:  202-626-1700

Attorneys for Defendant XCEL ENERGY
INC.

ROBERT B. PRINGLE (SBN 051365)
rbpringle@thelen.com
LAURA A. GUILLEN (SBN 248874)
laguillen@thelen.com
THELEN REID BROWN RAYSMAN
 & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:  (415) 371-1200
Facsimile:  (415) 371-1211

KEVIN A. GAYNOR (*Pro hac vice*)
kgaynor@velaw.com
BENJAMIN S. LIPPARD (*Pro hac vice*)
blippard@velaw.com
VINSON & ELKINS LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008
Telephone:  (202) 639-6500
Facsimile:   (202) 639-6604

Attorneys for Defendant MIRANT CORP.

1    WHEREAS, on February 26, 2008, Plaintiffs Native Village of Kivalina and City of

2    Kivalina ("Plaintiffs") filed the Complaint in this action;

3    WHEREAS, on February 26, 2008, pursuant to Fed. R. Civ. P. 26 and Local R. 16-2, the

4    Court issued an Order Setting Initial Case Management Conference and ADR Deadlines

5    ("February 26, 2008 Order");

6    WHEREAS, on March 19, 2008, Defendants ExxonMobil Corporation; BP America, Inc.;

7    BP Products North America, Inc.; Chevron Corporation; Chevron U.S.A., Inc.; ConocoPhillips

8    Company; Shell Oil Company; AES Corporation; American Electric Power Company, Inc.;

9    American Electric Power Service Corporation; Duke Energy Corporation; DTE Energy

10    Company; Edison International; MidAmerican Energy Holdings Company; Pinnacle West Capital

11    Corporation; The Southern Company; Dynegy Holdings, Inc.; NRG Energy; Reliant Energy, Inc.;

12    Mirant Corporation; Peabody Energy Corporation; and Xcel Energy Inc. ("Defendants") and

13    Plaintiffs filed a stipulation pursuant to Local R. 6-1(a) extending the Defendants' time to respond

14    to the Complaint until June 30, 2008;

15    WHEREAS, Defendants intend to file one or more motions to dismiss the Complaint

16    pursuant to Fed. R. Civ. P. 12(b);

17    WHEREAS, Defendants and Plaintiffs will attempt to agree on a briefing schedule and

18    format for such motions, and will submit their agreements or proposals to the Court for approval;

19    WHEREAS, in light of the legal issues that will be raised by such motions, the parties

20    agree that, with respect to each of the Defendants, the Rule 26(f) conference and Case

21    Management Conference in this matter should be deferred until after the Court has issued a ruling

22    on all motions under Fed. R. Civ. P. 12 with respect to such Defendant; and

23    WHEREAS, Plaintiffs and Defendants have discussed the options for Alternative Dispute

24    Resolution ("ADR") set forth in this Court's ADR Local Rules, and Plaintiffs and Defendants

25    agree that this case is not suited for court-sponsored Alternative Dispute Resolution process at

26    this time;

27    NOW THEREFORE, Plaintiffs and Defendants, through their undersigned counsel,

28    hereby stipulate as follows:

1.    All dates established in the February 26, 2008 Order should be vacated.

2.    The Initial Case Management Conference provided for by Local R. 16-2, all disclosures by both sides pursuant to Fed. R. Civ. P. 26(a), and the ADR Certifications provided for by Local R. 16-8 should be deferred, insofar as they involve any given Defendant, until the Court has issued a ruling upon all motions under Fed. R. Civ. P. 12(b) with respect to such Defendant.

3.    On or before May 28, 2008, Plaintiffs and Defendants will submit to the Court their proposals for the schedule and format of any motions under Fed. R. Civ. P. 12(b), either in the form of a stipulation under Local R. 7-12 or administrative motions under Local R. 7-11.  In contemplation of this submission, and in accordance with this Court's Standing Order, Defendants and Plaintiffs shall meet and confer telephonically, on or before May 16, 2008, to discuss the number, bases, and format of any anticipated motions by any Defendant or Defendants under Fed. R. Civ. P. 12(b).

4.    Plaintiffs reserve any and all rights they may have to seek leave to conduct discovery in connection with such motions, and Defendants reserve any and all rights they may have to object thereto.

5.    In the event that a party concludes that the deferral in paragraph 2 should be terminated, and a new schedule set for the matters addressed therein, such party shall so notify in writing all other parties who have appeared in the action.  Any party that opposes termination of the deferral in paragraph 2 above must file an appropriate motion under Local R. 7-1 within 35 days of receiving such written notice.  Pending the Court's resolution of any such motion, the matters described in paragraph 2 above shall continue to be deferred.

///
///
///
///
///
///

- 2 -

1    6.    This stipulation solely addresses scheduling and is not intended to operate as an

2    admission of any factual allegation or legal conclusion, or as a waiver of any objection, including

3    subject matter jurisdiction, personal jurisdiction, and/or venue.

4    Dated:  May  7, 2008                    Respectfully Submitted,

5    LAW OFFICES OF MATTHEW F. PAWA,          MUNGER, TOLLES & OLSON LLP
     P.C.

6

7    By:  _____            By:  _____
8            Matthew F. Pawa                          Jerome C. Roth

     Attorneys for Plaintiffs                  Attorneys for Defendant
9    NATIVE VILLAGE OF KIVALINA and            SHELL OIL COMPANY
     CITY OF KIVALINA

10
     KING & SPALDING LLP                       O'MELVENY & MYERS LLP
11

12

13   By:  _____            By:  _____
             Tracie Renfroe                           John F. Daum

14   Attorneys for Defendants                  Attorneys for Defendant
     CHEVRON CORPORATION and CHEVRON           EXXON MOBIL CORPORATION
15   U.S.A. INC.

16   ARNOLD & PORTER LLP                       KIRKLAND & ELLIS LLP

17

18   By:  _____            By:  _____
             Matthew Heartney                          Andrew Clubok

     Attorneys for Defendants                  Attorneys for Defendant
19   BP AMERICA, INC., AND BP PRODUCTS         CONOCOPHILLIPS COMPANY
     NORTH AMERICA, INC.

20
     BAKER BOTTS LLP                           GREENBERG TRAURIG LLP
21

22

23   By:  _____            By:  _____
             Jeffrey A. Lamken                         Richard K. Welsh

24   Attorneys for Defendants                  Attorneys for Defendant
     DYNEGY HOLDINGS, INC., NRG                THE AES CORPORATION
25   ENERGY, AND RELIANT ENERGY, INC.

26

27

28

- 3 -

STIPULATION RE: CASE MANAGEMENT CONFERENCE

1       6.    This stipulation solely addresses scheduling and is not intended to operate as an

2  admission of any factual allegation or legal conclusion, or as a waiver of any objection, including

3  subject matter jurisdiction, personal jurisdiction, and/or venue.

4  Dated: May ___, 2008          Respectfully Submitted,

5  LAW OFFICES OF MATTHEW F. PAWA,     MUNGER, TOLLES & OLSON LLP
   P.C.
6

7  By: _____     By: _____
           Matthew F. Pawa                 Jerome C. Roth
8  Attorneys for Plaintiffs          Attorneys for Defendant
   NATIVE VILLAGE OF KIVALINA and    SHELL OIL COMPANY
9  CITY OF KIVALINA

10  KING & SPALDING LLP            O'MELVENY & MYERS LLP
11

12
13  By: _____     By: _____
           Tracie Renfroe              John F. Daum
14  Attorneys for Defendants        Attorneys for Defendant
   CHEVRON CORPORATION and CHEVRON  EXXON MOBIL CORPORATION
15  U.S.A. INC.

16  ARNOLD & PORTER LLP          KIRKLAND & ELLIS LLP

17  By: _____     By: _____
           Matthew Heartney           Andrew Clubok
18  Attorneys for Defendants        Attorneys for Defendant
   BP AMERICA, INC., AND BP PRODUCTS  CONOCOPHILLIPS COMPANY
19  NORTH AMERICA, INC.

20  BAKER BOTTS LLP             GREENBERG TRAURIG LLP
21

22  By: _____     By: _____
           Jeffrey A. Lamken          Richard K. Welsh
23  Attorneys for Defendants        Attorneys for Defendant
   DYNEGY HOLDINGS, INC., NRG     THE AES CORPORATION
24  ENERGY, AND RELIANT ENERGY, INC.

25

26

27

28

                  - 3 -

1        6.    This stipulation solely addresses scheduling and is not intended to operate as an

2    admission of any factual allegation or legal conclusion, or as a waiver of any objection, including

3    subject matter jurisdiction, personal jurisdiction, and/or venue.

4    Dated: May ___, 2008           Respectfully Submitted,

5    LAW OFFICES OF MATTHEW F. PAWA,    MUNGER, TOLLES & OLSON LLP
     P.C.
6

7    By: _____        By: _____
             Matthew F. Pawa                Jerome C. Roth
8
     Attorneys for Plaintiffs          Attorneys for Defendant
9    NATIVE VILLAGE OF KIVALINA and    SHELL OIL COMPANY
     CITY OF KIVALINA

10   KING & SPALDING LLP          O'MELVENY & MYERS LLP

11

12
     By: _____        By: _____
13           Tracie Renfroe                John F. Daum
     Attorneys for Defendants         Attorneys for Defendant
14   CHEVRON CORPORATION and CHEVRON    EXXON MOBIL CORPORATION
     U.S.A. INC.
15

16   ARNOLD & PORTER LLP          KIRKLAND & ELLIS LLP

17   By: _____        By: _____
             Matthew Heartney             Andrew Clubok
18
     Attorneys for Defendants         Attorneys for Defendant
19   BP AMERICA, INC., AND BP PRODUCTS    CONOCOPHILLIPS COMPANY
     NORTH AMERICA, INC.

20   BAKER BOTTS LLP            GREENBERG TRAURIG LLP

21

22
     By: _____        By: _____
23           Jeffrey A. Lamken           Richard K. Welsh
     Attorneys for Defendants         Attorneys for Defendant
24   DYNEGY HOLDINGS, INC., NRG        THE AES CORPORATION
     ENERGY, AND RELIANT ENERGY, INC.
25

26

27

28

STIPULATION RE: CASE MANAGEMENT CONFERENCE

1        6.     This stipulation solely addresses scheduling and is not intended to operate as an

2   admission of any factual allegation or legal conclusion, or as a waiver of any objection, including

3   subject matter jurisdiction, personal jurisdiction, and/or venue.

4   Dated:  May ___, 2008             Respectfully Submitted,

5   LAW OFFICES OF MATTHEW F. PAWA,   MUNGER, TOLLES & OLSON LLP
   P.C.

6

7   By: _____      By: _____
            Matthew F. Pawa                 Jerome C. Roth

8   Attorneys for Plaintiffs          Attorneys for Defendant
9   NATIVE VILLAGE OF KIVALINA and   SHELL OIL COMPANY
   CITY OF KIVALINA

10   KING & SPALDING LLP         O'MELVENY & MYERS LLP

11

12   By: _____      By: _____
13            Tracie Renfroe                John F. Daum

14   Attorneys for Defendants        Attorneys for Defendant
   CHEVRON CORPORATION and CHEVRON  EXXON MOBIL CORPORATION
15   U.S.A. INC.

16   ARNOLD & PORTER LLP        KIRKLAND & ELLIS LLP

17   By: _____      By: _____
           Matthew Heartney           Andrew Clubok

18   Attorneys for Defendants        Attorneys for Defendant
19   BP AMERICA, INC., AND BP PRODUCTS  CONOCOPHILLIPS COMPANY
   NORTH AMERICA, INC.

20   BAKER BOTTS LLP           GREENBERG TRAURIG LLP

21

22   By: _____      By: _____
23            Jeffrey A. Lamken           Richard K. Welsh

24   Attorneys for Defendants        Attorneys for Defendant
   DYNEGY HOLDINGS, INC., NRG     THE AES CORPORATION
25   ENERGY, AND RELIANT ENERGY, INC.

26

27

28

- 3 -

6. This stipulation solely addresses scheduling and is not intended to operate as an admission of any factual allegation or legal conclusion, or as a waiver of any objection, including subject matter jurisdiction, personal jurisdiction, and/or venue.

Dated: May ___, 2008                      Respectfully Submitted,

LAW OFFICES OF MATTHEW F. PAWA, P.C.                      MUNGER, TOLLES & OLSON LLP

By: _____            By: _____
        Matthew F. Pawa                             Jerome C. Roth

Attorneys for Plaintiffs                         Attorneys for Defendant
NATIVE VILLAGE OF KIVALINA and         SHELL OIL COMPANY
CITY OF KIVALINA

KING & SPALDING LLP                      O'MELVENY & MYERS LLP


By: _____            By: _____
        Tracie Renfroe                              John F. Daum

Attorneys for Defendants                       Attorneys for Defendant
CHEVRON CORPORATION and CHEVRON      EXXON MOBIL CORPORATION
U.S.A. INC.

ARNOLD & PORTER LLP                      KIRKLAND & ELLIS LLP

By: _____            By: _____
        Matthew Heartney                          Andrew Clubok

Attorneys for Defendants                       Attorneys for Defendant
BP AMERICA, INC., AND BP PRODUCTS      CONOCOPHILLIPS COMPANY
NORTH AMERICA, INC.

BAKER BOTTS LLP                          GREENBERG TRAURIG LLP


By: _____            By: _____
        Jeffrey A. Lamken                          Richard K. Welsh

Attorneys for Defendants                       Attorneys for Defendant
DYNEGY HOLDINGS, INC., NRG             THE AES CORPORATION
ENERGY, AND RELIANT ENERGY, INC.

- 3 -

STIPULATION RE: CASE MANAGEMENT CONFERENCE

1    6.    This stipulation solely addresses scheduling and is not intended to operate as an

2    admission of any factual allegation or legal conclusion, or as a waiver of any objection, including

3    subject matter jurisdiction, personal jurisdiction, and/or venue.

4    Dated: May ___, 2008                    Respectfully Submitted,

5    LAW OFFICES OF MATTHEW F. PAWA,          MUNGER, TOLLES & OLSON LLP
     P.C.
6

7    By: _____              By: _____
               Matthew F. Pawa                          Jerome C. Roth
8
     Attorneys for Plaintiffs                 Attorneys for Defendant
9    NATIVE VILLAGE OF KIVALINA and           SHELL OIL COMPANY
     CITY OF KIVALINA
10
     KING & SPALDING LLP                      O'MELVENY & MYERS LLP
11

12
     By: _____              By: _____
13             Tracie Renfroe                           John F. Daum

14   Attorneys for Defendants                 Attorneys for Defendant
     CHEVRON CORPORATION and CHEVRON          EXXON MOBIL CORPORATION
15   U.S.A. INC.

16   ARNOLD & PORTER LLP                      KIRKLAND & ELLIS LLP

17   By: _____              By: _____
               Matthew Heartney                         Andrew Clubok
18
     Attorneys for Defendants                 Attorneys for Defendant
19   BP AMERICA, INC., AND BP PRODUCTS        CONOCOPHILLIPS COMPANY
     NORTH AMERICA, INC.
20
     BAKER BOTTS LLP                          GREENBERG TRAURIG LLP
21

22
     By: _____              By: _____
23          Jeffrey A. Lamken                           Richard K. Welsh

24   Attorneys for Defendants                 Attorneys for Defendant
     DYNEGY HOLDINGS, INC., NRG               THE AES CORPORATION
25   ENERGY, AND RELIANT ENERGY, INC.

26

27

28

- 3 -

6.     This stipulation solely addresses scheduling and is not intended to operate as an

admission of any factual allegation or legal conclusion, or as a waiver of any objection, including

subject matter jurisdiction, personal jurisdiction, and/or venue.

Dated: May ___, 2008                    Respectfully Submitted,

LAW OFFICES OF MATTHEW F. PAWA,         MUNGER, TOLLES & OLSON LLP
P.C.

By: _____           By: _____
          Matthew F. Pawa                          Jerome C. Roth

Attorneys for Plaintiffs                 Attorneys for Defendant
NATIVE VILLAGE OF KIVALINA and           SHELL OIL COMPANY
CITY OF KIVALINA

KING & SPALDING LLP                      O'MELVENY & MYERS LLP


By: _____           By: _____
          Tracie Renfroe                           John F. Daum

Attorneys for Defendants                 Attorneys for Defendant
CHEVRON CORPORATION and CHEVRON          EXXON MOBIL CORPORATION
U.S.A. INC.

ARNOLD & PORTER LLP                      KIRKLAND & ELLIS LLP


By: _____           By: _____
          Matthew Heartney                         Andrew Clubok

Attorneys for Defendants                 Attorneys for Defendant
BP AMERICA, INC., AND BP PRODUCTS        CONOCOPHILLIPS COMPANY
NORTH AMERICA, INC.

BAKER BOTTS LLP                          GREENBERG TRAURIG LLP


By: _____           By: _____
          Jeffrey A. Lamken                        Richard K. Welsh

Attorneys for Defendants                 Attorneys for Defendant
DYNEGY HOLDINGS, INC., NRG               THE AES CORPORATION
ENERGY, AND RELIANT ENERGY, INC.

- 3 -

STIPULATION RE: CASE MANAGEMENT CONFERENCE

1

JONES DAY                                    CROWELL & MORING LLP

2

3      By: _Thomas A Rector by RH_            By: _____
              Thomas A. Rector                          Steven P. Rice
4
Attorneys for Defendant                      Attorneys for Defendant
5      XCEL ENERGY INC.                       PEABODY ENERGY CORPORATION

6      SIDLEY AUSTIN LLP                      HUNTON & WILLIAMS LLP

7

8      By: _____           By: _____
              Samuel R. Miller                          Shawn Patrick Regan
9
Attorneys for Defendants                     Attorneys for Defendants
       AMERICAN ELECTRIC POWER                DTE ENERGY COMPANY, EDISON
10     COMPANY, AMERICAN ELECTRIC             INTERNATIONAL, MIDAMERICAN
       POWER SERVICE CORPORATION, AND         ENERGY HOLDINGS COMPANY,
11     DUKE ENERGY CORPORATION                PINNACLE WEST CAPITAL CORP., AND
                                              THE SOUTHERN COMPANY
12

13     THELEN REID BROWN RAYSMAN
        & STEINER LLP
       VINSON & ELKINS LLP
14

15

16     By: _____
              Robert B. Pringle
17     Attorneys for Defendant
       MIRANT CORPORATION
18

19

20

21

22

23

24

25

26

27

28

                                    - 4 -

1

JONES DAY

CROWELL & MORING LLP

2

3

By: _____
          Thomas A. Rector

By: _____
          Steven P. Rice

4

Attorneys for Defendant
XCEL ENERGY INC.

Attorneys for Defendant
PEABODY ENERGY CORPORATION

5

6

SIDLEY AUSTIN LLP

HUNTON & WILLIAMS LLP

7

8

By: _____
          Samuel R. Miller

By: _____
          Shawn Patrick Regan

9

Attorneys for Defendants
AMERICAN ELECTRIC POWER
COMPANY, AMERICAN ELECTRIC
POWER SERVICE CORPORATION, AND
DUKE ENERGY CORPORATION

Attorneys for Defendants
DTE ENERGY COMPANY, EDISON
INTERNATIONAL, MIDAMERICAN
ENERGY HOLDINGS COMPANY,
PINNACLE WEST CAPITAL CORP., AND
THE SOUTHERN COMPANY

10

11

12

13

THELEN REID BROWN RAYSMAN
  & STEINER LLP
VINSON & ELKINS LLP

14

15

16

By: _____
          Robert B. Pringle

17

Attorneys for Defendant
MIRANT CORPORATION

18

19

20

21

22

23

24

25

26

27

28

- 4 -

1    JONES DAY                           CROWELL & MORING LLP

2

3    By: _____      By: _____
              Thomas A. Rector                   Steven P. Rice
4
     Attorneys for Defendant             Attorneys for Defendant
5    XCEL ENERGY INC.                    PEABODY ENERGY CORPORATION

6    SIDLEY AUSTIN LLP                   HUNTON & WILLIAMS LLP

7

8    By: _____      By: _____
              Samuel R. Miller                  Shawn Patrick Regan
9
     Attorneys for Defendants           Attorneys for Defendants
10   AMERICAN ELECTRIC POWER            DTE ENERGY COMPANY, EDISON
     COMPANY, AMERICAN ELECTRIC         INTERNATIONAL, MIDAMERICAN
     POWER SERVICE CORPORATION, AND     ENERGY HOLDINGS COMPANY,
11   DUKE ENERGY CORPORATION            PINNACLE WEST CAPITAL CORP., AND
                                        THE SOUTHERN COMPANY
12
     THELEN REID BROWN RAYSMAN
13     & STEINER LLP
     VINSON & ELKINS LLP
14

15
     By: _____
16            Robert B. Pringle

17   Attorneys for Defendant
     MIRANT CORPORATION
18

19

20

21

22

23

24

25

26

27

28

                                    - 4 -

                STIPULATION RE: CASE MANAGEMENT CONFERENCE

1

JONES DAY                                    CROWELL & MORING LLP

2

3

By: _____        By: _____
          Thomas A. Rector                          Steven P. Rice

4

Attorneys for Defendant                      Attorneys for Defendant

5

XCEL ENERGY INC.                             PEABODY ENERGY CORPORATION

6

SIDLEY AUSTIN LLP                            HUNTON & WILLIAMS LLP

7

8

By: _____        By: _____
          Samuel R. Miller                          Shawn Patrick Regan

9

Attorneys for Defendants                     Attorneys for Defendants

10

AMERICAN ELECTRIC POWER                      DTE ENERGY COMPANY, EDISON
COMPANY, AMERICAN ELECTRIC                   INTERNATIONAL, MIDAMERICAN
POWER SERVICE CORPORATION, AND               ENERGY HOLDINGS COMPANY,

11

DUKE ENERGY CORPORATION                      PINNACLE WEST CAPITAL CORP., AND
                                             THE SOUTHERN COMPANY

12

THELEN REID BROWN RAYSMAN

13

  & STEINER LLP
VINSON & ELKINS LLP

14

15

16

By: _____
          Robert B. Pringle

17

Attorneys for Defendant
MIRANT CORPORATION

18

19

20

21

22

23

24

25

26

27

28

- 4 -

STIPULATION RE: CASE MANAGEMENT CONFERENCE

1  JONES DAY                                    CROWELL & MORING LLP

2

3  By: _____                 By: _____
              Thomas A. Rector                            Steven P. Rice
4
   Attorneys for Defendant                      Attorneys for Defendant
5  XCEL ENERGY INC.                             PEABODY ENERGY CORPORATION

6  SIDLEY AUSTIN LLP                            HUNTON & WILLIAMS LLP

7

8  By: _____                 By: _____
              Samuel R. Miller                           Shawn Patrick Regan
9
   Attorneys for Defendants                     Attorneys for Defendants
10 AMERICAN ELECTRIC POWER                      DTE ENERGY COMPANY, EDISON
   COMPANY, AMERICAN ELECTRIC                   INTERNATIONAL, MIDAMERICAN
   POWER SERVICE CORPORATION, AND               ENERGY HOLDINGS COMPANY,
11 DUKE ENERGY CORPORATION                      PINNACLE WEST CAPITAL CORP., AND
                                                THE SOUTHERN COMPANY
12

13 THELEN REID BROWN RAYSMAN
     & STEINER LLP
   VINSON & ELKINS LLP
14

15 By: _____
              Kevin A. Gaynor
16

17 Attorneys for Defendant
   MIRANT CORPORATION

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: CASE MANAGEMENT CONFERENCE

1 | LUKE W. COLE (SBN 145505)
luke@igc.org

2 | BRENT NEWELL (SBN 210312)
brent@igc.org

3 | CENTER ON RACE, POVERTY &
  THE ENVIRONMENT

4 | 47 Kearny Street, Suite 804
San Francisco, CA  94108

5 | Telephone:     (415) 346-4179
Facsimile:      (415) 346-8723

6 | MATTHEW F. PAWA (*Pro hac vice*)

7 | mp@pawalaw.com
LAW OFFICES OF MATTHEW F. PAWA, P.C.

8 | 1280 Centre Street, Suite 230
Newton Centre, MA  02459

9 | Telephone:  (617) 641-9550
Facsimile:  (617) 641-9551

10 | Attorneys for Plaintiffs
NATIVE VILLAGE OF KIVALINA and CITY OF

11 | KIVALINA

12 | RONALD L. OLSON (SBN 44597)
Ronald.Olson@mto.com

13 | DANIEL P. COLLINS (SBN 139164)
Daniel.Collins@mto.com

14 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor

15 | Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100

16 | Facsimile:      (213) 687-3702

17 | Attorneys for Defendant
SHELL OIL COMPANY

18 | [*Counsel Listing Continued on Next Three Pages*]

19 | UNITED STATES DISTRICT COURT

20 | NORTHERN DISTRICT OF CALIFORNIA

21 | OAKLAND DIVISION

22 | NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA, | CASE NO.  C 08-01138 SBA

23 | Plaintiffs, | **[PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE**

24 | vs.

25 | EXXON MOBIL CORPORATION, *et al.*,

Defendants.

26 |

27 |

28 |

1  HEATHER KENDALL MILLER (*Pro hac vice*)
   kendall@narf.org
2  NATIVE AMERICAN RIGHTS FUND
   420 L Street, Suite 505
3  Anchorage, AK 99515
   907-276-0680
4  Fax: 907-276-2466

5  STEVE W. BERMAN (*Pro hac vice*)
   steve@hbsslaw.com
6  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Fifth Avenue, Suite 2900
7  Seattle, WA  98101
   Telephone:  (206) 623-7292
8  Facsimile:  (206)623-0594

9  REED R. KATHREIN (SBN 139304)
   Email: reed@hbsslaw.com
   HAGENS BERMAN SOBOL SHAPIRO LLP
10 715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
11 (510) 725-3000
   Fax: (510) 725-3001
12
   GARY E. MASON (*Pro hac vice*)
13 Email: gmason@masonlawdc.com
   THE MASON LAW FIRM, LLP
14 1225 19th Street, NW
   Suite 500
15 Washington, DC 20036
   202-429-2290
16 Fax: 202-429-2294

   DENNIS J. REICH (*Pro hac vice*)
   Email: dreich@reichandbinstock.com
   REICH & BINSTOCK, LLP
   4265 San Felipe Blvd., Suite 1000
   Houston, TX 77027
   713-622-7271
   Fax: 713-623-8724

   CHRISTOPHER A. SEEGER (*Pro hac vice*)
   Email: cseeger@seegerweiss.com
   STEPHEN A. WEISS (*Pro hac vice*)
   Email: sweiss@seegerweiss.com
   SEEGER WEISS LLP
   One William Street
   New York, NY 10004
   212-584-0700
   Fax: 212-584-0799

   STEPHEN D. SUSMAN (*Pro hac vice*)
   Email: ssusman@susmangodfrey.com
   SUSMAN GODFREY L.L.P.
   1000 Louisiana Street
   Suite 5100
   Houston, TX 77002
   713-651-9366
   Fax: 713-654-6666

17 Attorneys for Plaintiffs NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA

18 MATTHEW HEARTNEY (SBN 123516)
   Matthew.Heartney@aporter.com
   ARNOLD & PORTER LLP
19 777 S. Figueroa Street, 44th Floor
   Los Angeles, CA  90017-5844
20 Telephone: (213) 243-4150
   Facsimile: (213) 243-4199
21
   PHILIP H. CURTIS (*Pro hac vice* pending)
22 Philip.Curtis@aporter.com
   MICHAEL B. GERRARD  (*Pro hac vice* pending)
23 Michael.Gerrard@ aporter.com
   ARNOLD & PORTER LLP
24 399 Park Avenue
   New York, New York 10022
25 Telephone: (212) 715-1000
   Facsimile: (212) 715-1399

   SAMUEL R. MILLER (SBN 66871)
   srmiller@sidley.com
   SIDLEY AUSTIN LLP
   555 California Street
   San Francisco, CA 94104
   Telephone: (415) 772-1200
   Facsimile : (415) 772-7400

   DAVID T. BUENTE, JR. (*Pro hac vice*)
   dbuente@sidley.com
   JOSEPH R. GUERRA (*Pro hac vice*)
   jguerra@sidley.com
   SIDLEY AUSTIN LLP
   1501 K Street, N.W.
   Washington, D.C. 20005
   Telephone:  (202) 736-8000
   Facsimile:   (202) 736-8711

26 Attorneys for Defendants BP AMERICA, INC.,
   AND BP PRODUCTS NORTH AMERICA, INC.
27
28

   Attorneys for Defendants AMERICAN
   ELECTRIC POWER COMPANY,
   AMERICAN ELECTRIC POWER
   SERVICE CORP., AND DUKE ENERGY
   CORP.

1  TRACIE J. RENFROE (*Pro hac vice*)          STUART A. C. DRAKE (*Pro hac vice*)
   trenfroe@kslaw.com                           sdrake@kirkland.com
2  JONATHAN L. MARSH (*Pro hac vice*)          ANDREW CLUBOK (*Pro hac vice*)
   jmarsh@kslaw.com                             aclubok@kirkland.com
3  ROBERT MEADOWS (*Pro hac vice*)             SUSAN E. ENGEL (*Pro hac vice*)
   rmeadows@kslaw.com                           seengel@kirkland.com
4  KING & SPALDING LLP                          KIRKLAND & ELLIS LLP
   1100 Louisiana Street, Suite 4000            655 Fifteenth Street, N.W.
5  Houston, TX  77002-5213                      Washington, D.C. 20005
   Telephone:    (713) 751-3200                 Telephone: (202) 879-5173
6  Facsimile:    (713) 751-3290                 Facsimile:  (202) 879-5200

7  LISA KOBIALKA (SBN 191404)                   ELIZABETH DEELEY (SBN 230798)
   lkobialka@kslaw.com                          edeeley@kirkland.com
8  KING & SPALDING LLP                          KIRKLAND & ELLIS LLP
   1000 Bridge parkway, Suite 100               555 California Street
9  Redwood City, CA  94065                      San Francisco, CA 94104
   Telephone:    (650) 590-0700                 Telephone: (415) 439-1861
10 Facsimile:    (650) 590-1900                 Facsimile: (415) 439-1500

   Attorneys for Defendants                     Attorneys for Defendant
11 CHEVRON CORPORATION and                      CONOCOPHILLIPS COMPANY
   CHEVRON U.S.A. INC.
12
   JOHN F. DAUM (SBN 52313)                     JEROME C. ROTH (SBN 159483)
13 jdaum@omm.com                                Jerome.Roth@mto.com
   JONATHAN D. HACKER (*Pro hac vice*)          MUNGER, TOLLES & OLSON LLP
14 jhacker@omm.com                              560 Mission Street
   O'MELVENY & MYERS LLP                        San Francisco, CA  94105-2907
15 400 South Hope Street                        Telephone:    (415) 512-4000
   Los Angeles, CA 90071-2899                   Facsimile:    (415) 512-4077
16 Telephone: (213) 430-6111
   Facsimile:  (213) 430-6407                   Attorneys for Defendant
17                                              SHELL OIL COMPANY
   Attorneys for Defendant
18 EXXON MOBIL CORPORATION

19 JEFFREY A. LAMKEN (SBN 154217)               RICHARD K. WELSH (SBN 208825)
   jeffrey.lamken@bakerbotts.com                welshr@gtlaw.com
20 JEREMY LEVIN (SBN 210577)                    SCOTT BERTZYK (SBN 116449)
   jeremy.levin@bakerbotts.com                  bertzyks@gtlaw.com
21 BAKER BOTTS LLP                              FELIX LEBRON (SBN 232984)
   The Warner                                   lebronf@gtlaw.com
22 1299 Pennsylvania Ave., N.W.                 KAMRAN SALOUR (SBN 247983)
   Washington, DC  20004-2400                   salourk@gtlaw.com
23 Telephone: (202) 639-7700                    GREENBERG TRAURIG LLP
   Facsimile:  (202) 639-7890                   2450 Colorado Avenue, Suite 400E
24                                              Santa Monica, CA 90404
   Attorneys for Defendants                     Telephone:  (310) 586-7700
   DYNEGY HOLDINGS, INC., NRG ENERGY,           Facsimile:   (310) 586-7800
25 INC. and RELIANT ENERGY, INC.
                                                Attorneys for Defendant The AES
26                                              CORPORATION

27

28

| | | |
|---|---|---|
| 1 | BELYNDA B. RECK (SBN 163561)<br>breck@hunton.com | THOMAS A. RECTOR (SBN 199173)<br>tarector@jonesday.com |
| 2 | HUNTON & WILLIAMS LLP<br>550 South Hope Street, Suite 2000 | JONES DAY<br>555 California Street, 26th Floor |
| 3 | Los Angeles, CA 90071-2627<br>Telephone:  (213) 532-2000 | San Francisco, CA 94104<br>Telephone:  415-626-3939 |
| 4 | Facsimile:  (213) 532-2020 | Facsimile:  415-875-5700 |

1   BELYNDA B. RECK (SBN 163561)
    breck@hunton.com
2   HUNTON & WILLIAMS LLP
    550 South Hope Street, Suite 2000
3   Los Angeles, CA 90071-2627
    Telephone:  (213) 532-2000
4   Facsimile:  (213) 532-2020

    THOMAS A. RECTOR (SBN 199173)
    tarector@jonesday.com
    JONES DAY
    555 California Street, 26th Floor
    San Francisco, CA 94104
    Telephone:  415-626-3939
    Facsimile:  415-875-5700

5   F. WILLIAM BROWNELL (*Pro hac vice*)
    bbrownell@hunton.com
6   NORMAN W. FICHTHORN (*Pro hac vice*)
    nfichthorn@hunton.com
7   ALLISON D. WOOD (*Pro hac vice*)
    awood@hunton.com
8   HUNTON & WILLIAMS LLP
    1900 K Street, N.W.
9   Washington, D.C. 20006-1109
    Telephone:  (202) 955-1500
10  Facsimile:  (202) 778-2201

    THOMAS E. FENNELL (*Pro hac vice*)
    tefennell@jonesday.com
    MICHAEL L. RICE (*Pro hac vice*))
    mlrice@jonesday.com
    JONES DAY
    2727 N. Harwood Street
    Dallas, TX 75201
    Telephone:  214-220-3939
    Facsimile:  214-969-5100

    KEVIN P. HOLEWINSKI (*Pro hac vice*)
    kpholewinski@jonesday.com

11  SHAWN PATRICK REGAN (*Pro hac vice*)
    sregan@hunton.com
    HUNTON & WILLIAMS LLP
12  200 Park Avenue
    New York, NY 10166-0136
13  Telephone:  (212) 309-1000
    Facsimile:  (212) 309-1100

    JONES DAY
    41 Louisiana Avenue, N.W.
    Washington, D.C. 20001
    Telephone:  202-879-3939
    Facsimile:  202-626-1700

14  Attorneys for Defendants DTE ENERGY
15  COMPANY, EDISON INTERNATIONAL,
    MIDAMERICAN ENERGY HOLDINGS
16  COMPANY, PINNACLE WEST CAPITAL
    CORP., AND THE SOUTHERN COMPANY

    Attorneys for Defendant XCEL ENERGY
    INC.

17  KATHLEEN TAYLOR SOOY (*Pro hac vice*)
    ksooy@crowell.com
18  SCOTT L. WINKELMAN (*Pro hac vice*)
    swinkelman@crowell.com
19  TRACY A. ROMAN (*Pro hac vice*)
    troman@crowell.com
20  CROWELL & MORING LLP
    1001 Pennsylvania Ave., N.W.
21  Washington, D.C. 20004-2595
    Telephone:  202-624-2500
22  Facsimile:  202-628-5116

    ROBERT B. PRINGLE (SBN 051365)
    rbpringle@thelen.com
    LAURA A. GUILLEN (SBN 248874)
    laguillen@thelen.com
    THELEN REID BROWN RAYSMAN
     & STEINER LLP
    101 Second Street, Suite 1800
    San Francisco, CA 94105
    Telephone:  (415) 371-1200
    Facsimile:  (415) 371-1211

23  STEVEN P. RICE (SBN 94321)
    srice@crowell.com
24  CROWELL & MORING LLP
    3 Park Plaza
25  Irvine, CA 92614
    Telephone:  949-798-1310
26  Facsimile:  949-263-8414

    KEVIN A. GAYNOR (*Pro hac vice*)
    kgaynor@velaw.com
    BENJAMIN S. LIPPARD (*Pro hac vice*)
    blippard@velaw.com
    VINSON & ELKINS LLP
    1455 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004-1008
    Telephone:  (202) 639-6500
    Facsimile:  (202) 639-6604

27  Attorneys for Defendant PEABODY ENERGY
    CORPORATION

    Attorneys for Defendant MIRANT CORP.

28

1    Pursuant to the Stipulation of the Plaintiffs and of Defendants ExxonMobil Corporation;

2    BP America, Inc.; BP Products North America, Inc.; Chevron Corporation; Chevron U.S.A., Inc.;

3    ConocoPhillips Company; Shell Oil Company; The AES Corporation; American Electric Power

4    Company, Inc.; American Electric Power Service Corporation; Duke Energy Corporation; DTE

5    Energy Company; Edison International; MidAmerican Energy Holdings Company; Pinnacle West

6    Capital Corporation; The Southern Company; Dynegy Holdings, Inc.; NRG Energy; Reliant

7    Energy, Inc.; Mirant Corporation; Peabody Energy Corporation; and Xcel Energy Inc.

8    ("Defendants"), and FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

9    1.    All dates established in the "Order Setting Initial Case Management Conference

10    and ADR Deadlines," filed in this case on February 26, 2008, are vacated.

11    2.    The Initial Case Management Conference provided for by Local R. 16-2, all

12    disclosures by both sides pursuant to Fed. R. Civ. P. 26(a), and the ADR Certifications provided

13    for by Local R. 16-8 should be deferred, insofar as they involve any given Defendant, until the

14    Court has issued a ruling upon all motions under Fed. R. Civ. P. 12(b) with respect to such

15    Defendant.

16    3.    On or before May 28, 2008, Plaintiffs and Defendants will submit to the Court

17    their proposals for the schedule and format of any motions under Fed. R. Civ. P. 12(b), either in

18    the form of a stipulation under Local R. 7-12 or administrative motions under Local R. 7-11.  In

19    contemplation of this submission, and in accordance with this Court's Standing Order,

20    Defendants and Plaintiffs shall meet and confer telephonically, on or before May 16, 2008, to

21    discuss the number, bases, and format of any anticipated motions by any Defendant or

22    Defendants under Fed. R. Civ. P. 12(b).

23    4.    In the event that a party concludes that the deferral in paragraph 2 should be

24    terminated, and a new schedule set for the matters addressed therein, such party shall so notify in

25    writing all other parties who have appeared in the action.  Any party that opposes termination of

26    the deferral in paragraph 2 above must file an appropriate motion under Local R. 7-1 within 35

27    ///

28    ///

1    days of receiving such written notice.  Pending the Court's resolution of any such motion, the

2    matters described in paragraph 2 above shall continue to be deferred.

3    DATED: May _____, 2008

4

5                                              By:_____
                                                      The Hon. Saundra B. Armstrong
6                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE