1
2
3
4
5
6
7

**RECEIVED**
MAY - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
MAY 0 9 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8          UNITED STATES DISTRICT COURT
9          NORTHERN DISTRICT OF CALIFORNIA
10         OAKLAND DIVISION
11

| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA, | Civ. Action No. CV-08 1138 SBA |
|---|---|
| Plaintiff, | Judge: Hon. Saundra Brown Armstrong |
| v. | **(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF JEFFREY BOSSERT CLARK** |
| EXXONMOBIL CORPORATION et al. | ***PRO HAC VICE*** |
| Defendants. | |

1  Jeffrey Bossert Clark, an active member in good standing of the bar of the District of
2  Columbia, whose business address and telephone number is Kirkland & Ellis LLP, 655 Fifteenth
3  Street N.W., Washington, DC 20005-5793, (202) 879-5000, having applied in the above-entitled
4  action for admission to practice in the Northern District of California on a *pro hac vice* basis,
5  representing ConocoPhillips Company.

6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8  *vice*. Service of papers upon and communication with co-counsel designated in the application
9  will constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order 45, *Electronic Case Filing*.

Dated: 5-8-08

Hon. Saundra Brown Armstrong
United States District Judge

(Proposed) Order Granting Application for
Admission *Pro Hac Vice* of Jeffrey Bossert Clark

CASE NO. CV-08 1138 SBA