RECEIVED
MAY - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



FILED
MAY 0 ~ 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EXXONMOBIL CORPORATION; BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; CHEVRON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICES CORPORATION; DTC ENERGY COMPANY; DUKE ENERGY CORPORATION; DYNEGY HOLDINGS, INC.; EDISON INTERNATIONAL; MIDAMERICAN ENERGY HOLDINGS COMPANY; MIRANT CORPORATION; NRG ENERGY; PINNACLE WEST CAPITAL CORPORATION; RELIANT ENERGY, INC.; THE SOUTHERN COMPANY; AND XCEL ENERGY, INC.,<br><br>　　　　　　Defendants. | Case No. C 08-01138 SBA<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF PHILIP H. CURTIS *PRO HAC VICE* |

Philip H. Curtis, an active member in good standing of the bar of the State of New York and admitted to practice before all courts of the State of New York, whose business address and telephone number is ARNOLD & PORTER LLP, 399 Park Avenue, New York, NY 10022-4690; Telephone: 212.715.1000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants BP America Inc. and BP Products North America Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5-8-08

THE HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

461828

- 2 -

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION
OF PHILIP H. CURTIS *PRO HAC VICE* – Case No. C 08-01138 SBA

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844.

On May 5, 2008, I served the foregoing document described as:

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF PHILIP H. CURTIS *PRO HAC VICE***

☒ by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☒ **BY MAIL** I placed such envelope with postage thereon prepaid in the United States Mail at 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. Executed on May 5, 2008 at Los Angeles, California.

☐ **BY FACSIMILE** The above-referenced document (together with all exhibits and attachments thereto) was transmitted via facsimile transmission to the addressee(s) as indicated on the attached mailing list on the date thereof. The transmission was reported as completed and without error. Executed on          at Los Angeles, California.

☐ **BY FEDERAL EXPRESS** I am readily familiar with Arnold & Porter LLP's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. Under said practices, items to be delivered the next business day are either picked up by Federal Express or deposited in a box or other facility regularly maintained by Federal Express in the ordinary course of business on that same day with the cost thereof billed to Arnold & Porter LLP's account. I placed such sealed envelope for delivery by Federal Express to the offices of the addressee(s) as indicated on the attached mailing list on the date hereof following ordinary business practices. Executed on          at Los Angeles, California.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 5, 2008, at Los Angeles, California.

Paulie Davis                    Signature

461717_1.DOC

CERTIFICATE OF SERVICE - Case No. C 08-01138 SBA

## ATTACHED SERVICE LIST

| | |
|---|---|
| LUKE W. COLE (SBN 145505)<br>luke@igc.org<br>BRENT NEWELL (SBN 210312)<br>brent@igc.org<br>**CENTER ON RACE, POVERTY &<br>THE ENVIRONMENT**<br>47 Kearny Street, Suite 804<br>San Francisco, CA 94108<br>Telephone:   (415) 346-4179<br>Facsimile:   (415) 346-8723 | GARY E. MASON (*Pro hac vice*)<br>Email: gmason@masonlawdc.com<br>**THE MASON LAW FIRM, LLP**<br>1225 19th Street, NW<br>Suite 500<br>Washington, DC 20036<br>202-429-2290<br>Fax: 202-429-2294 |
| MATTHEW F. PAWA (*Pro hac vice*)<br>mp@pawalaw.com<br>BENJAMIN KRASS (*Pro hac vice*)<br>MARK R. RIELLY (*Pro hac vice*)<br>**LAW OFFICES OF MATTHEW F. PAWA, PC**<br>1280 Centre Street, Suite 230<br>Newton Centre, MA 02459<br>Telephone:   (617) 641-9550<br>Facsimile:   (617) 641-9551 | DENNIS J. REICH (*Pro hac vice*)<br>Email: dreich@reichandbinstock.com<br>**REICH & BINSTOCK, LLP**<br>4265 San Felipe Blvd., Suite 1000<br>Houston, TX 77027<br>713-622-7271<br>Fax: 713-623-8724 |
| HEATHER KENDALL MILLER (*Pro hac vice*)<br>kendall@narf.org<br>**NATIVE AMERICAN RIGHTS FUND**<br>420 L Street, Suite 505<br>Anchorage, AK 99515<br>907-276-0680<br>Fax: 907-276-2466 | CHRISTOPHER A. SEEGER (*Pro hac vice*)<br>Email: cseeger@seegerweiss.com<br>STEPHEN A. WEISS (*Pro hac vice*)<br>Email: sweiss@seegerweiss.com<br>JAMES A. O'BRIEN (*Pro hac vice*)<br>**SEEGER WEISS LLP**<br>One William Street<br>New York, NY 10004<br>212-584-0700<br>Fax: 212-584-0799 |
| STEVE W. BERMAN (*Pro hac vice*)<br>steve@hbsslaw.com<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 | STEPHEN D. SUSMAN (*Pro hac vice*)<br>Email: ssusman@susmangodfrey.com<br>H. LEE GODFREY (*Pro hac vice*)<br>ERIC G. MAYER (*Pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1000 Louisiana Street<br>Suite 5100<br>Houston, TX 77002<br>713-651-9366<br>Fax: 713-654-6666 |
| REED R. KATHREIN (SBN 139304)<br>Email: reed@hbsslaw.com<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000<br>Fax: (510) 725-3001 | Stephen D. Susman (*Pro hac vice*)<br>Drew D. Hansen (*Pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1201 Third Avenue, #3800<br>Seattle, WA 98101<br>(206) 516-3880<br>Fax: (206) 516-3883 |

| | |
|---|---|
| 1 | |
| 2 | Terrell W. Oxford (*Pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>901 Main Street, Suite 5100<br>Dallas, TX 77002<br>(214) 754-1900<br>Fax: (214) 754-1950 |

Marc M. Seltzer
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
(310) 789-3100
Fax: (310) 789-3150

Attorneys for Plaintiffs
**NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA**

| | |
|---|---|
| RONALD L. OLSON (SBN 44597)<br>Ronald.Olson@mto.com<br>DANIEL P. COLLINS (SBN 139164)<br>Daniel.Collins@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>JEROME C. ROTH (SBN 159483)<br>Jerome.Roth@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>Attorneys for Defendant<br>**SHELL OIL COMPANY** | JOHN F. DAUM (SBN 52313)<br>jdaum@omm.com<br>**O'MELVENY & MYERS LLP**<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6111<br>Facsimile: (213) 430-6407<br><br>JONATHAN D. HACKER (*Pro hac vice*)<br>jhacker@omm.com<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006-4001<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br><br>Attorneys for Defendant<br>**EXXONMOBIL CORPORATION** |

| | |
|---|---|
| TRACIE J. RENFROE (*Pro hac vice*)<br>trenfroe@kslaw.com<br>JONATHAN L. MARSH (*Pro hac vice*)<br>jmarsh@kslaw.com<br>ROBERT MEADOWS (*Pro hac vice*)<br>rmeadows@kslaw.com<br>**KING & SPAULDING LLP**<br>1100 Louisiana Street, Suite 4000<br>Houston, TX 77002-5213<br>Telephone: (713) 751-3200<br>Facsimile: (713) 751-3290<br><br>LISA KOBIALKA (SBN 191404)<br>lkobialka@kslaw.com<br>**KING & SPAULDING LLP**<br>1000 Bridge Parkway, Suite 100<br>Redwood City, CA 94065<br>Telephone: (650) 590-0700<br>Facsimile: (650) 590-1900<br><br>Attorneys for Defendants<br>**CHEVRON CORPORATION and CHEVRON U.S.A. INC.** | ANDREW CLUBOK (*Pro hac vice*)<br>aclubok@kirkland.com<br>STUART A. C. DRAKE (*Pro hac vice*)<br>sdrake@kirkland.com<br>SUSAN E. ENGEL (*Pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 879-5173<br>Facsimile: (202) 879-5200<br><br>ELIZABETH DEELEY (SBN 230798)<br>edeeley@kirkland.com<br>CASEY M. NOKES<br>**KIRKLAND & ELLIS LLP**<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1861<br>Facsimile: (415) 439-1500<br><br>Attorneys for Defendant<br>**CONOCOPHILLIPS COMPANY** |

- 4 -

CERTIFICATE OF SERVICE - Case No. C 08-01138 SBA

| | |
|---|---|
| BELYNDA B. RECK (SBN 163561)<br>breck@hunton.com<br>**HUNTON & WILLIAMS LLP**<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071-2627<br>Telephone: (213) 532-2000<br>Facsimile: (213) 532-2020<br><br>F. WILLIAM BROWNELL (*Pro hac vice*)<br>bbrownell@hunton.com<br>NORMAN W. FICHTHORN (*Pro hac vice*)<br>nfichthorn@hunton.com<br>ALLISON D. WOOD (*Pro hac vice*)<br>awood@hunton.com<br>**HUNTON & WILLIAMS LLP**<br>1900 K Street, N. W.<br>Washington, D.C. 20006-1109<br>Telephone: (202) 955-1500<br>Facsimile: (202) 778-2201<br><br>SHAWN PATRICK REGAN (*Pro hac vice*)<br>sregan@hunton.com<br>**HUNTON & WILLIAMS LLP**<br>200 Park Avenue<br>New York, NY 10166-0136<br>Telephone: (212) 309-1000<br>Facsimile: (212) 309-1100<br><br>Attorneys for Defendants<br>**DTE ENERGY COMPANY, EDISON INTERNATIONAL, MIDAMERICAN ENERGY HOLDINGS COMPANY, PINNACLE WEST CAPITAL CORP., AND THE SOUTHERN COMPANY** | THOMAS A. RECTOR (SBN 199173)<br>tarector@jonesday.com<br>**JONES DAY**<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: 415-626-3939<br>Facsimile: 415-875-5700<br><br>THOMAS E. FENNELL (*Pro hac vice*)<br>tefennell@jonesday.com<br>MICHAEL L. RICE (*Pro hac vice*)<br>mlrice@jonesday.com<br>**JONES DAY**<br>2727 N. Harwood Street<br>Dallas, TX 75201<br>Telephone: 214-220-3939<br>Facsimile: 214-969-5100<br><br>KEVIN P. HOLEWINSKI (*Pro hac vice*)<br>kpholewinski@jonesday.com<br>**JONES DAY**<br>41 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone: 202-879-3939<br>Facsimile: 202-626-1700<br><br>Attorneys for Defendant<br>**XCEL ENERGY INC.** |
| STEVEN P. RICE (SBN 94321)<br>srice@crowell.com<br>**CROWELL & MORING LLP**<br>3 Park Plaza<br>Irvine, CA 92614<br>Telephone: 949-798-1310<br>Facsimile: 949-263-8414<br><br>KATHLEEN TAYLOR SOOY (*Pro hac vice*)<br>ksooy@crowell.com<br>SCOTT L. WINKELMAN (*Pro hac vice*)<br>swinkelman@crowell.com<br>TRACY A. ROMAN (*Pro hac vice*)<br>troman@crowell.com<br>**CROWELL & MORING LLP**<br>1001 Pennsylvania Ave., N. W.<br>Washington, D.C. 20004-2595<br>Telephone: 202-624-2500<br>Facsimile: 202-628-5116<br><br>Attorneys for Defendant<br>**PEABODY ENERGY CORPORATION** | RICHARD K. WELSH (SBN 208825)<br>welshr@gtlaw.com<br>**GREENBERG TRAURIG LLP**<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA 90404<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800<br><br>Attorneys for Defendant<br>**AES CORPORATION** |