| | |
|---|---|
| 1 | LUKE W. COLE (SBN 145505) |
| | luke@igc.org |
| 2 | BRENT NEWELL (SBN 210312) |
| | brent@igc.org |
| 3 | CENTER ON RACE, POVERTY & |
| | THE ENVIRONMENT |
| 4 | 47 Kearny Street, Suite 804 |
| | San Francisco, CA  94108 |
| 5 | Telephone:    (415) 346-4179 |
| | Facsimile:     (415) 346-8723 |
| 6 | |
| | MATTHEW F. PAWA (*Pro hac vice*) |
| 7 | mp@pawalaw.com |
| | LAW OFFICES OF MATTHEW F. PAWA, P.C. |
| 8 | 1280 Centre Street, Suite 230 |
| | Newton Centre, MA  02459 |
| 9 | Telephone:  (617) 641-9550 |
| | Facsimile:   (617) 641-9551 |
| 10 | Attorneys for Plaintiffs |
| | NATIVE VILLAGE OF KIVALINA and CITY OF |
| 11 | KIVALINA |
| 12 | RONALD L. OLSON (SBN 44597) |
| | Ronald.Olson@mto.com |
| 13 | DANIEL P. COLLINS (SBN 139164) |
| | Daniel.Collins@mto.com |
| 14 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue, 35th Floor |
| 15 | Los Angeles, CA  90071-1560 |
| | Telephone:    (213) 683-9100 |
| 16 | Facsimile:     (213) 687-3702 |
| 17 | Attorneys for Defendant |
| | SHELL OIL COMPANY |
| 18 | [*Counsel Listing Continued on Next Three Pages*] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA, | CASE NO.  C 08-01138 SBA |
| Plaintiffs, | **ORDER RE: CASE MANAGEMENT CONFERENCE** |
| vs. | |
| EXXON MOBIL CORPORATION, *et al.*, | |
| Defendants. | |

[PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| HEATHER KENDALL MILLER (*Pro hac vice*)<br>kendall@narf.org<br>NATIVE AMERICAN RIGHTS FUND<br>420 L Street, Suite 505<br>Anchorage, AK 99515<br>907-276-0680<br>Fax: 907-276-2466 | DENNIS J. REICH (*Pro hac vice*)<br>Email: dreich@reichandbinstock.com<br>REICH & BINSTOCK, LLP<br>4265 San Felipe Blvd., Suite 1000<br>Houston, TX 77027<br>713-622-7271<br>Fax: 713-623-8724 |
| STEVE W. BERMAN (*Pro hac vice*)<br>steve@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206)623-0594 | CHRISTOPHER A. SEEGER (*Pro hac vice*)<br>Email: cseeger@seegerweiss.com<br>STEPHEN A. WEISS (*Pro hac vice*)<br>Email: sweiss@seegerweiss.com<br>SEEGER WEISS LLP<br>One William Street<br>New York, NY 10004<br>212-584-0700<br>Fax: 212-584-0799 |
| REED R. KATHREIN (SBN 139304)<br>Email: reed@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000<br>Fax: (510) 725-3001 | STEPHEN D. SUSMAN (*Pro hac vice*)<br>Email: ssusman@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street<br>Suite 5100<br>Houston, TX 77002<br>713-651-9366<br>Fax: 713-654-6666 |
| GARY E. MASON (*Pro hac vice*)<br>Email: gmason@masonlawdc.com<br>THE MASON LAW FIRM, LLP<br>1225 19th Street, NW<br>Suite 500<br>Washington, DC 20036<br>202-429-2290<br>Fax: 202-429-2294 | |

Attorneys for Plaintiffs NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA

| | |
|---|---|
| MATTHEW HEARTNEY (SBN 123516)<br>Matthew.Heartney@aporter.com<br>ARNOLD & PORTER LLP<br>777 S. Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>Telephone: (213) 243-4150<br>Facsimile: (213) 243-4199 | SAMUEL R. MILLER (SBN 66871)<br>srmiller@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile : (415) 772-7400 |
| PHILIP H. CURTIS (*Pro hac vice* pending)<br>Philip.Curtis@aporter.com<br>MICHAEL B. GERRARD (*Pro hac vice* pending)<br>Michael.Gerrard@ aporter.com<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, New York 10022<br>Telephone: (212) 715-1000<br>Facsimile: (212) 715-1399 | DAVID T. BUENTE, JR. (*Pro hac vice*)<br>dbuente@sidley.com<br>JOSEPH R. GUERRA (*Pro hac vice*)<br>jguerra@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8000<br>Facsimile: (202) 736-8711 |
| Attorneys for Defendants BP AMERICA, INC., AND BP PRODUCTS NORTH AMERICA, INC. | Attorneys for Defendants AMERICAN ELECTRIC POWER COMPANY, AMERICAN ELECTRIC POWER SERVICE CORP., AND DUKE ENERGY CORP. |

| | |
|---|---|
| TRACIE J. RENFROE (*Pro hac vice*)<br>trenfroe@kslaw.com<br>JONATHAN L. MARSH (*Pro hac vice*)<br>jmarsh@kslaw.com<br>ROBERT MEADOWS (*Pro hac vice*)<br>rmeadows@kslaw.com<br>KING & SPALDING LLP<br>1100 Louisiana Street, Suite 4000<br>Houston, TX  77002-5213<br>Telephone:     (713) 751-3200<br>Facsimile:      (713) 751-3290 | STUART A. C. DRAKE (*Pro hac vice*)<br>sdrake@kirkland.com<br>ANDREW CLUBOK  (*Pro hac vice)*<br>aclubok@kirkland.com<br>SUSAN E. ENGEL (*Pro hac vice*)<br>seengel@kirkland.com<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 879-5173<br>Facsimile:  (202) 879-5200 |
| LISA KOBIALKA (SBN 191404)<br>lkobialka@kslaw.com<br>KING & SPALDING LLP<br>1000 Bridge parkway, Suite 100<br>Redwood City, CA  94065<br>Telephone:     (650) 590-0700<br>Facsimile:      (650) 590-1900 | ELIZABETH DEELEY (SBN 230798)<br>edeeley@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone:  (415) 439-1861<br>Facsimile:   (415) 439-1500 |
| Attorneys for Defendants<br>CHEVRON CORPORATION and<br>CHEVRON U.S.A. INC. | Attorneys for Defendant<br>CONOCOPHILLIPS COMPANY |
| JOHN F. DAUM (SBN 52313)<br>jdaum@omm.com<br>JONATHAN D. HACKER (*Pro hac vice*)<br>jhacker@omm.com<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6111<br>Facsimile:  (213) 430-6407<br><br>Attorneys for Defendant<br>EXXON MOBIL CORPORATION | JEROME C. ROTH (SBN 159483)<br>Jerome.Roth@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>San Francisco, CA  94105-2907<br>Telephone:     (415) 512-4000<br>Facsimile:        (415) 512-4077<br><br>Attorneys for Defendant<br>SHELL OIL COMPANY |
| JEFFREY A. LAMKEN (SBN 154217)<br>jeffrey.lamken@bakerbotts.com<br>JEREMY LEVIN (SBN 210577)<br>jeremy.levin@bakerbotts.com<br>BAKER BOTTS LLP<br>The Warner<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC  20004-2400<br>Telephone: (202) 639-7700<br>Facsimile:  (202) 639-7890<br><br>Attorneys for Defendants<br>DYNEGY HOLDINGS, INC., NRG ENERGY, INC. and RELIANT ENERGY, INC. | RICHARD K. WELSH (SBN 208825)<br>welshr@gtlaw.com<br>SCOTT BERTZYK (SBN 116449)<br>bertzyks@gtlaw.com<br>FELIX LEBRON (SBN 232984)<br>lebronf@gtlaw.com<br>KAMRAN SALOUR (SBN 247983)<br>salourk@gtlaw.com<br>GREENBERG TRAURIG LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA 90404<br>Telephone:  (310) 586-7700<br>Facsimile:   (310) 586-7800<br><br>Attorneys for Defendant The AES CORPORATION |

| | | |
|---|---|---|
| 1 | BELYNDA B. RECK (SBN 163561)<br>breck@hunton.com | THOMAS A. RECTOR (SBN 199173)<br>tarector@jonesday.com |
| 2 | HUNTON & WILLIAMS LLP<br>550 South Hope Street, Suite 2000 | JONES DAY<br>555 California Street, 26th Floor |
| 3 | Los Angeles, CA 90071-2627<br>Telephone: (213) 532-2000 | San Francisco, CA 94104<br>Telephone: 415-626-3939 |
| 4 | Facsimile: (213) 532-2020 | Facsimile: 415-875-5700 |
| 5 | F. WILLIAM BROWNELL (*Pro hac vice*)<br>bbrownell@hunton.com | THOMAS E. FENNELL (*Pro hac vice*)<br>tefennell@jonesday.com |
| 6 | NORMAN W. FICHTHORN (*Pro hac vice*)<br>nfichthorn@hunton.com | MICHAEL L. RICE (*Pro hac vice*))<br>mlrice@jonesday.com |
| 7 | ALLISON D. WOOD (*Pro hac vice*)<br>awood@hunton.com | JONES DAY<br>2727 N. Harwood Street |
| 8 | HUNTON & WILLIAMS LLP<br>1900 K Street, N.W. | Dallas, TX 75201<br>Telephone: 214-220-3939 |
| 9 | Washington, D.C. 20006-1109<br>Telephone: (202) 955-1500 | Facsimile: 214-969-5100 |
| 10 | Facsimile: (202) 778-2201 | KEVIN P. HOLEWINSKI (*Pro hac vice*)<br>kpholewinski@jonesday.com |
| 11 | SHAWN PATRICK REGAN (*Pro hac vice*)<br>sregan@hunton.com | JONES DAY<br>41 Louisiana Avenue, N.W. |
| 12 | HUNTON & WILLIAMS LLP<br>200 Park Avenue | Washington, D.C. 20001<br>Telephone: 202-879-3939 |
| 13 | New York, NY 10166-0136<br>Telephone: (212) 309-1000 | Facsimile: 202-626-1700 |
| 14 | Facsimile: (212) 309-1100 | Attorneys for Defendant XCEL ENERGY INC. |
| 15 | Attorneys for Defendants DTE ENERGY COMPANY, EDISON INTERNATIONAL, | |
| 16 | MIDAMERICAN ENERGY HOLDINGS COMPANY, PINNACLE WEST CAPITAL<br>CORP., AND THE SOUTHERN COMPANY | |
| 17 | KATHLEEN TAYLOR SOOY (*Pro hac vice*) | ROBERT B. PRINGLE (SBN 051365) |
| 18 | ksooy@crowell.com<br>SCOTT L. WINKELMAN (*Pro hac vice*) | rbpringle@thelen.com<br>LAURA A. GUILLEN (SBN 248874) |
| 19 | swinkelman@crowell.com<br>TRACY A. ROMAN (*Pro hac vice*) | laguillen@thelen.com<br>THELEN REID BROWN RAYSMAN |
| 20 | troman@crowell.com<br>CROWELL & MORING LLP | & STEINER LLP<br>101 Second Street, Suite 1800 |
| 21 | 1001 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2595 | San Francisco, CA 94105<br>Telephone: (415) 371-1200 |
| 22 | Telephone: 202-624-2500<br>Facsimile: 202-628-5116 | Facsimile: (415) 371-1211 |
| 23 | STEVEN P. RICE (SBN 94321) | KEVIN A. GAYNOR (*Pro hac vice*)<br>kgaynor@velaw.com |
| 24 | srice@crowell.com<br>CROWELL & MORING LLP | BENJAMIN S. LIPPARD (*Pro hac vice*)<br>blippard@velaw.com |
| 25 | 3 Park Plaza<br>Irvine, CA 92614 | VINSON & ELKINS LLP<br>1455 Pennsylvania Avenue, N.W. |
| 26 | Telephone: 949-798-1310<br>Facsimile: 949-263-8414 | Washington, D.C. 20004-1008<br>Telephone: (202) 639-6500 |
| 27 | Attorneys for Defendant PEABODY ENERGY CORPORATION | Facsimile: (202) 639-6604 |
| 28 | | Attorneys for Defendant MIRANT CORP. |

[PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE

1    Pursuant to the Stipulation of the Plaintiffs and of Defendants ExxonMobil Corporation;
2 BP America, Inc.; BP Products North America, Inc.; Chevron Corporation; Chevron U.S.A., Inc.;
3 ConocoPhillips Company; Shell Oil Company; The AES Corporation; American Electric Power
4 Company, Inc.; American Electric Power Service Corporation; Duke Energy Corporation; DTE
5 Energy Company; Edison International; MidAmerican Energy Holdings Company; Pinnacle West
6 Capital Corporation; The Southern Company; Dynegy Holdings, Inc.; NRG Energy; Reliant
7 Energy, Inc.; Mirant Corporation; Peabody Energy Corporation; and Xcel Energy Inc.
8 ("Defendants"), and FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

9    1.    All dates established in the "Order Setting Initial Case Management Conference
10 and ADR Deadlines," filed in this case on February 26, 2008, are vacated.

11   2.    The Initial Case Management Conference provided for by Local R. 16-2, all
12 disclosures by both sides pursuant to Fed. R. Civ. P. 26(a), and the ADR Certifications provided
13 for by Local R. 16-8 should be deferred, insofar as they involve any given Defendant, until the
14 Court has issued a ruling upon all motions under Fed. R. Civ. P. 12(b) with respect to such
15 Defendant.

16   3.    On or before May 28, 2008, Plaintiffs and Defendants will submit to the Court
17 their proposals for the schedule and format of any motions under Fed. R. Civ. P. 12(b), either in
18 the form of a stipulation under Local R. 7-12 or administrative motions under Local R. 7-11.  In
19 contemplation of this submission, and in accordance with this Court's Standing Order,
20 Defendants and Plaintiffs shall meet and confer telephonically, on or before May 16, 2008, to
21 discuss the number, bases, and format of any anticipated motions by any Defendant or
22 Defendants under Fed. R. Civ. P. 12(b).

23   4.    In the event that a party concludes that the deferral in paragraph 2 should be
24 terminated, and a new schedule set for the matters addressed therein, such party shall so notify in
25 writing all other parties who have appeared in the action.  Any party that opposes termination of
26 the deferral in paragraph 2 above must file an appropriate motion under Local R. 7-1 within 35
27 ///
28 ///

1  days of receiving such written notice.  Pending the Court's resolution of any such motion, the
2  matters described in paragraph 2 above shall continue to be deferred.
3  DATED: May 15, 2008

4
5                                                    By: _____/s/ Saundra B. Armstrong_____
                                                         The Hon. Saundra B. Armstrong
6                                                        United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
[PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE