MATTHEW T. HEARTNEY (SBN 123516)
Matthew.Heartney@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

PHILIP H. CURTIS (New York Registration No. 1383835)
Philip.Curtis@aporter.com
(*pro hac vice*)
MICHAEL B. GERRARD (New York Registration No. 1130046)
Michael.Gerrard@ aporter.com
(*pro hac vice*)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Telephone:  (212) 715-1000
Facsimile:  (212) 715-1399

Attorneys for Defendants
BP AMERICA INC. and
BP PRODUCTS NORTH AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>Plaintiff,<br><br>v.<br><br>EXXONMOBIL CORPORATION; BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; CHEVRON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICES CORPORATION; DTC ENERGY COMPANY; DUKE ENERGY CORPORATION; DYNEGY HOLDINGS, INC.; EDISON INTERNATIONAL; MIDAMERICAN ENERGY HOLDINGS COMPANY; MIRANT CORPORATION; NRG ENERGY; PINNACLE WEST CAPITAL CORPORATION; RELIANT ENERGY, INC.; THE SOUTHERN COMPANY; AND XCEL ENERGY, INC.,<br><br>Defendants. | Case No. C 08-01138 SBA<br><br>**DEFENDANTS BP AMERICA INC. AND BP PRODUCTS NORTH AMERICA INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned counsel for Defendants BP America Inc. and BP Products North America Inc. certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. BP Products North America Inc., which is a defendant in this action.

2. BP Company North America Inc., which is an owner of BP Products North America Inc. and an owner of The Standard Oil Company.

3. The Standard Oil Company, which is an owner of BP Products North America Inc.

4. BP America Inc., which is a defendant in this action, is an owner of The Standard Oil Company, and wholly owns BP Corporation North America Inc.

5. BP Corporation North America Inc., which wholly owns BP Company North America Inc.

6. BP Holdings North America Limited, which wholly owns BP America Inc.

7. BP p.l.c., which wholly owns BP Holdings North America Limited.

Dated:  May 16, 2008                                          ARNOLD & PORTER LLP

By:  /s/ Matthew T. Heartney
Matthew T. Heartney
Attorneys for Defendants
BP AMERICA INC. and
BP PRODUCTS NORTH AMERICA INC.

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844.

On May 16, 2008, I served the foregoing document described as:

**DEFENDANTS BP AMERICA INC. AND BP PRODUCTS NORTH AMERICA INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**

☒ by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☒ **BY MAIL** I placed such envelope with postage thereon prepaid in the United States Mail at 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. Executed on May 16, 2008 at Los Angeles, California.

☐ **BY FACSIMILE** The above-referenced document (together with all exhibits and attachments thereto) was transmitted via facsimile transmission to the addressee(s) as indicated on the attached mailing list on the date thereof. The transmission was reported as completed and without error. Executed on _____ at Los Angeles, California.

☐ **BY FEDERAL EXPRESS** I am readily familiar with Arnold & Porter LLP's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. Under said practices, items to be delivered the next business day are either picked up by Federal Express or deposited in a box or other facility regularly maintained by Federal Express in the ordinary course of business on that same day with the cost thereof billed to Arnold & Porter LLP's account. I placed such sealed envelope for delivery by Federal Express to the offices of the addressee(s) as indicated on the attached mailing list on the date hereof following ordinary business practices. Executed on _____ at Los Angeles, California.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 16, 2008, at Los Angeles, California.

_____        *Paulie Davis*
Paulie Davis                        Signature

**ATTACHED SERVICE LIST**

| | |
|---|---|
| LUKE W. COLE (SBN 145505)<br>luke@igc.org<br>BRENT NEWELL (SBN 210312)<br>brent@igc.org<br>**CENTER ON RACE, POVERTY &**<br>  **THE ENVIRONMENT**<br>47 Kearny Street, Suite 804<br>San Francisco, CA 94108<br>Telephone:   (415) 346-4179<br>Facsimile:    (415) 346-8723 | GARY E. MASON (*Pro hac vice*)<br>Email: gmason@masonlawdc.com<br>**THE MASON LAW FIRM, LLP**<br>1225 19th Street, NW<br>Suite 500<br>Washington, DC 20036<br>202-429-2290<br>Fax: 202-429-2294 |
| MATTHEW F. PAWA *(Pro hac vice)*<br>mp@pawalaw.com<br>BENJAMIN KRASS (*Pro hac vice*)<br>MARK R. RIELLY (*Pro hac vice*)<br>**LAW OFFICES OF MATTHEW F. PAWA, PC**<br>1280 Centre Street, Suite 230<br>Newton Centre, MA 02459<br>Telephone:   (617) 641-9550<br>Facsimile:    (617) 641-9551 | DENNIS J. REICH (*Pro hac vice*)<br>Email: dreich@reichandbinstock.com<br>**REICH & BINSTOCK, LLP**<br>4265 San Felipe Blvd., Suite 1000<br>Houston, TX 77027<br>713-622-7271<br>Fax: 713-623-8724 |
| HEATHER KENDALL MILLER (*Pro hac vice*)<br>kendall@narf.org<br>**NATIVE AMERICAN RIGHTS FUND**<br>420 L Street, Suite 505<br>Anchorage, AK 99515<br>907-276-0680<br>Fax: 907-276-2466 | CHRISTOPHER A. SEEGER (*Pro hac vice*)<br>Email: cseeger@seegerweiss.com<br>STEPHEN A. WEISS (*Pro hac vice*)<br>Email: sweiss@seegerweiss.com<br>JAMES A. O'BRIEN (*Pro hac vice*)<br>**SEEGER WEISS LLP**<br>One William Street<br>New York, NY 10004<br>212-584-0700<br>Fax: 212-584-0799 |
| STEVE W. BERMAN (*Pro hac vice*)<br>steve@hbsslaw.com<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 | STEPHEN D. SUSMAN (*Pro hac vice*)<br>Email: ssusman@susmangodfrey.com<br>H. LEE GODFREY (*Pro hac vice*)<br>ERIC G. MAYER (*Pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1000 Louisiana Street<br>Suite 5100<br>Houston, TX 77002<br>713-651-9366<br>Fax: 713-654-6666 |
| REED R. KATHREIN (SBN 139304)<br>Email: reed@hbsslaw.com<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000<br>Fax: (510) 725-3001 | STEPHEN D. SUSMAN (*Pro hac vice*)<br>Email: ssusman@susmangodfrey.com<br>DREW D. HANSEN (*Pro hac vice*)<br>**SUSMAN GODFREY L.L.P.**<br>1201 Third Avenue, #3800<br>Seattle, WA  98101<br>(206) 516-3880<br>Fax:  (206) 516-3883 |

| | |
|---|---|
| | Terrell W. Oxford (*Pro hac vice*) |
| | **SUSMAN GODFREY L.L.P.** |
| | 901 Main Street, Suite 5100 |
| | Dallas, TX  77002 |
| | (214) 754-1900 |
| | Fax:  (214) 754-1950 |
| | |
| | Marc M. Seltzer |
| | **SUSMAN GODFREY L.L.P.** |
| | 1901 Avenue of the Stars, Suite 950 |
| | Los Angeles, CA  90067 |
| | (310) 789-3100 |
| | Fax:  (310) 789-3150 |

Attorneys for Plaintiffs<br>
**NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA**

| | |
|---|---|
| RONALD L. OLSON (SBN 44597) | JOHN F. DAUM (SBN 52313) |
| Ronald.Olson@mto.com | jdaum@omm.com |
| DANIEL P. COLLINS (SBN 139164) | **O'MELVENY & MYERS LLP** |
| Daniel.Collins@mto.com | 400 South Hope Street |
| **MUNGER, TOLLES & OLSON LLP** | Los Angeles, CA 90071-2899 |
| 355 South Grand Avenue, 35th Floor | Telephone: (213) 430-6111 |
| Los Angeles, CA 90071-1560 | Facsimile: (213) 430-6407 |
| Telephone:    (213) 683-9100 | |
| Facsimile:     (213) 687-3702 | JONATHAN D. HACKER (*Pro hac vice*) |
| | jhacker@omm.com |
| JEROME C. ROTH (SBN 159483) | **O'MELVENY & MYERS LLP** |
| Jerome.Roth@mto.com | 1625 Eye Street, NW |
| **MUNGER, TOLLES & OLSON LLP** | Washington, DC 20006-4001 |
| 560 Mission Street | Telephone: (202) 383-5300 |
| San Francisco, CA 94105-2907 | Facsimile: (202) 383-5414 |
| Telephone:    (415) 512-4000 | |
| Facsimile:     (415) 512-4077 | Attorneys for Defendant |
| | **EXXONMOBIL CORPORATION** |
| Attorneys for Defendant | |
| **SHELL OIL COMPANY** | |

| | |
|---|---|
| TRACIE J. RENFROE (*Pro hac vice*)<br>trenfroe@kslaw.com<br>JONATHAN L. MARSH (*Pro hac vice*)<br>jmarsh@kslaw.com<br>ROBERT MEADOWS (*Pro hac vice*)<br>rmeadows@kslaw.com<br>**KING & SPAULDING LLP**<br>1100 Louisiana Street, Suite 4000<br>Houston, TX 77002-5213<br>Telephone: (713) 751-3200<br>Facsimile: (713) 751-3290<br><br>LISA KOBIALKA (SBN 191404)<br>lkobialka@kslaw.com<br>**KING & SPAULDING LLP**<br>1000 Bridge Parkway, Suite 100<br>Redwood City, CA 94065<br>Telephone: (650) 590-0700<br>Facsimile: (650) 590-1900<br><br>Attorneys for Defendants<br>**CHEVRON CORPORATION and CHEVRON U.S.A. INC.** | ANDREW CLUBOK (*Pro hac vice*)<br>aclubok@kirkland.com<br>STUART A. C. DRAKE (*Pro hac vice*)<br>sdrake@kirkland.com<br>SUSAN E. ENGEL (*Pro hac vice*)<br>JEFFREY B. CLARK (*Pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 879-5173<br>Facsimile: (202) 879-5200<br><br>ELIZABETH DEELEY (SBN 230798)<br>edeeley@kirkland.com<br>CASEY M. NOKES<br>cnokes@kirkland.com<br>**KIRKLAND & ELLIS LLP**<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1861<br>Facsimile: (415) 439-1500<br><br>Attorneys for Defendant<br>**CONOCOPHILLIPS COMPANY** |

- 4 -

CERTIFICATE OF SERVICE – Case No. C 08-01138 SBA

| | |
|---|---|
| BELYNDA B. RECK (SBN 163561)<br>breck@hunton.com<br>**HUNTON & WILLIAMS LLP**<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071-2627<br>Telephone: (213) 532-2000<br>Facsimile: (213) 532-2020<br><br>F. WILLIAM BROWNELL (*Pro hac vice*)<br>bbrownell@hunton.com<br>NORMAN W. FICHTHORN (*Pro hac vice*)<br>nfichthorn@hunton.com<br>ALLISON D. WOOD (*Pro hac vice*)<br>awood@hunton.com<br>**HUNTON & WILLIAMS LLP**<br>1900 K Street, N. W.<br>Washington, D.C. 20006-1109<br>Telephone: (202) 955-1500<br>Facsimile: (202) 778-2201<br><br>SHAWN PATRICK REGAN (*Pro hac vice*)<br>sregan@hunton.com<br>**HUNTON & WILLIAMS LLP**<br>200 Park Avenue<br>New York, NY 10166-0136<br>Telephone: (212) 309-1000<br>Facsimile: (212) 309-1100<br><br>Attorneys for Defendants<br>**DTE ENERGY COMPANY, EDISON INTERNATIONAL, MIDAMERICAN ENERGY HOLDINGS COMPANY, PINNACLE WEST CAPITAL CORP., AND THE SOUTHERN COMPANY** | THOMAS A. RECTOR (SBN 199173)<br>tarector@jonesday.com<br>**JONES DAY**<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: 415-626-3939<br>Facsimile: 415-875-5700<br><br>THOMAS E. FENNELL (*Pro hac vice*)<br>tefennell@jonesday.com<br>MICHAEL L. RICE (*Pro hac vice*)<br>mlrice@jonesday.com<br>**JONES DAY**<br>2727 N. Harwood Street<br>Dallas, TX 75201<br>Telephone: 214-220-3939<br>Facsimile: 214-969-5100<br><br>KEVIN P. HOLEWINSKI (*Pro hac vice*)<br>kpholewinski@jonesday.com<br>**JONES DAY**<br>41 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone: 202-879-3939<br>Facsimile: 202-626-1700<br><br>Attorneys for Defendant<br>**XCEL ENERGY INC.** |

| | |
|---|---|
| STEVEN P. RICE (SBN 94321)<br>srice@crowell.com<br>**CROWELL & MORING LLP**<br>3 Park Plaza<br>Irvine, CA 92614<br>Telephone: 949-798-1310<br>Facsimile: 949-263-8414<br><br>KATHLEEN TAYLOR SOOY (*Pro hac vice*)<br>ksooy@crowell.com<br>SCOTT L. WINKELMAN (*Pro hac vice*)<br>swinkelman@crowell.com<br>TRACY A. ROMAN (*Pro hac vice*)<br>troman@crowell.com<br>**CROWELL & MORING LLP**<br>1001 Pennsylvania Ave., N. W.<br>Washington, D.C. 20004-2595<br>Telephone: 202-624-2500<br>Facsimile: 202-628-5116<br><br>Attorneys for Defendant<br>**PEABODY ENERGY CORPORATION** | RICHARD K. WELSH (SBN 208825)<br>welshr@gtlaw.com<br>SCOTT BERTZYK<br>bertzyks@gtlaw.com<br>FELIX LEBRON<br>lebronf@gtlaw.com<br>KAMRAN SALOUR<br>salourk@gtlaw.com<br>**GREENBERG TRAURIG LLP**<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA 90404<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800<br><br>Attorneys for Defendant<br>**AES CORPORATION** |
| SAMUEL R. MILLER (SBN 66871)<br>srmiller@sidley.com<br>**SIDLEY AUSTIN LLP**<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile : (415) 772-7400<br><br>DAVID T. BUENTE, JR. (*Pro hac vice*)<br>dbuente@sidley.com<br>JOSEPH R. GUERRA (*Pro hac vice*)<br>jguerra@sidley.com<br>**SIDLEY AUSTIN LLP**<br>1501 K Street, N. W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8000<br>Facsimile: (202) 736-8711<br><br>Attorneys for Defendants<br>**AMERICAN ELECTRIC POWER COMPANY, AMERICAN ELECTRIC POWER SERVICE CORP., AND DUKE ENERGY CORP.** | ROBERT B. PRINGLE (SBN 051365)<br>rbpringle@thelen.com<br>LAURA A. GUILLEN (SBN 248874)<br>laguillen@thelen.com<br>**THELEN REID BROWN RAYSMAN<br>  & STEINER LLP**<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: (415) 371-1200<br>Facsimile: (415) 371-1211<br><br>KEVIN A. GAYNOR (*Pro hac vice*)<br>kgaynor@velaw.com<br>BENJAMIN S. LIPPARD (*Pro hac vice*)<br>blippard@velaw.com<br>**VINSON & ELKINS LLP**<br>1455 Pennsylvania Avenue, N. W.<br>Washington, D.C. 20004-1008<br>Telephone: (202) 639-6500<br>Facsimile: (202) 639-6604<br><br>Attorneys for Defendant<br>**MIRANT CORP.** |

| | |
|---|---|
| JEFFREY A. LAMKEN<br>Jeff.Lamken@bakerbotts.com<br>JEREMY LEVIN<br>Jeremy.Levin@bakerbotts.com<br>**BAKER BOTTS LLP**<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C.  20004-2400<br><br>Attorneys for Defendants<br>**DYNEGY HOLDINGS, INC., NRG ENERGY, and RELIANT ENERGY, INC.** | |

- 7 -

CERTIFICATE OF SERVICE – Case No. C 08-01138 SBA