MATTHEW T. HEARTNEY (SBN 123516)
Matthew.Heartney@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

PHILIP H. CURTIS (New York Registration No. 1383835)
Philip.Curtis@aporter.com
(*pro hac vice*)
MICHAEL B. GERRARD (New York Registration No. 1130046)
Michael.Gerrard@ aporter.com
(*pro hac vice*)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

Attorneys for Defendants
BP AMERICA INC. and
BP PRODUCTS NORTH AMERICA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>Plaintiff,<br><br>v.<br><br>EXXONMOBIL CORPORATION; BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; CHEVRON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICES CORPORATION; DTC ENERGY COMPANY; DUKE ENERGY CORPORATION; DYNEGY HOLDINGS, INC.; EDISON INTERNATIONAL; MIDAMERICAN ENERGY HOLDINGS COMPANY; MIRANT CORPORATION; NRG ENERGY; PINNACLE WEST CAPITAL CORPORATION; RELIANT ENERGY, INC.; THE SOUTHERN COMPANY; AND XCEL ENERGY, INC.,<br><br>Defendants. | Case No. C 08-01138 SBA<br><br>**DEFENDANTS BP AMERICA INC. AND BP PRODUCTS NORTH AMERICA INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants BP America Inc. and BP Products North America Inc. certifies as follows:

1. BP Products North America Inc. is owned by BP Company North America Inc. and The Standard Oil Company. The Standard Oil Company is owned by BP America Inc. and BP Company North America Inc. BP Company North America Inc. is wholly-owned by BP Corporation North America Inc. BP Corporation North America Inc. is wholly-owned by BP America Inc. BP America Inc. is wholly-owned by BP Holdings North America Limited. BP Holdings North America Limited is wholly-owned by BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales. BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

2. BP America Inc. is wholly-owned by BP Holdings North America Limited. BP Holdings North America Limited is wholly-owned by BP p.l.c. BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

Dated: May 16, 2008                              ARNOLD & PORTER LLP


                                                 By: /s/ Matthew T. Heartney
                                                     Matthew T. Heartney
                                                     Attorneys for Defendants
                                                     BP AMERICA INC. and
                                                     BP PRODUCTS NORTH AMERICA INC.

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844.

On May 16, 2008, I served the foregoing document described as:

**DEFENDANTS BP AMERICA INC. AND BP PRODUCTS NORTH AMERICA INC.'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

☒ by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☒ **BY MAIL** I placed such envelope with postage thereon prepaid in the United States Mail at 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017-5844. Executed on May 16, 2008 at Los Angeles, California.

☐ **BY FACSIMILE** The above-referenced document (together with all exhibits and attachments thereto) was transmitted via facsimile transmission to the addressee(s) as indicated on the attached mailing list on the date thereof. The transmission was reported as completed and without error. Executed on at Los Angeles, California.

☐ **BY FEDERAL EXPRESS** I am readily familiar with Arnold & Porter LLP's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. Under said practices, items to be delivered the next business day are either picked up by Federal Express or deposited in a box or other facility regularly maintained by Federal Express in the ordinary course of business on that same day with the cost thereof billed to Arnold & Porter LLP's account. I placed such sealed envelope for delivery by Federal Express to the offices of the addressee(s) as indicated on the attached mailing list on the date hereof following ordinary business practices. Executed on at Los Angeles, California.

☒ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 16, 2008, at Los Angeles, California.

Paulie Davis — Paulie Davis (signature)
Signature

**ATTACHED SERVICE LIST**

LUKE W. COLE (SBN 145505)
luke@igc.org
BRENT NEWELL (SBN 210312)
brent@igc.org
**CENTER ON RACE, POVERTY & THE ENVIRONMENT**
47 Kearny Street, Suite 804
San Francisco, CA 94108
Telephone: (415) 346-4179
Facsimile: (415) 346-8723

GARY E. MASON (*Pro hac vice*)
Email: gmason@masonlawdc.com
**THE MASON LAW FIRM, LLP**
1225 19th Street, NW
Suite 500
Washington, DC 20036
202-429-2290
Fax: 202-429-2294

MATTHEW F. PAWA *(Pro hac vice)*
mp@pawalaw.com
BENJAMIN KRASS (*Pro hac vice*)
MARK R. RIELLY (*Pro hac vice*)
**LAW OFFICES OF MATTHEW F. PAWA, PC**
1280 Centre Street, Suite 230
Newton Centre, MA 02459
Telephone: (617) 641-9550
Facsimile: (617) 641-9551

DENNIS J. REICH (*Pro hac vice*)
Email: dreich@reichandbinstock.com
**REICH & BINSTOCK, LLP**
4265 San Felipe Blvd., Suite 1000
Houston, TX 77027
713-622-7271
Fax: 713-623-8724

HEATHER KENDALL MILLER (*Pro hac vice*)
kendall@narf.org
**NATIVE AMERICAN RIGHTS FUND**
420 L Street, Suite 505
Anchorage, AK 99515
907-276-0680
Fax: 907-276-2466

CHRISTOPHER A. SEEGER (*Pro hac vice*)
Email: cseeger@seegerweiss.com
STEPHEN A. WEISS (*Pro hac vice*)
Email: sweiss@seegerweiss.com
JAMES A. O'BRIEN (*Pro hac vice*)
**SEEGER WEISS LLP**
One William Street
New York, NY 10004
212-584-0700
Fax: 212-584-0799

STEVE W. BERMAN (*Pro hac vice*)
steve@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

STEPHEN D. SUSMAN (*Pro hac vice*)
Email: ssusman@susmangodfrey.com
H. LEE GODFREY (*Pro hac vice*)
ERIC G. MAYER (*Pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street
Suite 5100
Houston, TX 77002
713-651-9366
Fax: 713-654-6666

REED R. KATHREIN (SBN 139304)
Email: reed@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000
Fax: (510) 725-3001

STEPHEN D. SUSMAN (*Pro hac vice*)
Email: ssusman@susmangodfrey.com
DREW D. HANSEN (*Pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, #3800
Seattle, WA 98101
(206) 516-3880
Fax: (206) 516-3883

Terrell W. Oxford (*Pro hac vice*)
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, TX 77002
(214) 754-1900
Fax: (214) 754-1950

Marc M. Seltzer
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
(310) 789-3100
Fax: (310) 789-3150

Attorneys for Plaintiffs
**NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA**

| | |
|---|---|
| RONALD L. OLSON (SBN 44597)<br>Ronald.Olson@mto.com<br>DANIEL P. COLLINS (SBN 139164)<br>Daniel.Collins@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>JEROME C. ROTH (SBN 159483)<br>Jerome.Roth@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>560 Mission Street<br>San Francisco, CA 94105-2907<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077<br><br>Attorneys for Defendant<br>**SHELL OIL COMPANY** | JOHN F. DAUM (SBN 52313)<br>jdaum@omm.com<br>**O'MELVENY & MYERS LLP**<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6111<br>Facsimile: (213) 430-6407<br><br>JONATHAN D. HACKER (*Pro hac vice*)<br>jhacker@omm.com<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006-4001<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br><br>Attorneys for Defendant<br>**EXXONMOBIL CORPORATION** |

| | |
|---|---|
| TRACIE J. RENFROE (*Pro hac vice*)<br>trenfroe@kslaw.com<br>JONATHAN L. MARSH (*Pro hac vice*)<br>jmarsh@kslaw.com<br>ROBERT MEADOWS (*Pro hac vice*)<br>rmeadows@kslaw.com<br>**KING & SPAULDING LLP**<br>1100 Louisiana Street, Suite 4000<br>Houston, TX 77002-5213<br>Telephone: (713) 751-3200<br>Facsimile: (713) 751-3290<br><br>LISA KOBIALKA (SBN 191404)<br>lkobialka@kslaw.com<br>**KING & SPAULDING LLP**<br>1000 Bridge Parkway, Suite 100<br>Redwood City, CA 94065<br>Telephone: (650) 590-0700<br>Facsimile: (650) 590-1900<br><br>Attorneys for Defendants<br>**CHEVRON CORPORATION and CHEVRON U.S.A. INC.** | ANDREW CLUBOK (*Pro hac vice*)<br>aclubok@kirkland.com<br>STUART A. C. DRAKE (*Pro hac vice*)<br>sdrake@kirkland.com<br>SUSAN E. ENGEL (*Pro hac vice*)<br>JEFFREY B. CLARK (*Pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 879-5173<br>Facsimile: (202) 879-5200<br><br>ELIZABETH DEELEY (SBN 230798)<br>edeeley@kirkland.com<br>CASEY M. NOKES<br>cnokes@kirkland.com<br>**KIRKLAND & ELLIS LLP**<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1861<br>Facsimile: (415) 439-1500<br><br>Attorneys for Defendant<br>**CONOCOPHILLIPS COMPANY** |

| | |
|---|---|
| BELYNDA B. RECK (SBN 163561)<br>breck@hunton.com<br>**HUNTON & WILLIAMS LLP**<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071-2627<br>Telephone: (213) 532-2000<br>Facsimile: (213) 532-2020<br><br>F. WILLIAM BROWNELL (*Pro hac vice*)<br>bbrownell@hunton.com<br>NORMAN W. FICHTHORN (*Pro hac vice*)<br>nfichthorn@hunton.com<br>ALLISON D. WOOD (*Pro hac vice*)<br>awood@hunton.com<br>**HUNTON & WILLIAMS LLP**<br>1900 K Street, N. W.<br>Washington, D.C. 20006-1109<br>Telephone: (202) 955-1500<br>Facsimile: (202) 778-2201<br><br>SHAWN PATRICK REGAN (*Pro hac vice*)<br>sregan@hunton.com<br>**HUNTON & WILLIAMS LLP**<br>200 Park Avenue<br>New York, NY 10166-0136<br>Telephone: (212) 309-1000<br>Facsimile: (212) 309-1100<br><br>Attorneys for Defendants<br>**DTE ENERGY COMPANY, EDISON INTERNATIONAL, MIDAMERICAN ENERGY HOLDINGS COMPANY, PINNACLE WEST CAPITAL CORP., AND THE SOUTHERN COMPANY** | THOMAS A. RECTOR (SBN 199173)<br>tarector@jonesday.com<br>**JONES DAY**<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: 415-626-3939<br>Facsimile: 415-875-5700<br><br>THOMAS E. FENNELL (*Pro hac vice*)<br>tefennell@jonesday.com<br>MICHAEL L. RICE (*Pro hac vice*)<br>mlrice@jonesday.com<br>**JONES DAY**<br>2727 N. Harwood Street<br>Dallas, TX 75201<br>Telephone: 214-220-3939<br>Facsimile: 214-969-5100<br><br>KEVIN P. HOLEWINSKI (*Pro hac vice*)<br>kpholewinski@jonesday.com<br>**JONES DAY**<br>41 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>Telephone: 202-879-3939<br>Facsimile: 202-626-1700<br><br>Attorneys for Defendant<br>**XCEL ENERGY INC.** |

| | |
|---|---|
| STEVEN P. RICE (SBN 94321)<br>srice@crowell.com<br>**CROWELL & MORING LLP**<br>3 Park Plaza<br>Irvine, CA 92614<br>Telephone: 949-798-1310<br>Facsimile: 949-263-8414<br><br>KATHLEEN TAYLOR SOOY (*Pro hac vice*)<br>ksooy@crowell.com<br>SCOTT L. WINKELMAN (*Pro hac vice*)<br>swinkelman@crowell.com<br>TRACY A. ROMAN (*Pro hac vice*)<br>troman@crowell.com<br>**CROWELL & MORING LLP**<br>1001 Pennsylvania Ave., N. W.<br>Washington, D.C. 20004-2595<br>Telephone: 202-624-2500<br>Facsimile: 202-628-5116<br><br>Attorneys for Defendant<br>**PEABODY ENERGY CORPORATION** | RICHARD K. WELSH (SBN 208825)<br>welshr@gtlaw.com<br>SCOTT BERTZYK<br>bertzyks@gtlaw.com<br>FELIX LEBRON<br>lebronf@gtlaw.com<br>KAMRAN SALOUR<br>salourk@gtlaw.com<br>**GREENBERG TRAURIG LLP**<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, CA 90404<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800<br><br>Attorneys for Defendant<br>**AES CORPORATION** |
| SAMUEL R. MILLER (SBN 66871)<br>srmiller@sidley.com<br>**SIDLEY AUSTIN LLP**<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile : (415) 772-7400<br><br>DAVID T. BUENTE, JR. (*Pro hac vice*)<br>dbuente@sidley.com<br>JOSEPH R. GUERRA (*Pro hac vice*)<br>jguerra@sidley.com<br>**SIDLEY AUSTIN LLP**<br>1501 K Street, N. W.<br>Washington, D.C. 20005<br>Telephone: (202) 736-8000<br>Facsimile: (202) 736-8711<br><br>Attorneys for Defendants<br>**AMERICAN ELECTRIC POWER COMPANY, AMERICAN ELECTRIC POWER SERVICE CORP., AND DUKE ENERGY CORP.** | ROBERT B. PRINGLE (SBN 051365)<br>rbpringle@thelen.com<br>LAURA A. GUILLEN (SBN 248874)<br>laguillen@thelen.com<br>**THELEN REID BROWN RAYSMAN & STEINER LLP**<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: (415) 371-1200<br>Facsimile: (415) 371-1211<br><br>KEVIN A. GAYNOR (*Pro hac vice*)<br>kgaynor@velaw.com<br>BENJAMIN S. LIPPARD (*Pro hac vice*)<br>blippard@velaw.com<br>**VINSON & ELKINS LLP**<br>1455 Pennsylvania Avenue, N. W.<br>Washington, D.C. 20004-1008<br>Telephone: (202) 639-6500<br>Facsimile: (202) 639-6604<br><br>Attorneys for Defendant<br>**MIRANT CORP.** |

JEFFREY A. LAMKEN
Jeff.Lamken@bakerbotts.com
JEREMY LEVIN
Jeremy.Levin@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400

Attorneys for Defendants
**DYNEGY HOLDINGS, INC., NRG ENERGY, and RELIANT ENERGY, INC.**

- 7 -

CERTIFICATE OF SERVICE – Case No. C 08-01138 SBA