Steven P. Rice (State Bar No. 094321)
srice@crowell.com
CROWELL & MORING LLP
3 Park Plaza
Irvine, California 92614
Telephone: (949) 798-1310
Facsimile: (949) 263-8414

Kathleen T. Sooy (*pro hac vice* pending)
ksooy@crowell.com
Scott L. Winkelman (*pro hac vice* pending)
swinkelman@crowell.com
Tracy A. Roman (*pro hac vice* pending)
troman@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 624-5116

Attorneys for Defendant
Peabody Energy Corporation



FILED
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXXONMOBIL CORPORATION, et al., <br><br> Defendants. | Case No. C 08-01138 SBA <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

### APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Tracy A. Roman, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Peabody Energy Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of the attorney is:

    Steven R. Rice
    Crowell & Moring LLP
    3 Park Plaza
    Irvine, CA 92614
    Telephone: (949) 798-1310

I declare under penalty of perjury that the forgoing is true and correct.

Dated: May 7, 2008            [signature]

Dated: May 21, 2008          Respectfully submitted,

*[signature]*
Steven P. Rice (State Bar No. 094321)
CROWELL & MORING LLP
3 Park Plaza
Irvine, California 92614
Telephone: (949) 798-1310
Facsimile: (949) 263-8414

Kathleen T. Sooy (*pro hac vice* pending)
Scott L. Winkelman (*pro hac vice* pending)
Tracy A. Roman (*pro hac vice* pending)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Peabody
Energy Corporation

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611002203
Cashier ID: lenahac
Transaction Date: 05/21/2008
Payer Name: Time Machine Attorney and
---------------------------------
PRO HAC VICE
 For: Tracy A. Roman
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: Scott L. Winkelman
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:        $210.00
PRO HAC VICE
 For: Kathleen Taylor Sooy
 Case/Party: D-CAN-4-08-AT-PROHAC-001
 Amount:        $210.00
---------------------------------
CHECK
 Check/Money Order Num: 106794
 Amt Tendered: $630.00
---------------------------------
Total Due:      $630.00
Total Tendered: $630.00
Change Amt:     $0.00

C-08-1138-SBA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

RECEIVED
MAY 2 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXXONMOBIL CORPORATION, et al., <br><br> Defendants. | Case No. C 08-01138 SBA <br><br> (Proposed) <br> ORDER GRANTING <br> APPLICATION FOR ADMISSION <br> OF ATTORNEY *PRO HAC VICE* |

Tracy A. Roman, an active member in good standing of the bar of the District of Columbia whose address and telephone number is 1001 Pennsylvania Avenue, N.W., Washington, D.C. 20004, telephone number (202) 624-2500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Peabody Energy Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
Saundra Brown Armstrong
United States District Judge