Steven P. Rice (State Bar No. 094321)
srice@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614
Telephone: (949) 798-1310
Facsimile: (949) 263-8414

Kathleen T. Sooy (*pro hac vice* application to be filed)
ksooy@crowell.com
Scott L. Winkelman (*pro hac vice* application to be filed)
swinkelman@crowell.com
Tracy A. Roman (*pro hac vice* application to be filed)
troman@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Defendant
Peabody Energy Corporation

FILED
2008 MAY 21 PM 3:30
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXXONMOBIL CORPORATION, et al., <br><br> Defendants. | Case No. C 08-01138 SBA <br><br> **CERTIFICATE OF SERVICE BY MAIL** |

**CERTIFICATE OF SERVICE BY MAIL**

I, Laurie Fallon, declare:

I am a citizen of the United States over the age of 18 and am not a party to the within cause. I am employed by Crowell & Moring LLP in Irvine, California. My business address is 3 Park Plaza Irvine, California 92614.

On May 21, 2008, I served a true copy of the foregoing documents,

1. **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (KATHLEEN TAYLOR SOOY);**

Case No. C 08-01138 SBA
CERTIFICATE OF SERVICE

2. [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (KATHLEEN TAYLOR SOOY)

3. APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (SCOTT L. WINKELMAN)

4. [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (SCOTT L. WINKELMAN)

5. APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (TRACY A. ROMAN)

6. ORDER FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (TRACY A. ROMAN)

by placing them in addressed sealed envelopes, clearly labeled to identify the persons being served at the addresses shown below, and placing said envelopes in interoffice mail for collection and deposit with the United States Postal Service, on that same date, following ordinary business practice:

[SEE ATTACHED SERVICE LIST]

I am familiar with Crowell & Moring LLP's practice for collection and processing correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 21, 2008 at Irvine, California.



LAURIE FALLON

---

1  
CERTIFICATE OF SERVICE

Case No. C 08-01138 SBA

## SERVICE LIST

1. 
2. Luke W. Cole
   Brent Newell
3. luke@igc.org
   bjnewell@igc.org
4. Center on Race, Poverty & the Environment
   47 Kearny Street, Suite 804
5. San Francisco, CA 94108

6. Reed R. Kathrein
   reed@hbsslaw.com
7. Hagens Berman Sobol Shapiro LLP
   715 Hearst Avenue, Suite 202
8. Berkeley, CA 94710

9. Steve W. Berman
   steve@hbsslaw.com
10. Hagens Berman Sobol Shapiro LLP
    1301 Fifth Avenue, Suite 2900
11. Seattle, WA 98101

12. Gary E. Mason
    gmason@masonlawdc.com
13. The Mason Law Firm LLP
    1225 19th Street, N.W., Suite 500
14. Washington, D.C. 20036

15. Heather Kendall Miller
    kendall@narf.org
16. Native American Rights Fund
    420 L Street, Suite 505
17. Anchorage, AK 99501

18. Matthew F. Pawa
    mp@pawalaw.com
19. Law Offices of Matthew F. Pawa, P.C.
    1280 Centre Street, Suite 230
20. Newton Centre, MA 02459

21. Dennis Reich
    Michael Howell
22. Ashli Ayer
    dreich@reichanbinstock.com
23. Reich & Binstock
    4265 San Felipe, Suite 1000
24. Houston, TX 77027

25. Christopher A. Seeger
    Stephen A. Weiss
26. James A. O'Brien, III
    cseeger@seegerweiss.com
27. sweiss@seegerweiss.com
    Seeger Weiss LLP
28. One William Street

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
(949) 263-8400

2

Case No. C 08-01138 SBA

CERTIFICATE OF SERVICE

New York, NY 10004

Stephen D. Susman
H. Lee Godfrey
Eric J. Mayer
ssusman@susmangodfrey.com
Susman Godfrey LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002

Terrell W. Oxford
Susman Godfrey LLP
901 Main Street, Suite 5100
Dallas, TX 75202

Marc M. Seltzer
Susman Godfrey LLP
1901 Avenue of the Starts, Suite 950
Los Angeles, CA 90067

Drew D. Hansen
Susman Godfrey LLP
1201 Third Ave., Suite 3800
Seattle, WA 98101

*Counsel for Plaintiffs Native Village of Kivalina and City of Kivalina*

Thomas A. Rector
tarector@jonesday.com
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104

Thomas E. Fennell
Michael L. Rice
tefennell@jonesday.com
mlrice@jonesday.com
Jones Day
2727 N. Harwood Street
Dallas, TX 75201

Kevin P. Holewinski
kpholewinski@jonesday.com
Jones Day
41 Louisiana Avenue, N.W.
Washington, D.C. 20001

*Counsel for Defendant Xcel Energy Inc.*

Belynda B. Reck
breck@hunton.com
Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627

| | |
|---|---|
| 1 | F. William Brownell |
|  | Norman F. Fichthorn |
| 2 | Allison D. Wood |
|  | bbrownell@hunton.com |
| 3 | nfichthorn@hunton.com |
|  | awood@hunton.com |
| 4 | Hunton & Williams LLP |
|  | 1900 K Street, N.W. |
| 5 | Washington, D.C. 20006-1109 |
| 6 | Shawn Patrick Regan |
|  | sregan@hunton.com |
| 7 | Hunton & Williams LLP |
|  | 200 Park Avenue |
| 8 | New York, NY 10166-0136 |
| 9 | *Counsel for Defendants DTE Energy Company, Edison International, MidAmerican Energy Holdings Company, Pinnacle West Capital Corporation, and The Southern Company* |
| 10 | |
| 11 | Matthew Heartney |
|  | Matthew_Heartney@aporter.com |
|  | Arnold & Porter LLP |
| 12 | 777 S. Figueroa Street, 44th Floor |
|  | Los Angeles, CA 90017-5844 |
| 13 | |
| 14 | *Counsel for Defendant BP America, Inc., and BP Products North America, Inc.* |
| 15 | Andrew B. Clubok |
|  | aclubok@kirkland.com |
|  | Kirkland & Ellis LLP |
| 16 | 655 Fifteenth Street, N.W. |
|  | Washington, D.C. 20005 |
| 17 | |
|  | Elizabeth L. Deeley |
| 18 | edeely@kirkland.com |
|  | Kirkland & Ellis LLP |
| 19 | 555 California Street |
|  | San Francisco, CA 94104 |
| 20 | |
|  | *Counsel for Defendant ConocoPhillips Company* |
| 21 | |
|  | John F. Daum |
| 22 | jdaum@omm.com |
|  | O'Melveny & Myers LLP |
| 23 | 400 South Hope Street |
|  | Los Angeles, CA 90071-2899 |
| 24 | |
|  | Jonathan D. Hacker |
| 25 | jhacker@omm.com |
|  | O'Melveny & Myers LLP |
| 26 | 1625 Eye Street, N.W. |
|  | Washington, D.C. 20006-4001 |
| 27 | |
|  | *Counsel for Defendant ExxonMobil Corporation* |
| 28 | |

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
(949) 263-8400

4

CERTIFICATE OF SERVICE

Case No. C 08-01138 SBA

| | |
|---|---|
| 1 | Scott Bertzyk |
| | Richard K. Welsh |
| 2 | Felix Lebron |
| | Kamran Salour |
| 3 | bertzyks@gtlaw.com |
| | welshr@gtlaw.com |
| 4 | lebronf@gtlaw.com |
| | salourk@gtlaw.com |
| 5 | Greenberg Traurig LLP |
| | 2450 Colorado Avenue, Suite 400E |
| 6 | Santa Monica, CA 90404 |
| 7 | *Counsel for Defendant AES Corporation* |
| 8 | Jerome C. Roth |
| | Jerome.Roth@mto.com |
| 9 | Munger, Tolles & Olson LLP |
| | 560 Mission Street, 27th Floor |
| 10 | San Francisco, CA 94105-2907 |
| 11 | Ronald L. Olson |
| | Daniel P. Collins |
| 12 | Ronald.Olson@mto.com |
| | Daniel.Collins@mto.com |
| 13 | Munger, Tolles & Olson LLP |
| | 355 South Grand Avenue, 35th Floor |
| 14 | Los Angeles, CA 90071-1560 |
| 15 | *Counsel for Defendant Shell Oil Company* |
| 16 | Samuel R. Miller |
| | Paul L. Yanosy |
| 17 | srmiller@sidley.com |
| | pyanosy@sidley.com |
| 18 | Sidley Austin LLP |
| | 555 California Street |
| 19 | San Francisco, CA 94104 |
| 20 | David T. Buente, Jr. |
| | Joseph R. Guerra |
| 21 | dbuente@sidley.com |
| | jguerra@sidley.com |
| 22 | Sidley Austin LLP |
| | 1501 K Street, N.W. |
| 23 | Washington, D.C. 20005 |
| 24 | *Counsel for Defendants American Electric Power Company, Inc., American Electric Power Service Corporation, and Duke Energy Corporation* |
| 25 | |
| 26 | Jeffrey A. Lamken |
| | Jeremy Levin |
| | Jeffrey.Lamken@bakerbotts.com |
| 27 | Jeremy.Levin@bakerbotts.com |
| | Baker Botts LLP |
| 28 | The Warner |

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
(949) 263-8400

1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400

*Counsel for Defendants Dynegy Holdings, Inc., NRG Energy, and Reliant Energy, Inc.*

Robert B. Pringle
Laura A. Guillen
rbpringle@thelen.com
lguillen@thelen.com
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606

Kevin A. Gaynor
Benjamin S. Lippard
kgaynor@velaw.com
Vinson & Elkins LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008

*Counsel for Defendant Mirant Corporation*

Lisa Kobialka
lkobialka@kslaw.com
King & Spalding LLP
1000 Bridge Parkway, Suite 100
Redwood City, CA 94065

Robert Meadows
Tracie J. Renfroe
Jonathan L. Marsh
rmeadows@kslaw.com
trenfroe@kslaw.com
jlmarsh@kslaw.com
King & Spalding LLP
1100 Louisiana Street, Suite 4000
Houston, TX 77002-5213

*Counsel for Defendants Chevron Corporation and Chevron U.S.A. Inc.*

DCS557439.1