RECEIVED
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
MAY 2 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXXONMOBIL CORPORATION, et al., <br><br> Defendants. | Case No. C 08-01138 SBA <br><br> **(Proposed)** <br> **ORDER GRANTING** <br> **APPLICATION FOR ADMISSION** <br> **OF ATTORNEY** ***PRO HAC VICE*** |

Tracy A. Roman, an active member in good standing of the bar of the District of Columbia whose address and telephone number is 1001 Pennsylvania Avenue, N.W., Washington, D.C. 20004, telephone number (202) 624-2500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Peabody Energy Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5-27-08

Saundra Brown Armstrong
United States District Judge