1   BELYNDA B. RECK (SBN 163561)
    breck@hunton.com
2   HUNTON & WILLIAMS LLP
    550 South Hope Street, Suite 2000
3   Los Angeles, CA 90071-2627
    Telephone: (213) 532-2000
4   Facsimile: (213) 532-2020

5   Attorneys for Defendants DTE ENERGY COMPANY,
    EDISON INTERNATIONAL, MIDAMERICAN ENERGY
6   HOLDINGS COMPANY, PINNACLE WEST CAPITAL
    CORP., AND THE SOUTHERN COMPANY

7

8   MATTHEW F. PAWA (*Pro hac vice*)
    mp@pawalaw.com
9   LAW OFFICES OF MATTHEW F. PAWA, P.C.
    1280 Centre Street, Suite 230
10  Newton Centre, MA 02459
    Telephone: (617) 641-9550
11  Facsimile: (617) 641-9551

12  Attorneys for Plaintiffs
    NATIVE VILLAGE OF KIVALINA and CITY OF
13  KIVALINA

14  [*Counsel Listing Continued on Next Four Pages*]

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                       OAKLAND DIVISION

18  NATIVE VILLAGE OF KIVALINA and CITY         CASE NO. C 08-01138 SBA
19  OF KIVALINA,
                                                **STIPULATION RE: SCHEDULING**
20           Plaintiffs,                        **AND FORMAT FOR MOTIONS TO**
                                                **DISMISS**
        vs.
21                                              [Proposed Order Lodged Separately]
    EXXONMOBIL CORPORATION; *et al.*,
22           Defendants.

23

24

25

26

27

28

1   LUKE W. COLE (SBN 145505)
    luke@igc.org
2   BRENT NEWELL (SBN 210312)
    brent@igc.org
3   CENTER ON RACE, POVERTY &
       THE ENVIRONMENT
4   47 Kearny Street, Suite 804
    San Francisco, CA 94108
5   Telephone:    (415) 346-4179
    Facsimile:    (415) 346-8723
6

7   HEATHER KENDALL MILLER (*Pro hac vice*)
    kendall@narf.org
8   NATIVE AMERICAN RIGHTS FUND
    420 L Street, Suite 505
9   Anchorage, AK 99515
    907-276-0680
10  Fax: 907-276-2466

11
    STEVE W. BERMAN (*Pro hac vice*)
12  steve@hbsslaw.com
    HAGENS BERMAN SOBOL SHAPIRO LLP
13  1301 Fifth Avenue, Suite 2900
    Seattle, WA 98101
14  Telephone: (206) 623-7292
    Facsimile:  (206)623-0594
15

16  REED R. KATHREIN (SBN 139304)
    Email: reed@hbsslaw.com
17  HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
18  Berkeley, CA 94710
    (510) 725-3000
19  Fax: (510) 725-3001

20
    GARY E. MASON (*Pro hac vice*)
21  Email: gmason@masonlawdc.com
    THE MASON LAW FIRM, LLP
22  1225 19th Street, NW
    Suite 500
23  Washington, DC 20036
    202-429-2290
24  Fax: 202-429-2294

25

26

DENNIS J. REICH (*Pro hac vice*)
Email: dreich@reichandbinstock.com
REICH & BINSTOCK, LLP
4265 San Felipe Blvd., Suite 1000
Houston, TX 77027
713-622-7271
Fax: 713-623-8724

CHRISTOPHER A. SEEGER (*Pro hac vice*)
Email: cseeger@seegerweiss.com
STEPHEN A. WEISS
Email: sweiss@seegerweiss.com
SEEGER WEISS LLP
One William Street
New York, NY 10004
212-584-0700
Fax: 212-584-0799

STEPHEN D. SUSMAN (*Pro hac vice*)
Email: ssusman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street
Suite 5100
Houston, TX 77002
713-651-9366
Fax: 713-654-6666

27   Attorneys for Plaintiffs NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA

28

|    |    |
|----|----|
| 1  | RONALD L. OLSON (SBN 44597) |
|    | Ronald.Olson@mto.com |
| 2  | DANIEL P. COLLINS (SBN 139164) |
|    | Daniel.Collins@mto.com |
| 3  | MUNGER, TOLLES & OLSON LLP |
|    | 355 South Grand Avenue, 35th Floor |
| 4  | Los Angeles, CA 90071-1560 |
|    | Telephone:   (213) 683-9100 |
| 5  | Facsimile:   (213) 687-3702 |

1  RONALD L. OLSON (SBN 44597)
   Ronald.Olson@mto.com
2  DANIEL P. COLLINS (SBN 139164)
   Daniel.Collins@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
4  Los Angeles, CA 90071-1560
   Telephone:   (213) 683-9100
5  Facsimile:   (213) 687-3702

6  JEROME C. ROTH (SBN 159483)
   Jerome.Roth@mto.com
7  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
8  San Francisco, CA 94105-2907
   Telephone:   (415) 512-4000
9  Facsimile:   (415) 512-4077

10 Attorneys for Defendant
   SHELL OIL COMPANY

11

12

13

14 TRACIE J. RENFROE (*Pro hac vice*)
   trenfroe@kslaw.com
15 JONATHAN L. MARSH (*Pro hac vice*)
   jmarsh@kslaw.com
16 ROBERT MEADOWS (*Pro hac vice*)
   rmeadows@kslaw.com
17 KING & SPALDING LLP
   1100 Louisiana Street, Suite 4000
18 Houston, TX 77002-5213
   Telephone:   (713) 751-3200
19 Facsimile:   (713) 751-3290

20 LISA KOBIALKA (SBN 191404)
   lkobialka@kslaw.com
21 KING & SPALDING LLP
   1000 Bridge parkway, Suite 100
22 Redwood City, CA 94065
   Telephone:   (650) 590-0700
23 Facsimile:   (650) 590-1900

24 Attorneys for Defendants
   CHEVRON CORPORATION and
   CHEVRON U.S.A. INC.

25

26

27

28

STUART A. C. DRAKE (*Pro hac vice*)
sdrake@kirkland.com
ANDREW B. CLUBOK  (*Pro hac vice*)
aclubok@kirkland.com
SUSAN E. ENGEL (*Pro hac vice*)
seengel@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5173
Facsimile: (202) 879-5200

ELIZABETH DEELEY (SBN 230798)
edeeley@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1861
Facsimile: (415) 439-1500

Attorneys for CONOCOPHILLIPS
COMPANY

MATTHEW HEARTNEY (SBN 123516)
Matthew.Heartney@aporter.com
ARNOLD & PORTER LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4150
Facsimile: (213) 243-4199

PHILIP H. CURTIS (*Pro hac vice*)
Philip.Curtis@aporter.com
(*Pro hac vice*)
MICHAEL B. GERRARD (*pro hac vice*)
Michael.Gerrard@ aporter.com
(*pro hac vice*)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

Attorneys for BP AMERICA, INC., AND BP
PRODUCTS NORTH AMERICA, INC.

JOHN F. DAUM (SBN 52313)
jdaum@omm.com
JONATHAN D. HACKER (*Pro hac vice*)
jhacker@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6111
Facsimile:  (213) 430-6407

Attorneys for Defendant
EXXONMOBIL CORPORATION

RICHARD K. WELSH (SBN 208825)
welshr@gtlaw.com
SCOTT BERTZYK (SBN 116449)
bertzyks@gtlaw.com
FELIX LEBRON (SBN 232984)
lebronf@gtlaw.com
KAMRAN SALOUR (SBN 247983)
salourk@gtlaw.com
GREENBERG TRAURIG LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone:  (310) 586-7700
Facsimile:  (310) 586-7800

Attorneys for Defendant The AES
CORPORATION

SAMUEL R. MILLER (SBN 66871)
srmiller@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
Telephone:  (415) 772-1200
Facsimile :  (415) 772-7400

DAVID T. BUENTE, JR. (*Pro hac vice*)
dbuente@sidley.com
JOSEPH R. GUERRA (*Pro hac vice*)
jguerra@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 736-8000
Facsimile:  (202) 736-8711

Attorneys for Defendants AMERICAN
ELECTRIC POWER COMPANY, AMERICAN
ELECTRIC POWER SERVICE CORP., AND
DUKE ENERGY CORP.

F. WILLIAM BROWNELL (*Pro hac vice*)
bbrownell@hunton.com
NORMAN W. FICHTHORN (*Pro hac vice*)
nfichthorn@hunton.com
ALLISON D. WOOD (*Pro hac vice*)
awood@hunton.com
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone:  (202) 955-1500
Facsimile:  (202) 778-2201

SHAWN PATRICK REGAN (*Pro hac vice*)
sregan@hunton.com
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10166-0136
Telephone:  (212) 309-1000
Facsimile:  (212) 309-1100

Attorneys for Defendants DTE ENERGY
COMPANY, EDISON INTERNATIONAL,
MIDAMERICAN ENERGY HOLDINGS
COMPANY, PINNACLE WEST CAPITAL
CORP., AND THE SOUTHERN COMPANY

1   JEFFREY A. LAMKEN (SBN 154217)
    jeffrey.lamken@bakerbotts.com
2   JEREMY LEVIN (SBN 210577)
    jeremy.levin@bakerbotts.com
3   BAKER BOTTS LLP
    The Warner
4   1299 Pennsylvania Ave., N.W.
    Washington D.C. 20004-2400
5   Telephone:  (202) 639-7700
    Facsimile:  (202) 639-7890
6
    Attorneys for Defendants DYNEGY HOLDINGS
7   INC., NRG ENERGY, INC., AND RELIANT
    ENERGY, INC.
8
9
10
11
12
13
14
15
16  KATHLEEN TAYLOR SOOY (*Pro hac vice*)
    ksooy@crowell.com
17  SCOTT L. WINKELMAN (*Pro hac vice*)
    swinkelman@crowell.com
18  TRACY A. ROMAN (*Pro hac vice*)
    troman@crowell.com
19  CROWELL & MORING LLP
    1001 Pennsylvania Ave., N.W.
20  Washington, D.C. 20004-2595
    Telephone:  202-624-2500
21  Facsimile:  202-628-5116

22  STEVEN P. RICE (SBN 94321)
    srice@crowell.com
23  CROWELL & MORING LLP
    3 Park Plaza
24  Irvine, CA 92614
    Telephone:  949-798-1310
25  Facsimile:  949-263-8414

    Attorneys for Defendant PEABODY ENERGY
26  CORPORATION
27
28

THOMAS A. RECTOR (SBN 199173)
tarector@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:  415-626-3939
Facsimile:  415-875-5700

THOMAS E. FENNELL (*Pro hac vice*)
tefennell@jonesday.com
MICHAEL L. RICE (*Pro hac vice*))
mlrice@jonesday.com
JONES DAY
2727 N. Harwood Street
Dallas, TX 75201
Telephone:  214-220-3939
Facsimile:  214-969-5100

KEVIN P. HOLEWINSKI (*Pro hac vice*)
kpholewinski@jonesday.com
JONES DAY
41 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  202-879-3939
Facsimile:  202-626-1700

Attorneys for Defendant XCEL ENERGY
INC.

ROBERT B. PRINGLE (SBN 051365)
rbpringle@thelen.com
LAURA A. GUILLEN (SBN 248874)
laguillen@thelen.com
THELEN REID BROWN RAYSMAN
  & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:  (415) 371-1200
Facsimile:  (415) 371-1211

KEVIN A. GAYNOR (*Pro hac vice*)
kgaynor@velaw.com
BENJAMIN S. LIPPARD
blippard@velaw.com
VINSON & ELKINS LLP
1455 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-1008
Telephone:  (202) 639-6500
Facsimile:  (202) 639-6604

Attorneys for Defendant MIRANT CORP.

1    WHEREAS, on May 16, 2008, the Court entered an Order Re: Case Management

2    Conference directing the Parties[1] to meet and confer telephonically concerning the "schedule and

3    format of any motions under Fed. R. Civ. P. 12(b)," and to submit to the Court, by May 28, 2008,

4    their proposals for the same, either in the form of a stipulation or administrative motion;

5    WHEREAS, the Parties agree that it is in the interest of the Parties and the Court to devise

6    a schedule and format that consolidates the number and size of the Rule 12(b)-related briefs to the

7    extent possible, without limiting the rights of any party;

8    WHEREAS, the Parties have met and conferred telephonically regarding the appropriate

9    schedule and format for the briefing of Rule 12(b) motions in this action;

10   NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate as

11   follows:

12   Fed. R. Civ. P. 12(b)(1)/12(b)(6) Briefs

13   *Utility Defendants*[2]

14   1.    The Utility Defendants will file a single consolidated brief under Fed. R. Civ. P.

15   12(b)(1) and 12(b)(6), not to exceed 50 pages, addressing counts 1, 2 and 4 of Plaintiffs'

16   Complaint.  Plaintiffs will file a single consolidated opposition brief, not to exceed 50 pages.  The

17   Utility Defendants will file a single consolidated reply brief, not to exceed 30 pages (*i.e.*, no more

18   than 60 percent of the pages allotted for the moving and opposition briefs, as contemplated by

19   Local Rule 7-4(b)).

20   _____

21   [1]    For the purposes of this Stipulation, the term "Parties" refers to Plaintiffs and the
following Defendants (which are hereafter referred to, collectively, as "Defendants"):

22   ExxonMobil Corporation, BP America, Inc., BP North America, Inc., Chevron Corporation,
Chevron U.S.A., Inc., ConocoPhillips Company, Shell Oil Company, The AES Corporation,

23   American Electric Power Company, Inc., American Electric Power Service Corporation, DTE
Energy Company, Duke Energy Corporation, Dynegy Holdings Inc., Edison International,

24   MidAmerican Energy Holdings Company, Mirant Corporation, NRG Energy, Inc., Pinnacle West
Capital Corporation, Reliant Energy, Inc., Southern Company, Xcel Energy Inc., and Peabody

25   Energy Corporation.

[2]    For the purposes of this Stipulation, the term "Utility Defendants" refers to the following

26   Defendants:  The AES Corporation, American Electric Power Company, Inc., American Electric
Power Service Corporation, DTE Energy Company, Duke Energy Corporation, Dynegy Holdings

27   Inc., Edison International, MidAmerican Energy Holdings Company, Mirant Corporation, NRG
Energy, Inc., Pinnacle West Capital Corporation, Reliant Energy, Inc., Southern Company, and

28   Xcel Energy Inc.

2.      American Electric Power Company, Inc., Duke Energy Corporation, and Southern Company (the Utility Defendants named in count 3 of the Complaint) will file a single consolidated brief, not to exceed 25 pages, addressing count 3 of the Complaint.  Plaintiffs will file a single opposition brief, not to exceed 25 pages.  AEP, Duke and Southern will file a reply brief not to exceed 15 pages.

*Oil Company Defendants*[3]

3.      The Oil Company Defendants will file a single consolidated brief under Fed. R. Civ. P. 12(b)(1) addressing counts 1 through 4 of the Complaint.  The Oil Company Defendants also will file a single consolidated brief under Fed. R. Civ. P. 12(b)(6) addressing counts 1 through 4 of the Complaint.  The total number of combined pages for these two briefs shall not exceed 75 pages.  Plaintiffs' opposition brief to each such motion shall not exceed the length of the motion to which it responds.  The Oil Company Defendants will file a single consolidated reply brief in support of each such motion, and each such reply shall not exceed 60% of the page length of the motion that it supports.

*Peabody Energy Corp.*

4.      Peabody will file a single brief under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), not to exceed 50 pages.  Plaintiffs will file an opposition brief not to exceed 50 pages.  Peabody will file a reply brief not to exceed 30 pages.

\*       \*       \*

5.      In the alternative to the briefing format outlined in paragraphs 1 through 4 above, Plaintiffs retain the option to consolidate some or all of their briefs into one or more briefs, the total length of which shall not exceed the combined page total allocated for the Defendants' opening briefs.

6.      The opening briefs discussed in paragraphs 1 through 5 above will be filed and served electronically on Plaintiffs on or before June 30, 2008.  Plaintiffs' opposition briefs will be

---

[3]      For the purposes of this Stipulation, the term "Oil Company Defendants" refers to the following Defendants:  ExxonMobil Corporation, BP America, Inc., BP North America, Inc., Chevron Corporation, Chevron U.S.A., Inc., ConocoPhillips Company, and Shell Oil Company.

STIPULATION RE: MOTIONS TO DISMISS SCHEDULING AND FORMAT

filed and served electronically on Defendants on or before September 18, 2008.  Reply briefs will be filed and served electronically on Plaintiffs on or before November 18, 2008.

<u>Fed. R. Civ. P. 12(b)(2) Briefs</u>

7.    The Non-Resident Utility Defendants (*i.e.* all Utility Defendants except Edison International) will file and serve electronically on Plaintiffs a single consolidated brief under Fed. R. Civ. P. 12(b)(2), not to exceed 50 pages, on or before June 30, 2008.

8.    The Oil Company Defendants, as defined in footnote 3 herein, will not file a brief under Fed. R. Civ. P. 12(b)(2).

9.    Peabody will file and serve electronically on Plaintiffs a brief under Fed. R. Civ. P. 12(b)(2), not to exceed 20 pages, on or before June 30, 2008.

10.    The Parties will defer all further personal jurisdiction briefing and related matters, including issues related to jurisdictional discovery, until after the Court has decided Defendants' motions under Rules 12(b)(1) and 12(b)(6).  In the event that further briefing on these issues is necessary, or ordered by the Court, the Parties will negotiate a mutually convenient briefing schedule at that time.

11.    The Parties' agreement to defer opposition and reply briefing on the issue of personal jurisdiction does not effect a waiver of that defense by the Non-Resident Utility Defendants or Peabody.

Dated:  May 28, 2008                              Respectfully Submitted,

STIPULATION RE: MOTIONS TO DISMISS SCHEDULING AND FORMAT

1  LAW OFFICES OF MATTHEW F. PAWA,        HUNTON & WILLIAMS LLP
   P.C.
2

3  By: _____          By: _____
                Matthew F. Pawa                        Belynda B. Reck
4  Attorneys for Plaintiffs                Attorneys for Defendants
5  NATIVE VILLAGE OF KIVALINA and          DTE ENERGY COMPANY, EDISON
   CITY OF KIVALINA                        INTERNATIONAL, MIDAMERICAN
                                           ENERGY HOLDINGS COMPANY,
6                                          PINNACLE WEST CAPITAL CORP., AND
7                                          THE SOUTHERN COMPANY

8  MUNGER, TOLLES & OLSON LLP              KIRKLAND & ELLIS LLP
9

10                                         By: _____
   By: _____                   Andrew B. Clubok
11           Jerome C. Roth
                                           Attorneys for Defendant
12 Attorneys for Defendant                 CONOCOPHILLIPS COMPANY
   SHELL OIL COMPANY
13

14 KING & SPALDING LLP                     ARNOLD & PORTER LLP

15                                         By: _____
16 By: _____                    Matthew Heartney
             Tracie Renfroe
                                           Attorneys for Defendants
17 Attorneys for Defendants                BP AMERICA, INC., AND BP PRODUCTS
   CHEVRON CORPORATION and CHEVRON         NORTH AMERICA, INC.
18 U.S.A. INC.
19

20 O'MELVENY & MYERS LLP                   GREENBERG TRAURIG LLP
21

22 By: _____          By: _____
             John F. Daum                          Richard K. Welsh
23 Attorneys for Defendant                 Attorneys for Defendant
   EXXONMOBIL CORPORATION                  THE AES CORPORATION
24

25

26

27

28

- 4 -

1   LAW OFFICES OF MATTHEW F. PAWA,      HUNTON & WILLIAMS LLP
    P.C.
2

3       By: _____        By: _____
                Matthew F. Pawa                      Belynda B. Reck
4
    Attorneys for Plaintiffs                 Attorneys for Defendants
5   NATIVE VILLAGE OF KIVALINA and           DTE ENERGY COMPANY, EDISON
    CITY OF KIVALINA                         INTERNATIONAL, MIDAMERICAN
6                                            ENERGY HOLDINGS COMPANY,
                                             PINNACLE WEST CAPITAL CORP., AND
7                                            THE SOUTHERN COMPANY

8   MUNGER, TOLLES & OLSON LLP              KIRKLAND & ELLIS LLP

9

10      By: _____        By: _____
                Jerome C. Roth                      Andrew Clubok
11
    Attorneys for Defendant                  Attorneys for Defendant
12  SHELL OIL COMPANY                        CONOCOPHILLIPS COMPANY

13

14  KING & SPALDING LLP                      ARNOLD & PORTER LLP

15
                                                By: _____
16      By: _____                 Matthew Heartney
                Tracie Renfroe
17                                           Attorneys for Defendants
    Attorneys for Defendants                 BP AMERICA, INC., AND BP PRODUCTS
18  CHEVRON CORPORATION and CHEVRON          NORTH AMERICA, INC.
    U.S.A. INC.
19

20  O'MELVENY & MYERS LLP                    GREENBERG TRAURIG LLP

21

22      By: _____        By: _____
                John F. Daum                         Richard K. Welsh
23
    Attorneys for Defendant                  Attorneys for Defendant
24  EXXONMOBIL CORPORATION                   THE AES CORPORATION

25

26

27

28

- 4 -

MUNGER, TOLLES & OLSON LLP

By: _____
        Daniel P. Collins

Attorneys for Defendant
SHELL OIL COMPANY


KING & SPALDING LLP


By: _____
        Tracie Renfroe

Attorneys for Defendants
CHEVRON CORPORATION and CHEVRON
U.S.A. INC.


O'MELVENY & MYERS LLP


By: _____
        John F. Daum

Attorneys for Defendant
EXXONMOBIL CORPORATION


SIDLEY AUSTIN LLP


By: _____
        Samuel R. Miller

Attorneys for Defendants
AMERICAN ELECTRIC POWER
COMPANY, AMERICAN ELECTRIC
POWER SERVICE CORPORATION, AND
DUKE ENERGY CORPORATION

KIRKLAND & ELLIS LLP


By: _____
        Andrew Clubok

Attorneys for Defendant
CONOCOPHILLIPS COMPANY


ARNOLD & PORTER LLP


By: _____
        Matthew Heartney

Attorneys for Defendants
BP AMERICA, INC., AND BP PRODUCTS
NORTH AMERICA, INC.


GREENBERG TRAURIG LLP


By: _____
        Richard K. Welsh

Attorneys for Defendant
THE AES CORPORATION


BAKER BOTTS LLP


By: _____
        Jeffrey A. Lamken

Attorneys for Defendants
DYNEGY HOLDINGS INC., NRG ENERGY,
INC., AND RELIANT ENERGY, INC.

- 4 -

1   LAW OFFICES OF MATTHEW F. PAWA, P.C.

     HUNTON & WILLIAMS LLP

2

3   By: _____

4           Matthew F. Pawa

   Attorneys for Plaintiffs

5   NATIVE VILLAGE OF KIVALINA and
   CITY OF KIVALINA

6

7

By: _____

         Belynda B. Reck

Attorneys for Defendants
DTE ENERGY COMPANY, EDISON
INTERNATIONAL, MIDAMERICAN
ENERGY HOLDINGS COMPANY,
PINNACLE WEST CAPITAL CORP., AND
THE SOUTHERN COMPANY

8   MUNGER, TOLLES & OLSON LLP

     KIRKLAND & ELLIS LLP

9

10   By: _____

11          Jerome C. Roth

   Attorneys for Defendant

12   SHELL OIL COMPANY

By: _____

        Andrew B. Clubok

Attorneys for Defendant
CONOCOPHILLIPS COMPANY

13

14   KING & SPALDING LLP

     ARNOLD & PORTER LLP

15

16   By: _____

17          Tracie Renfroe

   Attorneys for Defendants

18   CHEVRON CORPORATION and CHEVRON
   U.S.A. INC.

By: _____

        Matthew Heartney

Attorneys for Defendants
BP AMERICA, INC., AND BP PRODUCTS
NORTH AMERICA, INC.

19

20   O'MELVENY & MYERS LLP

     GREENBERG TRAURIG LLP

21

22   By: _____

23          John F. Daum

   Attorneys for Defendant

24   EXXONMOBIL CORPORATION

By: _____

        Richard K. Welsh

Attorneys for Defendant
THE AES CORPORATION

25

26

27

28

- 4 -

| | | |
|---|---|---|
| 1 | LAW OFFICES OF MATTHEW F. PAWA, P.C. | HUNTON & WILLIAMS LLP |
| 2 | | |
| 3 | By: _____ | By: _____ |
| | Matthew F. Pawa | Belynda B. Reck |
| 4 | Attorneys for Plaintiffs | Attorneys for Defendants |
| 5 | NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA | DTE ENERGY COMPANY, EDISON INTERNATIONAL, MIDAMERICAN |
| 6 | | ENERGY HOLDINGS COMPANY, PINNACLE WEST CAPITAL CORP., AND |
| 7 | | THE SOUTHERN COMPANY |
| 8 | MUNGER, TOLLES & OLSON LLP | KIRKLAND & ELLIS LLP |
| 9 | | |
| 10 | By: _____ | By: _____ |
| | Jerome C. Roth | Andrew B. Clubok |
| 11 | Attorneys for Defendant | Attorneys for Defendant |
| 12 | SHELL OIL COMPANY | CONOCOPHILLIPS COMPANY |
| 13 | | |
| 14 | KING & SPALDING LLP | ARNOLD & PORTER LLP |
| 15 | | By: _____ |
| 16 | By: _____ | Matthew Heartney |
| | Tracie Renfroe | |
| 17 | Attorneys for Defendants | Attorneys for Defendants |
| 18 | CHEVRON CORPORATION and CHEVRON U.S.A. INC. | BP AMERICA, INC., AND BP PRODUCTS NORTH AMERICA, INC. |
| 19 | | |
| 20 | O'MELVENY & MYERS LLP | GREENBERG TRAURIG LLP |
| 21 | | |
| 22 | By: _____ | By: _____ |
| | John F. Daum | Richard K. Welsh |
| 23 | Attorneys for Defendant | Attorneys for Defendant |
| 24 | EXXONMOBIL CORPORATION | THE AES CORPORATION |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

- 4 -

1   MUNGER, TOLLES & OLSON LLP          KIRKLAND & ELLIS LLP

2
                                        By: _____
3   By: _____         Andrew Clubok
        Jerome C. Roth
4                                       Attorneys for Defendant
    Attorneys for Defendant             CONOCOPHILLIPS COMPANY
5   SHELL OIL COMPANY

6
                                        ARNOLD & PORTER LLP
7   KING & SPALDING LLP

8                                       By: _____
                                            Matthew Heartney
9   By: _____
        Tracie Renfroe                  Attorneys for Defendants
10                                      BP AMERICA, INC., AND BP PRODUCTS
    Attorneys for Defendants            NORTH AMERICA, INC.
11  CHEVRON CORPORATION and CHEVRON
    U.S.A. INC.

12
    O'MELVENY & MYERS LLP               GREENBERG TRAURIG LLP
13

14
    By: _____     By: _____
15      John F. Daum                        Richard K. Welsh

16  Attorneys for Defendant             Attorneys for Defendant
    EXXONMOBIL CORPORATION              THE AES CORPORATION
17

18  SIDLEY AUSTIN LLP                   BAKER BOTTS LLP

19
                                        By: _____
20  By: _____         Jeffrey A. Lamken
        Samuel R. Miller
21  Attorneys for Defendants            Attorneys for Defendants
    AMERICAN ELECTRIC POWER             DYNEGY HOLDINGS INC., NRG ENERGY,
22  COMPANY, AMERICAN ELECTRIC          INC., AND RELIANT ENERGY, INC.
    POWER SERVICE CORPORATION, AND
23  DUKE ENERGY CORPORATION

24

25

26

27

28

- 4 -

| | | |
|---|---|---|
| 1 | LAW OFFICES OF MATTHEW F. PAWA, P.C. | HUNTON & WILLIAMS LLP |
| 2 | | |
| 3 | By: _____ | By: _____ |
| 4 | Matthew F. Pawa | Belynda B. Reck |
| 5 | Attorneys for Plaintiffs NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA | Attorneys for Defendants DTE ENERGY COMPANY, EDISON INTERNATIONAL, MIDAMERICAN ENERGY HOLDINGS COMPANY, PINNACLE WEST CAPITAL CORP., AND THE SOUTHERN COMPANY |

1   LAW OFFICES OF MATTHEW F. PAWA, P.C.                    HUNTON & WILLIAMS LLP

2

3        By: _____              By: _____
                  Matthew F. Pawa                                    Belynda B. Reck
4    Attorneys for Plaintiffs                        Attorneys for Defendants
5    NATIVE VILLAGE OF KIVALINA and                  DTE ENERGY COMPANY, EDISON
     CITY OF KIVALINA                                INTERNATIONAL, MIDAMERICAN
6                                                    ENERGY HOLDINGS COMPANY,
                                                     PINNACLE WEST CAPITAL CORP., AND
7                                                    THE SOUTHERN COMPANY

8    MUNGER, TOLLES & OLSON LLP                      KIRKLAND & ELLIS LLP

9

10                                                   By: _____
         By: _____                        Andrew B. Clubok
11                Jerome C. Roth
     Attorneys for Defendant                         Attorneys for Defendant
12   SHELL OIL COMPANY                                CONOCOPHILLIPS COMPANY

13

14   KING & SPALDING LLP                             ARNOLD & PORTER LLP

15                                                   By: _____
                                                              Matthew Heartney
16       By: _____
                  Tracie Renfroe                     Attorneys for Defendants
17   Attorneys for Defendants                        BP AMERICA, INC., AND BP PRODUCTS
     CHEVRON CORPORATION and CHEVRON                 NORTH AMERICA, INC.
18   U.S.A. INC.

19

20   O'MELVENY & MYERS LLP                           GREENBERG TRAURIG LLP

21

22       By: _____              By: _____
                  John F. Daum                                Richard K. Welsh
23   Attorneys for Defendant                         Attorneys for Defendant
     EXXONMOBIL CORPORATION                          THE AES CORPORATION
24

25

26

27

28

- 4 -

LAW OFFICES OF MATTHEW F. PAWA, P.C.

By: _____
            Matthew F. Pawa

Attorneys for Plaintiffs
NATIVE VILLAGE OF KIVALINA and
CITY OF KIVALINA

HUNTON & WILLIAMS LLP

By: _____
            Belynda B. Reck

Attorneys for Defendants
DTE ENERGY COMPANY, EDISON
INTERNATIONAL, MIDAMERICAN
ENERGY HOLDINGS COMPANY,
PINNACLE WEST CAPITAL CORP., AND
THE SOUTHERN COMPANY

MUNGER, TOLLES & OLSON LLP

By: _____
            Jerome C. Roth

Attorneys for Defendant
SHELL OIL COMPANY

KIRKLAND & ELLIS LLP

By: _____
            Andrew Clubok

Attorneys for Defendant
CONOCOPHILLIPS COMPANY

KING & SPALDING LLP

By: _____
            Tracie Renfroe

Attorneys for Defendants
CHEVRON CORPORATION and CHEVRON
U.S.A. INC.

ARNOLD & PORTER LLP

By: _____
            Matthew Heartney

Attorneys for Defendants
BP AMERICA, INC., AND BP PRODUCTS
NORTH AMERICA, INC.

O'MELVENY & MYERS LLP

By: _____
            John F. Daum

Attorneys for Defendant
EXXONMOBIL CORPORATION

GREENBERG TRAURIG LLP

By: _____
            Richard K. Welsh

Attorneys for Defendant
THE AES CORPORATION

- 4 -

STIPULATION RE: MOTIONS TO DISMISS SCHEDULING AND FORMAT

MUNGER, TOLLES & OLSON LLP

By: _____
        Jerome C. Roth

Attorneys for Defendant
SHELL OIL COMPANY


KING & SPALDING LLP

By: _____
        Tracie Renfroe

Attorneys for Defendants
CHEVRON CORPORATION and CHEVRON
U.S.A. INC.


O'MELVENY & MYERS LLP

By: _____
        John F. Daum

Attorneys for Defendant
EXXONMOBIL CORPORATION


SIDLEY AUSTIN LLP

By: _Samuel R. Miller_  PLY
        Samuel R. Miller

Attorneys for Defendants
AMERICAN ELECTRIC POWER
COMPANY, AMERICAN ELECTRIC
POWER SERVICE CORPORATION, AND
DUKE ENERGY CORPORATION


KIRKLAND & ELLIS LLP

By: _____
        Andrew Clubok

Attorneys for Defendant
CONOCOPHILLIPS COMPANY


ARNOLD & PORTER LLP

By: _____
        Matthew Heartney

Attorneys for Defendants
BP AMERICA, INC., AND BP PRODUCTS
NORTH AMERICA, INC.


GREENBERG TRAURIG LLP

By: _____
        Richard K. Welsh

Attorneys for Defendant
THE AES CORPORATION


BAKER BOTTS LLP

By: _____
        Jeffrey A. Lamken

Attorneys for Defendants
DYNEGY HOLDINGS INC., NRG ENERGY,
INC., AND RELIANT ENERGY, INC.

STIPULATION RE: MOTIONS TO DISMISS SCHEDULING AND FORMAT

SIDLEY AUSTIN LLP

By: _____
        Samuel R. Miller

Attorneys for Defendants
AMERICAN ELECTRIC POWER
COMPANY, AMERICAN ELECTRIC
POWER SERVICE CORPORATION, AND
DUKE ENERGY CORPORATION


JONES DAY

By: _____
        Kevin P. Holewinski

Attorneys for Defendant
XCEL ENERGY INC.


CROWELL & MORING LLP

By: _____
        Steven P. Rice

Attorneys for Defendant
PEABODY ENERGY CORPORATION


BAKER BOTTS LLP

By: _____
        Jeffrey A. Lamken

Attorneys for Defendants
DYNEGY HOLDINGS INC., NRG ENERGY,
INC., AND RELIANT ENERGY, INC.


VINSON & ELKINS LLP
THELEN REID BROWN RAYSMAN
& STEINER LLP

By: _____
        Kevin A. Gaynor

Attorneys for Defendant
MIRANT CORPORATION

STIPULATION RE: MOTIONS TO DISMISS SCHEDULING AND FORMAT

1    SIDLEY AUSTIN LLP                    BAKER BOTTS LLP

2

3       By: _____      By: _____
                Samuel R. Miller                  Jeffrey A. Lamken
4    Attorneys for Defendants            Attorneys for Defendants
5    AMERICAN ELECTRIC POWER             DYNEGY HOLDINGS INC., NRG ENERGY,
     COMPANY, AMERICAN ELECTRIC          INC., AND RELIANT ENERGY, INC.
6    POWER SERVICE CORPORATION, AND
     DUKE ENERGY CORPORATION
7

8    JONES DAY                           VINSON & ELKINS LLP
                                         THELEN REID BROWN RAYSMAN
9                                        & STEINER LLP
                 _Kevin P. Holewinski_
10      By: _____
                Kevin P. Holewinski
11   Attorneys for Defendant               By: _____
     XCEL ENERGY INC.                             Kevin A. Gaynor
12
                                         Attorneys for Defendant
13                                       MIRANT CORPORATION

14   CROWELL & MORING LLP

15

16      By: _____
                Steven P. Rice
17   Attorneys for Defendant
18   PEABODY ENERGY CORPORATION

19

20

21

22

23

24

25

26                                          .

27

28

                                   - 5 -

SIDLEY AUSTIN LLP


By: _____
            Samuel R. Miller

Attorneys for Defendants
AMERICAN ELECTRIC POWER
COMPANY, AMERICAN ELECTRIC
POWER SERVICE CORPORATION, AND
DUKE ENERGY CORPORATION


JONES DAY


By: _____
            Kevin P. Holewinski

Attorneys for Defendant
XCEL ENERGY INC.


CROWELL & MORING LLP


By: _____
            Steven P. Rice

Attorneys for Defendant
PEABODY ENERGY CORPORATION


BAKER BOTTS LLP


By: _____
            Jeffrey A. Lamken

Attorneys for Defendants
DYNEGY HOLDINGS INC., NRG ENERGY,
INC., AND RELIANT ENERGY, INC.


VINSON & ELKINS LLP
THELEN REID BROWN RAYSMAN
& STEINER LLP


By: _____
            Kevin A. Gaynor

Attorneys for Defendant
MIRANT CORPORATION

- 5 -

1   JONES DAY

2

3   By: _____
          Kevin P. Holewinski
4
    Attorneys for Defendant
5   XCEL ENERGY INC.

6

7   CROWELL & MORING LLP

8

9   By: _Steven P. Rice_ (TMR)
            Steven P. Rice
10
    Attorneys for Defendant
11  PEABODY ENERGY CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VINSON & ELKINS LLP
THELEN REID BROWN RAYSMAN
& STEINER LLP


By: _____
          Kevin A. Gaynor

Attorneys for Defendant
MIRANT CORPORATION

- 5 -

BELYNDA B. RECK (SBN 163561)
breck@hunton.com
HUNTON & WILLIAMS LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Attorneys for Defendants DTE ENERGY COMPANY,
EDISON INTERNATIONAL, MIDAMERICAN ENERGY
HOLDINGS COMPANY, PINNACLE WEST CAPITAL
CORP., AND THE SOUTHERN COMPANY


MATTHEW F. PAWA (*Pro hac vice*)
mp@pawalaw.com
LAW OFFICES OF MATTHEW F. PAWA, P.C.
1280 Centre Street, Suite 230
Newton Centre, MA  02459
Telephone:  (617) 641-9550
Facsimile:  (617) 641-9551

Attorneys for Plaintiffs
NATIVE VILLAGE OF KIVALINA and CITY OF
KIVALINA


[*Counsel Listing Continued on Next Four Pages*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA, <br><br> Plaintiffs, <br><br> vs. <br><br> EXXONMOBIL CORPORATION; *et al.*, <br><br> Defendants. | CASE NO.  C 08-01138 SBA <br><br> **[PROPOSED] ORDER RE: SCHEDULING AND FORMAT FOR MOTIONS TO DISMISS** |

1   LUKE W. COLE (SBN 145505)
    luke@igc.org
2   BRENT NEWELL (SBN 210312)
    brent@igc.org
3   CENTER ON RACE, POVERTY &
      THE ENVIRONMENT
4   47 Kearny Street, Suite 804
    San Francisco, CA 94108
5   Telephone:     (415) 346-4179
    Facsimile:     (415) 346-8723
6

7   HEATHER KENDALL MILLER (*Pro hac vice*)
    kendall@narf.org
8   NATIVE AMERICAN RIGHTS FUND
    420 L Street, Suite 505
9   Anchorage, AK 99515
    907-276-0680
10  Fax: 907-276-2466

11
    STEVE W. BERMAN (*Pro hac vice*)
12  steve@hbsslaw.com
    HAGENS BERMAN SOBOL SHAPIRO LLP
13  1301 Fifth Avenue, Suite 2900
    Seattle, WA 98101
14  Telephone: (206) 623-7292
    Facsimile:  (206)623-0594
15

16  REED R. KATHREIN (SBN 139304)
    Email: reed@hbsslaw.com
17  HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
18  Berkeley, CA 94710
    (510) 725-3000
19  Fax: (510) 725-3001

20
    GARY E. MASON (*Pro hac vice*)
21  Email: gmason@masonlawdc.com
    THE MASON LAW FIRM, LLP
22  1225 19th Street, NW
    Suite 500
23  Washington, DC 20036
    202-429-2290
24  Fax: 202-429-2294

DENNIS J. REICH (*Pro hac vice*)
Email: dreich@reichandbinstock.com
REICH & BINSTOCK, LLP
4265 San Felipe Blvd., Suite 1000
Houston, TX 77027
713-622-7271
Fax: 713-623-8724


CHRISTOPHER A. SEEGER (*Pro hac vice*)
Email: cseeger@seegerweiss.com
STEPHEN A. WEISS
Email: sweiss@seegerweiss.com
SEEGER WEISS LLP
One William Street
New York, NY 10004
212-584-0700
Fax: 212-584-0799


STEPHEN D. SUSMAN (*Pro hac vice*)
Email: ssusman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street
Suite 5100
Houston, TX 77002
713-651-9366
Fax: 713-654-6666

25

26

27          Attorneys for Plaintiffs NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA

28

1   RONALD L. OLSON (SBN 44597)                STUART A. C. DRAKE (*Pro hac vice*)
    Ronald.Olson@mto.com                       sdrake@kirkland.com
2   DANIEL P. COLLINS (SBN 139164)             ANDREW B. CLUBOK  (*Pro hac vice*)
    Daniel.Collins@mto.com                     aclubok@kirkland.com
3   MUNGER, TOLLES & OLSON LLP                 SUSAN E. ENGEL (*Pro hac vice*)
    355 South Grand Avenue, 35th Floor         seengel@kirkland.com
4   Los Angeles, CA  90071-1560                KIRKLAND & ELLIS LLP
    Telephone:    (213) 683-9100               655 Fifteenth Street, N.W.
5   Facsimile:    (213) 687-3702               Washington, D.C. 20005
                                               Telephone: (202) 879-5173
6   JEROME C. ROTH (SBN 159483)                Facsimile:  (202) 879-5200
    Jerome.Roth@mto.com
7   MUNGER, TOLLES & OLSON LLP
    560 Mission Street                         ELIZABETH DEELEY (SBN 230798)
8   San Francisco, CA  94105-2907              edeeley@kirkland.com
    Telephone:    (415) 512-4000               KIRKLAND & ELLIS LLP
9   Facsimile:    (415) 512-4077               555 California Street
                                               San Francisco, CA 94104
10  Attorneys for Defendant                    Telephone:  (415) 439-1861
    SHELL OIL COMPANY                          Facsimile:  (415) 439-1500
11
                                               Attorneys for CONOCOPHILLIPS
12                                             COMPANY
13
14  TRACIE J. RENFROE (*Pro hac vice*)         MATTHEW HEARTNEY (SBN 123516)
    trenfroe@kslaw.com                         Matthew.Heartney@aporter.com
15  JONATHAN L. MARSH (*Pro hac vice*)         ARNOLD & PORTER LLP
    jmarsh@kslaw.com                           777 S. Figueroa Street, 44th Floor
16  ROBERT MEADOWS (*Pro hac vice*)            Los Angeles, CA  90017-5844
    rmeadows@kslaw.com                         Telephone:  (213) 243-4150
17  KING & SPALDING LLP                        Facsimile:  (213) 243-4199
    1100 Louisiana Street, Suite 4000
18  Houston, TX  77002-5213                    PHILIP H. CURTIS (*Pro hac vice*)
    Telephone:    (713) 751-3200               Philip.Curtis@aporter.com
19  Facsimile:    (713) 751-3290               (*Pro hac vice*)
                                               MICHAEL B. GERRARD (*pro hac vice*)
20  LISA KOBIALKA (SBN 191404)                 Michael.Gerrard@ aporter.com
    lkobialka@kslaw.com                        (*pro hac vice*)
21  KING & SPALDING LLP                        ARNOLD & PORTER LLP
    1000 Bridge parkway, Suite 100             399 Park Avenue
22  Redwood City, CA  94065                    New York, New York  10022
    Telephone:    (650) 590-0700               Telephone:  (212) 715-1000
23  Facsimile:    (650) 590-1900               Facsimile:  (212) 715-1399

24  Attorneys for Defendants                   Attorneys for BP AMERICA, INC., AND
    CHEVRON CORPORATION and                    BP PRODUCTS NORTH AMERICA, INC.
25  CHEVRON U.S.A. INC.

26

27

28

JOHN F. DAUM (SBN 52313)
jdaum@omm.com
JONATHAN D. HACKER (*Pro hac vice*)
jhacker@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6111
Facsimile:  (213) 430-6407

Attorneys for Defendant
EXXONMOBIL CORPORATION

RICHARD K. WELSH (SBN 208825)
welshr@gtlaw.com
SCOTT BERTZYK (SBN 116449)
bertzyks@gtlaw.com
FELIX LEBRON (SBN 232984)
lebronf@gtlaw.com
KAMRAN SALOUR (SBN 247983)
salourk@gtlaw.com
GREENBERG TRAURIG LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone:  (310) 586-7700
Facsimile:  (310) 586-7800

Attorneys for Defendant The AES
CORPORATION

SAMUEL R. MILLER (SBN 66871)
srmiller@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
Telephone:  (415) 772-1200
Facsimile :  (415) 772-7400

DAVID T. BUENTE, JR. (*Pro hac vice*)
dbuente@sidley.com
JOSEPH R. GUERRA (*Pro hac vice*)
jguerra@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 736-8000
Facsimile:  (202) 736-8711

Attorneys for Defendants AMERICAN
ELECTRIC POWER COMPANY, AMERICAN
ELECTRIC POWER SERVICE CORP., AND
DUKE ENERGY CORP.

F. WILLIAM BROWNELL (*Pro hac vice*)
bbrownell@hunton.com
NORMAN W. FICHTHORN (*Pro hac vice*)
nfichthorn@hunton.com
ALLISON D. WOOD (*Pro hac vice*)
awood@hunton.com
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, D.C. 20006-1109
Telephone:  (202) 955-1500
Facsimile:  (202) 778-2201

SHAWN PATRICK REGAN (*Pro hac vice*)
sregan@hunton.com
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10166-0136
Telephone:  (212) 309-1000
Facsimile:  (212) 309-1100

Attorneys for Defendants DTE ENERGY
COMPANY, EDISON INTERNATIONAL,
MIDAMERICAN ENERGY HOLDINGS
COMPANY, PINNACLE WEST CAPITAL
CORP., AND THE SOUTHERN
COMPANY

1   JEFFREY A. LAMKEN (SBN 154217)                THOMAS A. RECTOR (SBN 199173)
    jeffrey.lamken@bakerbotts.com                 tarector@jonesday.com
2   JEREMY LEVIN (SBN 210577)                     JONES DAY
    jeremy.levin@bakerbotts.com                   555 California Street, 26th Floor
3   BAKER BOTTS LLP                               San Francisco, CA 94104
    The Warner                                    Telephone:  415-626-3939
4   1299 Pennsylvania Ave., N.W.                  Facsimile:  415-875-5700
    Washington D.C. 20004-2400
5   Telephone:  (202) 639-7700                    THOMAS E. FENNELL (*Pro hac vice*)
    Facsimile:  (202) 639-7890                    tefennell@jonesday.com
6                                                 MICHAEL L. RICE (*Pro hac vice*))
    Attorneys for Defendants DYNEGY HOLDINGS      mlrice@jonesday.com
7   INC., NRG ENERGY, INC., AND RELIANT           JONES DAY
    ENERGY, INC.                                  2727 N. Harwood Street
8                                                 Dallas, TX 75201
                                                  Telephone:  214-220-3939
9                                                 Facsimile:  214-969-5100

10                                                KEVIN P. HOLEWINSKI (*Pro hac vice*)
                                                  kpholewinski@jonesday.com
11                                                JONES DAY
                                                  41 Louisiana Avenue, N.W.
12                                                Washington, D.C. 20001
                                                  Telephone:  202-879-3939
13                                                Facsimile:  202-626-1700

14                                                Attorneys for Defendant XCEL ENERGY
                                                  INC.
15

16  KATHLEEN TAYLOR SOOY (*Pro hac vice*)         ROBERT B. PRINGLE (SBN 051365)
    ksooy@crowell.com                             rbpringle@thelen.com
17  SCOTT L. WINKELMAN (*Pro hac vice*)           LAURA A. GUILLEN (SBN 248874)
    swinkelman@crowell.com                        laguillen@thelen.com
18  TRACY A. ROMAN (*Pro hac vice*)               THELEN REID BROWN RAYSMAN
    troman@crowell.com                              & STEINER LLP
19  CROWELL & MORING LLP                          101 Second Street, Suite 1800
    1001 Pennsylvania Ave., N.W.                  San Francisco, CA 94105
20  Washington, D.C. 20004-2595                   Telephone:  (415) 371-1200
    Telephone:  202-624-2500                      Facsimile:  (415) 371-1211
21  Facsimile:  202-628-5116

22  STEVEN P. RICE (SBN 94321)                    KEVIN A. GAYNOR (*Pro hac vice*)
    srice@crowell.com                             kgaynor@velaw.com
23  CROWELL & MORING LLP                          BENJAMIN S. LIPPARD
    3 Park Plaza                                  blippard@velaw.com
24  Irvine, CA 92614                              VINSON & ELKINS LLP
    Telephone:  949-798-1310                      1455 Pennsylvania Avenue, N.W.
25  Facsimile:  949-263-8414                      Washington, D.C. 20004-1008
                                                  Telephone:  (202) 639-6500
26  Attorneys for Defendant PEABODY ENERGY        Facsimile:  (202) 639-6604
    CORPORATION
27                                                Attorneys for Defendant MIRANT CORP.

28

1         Pursuant to the Stipulation between Plaintiffs and Defendants ExxonMobil Corporation;

2    BP America, Inc.; BP Products North America, Inc.; Chevron Corporation; Chevron USA, Inc.;

3    ConocoPhillips Company; Shell Oil Company; The AES Corporation; American Electric Power

4    Company, Inc.; American Electric Power Service Corporation; Duke Energy Corporation; DTE

5    Energy Company; Edison International; MidAmerican Energy Holdings Company; Pinnacle West

6    Capital Corporation; The Southern Company; Dynegy Holdings Inc., NRG Energy, Inc.; Reliant

7    Energy, Inc.; Mirant Corporation; Peabody Energy Corporation; and Xcel Energy Inc.

8    ("Defendants") (collectively, the "Parties"), and FOR GOOD CAUSE SHOWN, IT IS HEREBY

9    ORDERED:

10        The Parties shall abide by the briefing schedule and format set forth below:

11

12   <u>Fed. R. Civ. P. 12(b)(1) / 12(b)(6) Briefs</u>

13        <u>*Utility Defendants*</u>[1]

14        1.     The Utility Defendants will file a single consolidated brief under Fed. R. Civ. P.

15   12(b)(1) and 12(b)(6), not to exceed 50 pages, addressing counts 1, 2 and 4 of Plaintiffs'

16   Complaint.  Plaintiffs will file a single consolidated opposition brief, not to exceed 50 pages.  The

17   Utility Defendants will file a single consolidated reply brief, not to exceed 30 pages (*i.e.*, no more

18   than 60 percent of the pages allotted for the moving and opposition briefs, as contemplated by

19   Local Rule 7-4(b)).

20        2.     American Electric Power Company, Inc., Duke Energy Corporation, and Southern

21   Company (the Utility Defendants named in count 3 of the Complaint) will file a single

22   consolidated brief, not to exceed 25 pages, addressing count 3 of the Complaint.  Plaintiffs will

23   file a single opposition brief, not to exceed 25 pages.  AEP, Duke and Southern will file a reply

24   brief not to exceed 15 pages.

25   _____

[1]         For the purposes of this Order, the term "Utility Defendants" refers to the following

26   Defendants:  The AES Corporation, American Electric Power Company, Inc., American Electric
     Power Service Corporation, DTE Energy Company, Duke Energy Corporation, Dynegy Holdings

27   Inc., Edison International, MidAmerican Energy Holdings Company, Mirant Corporation, NRG
     Energy, Inc., Pinnacle West Capital Corporation, Reliant Energy, Inc., Southern Company, and

28   Xcel Energy Inc.

1     *Oil Company Defendants*[2]

2         3.     The Oil Company Defendants will file a single consolidated brief under Fed. R.

3 Civ. P. 12(b)(1) addressing counts 1 through 4 of the Complaint.  The Oil Company Defendants

4 also will file a single consolidated brief under Fed. R. Civ. P. 12(b)(6) addressing counts 1

5 through 4 of the Complaint.  The total number of combined pages for these two briefs shall not

6 exceed 75 pages.  Plaintiffs' opposition brief to each such motion shall not exceed the length of

7 the motion to which it responds.  The Oil Company Defendants will file a single consolidated

8 reply brief in support of each such motion, and each such reply shall not exceed 60% of the page

9 length of the motion that it supports.

10     *Peabody Energy Corp.*

11         4.     Peabody will file a single brief under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), not to

12 exceed 50 pages.  Plaintiffs will file an opposition brief not to exceed 50 pages.  Peabody will file

13 a reply brief not to exceed 30 pages.

14                                *     *     *

15         5.     In the alternative to the briefing format outlined in paragraphs 1 through 4 above,

16 Plaintiffs retain the option to consolidate some or all of their briefs into one or more briefs, the

17 total length of which shall not exceed the combined page total allocated for the Defendants'

18 opening briefs.

19         6.     The opening briefs discussed in paragraphs 1 through 5 above will be filed and

20 served electronically on Plaintiffs on or before June 30, 2008.  Plaintiffs' opposition briefs will be

21 filed and served electronically on Defendants on or before September 18, 2008.  Reply briefs will

22 be filed and served electronically on Plaintiffs on or before November 18, 2008.

23 Fed. R. Civ. P. 12(b)(2) Briefs

24         7.     The Non-Resident Utility Defendants (*i.e.* all Utility Defendants except Edison

25 International) will file and serve electronically on Plaintiffs a single consolidated brief under Fed.

26

---

27  [2]     For the purposes of this Order, the term "Oil Company Defendants" refers to the
following Defendants: ExxonMobil Corporation, BP America, Inc., BP North America, Inc.,

28 Chevron Corporation, Chevron U.S.A., Inc., ConocoPhillips Company, and Shell Oil Company.

[PROPOSED] ORDER RE: MOTIONS TO DISMISS SCHEDULING AND FORMAT

1    R. Civ. P. 12(b)(2), not to exceed 50 pages, on or before June 30, 2008.

2        8.    The Oil Company Defendants, as defined in footnote 2 herein, will not file a brief

3    under Fed. R. Civ. P. 12(b)(2).

4        9.    Peabody will file and serve electronically on Plaintiffs a brief under Fed. R. Civ. P.

5    12(b)(2), not to exceed 20 pages, on or before June 30, 2008.

6        10.    The Parties will defer all further personal jurisdiction briefing and related matters,

7    including issues related to jurisdictional discovery, until after the Court has decided Defendants'

8    motions under Rules 12(b)(1) and 12(b)(6).  In the event that further briefing on these issues is

9    necessary, or ordered by the Court, the Parties will negotiate a mutually convenient briefing

10   schedule at that time.

11       11.    Insofar as this Order defers opposition and reply briefing on the issue of personal

12   jurisdiction, it does not effect a waiver of that defense by the Non-Resident Utility Defendants or

13   Peabody.

14

15   DATED:  May ___, 2008

                                    By: _____

16                                       The Hon. Saundra B. Armstrong
                                         United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

[PROPOSED] ORDER RE: MOTIONS TO DISMISS SCHEDULING AND FORMAT