1   ROBERT B. PRINGLE, CA BAR NO. 051365
    LAURA A. GUILLEN, CA BAR NO. 248874
2   THELEN REID BROWN RAYSMAN & STEINER LLP
    101 Second Street, Suite 1800
3   San Francisco, CA  94105-3606
    Telephone:  (415) 371-1200
4   Facsimile:  (415) 371-1211
    Email:     rbpringle@thelen.com
5              lguillen@thelen.com
    KEVIN A. GAYNOR (*Admitted Pro Hac Vice*)
6   BENJAMIN S. LIPPARD (*Admitted Pro Hac Vice*)
    VINSON & ELKINS LLP
7   1455 Pennsylvania Avenue, NW Suite 1600
    Washington, DC  20004-1008
8   Telephone:  (202) 639-6688
    Facsimile:  (202) 879-8888
9   Email:     kgaynor@velaw.com

10  Attorneys for Defendant
    MIRANT CORPORATION

11

12                 **UNITED STATES DISTRICT COURT**

13                **NORTHERN DISTRICT OF CALIFORNIA**

14                   **SAN FRANCISCO DIVISION**

15

16  NATIVE VILLAGE OF KIVALINA and            Civ. Action No.: CV-08-1138-SBA
17  CITY OF KIVALINA,

18              Plaintiffs,

        v.
19
    EXXONMOBIL CORPORATION; BP
20  P.L.C.; BP AMERICA, INC.; BP
    PRODUCTS NORTH AMERICA, INC.;          **STIPULATION DISMISSING**
21  CHEVRON CORPORATION;                   **COMPLAINT FOR DAMAGES AS TO**
    CHEVRON U.S.A., INC.;                  **MIRANT CORPORATION WITH**
22  CONOCOPHILLIPS COMPANY;                **PREJUDICE**
    ROYAL DUTCH SHELL PLC; SHELL
23  OIL COMPANY; PEABODY ENERGY
    CORPORATION; THE AES
24  CORPORATION; AMERICAN
    ELECTRIC POWER COMPANY, INC.;
25  AMERICAN ELECTRIC POWER                **[NO HEARING REQUIRED]**
    SERVICES CORPORATION; DTE
26  ENERGY COMPANY; DUKE ENERGY
    CORPORATION; DYNEGY
27  HOLDINGS, INC.; EDISON
    INTERNATIONAL; MIDAMERICAN
28  ENERGY HOLDINGS COMPANY;

1  MIRANT CORPORATION; NRG
   ENERGY; PINNACLE WEST CAPITAL
2  CORPORATION; RELIANT ENERGY,
   INC.; THE SOUTHERN COMPANY;
3  AND XCEL ENERGY, INC.

4

5          IT IS HEREBY STIPULATED AND AGREED, by undersigned counsel, that Native

6  Village of Kivalina and City of Kivalina hereby dismiss the above-captioned case as to Mirant

7  Corporation with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

8          Each respective party will bear its own costs for fees and expenses incurred in Civ. Action

9  No. CV- 08-1138-SBA.

10

11

12  LAW OFFICES OF MATTHEW F. PAWA, P.C.        VINSON & ELKINS LLP

13  _Matthew F. Pawa /mrr_____        _Kevin A. Gaynor_____

14  Matthew Pawa        Kevin A. Gaynor

15

16  Attorneys For Native Village of Kivalina and City        Attorneys For Mirant Corporation
17  of Kivalina

18

19

20

21

22

23

24

25

26

27

28

STIPULATION DISMISSING COMPLAINT FOR DAMAGES AS TO MIRANT CORPORATION

ROBERT B. PRINGLE, CA BAR NO. 051365
LAURA A. GUILLEN, CA BAR NO. 248874
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3606
Telephone:  (415) 371-1200
Facsimile:  (415) 371-1211
Email:    rbpringle@thelen.com
          lguillen@thelen.com
KEVIN A. GAYNOR (*Admitted Pro Hac Vice*)
BENJAMIN S. LIPPARD (*Admitted Pro Hac Vice*)
VINSON & ELKINS LLP
1455 Pennsylvania Avenue, NW Suite 1600
Washington, DC  20004-1008
Telephone:  (202) 639-6688
Facsimile:  (202) 879-8888
Email:    kgaynor@velaw.com

Attorneys for Defendant
MIRANT CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>                    Plaintiffs,<br><br>     v.<br><br>EXXONMOBIL CORPORATION; BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; CHEVRON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICES CORPORATION; DTE ENERGY COMPANY; DUKE ENERGY CORPORATION; DYNEGY HOLDINGS, INC.; EDISON INTERNATIONAL; MIDAMERICAN ENERGY HOLDINGS COMPANY; | Civ. Action No.: CV-08-1138-SBA<br><br><br>**PROPOSED ORDER GRANTING STIPULATION DISMISSING COMPLAINT FOR DAMAGES AS TO MIRANT CORPORATION WITH PREJUDICE**<br><br><br><br>[NO HEARING REQUIRED] |

1  MIRANT CORPORATION; NRG
   ENERGY; PINNACLE WEST CAPITAL
2  CORPORATION; RELIANT ENERGY,
   INC.; THE SOUTHERN COMPANY;
3  AND XCEL ENERGY, INC.

4

5        In light of the agreed stipulation of Plaintiffs and Defendant Mirant Corporation, IT IS

6  HEREBY ORDERED that Defendant Mirant Corporation is dismissed with prejudice.

7

8  DATED: _____ 2008

9

10

11                                        By: _____

12                                            The Hon. Saundra B. Armstrong
                                             United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER GRANTING STIPULATION DISMISSING COMPLAINT FOR DAMAGES AS TO MIRANT CORPORATION