1 | BELYNDA B. RECK (SBN 163561)
breck@hunton.com
2 | HUNTON & WILLIAMS LLP
550 South Hope Street, Suite 2000
3 | Los Angeles, CA 90071-2627
Telephone: (213) 532-2000
4 | Facsimile: (213) 532-2020

5 | Attorneys for Defendants DTE ENERGY COMPANY, EDISON INTERNATIONAL, MIDAMERICAN ENERGY
6 | HOLDINGS COMPANY, PINNACLE WEST CAPITAL CORP., AND THE SOUTHERN COMPANY

7

8 | MATTHEW F. PAWA (*Pro hac vice*)
mp@pawalaw.com
9 | LAW OFFICES OF MATTHEW F. PAWA, P.C.
1280 Centre Street, Suite 230
10 | Newton Centre, MA 02459
Telephone: (617) 641-9550
11 | Facsimile: (617) 641-9551

12 | Attorneys for Plaintiffs
NATIVE VILLAGE OF KIVALINA and CITY OF
13 | KIVALINA

14 | [*Counsel Listing Continued on Next Four Pages*]

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

17 | OAKLAND DIVISION

18 | NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,    |   CASE NO. C 08-01138 SBA
19 |         Plaintiffs,                                  |   **ORDER RE: SCHEDULING AND FORMAT FOR MOTIONS TO DISMISS**
20 |    vs.
21 | EXXONMOBIL CORPORATION; *et al.*,
22 |         Defendants.

23

24

25

26

27

28

[PROPOSED] ORDER RE: MOTIONS TO DISMISS SCHEDULING AND FORMAT

| | |
|---|---|
| LUKE W. COLE (SBN 145505)<br>luke@igc.org<br>BRENT NEWELL (SBN 210312)<br>brent@igc.org<br>CENTER ON RACE, POVERTY &<br>  THE ENVIRONMENT<br>47 Kearny Street, Suite 804<br>San Francisco, CA 94108<br>Telephone:    (415) 346-4179<br>Facsimile:    (415) 346-8723 | DENNIS J. REICH (*Pro hac vice*)<br>Email: dreich@reichandbinstock.com<br>REICH & BINSTOCK, LLP<br>4265 San Felipe Blvd., Suite 1000<br>Houston, TX 77027<br>713-622-7271<br>Fax: 713-623-8724<br><br>CHRISTOPHER A. SEEGER (*Pro hac vice*)<br>Email: cseeger@seegerweiss.com<br>STEPHEN A. WEISS |
| HEATHER KENDALL MILLER (*Pro hac vice*)<br>kendall@narf.org<br>NATIVE AMERICAN RIGHTS FUND<br>420 L Street, Suite 505<br>Anchorage, AK 99515<br>907-276-0680<br>Fax: 907-276-2466 | Email: sweiss@seegerweiss.com<br>SEEGER WEISS LLP<br>One William Street<br>New York, NY 10004<br>212-584-0700<br>Fax: 212-584-0799 |
| STEVE W. BERMAN (*Pro hac vice*)<br>steve@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206)623-0594 | STEPHEN D. SUSMAN (*Pro hac vice*)<br>Email: ssusman@susmangodfrey.com<br>SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street<br>Suite 5100<br>Houston, TX 77002<br>713-651-9366<br>Fax: 713-654-6666 |
| REED R. KATHREIN (SBN 139304)<br>Email: reed@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000<br>Fax: (510) 725-3001 | |
| GARY E. MASON (*Pro hac vice*)<br>Email: gmason@masonlawdc.com<br>THE MASON LAW FIRM, LLP<br>1225 19th Street, NW<br>Suite 500<br>Washington, DC 20036<br>202-429-2290<br>Fax: 202-429-2294 | |

Attorneys for Plaintiffs NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA

| | | |
|---|---|---|
| 1 | RONALD L. OLSON (SBN 44597)<br>Ronald.Olson@mto.com | STUART A. C. DRAKE (*Pro hac vice*)<br>sdrake@kirkland.com |
| 2 | DANIEL P. COLLINS (SBN 139164)<br>Daniel.Collins@mto.com | ANDREW B. CLUBOK (*Pro hac vice*)<br>aclubok@kirkland.com |
| 3 | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor | SUSAN E. ENGEL (*Pro hac vice*)<br>seengel@kirkland.com |
| 4 | Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100 | KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W. |
| 5 | Facsimile:     (213) 687-3702 | Washington, D.C. 20005<br>Telephone: (202) 879-5173 |
| 6 | JEROME C. ROTH (SBN 159483)<br>Jerome.Roth@mto.com | Facsimile:   (202) 879-5200 |
| 7 | MUNGER, TOLLES & OLSON LLP<br>560 Mission Street | ELIZABETH DEELEY (SBN 230798)<br>edeeley@kirkland.com |
| 8 | San Francisco, CA  94105-2907<br>Telephone:     (415) 512-4000 | KIRKLAND & ELLIS LLP<br>555 California Street |
| 9 | Facsimile:     (415) 512-4077 | San Francisco, CA 94104<br>Telephone:  (415) 439-1861 |
| 10 | Attorneys for Defendant<br>SHELL OIL COMPANY | Facsimile:   (415) 439-1500 |
| 11 | | Attorneys for CONOCOPHILLIPS |
| 12 | | COMPANY |
| 13 | | |
| 14 | TRACIE J. RENFROE (*Pro hac vice*)<br>trenfroe@kslaw.com | MATTHEW HEARTNEY (SBN 123516)<br>Matthew.Heartney@aporter.com |
| 15 | JONATHAN L. MARSH (*Pro hac vice*)<br>jmarsh@kslaw.com | ARNOLD & PORTER LLP<br>777 S. Figueroa Street, 44th Floor |
| 16 | ROBERT MEADOWS (*Pro hac vice*)<br>rmeadows@kslaw.com | Los Angeles, CA  90017-5844<br>Telephone:  (213) 243-4150 |
| 17 | KING & SPALDING LLP<br>1100 Louisiana Street, Suite 4000 | Facsimile:   (213) 243-4199 |
| 18 | Houston, TX  77002-5213<br>Telephone:     (713) 751-3200 | PHILIP H. CURTIS (*Pro hac vice*)<br>Philip.Curtis@aporter.com |
| 19 | Facsimile:     (713) 751-3290 | (*Pro hac vice*)<br>MICHAEL B. GERRARD (*pro hac vice*) |
| 20 | LISA KOBIALKA (SBN 191404)<br>lkobialka@kslaw.com | Michael.Gerrard@ aporter.com<br>(*pro hac vice*) |
| 21 | KING & SPALDING LLP<br>1000 Bridge parkway, Suite 100 | ARNOLD & PORTER LLP<br>399 Park Avenue |
| 22 | Redwood City, CA  94065<br>Telephone:     (650) 590-0700 | New York, New York  10022<br>Telephone:  (212) 715-1000 |
| 23 | Facsimile:     (650) 590-1900 | Facsimile:   (212) 715-1399 |
| 24 | Attorneys for Defendants<br>CHEVRON CORPORATION and | Attorneys for BP AMERICA, INC., AND<br>BP PRODUCTS NORTH AMERICA, INC. |
| 25 | CHEVRON U.S.A. INC. | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | JOHN F. DAUM (SBN 52313)<br>jdaum@omm.com | RICHARD K. WELSH (SBN 208825)<br>welshr@gtlaw.com |
| 2 | JONATHAN D. HACKER (*Pro hac vice*)<br>jhacker@omm.com | SCOTT BERTZYK (SBN 116449)<br>bertzyks@gtlaw.com |
| 3 | O'MELVENY & MYERS LLP<br>400 South Hope Street | FELIX LEBRON (SBN 232984)<br>lebronf@gtlaw.com |
| 4 | Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6111 | KAMRAN SALOUR (SBN 247983)<br>salourk@gtlaw.com |
| 5 | Facsimile: (213) 430-6407 | GREENBERG TRAURIG LLP<br>2450 Colorado Avenue, Suite 400E |
| 6 | Attorneys for Defendant<br>EXXONMOBIL CORPORATION | Santa Monica, CA 90404<br>Telephone: (310) 586-7700 |
| 7 | | Facsimile: (310) 586-7800 |
| 8 | | Attorneys for Defendant The AES CORPORATION |
| 9 | | |
| 10 | SAMUEL R. MILLER (SBN 66871)<br>srmiller@sidley.com | F. WILLIAM BROWNELL (*Pro hac vice*)<br>bbrownell@hunton.com |
| 11 | SIDLEY AUSTIN LLP<br>555 California Street | NORMAN W. FICHTHORN (*Pro hac vice*)<br>nfichthorn@hunton.com |
| 12 | San Francisco, CA 94104<br>Telephone: (415) 772-1200 | ALLISON D. WOOD (*Pro hac vice*)<br>awood@hunton.com |
| 13 | Facsimile : (415) 772-7400 | HUNTON & WILLIAMS LLP<br>1900 K Street, N.W. |
| 14 | DAVID T. BUENTE, JR. (*Pro hac vice*)<br>dbuente@sidley.com | Washington, D.C. 20006-1109<br>Telephone: (202) 955-1500 |
| 15 | JOSEPH R. GUERRA (*Pro hac vice*)<br>jguerra@sidley.com | Facsimile: (202) 778-2201 |
| 16 | SIDLEY AUSTIN LLP<br>1501 K Street, N.W. | SHAWN PATRICK REGAN (*Pro hac vice*)<br>sregan@hunton.com |
| 17 | Washington, D.C. 20005<br>Telephone: (202) 736-8000 | HUNTON & WILLIAMS LLP<br>200 Park Avenue |
| 18 | Facsimile: (202) 736-8711 | New York, NY 10166-0136<br>Telephone: (212) 309-1000 |
| 19 | Attorneys for Defendants AMERICAN ELECTRIC POWER COMPANY, AMERICAN | Facsimile: (212) 309-1100 |
| 20 | ELECTRIC POWER SERVICE CORP., AND DUKE ENERGY CORP. | Attorneys for Defendants DTE ENERGY COMPANY, EDISON INTERNATIONAL, |
| 21 | | MIDAMERICAN ENERGY HOLDINGS COMPANY, PINNACLE WEST CAPITAL |
| 22 | | CORP., AND THE SOUTHERN COMPANY |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

[PROPOSED] ORDER RE: MOTIONS TO DISMISS SCHEDULING AND FORMAT

| | | |
|---|---|---|
| 1 | JEFFREY A. LAMKEN (SBN 154217)<br>jeffrey.lamken@bakerbotts.com | THOMAS A. RECTOR (SBN 199173)<br>tarector@jonesday.com |
| 2 | JEREMY LEVIN (SBN 210577)<br>jeremy.levin@bakerbotts.com | JONES DAY<br>555 California Street, 26th Floor |
| 3 | BAKER BOTTS LLP<br>The Warner | San Francisco, CA 94104<br>Telephone: 415-626-3939 |
| 4 | 1299 Pennsylvania Ave., N.W.<br>Washington D.C. 20004-2400 | Facsimile: 415-875-5700 |
| 5 | Telephone: (202) 639-7700<br>Facsimile: (202) 639-7890 | THOMAS E. FENNELL (*Pro hac vice*)<br>tefennell@jonesday.com |
| 6 | | MICHAEL L. RICE (*Pro hac vice*))<br>mlrice@jonesday.com |
| 7 | Attorneys for Defendants DYNEGY HOLDINGS INC., NRG ENERGY, INC., AND RELIANT ENERGY, INC. | JONES DAY<br>2727 N. Harwood Street |
| 8 | | Dallas, TX 75201<br>Telephone: 214-220-3939 |
| 9 | | Facsimile: 214-969-5100 |
| 10 | | KEVIN P. HOLEWINSKI (*Pro hac vice*)<br>kpholewinski@jonesday.com |
| 11 | | JONES DAY<br>41 Louisiana Avenue, N.W. |
| 12 | | Washington, D.C. 20001<br>Telephone: 202-879-3939 |
| 13 | | Facsimile: 202-626-1700 |
| 14 | | Attorneys for Defendant XCEL ENERGY INC. |
| 15 | | |
| 16 | KATHLEEN TAYLOR SOOY (*Pro hac vice*)<br>ksooy@crowell.com | ROBERT B. PRINGLE (SBN 051365)<br>rbpringle@thelen.com |
| 17 | SCOTT L. WINKELMAN (*Pro hac vice*)<br>swinkelman@crowell.com | LAURA A. GUILLEN (SBN 248874)<br>laguillen@thelen.com |
| 18 | TRACY A. ROMAN (*Pro hac vice*)<br>troman@crowell.com | THELEN REID BROWN RAYSMAN<br>  & STEINER LLP |
| 19 | CROWELL & MORING LLP<br>1001 Pennsylvania Ave., N.W. | 101 Second Street, Suite 1800<br>San Francisco, CA 94105 |
| 20 | Washington, D.C. 20004-2595<br>Telephone: 202-624-2500 | Telephone: (415) 371-1200<br>Facsimile: (415) 371-1211 |
| 21 | Facsimile: 202-628-5116 | KEVIN A. GAYNOR (*Pro hac vice*) |
| 22 | STEVEN P. RICE (SBN 94321)<br>srice@crowell.com | kgaynor@velaw.com<br>BENJAMIN S. LIPPARD |
| 23 | CROWELL & MORING LLP<br>3 Park Plaza | blippard@velaw.com<br>VINSON & ELKINS LLP |
| 24 | Irvine, CA 92614<br>Telephone: 949-798-1310 | 1455 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-1008 |
| 25 | Facsimile: 949-263-8414 | Telephone: (202) 639-6500<br>Facsimile: (202) 639-6604 |
| 26 | Attorneys for Defendant PEABODY ENERGY CORPORATION | Attorneys for Defendant MIRANT CORP. |
| 27 | | |
| 28 | | |

[PROPOSED] ORDER RE: MOTIONS TO DISMISS SCHEDULING AND FORMAT

Pursuant to the Stipulation between Plaintiffs and Defendants ExxonMobil Corporation; BP America, Inc.; BP Products North America, Inc.; Chevron Corporation; Chevron USA, Inc.; ConocoPhillips Company; Shell Oil Company; The AES Corporation; American Electric Power Company, Inc.; American Electric Power Service Corporation; Duke Energy Corporation; DTE Energy Company; Edison International; MidAmerican Energy Holdings Company; Pinnacle West Capital Corporation; The Southern Company; Dynegy Holdings Inc., NRG Energy, Inc.; Reliant Energy, Inc.; Mirant Corporation; Peabody Energy Corporation; and Xcel Energy Inc. ("Defendants") (collectively, the "Parties"), and FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

The Parties shall abide by the briefing schedule and format set forth below:

Fed. R. Civ. P. 12(b)(1) / 12(b)(6) Briefs

*Utility Defendants*[1]

1. The Utility Defendants will file a single consolidated brief under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), not to exceed 50 pages, addressing counts 1, 2 and 4 of Plaintiffs' Complaint. Plaintiffs will file a single consolidated opposition brief, not to exceed 50 pages. The Utility Defendants will file a single consolidated reply brief, not to exceed 30 pages (*i.e.*, no more than 60 percent of the pages allotted for the moving and opposition briefs, as contemplated by Local Rule 7-4(b)).

2. American Electric Power Company, Inc., Duke Energy Corporation, and Southern Company (the Utility Defendants named in count 3 of the Complaint) will file a single consolidated brief, not to exceed 25 pages, addressing count 3 of the Complaint. Plaintiffs will file a single opposition brief, not to exceed 25 pages. AEP, Duke and Southern will file a reply brief not to exceed 15 pages.

---

[1] For the purposes of this Order, the term "Utility Defendants" refers to the following Defendants: The AES Corporation, American Electric Power Company, Inc., American Electric Power Service Corporation, DTE Energy Company, Duke Energy Corporation, Dynegy Holdings Inc., Edison International, MidAmerican Energy Holdings Company, Mirant Corporation, NRG Energy, Inc., Pinnacle West Capital Corporation, Reliant Energy, Inc., Southern Company, and Xcel Energy Inc.

*Oil Company Defendants*[2]

3.  The Oil Company Defendants will file a single consolidated brief under Fed. R. Civ. P. 12(b)(1) addressing counts 1 through 4 of the Complaint. The Oil Company Defendants also will file a single consolidated brief under Fed. R. Civ. P. 12(b)(6) addressing counts 1 through 4 of the Complaint. The total number of combined pages for these two briefs shall not exceed 75 pages. Plaintiffs' opposition brief to each such motion shall not exceed the length of the motion to which it responds. The Oil Company Defendants will file a single consolidated reply brief in support of each such motion, and each such reply shall not exceed 60% of the page length of the motion that it supports.

*Peabody Energy Corp.*

4.  Peabody will file a single brief under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), not to exceed 50 pages. Plaintiffs will file an opposition brief not to exceed 50 pages. Peabody will file a reply brief not to exceed 30 pages.

\*   \*   \*

5.  In the alternative to the briefing format outlined in paragraphs 1 through 4 above, Plaintiffs retain the option to consolidate some or all of their briefs into one or more briefs, the total length of which shall not exceed the combined page total allocated for the Defendants' opening briefs.

6.  The opening briefs discussed in paragraphs 1 through 5 above will be filed and served electronically on Plaintiffs on or before June 30, 2008. Plaintiffs' opposition briefs will be filed and served electronically on Defendants on or before September 18, 2008. Reply briefs will be filed and served electronically on Plaintiffs on or before November 18, 2008.

Fed. R. Civ. P. 12(b)(2) Briefs

7.  The Non-Resident Utility Defendants (*i.e.* all Utility Defendants except Edison International) will file and serve electronically on Plaintiffs a single consolidated brief under Fed.

---

[2] For the purposes of this Order, the term "Oil Company Defendants" refers to the following Defendants: ExxonMobil Corporation, BP America, Inc., BP North America, Inc., Chevron Corporation, Chevron U.S.A., Inc., ConocoPhillips Company, and Shell Oil Company.

1  R. Civ. P. 12(b)(2), not to exceed 50 pages, on or before June 30, 2008.

2      8.    The Oil Company Defendants, as defined in footnote 2 herein, will not file a brief under Fed. R. Civ. P. 12(b)(2).

4      9.    Peabody will file and serve electronically on Plaintiffs a brief under Fed. R. Civ. P. 12(b)(2), not to exceed 20 pages, on or before June 30, 2008.

6      10.    The Parties will defer all further personal jurisdiction briefing and related matters, including issues related to jurisdictional discovery, until after the Court has decided Defendants' motions under Rules 12(b)(1) and 12(b)(6). In the event that further briefing on these issues is necessary, or ordered by the Court, the Parties will negotiate a mutually convenient briefing schedule at that time.

11      11.    Insofar as this Order defers opposition and reply briefing on the issue of personal jurisdiction, it does not effect a waiver of that defense by the Non-Resident Utility Defendants or Peabody.

DATED: June 2, 2008

By: _____*Saundra B. Armstrong*_____
The Hon. Saundra B. Armstrong
United States District Judge

- 3 -

[PROPOSED] ORDER RE: MOTIONS TO DISMISS SCHEDULING AND FORMAT