1  ROBERT B. PRINGLE, CA BAR NO. 051365
   LAURA A. GUILLEN, CA BAR NO. 248874
2  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
3  San Francisco, CA  94105-3606
   Telephone: (415) 371-1200
4  Facsimile:  (415) 371-1211
   Email:      rbpringle@thelen.com
5              lguillen@thelen.com

6  KEVIN A. GAYNOR (*Admitted Pro Hac Vice*)
   BENJAMIN S. LIPPARD (*Admitted Pro Hac Vice*)
7  VINSON & ELKINS LLP
   1455 Pennsylvania Avenue, NW Suite 1600
8  Washington, DC  20004-1008
   Telephone: (202) 639-6688
9  Facsimile:  (202) 879-8888
   Email:      kgaynor@velaw.com
10
   Attorneys for Defendant
11 MIRANT CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>     Plaintiffs,<br>v.<br><br>EXXONMOBIL CORPORATION; BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; CHEVRON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICES CORPORATION; DTE ENERGY COMPANY; DUKE ENERGY CORPORATION; DYNEGY HOLDINGS, INC.; EDISON INTERNATIONAL; MIDAMERICAN | Civ. Action No.: CV-08-1138-SBA<br><br>**ORDER GRANTING STIPULATION DISMISSING COMPLAINT FOR DAMAGES AS TO MIRANT CORPORATION WITH PREJUDICE**<br><br><br>[NO HEARING REQUIRED] |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | ENERGY HOLDINGS COMPANY; MIRANT CORPORATION; NRG ENERGY; PINNACLE WEST CAPITAL CORPORATION; RELIANT ENERGY, INC.; THE SOUTHERN COMPANY; AND XCEL ENERGY, INC. |

6   In light of the agreed stipulation of Plaintiffs and Defendant Mirant Corporation, IT IS

7   HEREBY ORDERED that Defendant Mirant Corporation is dismissed with prejudice.

8

9   DATED: 6/4/08

10

11

12                                          By: _____*Saundra B. Armstrong*_____
                                                 The Hon. Saundra B. Armstrong
13                                               United States District Judge

PROPOSED ORDER GRANTING STIPULATION DISMISSING COMPLAINT FOR DAMAGES AS TO MIRANT CORPORATION