JEFFREY A. LAMKEN (SBN 154217)
jeffrey.lamken@bakerbotts.com
JEREMY LEVIN (SBN 210577)
jeremy.levin@bakerbotts.com
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 639-7978
Facsimile:  (202) 585-4060

Counsel for Defendant NRG ENERGY, INC.

MATTHEW F. PAWA (*Pro hac vice*)
mp@pawalaw.com
LAW OFFICES OF MATTHEW F. PAWA, P.C.
1280 Centre Street, Suite 230
Newton Centre, MA  02459
Telephone:  (617) 641-9550
Facsimile:   (617) 641-9551

Counsel for Plaintiffs
NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA

[*Counsel Listing Continued on the Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>       Plaintiffs,<br><br>    vs.<br><br>EXXONMOBIL CORPORATION; *et al.*,<br><br>       Defendants. | CASE NO.  CV-08-01138 SBA<br><br>**JOINT STIPULATION RE: DISMISSAL OF NRG ENERGY, INC. WITH PREJUDICE**<br><br>[Proposed Order Lodged Separately] |
|---|---|

JOINT STIPULATION RE: DISMISSAL OF NRG ENERGY, INC. WITH PREJUDICE

1  LUKE W. COLE (SBN 145505)
   luke@igc.org
2  BRENT NEWELL (SBN 210312)
   brent@igc.org
3  CENTER ON RACE, POVERTY &
   THE ENVIRONMENT
4  47 Kearny Street, Suite 804
   San Francisco, CA 94108
5  Telephone:    (415) 346-4179
   Facsimile:    (415) 346-8723
6

7  HEATHER KENDALL MILLER (*Pro hac vice*)
   kendall@narf.org
8  NATIVE AMERICAN RIGHTS FUND
   420 L Street, Suite 505
9  Anchorage, AK 99515
   907-276-0680
10 Fax: 907-276-2466

11

12 STEVE W. BERMAN (*Pro hac vice*)
   steve@hbsslaw.com
   HAGENS BERMAN SOBOL SHAPIRO LLP
13 1301 Fifth Avenue, Suite 2900
   Seattle, WA 98101
14 Telephone: (206) 623-7292
   Facsimile:  (206) 623-0594
15

16 REED R. KATHREIN (SBN 139304)
   Email: reed@hbsslaw.com
17 HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
18 Berkeley, CA 94710
   725-3000
19 Fax: 510-725-3001

20

21 GARY E. MASON (*Pro hac vice*)
   Email: gmason@masonlawdc.com
   THE MASON LAW FIRM, LLP
22 1225 19th Street, NW
   Suite 500
23 Washington, DC 20036
   202-429-2290
24 Fax: 202-429-2294

DENNIS J. REICH (*Pro hac vice*)
Email: dreich@reichandbinstock.com
REICH & BINSTOCK, LLP
4265 San Felipe Blvd., Suite 1000
Houston, TX 77027
713-622-7271
Fax: 713-623-8724

CHRISTOPHER A. SEEGER (*Pro hac vice*)
Email: cseeger@seegerweiss.com
STEPHEN A. WEISS
Email: sweiss@seegerweiss.com
SEEGER WEISS LLP
One William Street
New York, NY 10004
212-584-0700
Fax: 212-584-0799

STEPHEN D. SUSMAN (*Pro hac vice*)
Email: ssusman@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street
Suite 5100
Houston, TX 77002
713-651-9366
Fax: 713-654-6666

25

26

27  Counsel for Plaintiffs NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA

28

JOINT STIPULATION RE: DISMISSAL OF NRG ENERGY, INC. WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant NRG Energy, Inc. stipulate to dismissal, with prejudice to refiling, of all claims asserted by Plaintiffs against NRG Energy, Inc. in the above-styled action. Plaintiffs and Defendant NRG Energy, Inc. further stipulate that all attorneys' fees and costs of Court incurred by the parties to this joint stipulation shall be paid by the party responsible for incurring those fees and costs.

Dated: ~~May~~ June 11, 2008

Respectfully Submitted,

LAW OFFICES OF MATTHEW F. PAWA, P.C.

By: _____
Matthew F. Pawa

Counsel for Plaintiffs
NATIVE VILLAGE OF KIVALINA and
CITY OF KIVALINA

BAKER BOTTS L.L.P.

By: _____
Jeffrey A. Lamken

Counsel for Defendant
NRG ENERGY, INC.

| | |
|---|---|
| 1 | JEFFREY A. LAMKEN (SBN 154217) |
| 2 | jeffrey.lamken@bakerbotts.com |
|   | JEREMY LEVIN (SBN 210577) |
| 3 | jeremy.levin@bakerbotts.com |
|   | BAKER BOTTS L.L.P. |
| 4 | The Warner |
|   | 1299 Pennsylvania Avenue, NW |
| 5 | Washington, DC 20004 |
|   | Telephone:  (202) 639-7978 |
| 6 | Facsimile:  (202) 585-4060 |
| 7 | |
|   | Counsel for Defendant |
| 8 |  NRG ENERGY, INC. |

MATTHEW F. PAWA (*Pro hac vice*)
mp@pawalaw.com
LAW OFFICES OF MATTHEW F. PAWA, P.C.
1280 Centre Street, Suite 230
Newton Centre, MA  02459
Telephone:  (617) 641-9550
Facsimile:   (617) 641-9551

Counsel for Plaintiffs
NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA

[*Counsel Listing Continued on the Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>            Plaintiffs,<br><br>      vs.<br><br>EXXONMOBIL CORPORATION; *et al.*,<br><br>            Defendants. | CASE NO.  CV-08-01138 SBA<br><br>**[PROPOSED] ORDER RE: DISMISSAL OF NRG ENERGY, INC. WITH PREJUDICE** |

| | | |
|---|---|---|
| 1 | LUKE W. COLE (SBN 145505) | DENNIS J. REICH (*Pro hac vice*) |
| | luke@igc.org | Email: dreich@reichandbinstock.com |
| 2 | BRENT NEWELL (SBN 210312) | REICH & BINSTOCK, LLP |
| | brent@igc.org | 4265 San Felipe Blvd., Suite 1000 |
| 3 | CENTER ON RACE, POVERTY & | Houston, TX 77027 |
| | THE ENVIRONMENT | 713-622-7271 |
| 4 | 47 Kearny Street, Suite 804 | Fax: 713-623-8724 |
| | San Francisco, CA 94108 | |
| 5 | Telephone: (415) 346-4179 | |
| | Facsimile: (415) 346-8723 | CHRISTOPHER A. SEEGER (*Pro hac vice*) |
| 6 | | Email: cseeger@seegerweiss.com |
| | | STEPHEN A. WEISS |
| 7 | HEATHER KENDALL MILLER (*Pro hac vice*) | Email: sweiss@seegerweiss.com |
| | kendall@narf.org | SEEGER WEISS LLP |
| 8 | NATIVE AMERICAN RIGHTS FUND | One William Street |
| | 420 L Street, Suite 505 | New York, NY 10004 |
| 9 | Anchorage, AK 99515 | 212-584-0700 |
| | 907-276-0680 | Fax: 212-584-0799 |
| 10 | Fax: 907-276-2466 | |
| 11 | | STEPHEN D. SUSMAN (*Pro hac vice*) |
| | | Email: ssusman@susmangodfrey.com |
| 12 | STEVE W. BERMAN (*Pro hac vice*) | SUSMAN GODFREY L.L.P. |
| | steve@hbsslaw.com | 1000 Louisiana Street |
| 13 | HAGENS BERMAN SOBOL SHAPIRO LLP | Suite 5100 |
| | 1301 Fifth Avenue, Suite 2900 | Houston, TX 77002 |
| 14 | Seattle, WA 98101 | 713-651-9366 |
| | Telephone: (206) 623-7292 | Fax: 713-654-6666 |
| | Facsimile: (206)623-0594 | |
| 15 | | |
| 16 | REED R. KATHREIN (SBN 139304) | |
| | Email: reed@hbsslaw.com | |
| 17 | HAGENS BERMAN SOBOL SHAPIRO LLP | |
| | 715 Hearst Avenue, Suite 202 | |
| 18 | Berkeley, CA 94710 | |
| | (510) 725-3000 | |
| 19 | Fax: (510) 725-3001 | |
| 20 | | |
| | GARY E. MASON (*Pro hac vice*) | |
| 21 | Email: gmason@masonlawdc.com | |
| | THE MASON LAW FIRM, LLP | |
| 22 | 1225 19th Street, NW | |
| | Suite 500 | |
| 23 | Washington, DC 20036 | |
| | 202-429-2290 | |
| 24 | Fax: 202-429-2294 | |
| 25 | | |
| 26 | | |
| 27 | Counsel for Plaintiffs NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA | |
| 28 | | |

1  Pursuant to Plaintiffs' and Defendant NRG Energy, Inc.'s joint stipulation of dismissal, IT
2  IS HEREBY ORDERED THAT all claims asserted by Plaintiffs against NRG Energy, Inc. in this
3  action are DISMISSED WITH PREJUDICE and with each party to the joint stipulation of
4  dismissal bearing its own attorneys' fees and costs of Court.
5
6
7  DATED: _____, 2008
8                                                    By: _____
                                                        The Hon. Saundra B. Armstrong
9                                                       United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28