JEFFREY A. LAMKEN (SBN 154217)
jeffrey.lamken@bakerbotts.com
JEREMY LEVIN (SBN 210577)
jeremy.levin@bakerbotts.com
BAKER BOTTS L.L.P.
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 639-7978
Facsimile: (202) 585-4060

Counsel for Defendant
NRG ENERGY, INC.


MATTHEW F. PAWA (*Pro hac vice*)
mp@pawalaw.com
LAW OFFICES OF MATTHEW F. PAWA, P.C.
1280 Centre Street, Suite 230
Newton Centre, MA 02459
Telephone: (617) 641-9550
Facsimile: (617) 641-9551

Counsel for Plaintiffs
NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA


[*Counsel Listing Continued on the Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>EXXONMOBIL CORPORATION; *et al.*,<br><br>　　　　　Defendants. | CASE NO. CV-08-01138 SBA<br><br>[PROPOSED] ORDER RE: DISMISSAL OF NRG ENERGY, INC. WITH PREJUDICE |

| | | |
|---|---|---|
| 1 | LUKE W. COLE (SBN 145505) | DENNIS J. REICH (*Pro hac vice*) |
|  | luke@igc.org | Email: dreich@reichandbinstock.com |
| 2 | BRENT NEWELL (SBN 210312) | REICH & BINSTOCK, LLP |
|  | brent@igc.org | 4265 San Felipe Blvd., Suite 1000 |
| 3 | CENTER ON RACE, POVERTY & | Houston, TX 77027 |
|  |   THE ENVIRONMENT | 713-622-7271 |
| 4 | 47 Kearny Street, Suite 804 | Fax: 713-623-8724 |
|  | San Francisco, CA 94108 |  |
| 5 | Telephone:    (415) 346-4179 |  |
|  | Facsimile:    (415) 346-8723 | CHRISTOPHER A. SEEGER (*Pro hac vice*) |
| 6 |  | Email: cseeger@seegerweiss.com |
|  |  | STEPHEN A. WEISS |
| 7 | HEATHER KENDALL MILLER (*Pro hac vice*) | Email: sweiss@seegerweiss.com |
|  | kendall@narf.org | SEEGER WEISS LLP |
| 8 | NATIVE AMERICAN RIGHTS FUND | One William Street |
|  | 420 L Street, Suite 505 | New York, NY 10004 |
| 9 | Anchorage, AK 99515 | 212-584-0700 |
|  | 907-276-0680 | Fax: 212-584-0799 |
| 10 | Fax: 907-276-2466 |  |

STEVE W. BERMAN (*Pro hac vice*)  
steve@hbsslaw.com  
HAGENS BERMAN SOBOL SHAPIRO LLP  
1301 Fifth Avenue, Suite 2900  
Seattle, WA 98101  
Telephone: (206) 623-7292  
Facsimile: (206)623-0594  

STEPHEN D. SUSMAN (*Pro hac vice*)  
Email: ssusman@susmangodfrey.com  
SUSMAN GODFREY L.L.P.  
1000 Louisiana Street  
Suite 5100  
Houston, TX 77002  
713-651-9366  
Fax: 713-654-6666  

REED R. KATHREIN (SBN 139304)  
Email: reed@hbsslaw.com  
HAGENS BERMAN SOBOL SHAPIRO LLP  
715 Hearst Avenue, Suite 202  
Berkeley, CA 94710  
(510) 725-3000  
Fax: (510) 725-3001  

GARY E. MASON (*Pro hac vice*)  
Email: gmason@masonlawdc.com  
THE MASON LAW FIRM, LLP  
1225 19th Street, NW  
Suite 500  
Washington, DC 20036  
202-429-2290  
Fax: 202-429-2294  

Counsel for Plaintiffs NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA

Pursuant to Plaintiffs' and Defendant NRG Energy, Inc.'s joint stipulation of dismissal, IT IS HEREBY ORDERED THAT all claims asserted by Plaintiffs against NRG Energy, Inc. in this action are DISMISSED WITH PREJUDICE and with each party to the joint stipulation of dismissal bearing its own attorneys' fees and costs of Court.

DATED: __6/16__, 2008

By: ___/s/ Saundra B. Armstrong___
The Hon. Saundra B. Armstrong
United States District Judge