| | |
|---|---|
| 1 | JOHN F. DAUM (SBN 52313) |
|   | jdaum@omm.com |
| 2 | O'MELVENY & MYERS LLP |
|   | 400 South Hope Street |
| 3 | Los Angeles, CA 90071-2899 |
|   | Telephone: (213) 430-6111 |
| 4 | Facsimile:  (213) 430-6407 |
| 5 | JONATHAN D. HACKER (*Pro hac vice* pending) |
|   | jhacker@omm.com |
| 6 | O'MELVENY & MYERS LLP |
|   | 1625 Eye Street, NW |
| 7 | Washington, DC 20006-4001 |
|   | Telephone:  (202) 383-5300 |
| 8 | Facsimile:   (202) 383-5414 |
|   | Attorneys for Defendant |
| 9 | EXXON MOBIL CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA, | CASE NO.  C 08-01138 SBA |
| Plaintiffs, | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT EXXON MOBIL CORPORATION** |
| vs. | |
| EXXON MOBIL CORPORATION; BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; CHEVRON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICES CORPORATION; DTE ENERGY COMPANY; DUKE ENERGY CORPORATION; DYNEGY HOLDINGS, INC.; EDISON INTERNATIONAL; MIDAMERICAN ENERGY HOLDINGS COMPANY; MIRANT CORPORATION; NRG ENERGY; PINNACLE WET CAPITAL CORPORATION; RELIANT ENERGY, INC.; THE SOUTHERN COMPANY; AND XCEL ENERGY, INC., | Judge: Hon. Saundra B. Armstrong |
| Defendants. | |

- 1 -
NOTICE OF APPEARANCE OF COUNSEL – C-08-1138 SBA

1  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE that John F. Daum of the O'Melveny & Myers LLP law firm

3  hereby enters his appearance as counsel of record for defendant Exxon Mobil Corporation.  I

4  certify that I am admitted to practice in this Court.

6  Dated: June 30, 2008                         __/S/ John F. Daum_____
                                                  John F. Daum

   O'MELVENY & MYERS LLP
   400 South Hope Street
   Los Angeles, CA 90071-2899
   Telephone: (213) 430-6111
   Facsimile:  (213) 430-6407
   jdaum@omm.com

   Attorneys for Defendant
   EXXON MOBIL CORPORATION

- 2 -
NOTICE OF APPEARANCE OF COUNSEL – C-08-1138 SBA