JOHN F. DAUM (SBN 52313)
jdaum@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6111
Facsimile: (213) 430-6407

JONATHAN D. HACKER (*Pro hac vice* pending)
jhacker@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendant
EXXON MOBIL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>Plaintiffs,<br><br>vs.<br><br>EXXON MOBIL CORPORATION; BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; CHEVRON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICES CORPORATION; DTE ENERGY COMPANY; DUKE ENERGY CORPORATION; DYNEGY HOLDINGS, INC.; EDISON INTERNATIONAL; MIDAMERICAN ENERGY HOLDINGS COMPANY; MIRANT CORPORATION; NRG ENERGY; PINNACLE WEST CAPITAL CORPORATION; RELIANT ENERGY, INC.; THE SOUTHERN COMPANY; AND XCEL ENERGY, INC.,<br><br>Defendants. | CASE NO. C 08-01138 SBA<br><br>**DEFENDANT EXXON MOBIL CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

- 1 -

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – C-08-1138 SBA

- 2 -

1  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2  Pursuant to Civil Local Rule 3-16, the undersigned counsel for Defendant Exxon
3  Mobil Corporation certifies that as of this date, other than the named parties, there is no
4  such interest to report.

5

6  Dated:  June 30, 2008                                    __/S/ John F. Daum_____
                                                                                 John F. Daum

7                                                                              O'MELVENY & MYERS LLP
                                                                                 400 South Hope Street
8                                                                              Los Angeles, CA  90071-2899
                                                                                 Telephone: (213) 430-6111
9                                                                              Facsimile: (213) 430-6407
                                                                                 jdaum@omm.com
10
                                                                                 Attorneys for Defendant
11                                                                            EXXON MOBIL CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – C-08-1138 SBA