JOHN F. DAUM (SBN 52313)
jdaum@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6111
Facsimile:  (213) 430-6407

JONATHAN D. HACKER (*Pro hac vice* pending)
jhacker@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone:  (202) 383-5300
Facsimile:   (202) 383-5414

Attorneys for Defendant
EXXON MOBIL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>Plaintiffs,<br><br>vs.<br><br>EXXON MOBIL CORPORATION; BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; CHEVRON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICES CORPORATION; DTE ENERGY COMPANY; DUKE ENERGY CORPORATION; DYNEGY HOLDINGS, INC.; EDISON INTERNATIONAL; MIDAMERICAN ENERGY HOLDINGS COMPANY; MIRANT CORPORATION; NRG ENERGY; PINNACLE WEST CAPITAL CORPORATION; RELIANT ENERGY, INC.; THE SOUTHERN COMPANY; AND XCEL ENERGY, INC.,<br><br>Defendants. | CASE NO.  C 08-01138 SBA<br><br>**DEFENDANT EXXON MOBIL CORPORATION'S DISCLOSURE STATEMENT** |

- 1 -
DISCLOSURE STATEMENT – C-08-1138 SBA

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Exxon Mobil Corporation certifies that Exxon Mobil Corporation is a publicly held corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated: June 30, 2008

   /S/ John F. Daum
    John F. Daum

O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6111
Facsimile: (213) 430-6407
jdaum@omm.com

Attorneys for Defendant
EXXON MOBIL CORPORATION