Clerk's Use Only

Initial for fee pd.:

Jonathan D. Hacker
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300

**FILED**
JUL - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIVE VILLAGE OF KIVALINA and
CITY OF KIVALINA,

             Plaintiff(s),

    v.

EXXON MOBIL CORPORATION et al.,

             Defendant(s).

CASE NO. C 08-01138 SBA

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Jonathan D. Hacker, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Exxon Mobil Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

John F. Daum, O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, CA 90071-2899; (213) 430-6111.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2008

Jonathan D. Hacker