**RECEIVED**
JUN 25 2008
RICHARD W. WIEKING
U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
JUL 0 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

NATIVE VILLAGE OF KIVALINA and
CITY OF KIVALINA,

          Plaintiff(s),

v.

EXXONMOBIL CORPORATION et al.

          Defendant(s).
_____/

CASE NO. C 08-1138 SBA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Karl R. Moor, an active member in good standing of the bar of Alabama State Bar whose business address and telephone number (particular court to which applicant is admitted) is

The Southern Company, 601 Pennsylvania Avenue NW, Washington, DC 20004, (202) 261-5001, krmoor@southernco.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing The Southern Company

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7-1-08

_____
United States District Judge
**Saundra Brown Armstrong**