RECEIVED
JUL -1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
JUL 0 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,

Plaintiff(s),

v.

EXXON MOBIL CORPORATION et al.,

Defendant(s).

CASE NO. C 08-01138 SBA

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jonathan D. Hacker, an active member in good standing of the bar of the District of Columbia (particular court to which applicant is admitted) whose business address and telephone number is O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
(202) 383-5300
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Exxon Mobil Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7-3-08

_____
The Hon. Saundra Brown Armstrong
United States District Judge