STEVE W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com



FILED
JUL - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>                                 Plaintiffs,<br><br>  v.<br><br>EXXONMOBIL CORPORATION, *et al.*,<br><br>                                 Defendants. | No. 4:08-CV-01138-SBA<br><br>APPLICATION OF STEVE W. BERMAN FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

ORIGINAL

001981-11 248539 V1

1   Pursuant to Civil L.R. 11-3, STEVE W. BERMAN, an active member in good standing of the United States District Court for the Western District of Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs Native Village of Kivalina and City of Kivalina in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Reed R. Kathrein (139304)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone: (510) 725-3000
> Facsimile: (510) 725-3001

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 2, 2008

*/s/ Steve W. Berman*
STEVE W. BERMAN

- 1 -

001981-11 248539 V1