1  BARBARA A. MAHONEY
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  1301 Fifth Avenue, Suite 2900
   Seattle, WA 98101
3  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
4  barbaram@hbsslaw.com



FILED
JUL - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

6                UNITED STATES DISTRICT COURT

7               NORTHERN DISTRICT OF CALIFORNIA

8                      OAKLAND DIVISION

9  NATIVE VILLAGE OF KIVALINA and CITY  )   No. 4:08-CV-01138-SBA
   OF KIVALINA,                         )
10                                      )   APPLICATION OF BARBARA A.
                           Plaintiffs,  )   MAHONEY FOR ADMISSION OF
11                                      )   ATTORNEY *PRO HAC VICE*
       v.                               )
12                                      )
   EXXONMOBIL CORPORATION, *et al.*,    )
13                                      )
                           Defendants.  )
14                                      )
                                        )
15 _____)

001981-11 248546 V1

ORIGINAL

1   Pursuant to Civil L.R. 11-3, BARBARA A. MAHONEY, an active member in good standing of the United States District Court for the Western District of Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs Native Village of Kivalina and City of Kivalina in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Reed R. Kathrein (139304)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone: (510) 725-3000
> Facsimile: (510) 725-3001

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 2, 2008

BARBARA A. MAHONEY

-1-