RECEIVED
JUL - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
JUL 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>Plaintiffs,<br><br>v.<br><br>EXXONMOBIL CORPORATION, *et al.*,<br><br>Defendants. | No. 4:08-CV-01138-SBA<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION OF BARBARA A. MAHONEY FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

BARBARA A. MAHONEY, an active member in good standing of the United States District Court for the Western District of Washington, whose business address and telephone number is:

> Hagens Berman Sobol Shapiro LLP
> 1301 Fifth Avenue, Suite 2900
> Seattle, WA, 98101
> Telephone: (206) 623-7292

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Native Village of Kivalina and City of Kivalina.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7-10-08

_____
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

ORIGINAL

001981-11 248547 V1