RECEIVED
JUL - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
JUL 1 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>EXXONMOBIL CORPORATION, et al.,<br><br>　　　　　　　　　　　　Defendants. | No. 4:08-CV-01138-SBA<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF STEVE W. BERMAN FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

　　　　STEVE W. BERMAN, an active member in good standing of the United States District Court for the Western District of Washington, whose business address and telephone number is:

　　　　　　Hagens Berman Sobol Shapiro LLP
　　　　　　1301 Fifth Avenue, Suite 2900
　　　　　　Seattle, WA, 98101
　　　　　　Telephone: (206) 623-7292

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Native Village of Kivalina and City of Kivalina.

　　　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7-10-08

　　　　　　　　　　　　　　　　　　SAUNDRA B. ARMSTRONG
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORIGINAL

001981-11 248540 V1