Heather Kendall Miller
NATIVE AMERICAN RIGHTS FUND
420 L Street, Suite 505
Anchorage, Alaska  99501
907- 276-0680  907-276-2466(fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>             Plaintiffs,<br><br>     v.<br><br>EXXONMOBIL CORPORATION; *et al.*<br><br>             Defendants. | Civ. Action No. C08-01138 SBA<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND THEIR ATTORNEYS

Please take notice that Native American Rights Fund is moving their offices.

After July 7, 2008, Native American Rights Fund new address will be as follows:

>    Native American Rights Fund
>    801 B Street, Suite 401
>    Anchorage, Ak  99501

Phone and fax numbers, as well as e-mail addresses will stay the same.

DATED this 2nd day of July 2008.

>                               s/hkendalmiller
>                               Heather Kendall Miller
>                               NATIVE AMERICAN RIGHTS FUND
>                               420 L Street, Suite 505
>                               Anchorage, Alaska  99501
>                               907- 276-06-80; 907-276-2466(fax)

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, I caused a copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** to be delivered to counsel for defendants via the Court's Electronic Case Filing system.

s/hkendalmiller