ELIZABETH DEELEY (SBN 230798)
edeeley@kirkland.com
CASEY M. NOKES (SBN 240992)
cnokes@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:  (415) 439-1861
Facsimile:   (415) 439-1500

Attorney for Defendant
CONOCOPHILLIPS COMPANY

Matthew F. Pawa (*Pro hac vice*)
mp@pawalaw.com
LAW OFFICES OF MATTHEW F. PAWA, P.C.
1280 Centre Street, Suite 230
Newton Centre, MA 02459
Telephone:  (617) 641-9550
Facsimile:   (617) 641-9551

Attorneys for Plaintiffs
NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA

[*Counsel Listing Continued on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>EXXON MOBIL CORPORATION; BP P.L.C.; BP AMERICA INC.; BP PRODUCTS NORTH AMERICA INC.; CHEVRON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICES CORPORATION; DTE ENERGY COMPANY; DUKE ENERGY CORPORATION; DYNEGY HOLDINGS, INC.; EDISON INTERNATIONAL; MIDAMERICAN ENERGY HOLDINGS COMPANY; MIRANT CORPORATION; NRG ENERGY; PINNACLE WET CAPITAL CORPORATION; RELIANT ENERGY, INC.; THE SOUTHERN COMPANY; AND XCEL ENERGY, INC.,<br><br>　　　　　　　Defendants. | CASE NO.  C 08-01138 SBA<br><br>**ORDER RE: FORMAT FOR REPLY IN SUPPORT OF MOTION TO DISMISS** |

| | |
|---|---|
| [PROPOSED] ORDER RE FORMAT FOR REPLY IN SUPPORT OF MOTION TO DISMISS | CASE NO. CV-08 1138 SBA |

RONALD L. OLSON (SBN 44597)
Ronald.Olson@mto.com
DANIEL P. COLLINS (SBN 139164)
Daniel.Collins@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

JEROME C. ROTH (SBN 159483)
Jerome.Roth@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, CA  94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for Defendant
SHELL OIL COMPANY

ROBERT MEADOWS (*Pro hac vice*)
rmeadows@kslaw.com
TRACIE J. RENFROE (*Pro hac vice*)
trenfroe@kslaw.com
JONATHAN L. MARSH (*Pro hac vice*)
jlmarsh@kslaw.com
KING & SPALDING LLP
1100 Louisiana Street, Suite 4000
Houston, TX  77002-5213
Telephone:     (713) 751-3200
Facsimile:     (713) 751-3290

LISA KOBIALKA (SBN 191404)
lkobialka@kslaw.com
KING & SPALDING LLP
1000 Bridge Parkway, Suite 100
Redwood City, CA  94065
Telephone:     (650) 590-0700
Facsimile:     (650) 590-1900

Attorneys for Defendants
CHEVRON CORPORATION and
CHEVRON U.S.A. INC.

STUART A. C. DRAKE (*Pro hac vice*)
sdrake@kirkland.com
ANDREW B. CLUBOK (*Pro hac vice*)
aclubok@kirkland.com
SUSAN E. ENGEL (*Pro hac vice*)
seengel@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5173
Facsimile:  (202) 879-5200

ELIZABETH DEELEY (SBN 230798)
edeeley@kirkland.com
CASEY M. NOKES (SBN 240992)
cnokes@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1861
Facsimile:  (415) 439-1500

Attorneys for CONOCOPHILLIPS COMPANY

MATTHEW HEARTNEY (SBN 123516)
Matthew.Heartney@aporter.com
ARNOLD & PORTER LLP
777 S. Figueroa Street, 44th Floor
Los Angeles, CA  90017-5844
Telephone:  (213) 243-4150
Facsimile:   (213) 243-4199

PHILIP H. CURTIS (*Pro hac vice*)
Philip.Curtis@aporter.com
MICHAEL B. GERRARD (*Pro hac vice*)
Michael.Gerrard@ aporter.com
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York  10022
Telephone:  (212) 715-1000
Facsimile:   (212) 715-1399

Attorneys for BP AMERICA INC. AND BP PRODUCTS NORTH AMERICA INC.

| | | |
|---|---|---|
| 1 | LUKE W. COLE (SBN 145505)<br>luke@igc.org | DENNIS J. REICH (*Pro hac vice*)<br>Email: dreich@reichandbinstock.com |
| 2 | BRENT NEWELL (SBN 210312)<br>brent@igc.org | REICH & BINSTOCK, LLP<br>4265 San Felipe Blvd., Suite 1000 |
| 3 | CENTER ON RACE, POVERTY & THE<br>ENVIRONMENT | Houston, TX 77027<br>713-622-7271 |
| 4 | 47 Kearny Street, Suite 804<br>San Francisco, CA 94108 | Fax: 713-623-8724 |
| 5 | Telephone:  (415) 346-4179<br>Facsimile:   (415) 346-8723 | |
| 6 | | |
| 7 | HEATHER KENDALL MILLER (*Pro hac vice*)<br>kendall@narf.org | CHRISTOPHER A. SEEGER (*Pro hac vice*)<br>Email: cseeger@seegerweiss.com<br>STEPHEN A. WEISS |
| 8 | NATIVE AMERICAN RIGHTS FUND<br>420 L Street, Suite 505 | Email: sweiss@seegerweiss.com<br>SEEGER WEIS LLP |
| 9 | Anchorage, AD 99515<br>907-276-0680 | One William Street<br>New York, NY 10004 |
| 10 | FAX: 907-276-2466 | 212-584-0700<br>Fax: 212-584-0799 |
| 11 | | |
| 12 | STEVE W. BERMAN (*Pro hac vice*)<br>steve@hbsslaw.com | STEPHEN D. SUSMAN<br>Email: ssusman@susmangodfrey.com |
| 13 | HAGENS BERMAN SOBOL SHAPIRO<br>LLP | SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street |
| 14 | 1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101 | Suite 5100<br>Houston, TX 77002 |
| 15 | Telephone:  (206) 623-7292<br>Facsimile:   (206) 623-0594 | 713-651-9366 |
| 16 | REED R. KATHREIN (SBN 139304)<br>Email: reed@hbsslaw.com | GARY E. MASON (*Pro hac vice*)<br>Email: gmason@masonlawdc.com |
| 17 | HAGENS BERMAN SOBOL SHAPIRO<br>LLP | THE MASON LAW FIRM, LLP<br>1225 19th Street, NW |
| 18 | 715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 | Suite 500<br>Washington, DC 20036 |
| 19 | (510) 725-3000<br>Fax: (510) 725-3001 | 202-429-2290<br>Fax: 202-429-2294 |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1   Pursuant to the Stipulation between Plaintiffs and Defendants: ExxonMobil Corporation,
2   BP America, Inc., BP North America, Inc., Chevron Corporation, Chevron U.S.A., Inc.,
3   ConocoPhillips Company, and Shell Oil Company (collective "Oil Company Defendants"), and
4   FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

The Parties shall abide by the briefing format set forth below:

1.   The Oil Company Defendants will file a single consolidated reply brief under Fed. R. Civ. P. 12(b)(1) addressing counts 1 through 4 of the Complaint. The Oil Company Defendants will also file a single consolidated brief under Fed. R. Civ. P. 12(b)(6) addressing counts 1 through 4 of the Complaint. The total number of combined pages for these two briefs shall not exceed 45 pages.

Dated:  11/18/08

By: *Saundra B Armstrong*
Hon. Saundra B. Armstrong
United States District Judge

[PROPOSED] ORDER RE FORMAT FOR REPLY IN SUPPORT OF MOTION TO DISMISS        1        CASE NO. CV-08 1138 SBA