**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NATIVE VILLAGE OF KIVALINA, et al., | No. C 08-01138 SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| EXXONMOBILE CORPORATION, *et al.*, | |
| Defendants. | |

The hearings set on December 9, 2008 for defendants' Motion to Dismiss Pursuant to 12(b)(6) [Docket No. 134], Motion to Dismiss for Lack of Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(1) [Docket No. 35], Motion to Dismiss for Lack of Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(1) and for Failure to State a Claim Upon Which Relief May Be Granted Pursuant to Fed. R. Civ. P. 12(b)(6) [Docket No. 137], Motion to Dismiss for Lack of Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) [Docket No. 138], Motion to Dismiss Utility Defendants per Rules 12(b)(1) and 12(b)(6) [Docket No. 139], and Motion to Dismiss Civil Conspiracy Claim Per Rules 12(b)(1) and 12(b)(6) by Certain Utility Defendants [Docket No. 140] are VACATED.  The Court considers these matters submitted on the pleadings, and will set a hearing if the Court requires one.

IT IS SO ORDERED.

November 19, 2008

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge