| | |
|---|---|
| 1 | RONALD L. OLSON (SBN 44597)<br>Ronald.Olson@mto.com |
| 2 | DANIEL P. COLLINS (SBN 139164)<br>Daniel.Collins@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor |
| 4 | Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100 |
| 5 | Facsimile:     (213) 687-3702 |
| 6 | JEROME C. ROTH (SBN 159483)<br>Jerome.Roth@mto.com |
| 7 | MUNGER, TOLLES & OLSON LLP<br>560 Mission Street |
| 8 | San Francisco, CA  94105-2907<br>Telephone:     (415) 512-4000 |
| 9 | Facsimile:     (415) 512-4077 |
| 10 | Attorneys for Defendant<br>SHELL OIL COMPANY |
| 11 | [*Counsel Listing Continued on Next Page*] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 15 | NATIVE VILLAGE OF KIVALINA and CITY OF KIVALINA, | CASE NO.  C 08-01138 SBA |
| 16 | Plaintiffs, | **RE-NOTICE OF MOTION AND MOTION OF CERTAIN OIL COMPANY DEFENDANTS TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1)** |
| 17 | vs. | |
| 18 | EXXON MOBIL CORPORATION; BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; CHEVRON CORPORATION; CHEVRON U.S.A., INC.; CONOCOPHILLIPS COMPANY; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; PEABODY ENERGY CORPORATION; THE AES CORPORATION; AMERICAN ELECTRIC POWER COMPANY, INC.; AMERICAN ELECTRIC POWER SERVICES CORPORATION; DTE ENERGY COMPANY; DUKE ENERGY CORPORATION; DYNEGY HOLDINGS, INC.; EDISON INTERNATIONAL; MIDAMERICAN ENERGY HOLDINGS COMPANY; MIRANT CORPORATION; NRG ENERGY; PINNACLE WET CAPITAL CORPORATION; RELIANT ENERGY, INC.; THE SOUTHERN COMPANY; AND XCEL ENERGY, INC., | **[Memorandum of Points and Authorities and Declaration of Daniel P. Collins in Support Thereof Previously Filed on June 30, 2008; Reply Memorandum in Support Thereof Previously Filed on November 18, 2008]**<br><br>Time:   May 19, 2009, 1:00 P.M.<br>Ctrm.:  Courtroom 3, 1301 Clay Street, Oakland, California<br>The Honorable Saundra B. Armstrong |
| 27 | Defendants. | |

OIL CO. DEFTS.' RE-NOTICE OF MOT. TO DISMISS UNDER RULE 12(b)(1)—C-08-1138 SBA

| | | |
|---|---|---|
| 1 | JOHN F. DAUM (SBN 52313)<br>jdaum@omm.com | ROBERT MEADOWS (*Pro hac vice*)<br>rmeadows@kslaw.com |
| 2 | O'MELVENY & MYERS LLP<br>400 South Hope Street | TRACIE J. RENFROE (*Pro hac vice*)<br>trenfroe@kslaw.com |
| 3 | Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6111 | JONATHAN L. MARSH (*Pro hac vice*)<br>jlmarsh@kslaw.com |
| 4 | Facsimile: (213) 430-6407 | KING & SPALDING LLP<br>1100 Louisiana Street, Suite 4000 |
| 5 | JONATHAN D. HACKER (*Pro hac vice pending*)<br>jhacker@omm.com | Houston, TX 77002-5213<br>Telephone:   (713) 751-3200 |
| 6 | O'MELVENY & MYERS LLP<br>1625 Eye Street, NW | Facsimile:    (713) 751-3290 |
| 7 | Washington, DC 20006-4001<br>Telephone: (202) 383-5300 | LISA KOBIALKA (SBN 191404)<br>lkobialka@kslaw.com |
| 8 | Facsimile: (202) 383-5414 | KING & SPALDING LLP<br>1000 Bridge Parkway, Suite 100 |
| 9 | Attorneys for Defendant<br>EXXON MOBIL CORPORATION | Redwood City, CA 94065<br>Telephone:   (650) 590-0700<br>Facsimile:    (650) 590-1900 |
| 10 | | |
| 11 | | Attorneys for Defendants<br>CHEVRON CORPORATION and<br>CHEVRON U.S.A. INC. |
| 12 | | |
| 13 | STUART A. C. DRAKE (*Pro hac vice*)<br>sdrake@kirkland.com | MATTHEW HEARTNEY (SBN 123516)<br>Matthew.Heartney@aporter.com |
| 14 | ANDREW B. CLUBOK (*Pro hac vice*)<br>aclubok@kirkland.com | ARNOLD & PORTER LLP<br>777 S. Figueroa Street, 44th Floor |
| 15 | SUSAN E. ENGEL (*Pro hac vice*)<br>KIRKLAND & ELLIS LLP | Los Angeles, CA 90017-5844<br>Telephone: (213) 243-4150 |
| 16 | 655 Fifteenth Street, N.W.<br>Washington, D.C. 20005 | Facsimile:   (213) 243-4199 |
| 17 | Telephone: (202) 879-5173<br>Facsimile: (202) 879-5200 | PHILIP H. CURTIS (*Pro hac vice*)<br>Philip.Curtis@aporter.com |
| 18 | ELIZABETH DEELEY (SBN 230798) | MICHAEL B. GERRARD (*Pro hac vice*)<br>Michael.Gerrard@ aporter.com |
| 19 | edeeley@kirkland.com<br>KIRKLAND & ELLIS LLP | ARNOLD & PORTER LLP<br>399 Park Avenue |
| 20 | 555 California Street<br>San Francisco, CA 94104 | New York, New York 10022<br>Telephone: (212) 715-1000 |
| 21 | Telephone: (415) 439-1861<br>Facsimile: (415) 439-1500 | Facsimile:   (212) 715-1399 |
| 22 | Attorneys for CONOCOPHILLIPS COMPANY | Attorneys for BP AMERICA INC., AND<br>BP PRODUCTS NORTH AMERICA INC. |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

OIL CO. DEFTS.' RE-NOTICE OF MOT. TO DISMISS UNDER RULE 12(b)(1)—C-08-1138 SBA

**RE-NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on May 19, 2009 at 1:00 P.M., or as soon thereafter as counsel may be heard in Courtroom 3 of the above-captioned Court, located at 1301 Clay Street, Oakland, California, 94612, Defendants Shell Oil Company, Exxon Mobil Corporation, Chevron Corporation, Chevron U.S.A. Inc., ConocoPhillips Company, BP America Inc., and BP Products North America Inc. ("Oil Company Defendants" or "Defendants") will and hereby do move to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1).

By this motion, Defendants seek an order from this Court dismissing the case with prejudice. This motion is based on this Re-Notice of Motion and Motion; the "Notice of Motion and Motion of Certain Oil Company Defendants to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(1)" previously filed on June 30, 2008 (the "June 30, 2008 Notice of Motion"); the Memorandum of Points and Authorities attached to the June 30, 2008 Notice of Motion; the Declaration of Daniel P. Collins filed concurrently with the June 30, 2008 Notice of Motion and the attachments to that Declaration; the "Reply Memorandum in Support of Motion of Certain Oil Company Defendants to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(1)" previously filed on November 18, 2008; the pleadings and records on file in this action; such additional authority and argument as may be presented at the hearing on this Motion; and such other matters of which this Court may take judicial notice.

This Re-Notice of Motion and Motion are being filed pursuant to this Court's February 18, 2009 Order. In accordance with that Order, the Oil Company Defendants are not re-filing any of the above-mentioned pleadings that have been previously filed.

Pursuant to Section C of this Court's Standing Order (as revised June 16, 2008), Defendants, through counsel, certify that, as contemplated in the stipulation previously filed with the Court on May 8, 2008, counsel for Defendants and counsel for Plaintiffs met and conferred telephonically on May 19, 2008, concerning, *inter alia*, the grounds to be asserted in this motion.

- 2 -

1 | Dated: February 19, 2009      Respectfully Submitted,

MUNGER, TOLLES & OLSON LLP      O'MELVENY & MYERS LLP

By:    */s/ Daniel P. Collins*      By:    */s/ John F. Daum*
         Daniel P. Collins                    John F. Daum

Attorneys for Defendant      Attorneys for Defendant
SHELL OIL COMPANY      EXXONMOBIL CORPORATION


KING & SPALDING LLP      KIRKLAND & ELLIS LLP

By:    */s/ Tracie J. Renfroe*      By:    */s/ Andrew B. Clubok*
         Tracie J. Renfroe                   Andrew B. Clubok

Attorneys for Defendants      Attorneys for Defendant
CHEVRON CORPORATION and CHEVRON    CONOCOPHILLIPS COMPANY
U.S.A. INC.

ARNOLD & PORTER LLP

By:    */s/ Matthew Heartney*
         Matthew Heartney

Attorneys for Defendants
BP AMERICA, INC., AND BP PRODUCTS
NORTH AMERICA, INC.

**DECLARATION PURSUANT TO GENERAL ORDER 45, SECTION X**

     I, Daniel P. Collins, declare and attest, pursuant to this Court's General Order 45, section X, subparagraph B, that I am an ECF User and the filer of this document and that concurrence in the filing of this document has been obtained from each of the other signatories (in addition to myself) shown on page 2 of this document. I further declare and attest, pursuant to that same subparagraph of General Order 45, that I will maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

     I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated February 19, 2009

                                         */s/ Daniel P. Collins*
                                         Daniel P. Collins