# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

May 20, 2013

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Native Village of Kivalina, et al.
           v. Exxon Mobil Corporation, et al.
           No. 12-1072
           (Your No. 09-17490)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Alito took no part in the consideration or decision of this petition.

Sincerely,

**William K. Suter**, Clerk